

# FAQs
(frequently asked questions)

about
## "Clostridium Difficile"

*Clostridium difficile* [pronounced Klo-STRID-ee-um dif-uh-SEEL], also known as "*C. diff*" [See-dif], is a germ that can cause diarrhea. Most cases of *C. diff* infection occur in patients taking antibiotics. The most common symptoms of a *C. diff* infection include:

- Watery diarrhea
- Fever
- Loss of appetite
- Nausea
- Belly pain and tenderness



The elderly and people with certain medical problems have the greatest chance of getting *C. diff*. *C. diff* spores can live outside the human body for a very long time and may be found on things in the environment such as bed linens, bed rails, bathroom fixtures, and medical equipment. *C. diff* infection can spread from person-to-person on contaminated equipment and on the hands of doctors, nurses, other healthcare providers and visitors.

*How is C. diff infection treated?*

, there are antibiotics that can be used to treat *C. diff*. In some severe cases, a person might have to have surgery to remove the infected part of the intestines. This surgery is needed in only 1 or 2 out of every 100 persons with *C. diff*.

*What are some things hospitals and nurses are doing to prevent C. diff infection?*

To prevent *C. diff*. infections, doctors, nurses, and other healthcare providers:

- Clean their hands with soap and water or an alcohol-based hand rub before and after caring for every patient. This can prevent *C. diff* and other germs from being passed from one patient to another on their hands.
- Carefully clean hospital rooms and medical equipment that have been used for patients with *C. diff*.
- Use Contact Precautions to prevent *C. diff* from spreading to other patients. Contact Precautions mean:
  o Whenever possible, patients with *C. diff* will have a single room or share a room only with someone else who also has *C. diff*.
  o Healthcare providers will put on gloves and wear a gown over their clothing while taking care of patients with *C. diff*.
  o Visitors may also be asked to wear a gown and gloves.
  o When leaving the room, hospital providers and visitors remove their gown and gloves and clean their hands.
  o Patients on Contact Precautions are asked to stay in their hospital rooms as much as possible. They should not go to common areas, such as the gift shop or cafeteria. They can go to other areas of the hospital for treatments and tests.
- Only give patients antibiotics when it is necessary.

- Make sure that all doctors, nurses, and other healthcare providers clean their hands with soap and water or an alcohol-based hand rub before and after caring for you.

**If you do not see your providers clean their hands, please ask them to do so.**

- Only take antibiotics as prescribed by your doctor.
- Be sure to clean your own hands often, especially after using the bathroom and before eating.

*C. diff* infection usually does not occur in persons who are not taking antibiotics. Visitors are not likely to get *C. diff*. Still, to make it safer for visitors, they should:

- Clean their hands before they enter your room and as they leave your room
- Ask wh... ...gowns and gloves

Once... ...rou-
tine... ...before
you g... ...ch less
likely... ...wer the
chan... ...ig it to
othe...
- If y... ...edicine
  ex... ...o not take
  ha
- W... ...throom
  ar
- Pe... ...as well.
- If... ...our doctor
  in...

- Your doctor may give you additional instructions.

   

[Handwritten note: "THIS DOC INFO IS FOR PTS nephew"]
[Handwritten numbers: 310, 985, 150]


   

All — ralph sanders, search your mailbox — Home — ralph

Compose

- Add Gmail, Outlook, AOL and more
- **Inbox (105)**
- Drafts (26)
- Sent
- Archive
- **Spam (56)**
- **Trash (21)**
- Smart Views
- Folders (6)
  - it
  - preschool le... (6)
- Recent
- Sponsored



**StantonDaily**
Remember Her? What She Looks Like Now is Insane

← Search results  ← «  →   Archive   Move ∨   Delete  Collapse All  ↑ ↓ More ∨

### [No Subject] (5)

**ralph sanders** Hello Grady, I hope you are doing well. Just checking ⋯ — 12/20/16 at 9:30 PM

**Grady B Vickers Jr** <grady@gtvproperties.com> — Jan 12 at 2:24 PM
To 'ralph sanders'

Hello Ralph,
I am sorry your BK has taken so long. Lately I have been overwhelmed with emergencies. Will see you soon.

Thank you,

GRADY B VICKERS, JR
CEO / PRESIDENT

GTV PROPERTIES INCORPORATED
19252 KANBRIDGE STREET
APPLE VALLEY, CALIFORNIA 92308-6070
760.240.7120 OFFICE
760.247.7198 FAX
760.964.1300 CELL
grady@gtvproperties.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or if you are not responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail to, info@gtvproperties.com or by telephone at, (760) 240-7120. Thank you

> Show original message

← Reply  ← Reply to All  → Forward  ⋯ More

**ralph sanders** Hello Grady, Thank you for getting in contact. I pray th — Jan 12 at 6:19 PM

**ralph sanders** Hello Grady. I pray you are doing well. Are things stabl — Jan 22 at 6:24 PM

**ralph sanders** Hello Grady, 5 payments 01-05-16 $576 01-11-16 $726 — Jan 23 at 9:56 PM



TO A HIGHER
· STANDARD ·






Q All    ralph sanders, search your mailbox      🏠 Home   👤 ralph   ⚙

✏ Compose

Add Gmail, Outlook, AOL and more
**Inbox (109)**
Drafts (27)
Sent
Archive
**Spam (133)**
**Trash (44)**
> Smart Views
∨ Folders (6)
   it
   **preschool le... (6)**
> Recent

· ˢ Sponsored



**The Viral Fizz**
Lebron Shares Some Choice Words For NBA Greats

◀ Search results ◀ ◀◀ ▶   📁 Archive   📂 Move ∨   🗑 Delete ≡ Collapse All   ⬆ ⬇ More ∨

### Sanders, Ralph E. 8:17-bk-10265 (15)     Finance

| | | |
|---|---|---|
| **Ng, Queenie K. (USTP)** | Thank you. Based on my discussion with t | May 3 at 9:44 AM |
| **ralph sanders** | I can go amend Friday morning. I am so sorry that th | May 3 at 12:15 PM |
| **Ng, Queenie K. (USTP)** | Thank you. | May 3 at 2:35 PM |
| **Ng, Queenie K. (USTP)** | I have the wrong judge name on page 1 of t | May 4 at 4:01 PM |
| **ralph sanders** | Hello, Sure, that is okay. I really appreciate you givin | May 4 at 10:45 PM |
| **Ng, Queenie K. (USTP)** | Thank you. I also need to change the title t | May 8 at 9:23 AM |
| **ralph sanders** | Hello, Good Morning. I am writing today to make sure | Aug 1 at 9:04 AM |

**Ng, Queenie K. (USTP)** <Queenie.K.Ng@usdoj.gov>     Aug 1 at 2:49 PM
To ralph sanders

I note that you filed an amended Statement of Financial Affairs on 5/5/2017. You should check with the Chapter 7 Trustee if that is sufficient or if they need you to file another amendment.

I have no idea how Ms. Pette is getting the information.

Queenie K. Ng
Trial Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, California 92701
Telephone: (714) 338-3403
Facsimile: (714) 338-3421
Queenie.K.Ng@usdoj.gov

> Show original message

◀ Reply   ◀◀ Reply to All   ➡ Forward   ••• More

| | | |
|---|---|---|
| **ralph sanders** | Ok. Thank you so much. Sincerely, Ralph E | Aug 1 at 9:14 PM |
| **ralph sanders** | Good Morning, Hello, What time am I required to app | Aug 7 at 10:11 AM |
| **Ng, Queenie K. (USTP)** | Can you please check with the Ch. 7 truste | Aug 7 at 10:37 AM |
| **ralph sanders** | Yes, thank you | Aug 7 at 10:52 AM |

Click to    or

 


🖼 Max Ma on **flickr**

NUEDEXTA

**PBA AWARENESS**
IS ON THE RISE

Date: July 12th 2015

To whom it may concern:

From: Edward and Jacinta Kirkman

359, Cerro Street, Encinitas CA, 92024

Telephone: 858 480 9013

email: edward.c.kirkman@gmail.com

Ed and Jacinta Kirkman, with three of their children, moved in next door to John and Bobbye Rives in October, 1999.

John and Bobbye were friendly and considerate neighbors.

John Rives died in January 2008. It was at the funeral of John that we first met Ralph Sanders and Larnita Pette. It was at this first meeting with Larnita that she told me it should have been her mother who died, not her father. I put this down to grief, but subsequent behavior has suggested something more deep rooted.

Over time Bobbye's daughter Larnita moved down from Northern California and stayed with her mother.

The relationship was a stormy one and in November 2012 we were very upset to see Bobbye taken away in her nightgown, her hands handcuffed above her head, and strapped to a gurney by Encinitas police. Apparently Larnita had arranged for Bobbye to be forcibly taken to Scripps mental unit for a three day psychological evaluation. When Bobbye came home she told us that the psychiatrist had told her that her mental health was fine, but that Larnita was a danger to her, and that Larnita should not be in the same house. Of course Bobbye was very upset and shocked. Bobbye asked Larnita to leave her house and changed all the locks.

By April 2013 Larnita had started coming around to visit Bobbye again, and over the summer moved back in to her mother's home.

During this time Ralph Sanders and Beverly Calcote were frequently in contact with us regarding Bobbye's welfare. Unfortunately, as I had suffered a heart attack and did not wish to be aggressively confronted by Larnita regarding Bobbye, we rarely went into Bobbye's home.

In March 2014, Bobbye's water heater failed and Larnita asked me to tell Bobbye that she had to call a plumber. At this stage Bobbye had become quite frail.

In July 2014, Bobbye told us that Larnita had been arrested. Adult protective services were involved and a TRO was granted against Larnita, who was again removed from Bobbye's house. After this event Bobbye said she wanted to sell her house and go into assisted living.

Ralph and Beverly made frequent calls to us and visits to Bobbye over the next month, but Bobbye was distraught over Larnita's behavior towards her, especially as she told us she still loved Larnita, despite everything. The ongoing problems between Bobbye and Larnita were clearly very detrimental to Bobbye's well-being, they played on her mind continuously, and despite repeated attempts by Adult Protective Services, Ralph, and Beverly to help, Bobbye's outlook did not improve.

In early September 2014 Jacinta received a call from Beverly to say she thought Bobbye was unwell and asking us to go and check on Bobbye while Beverly drove down to Encinitas.

When we got access, we found Bobbye on a couch in her garage looking very sick. She told us that she had caught a gastric bug over the weekend. We called Emergency services and Bobbye was taken to a local hospital. Other than two visits to the hospital, this was the last time we saw Bobbye, because about two weeks later Ralph called us to say that unfortunately, during rehabilitation, Bobbye had died.

Over this whole episode we found Beverly and Ralph to always have done whatever they could to help their Aunt, driving long distances and making frequent calls and visits.

We were completely amazed by the Law Suit brought by Larnita Pette, as despite all her attempts, she was never able to provide the support that Bobbye needed, and has now chosen to make completely unjust claims against Ralph and Beverly.

Yours sincerely,

Edward C. Kirkman           *Edward C. Kirkman*

Jacinta M. Kirkman          *Jacinta M. Kirkman*

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
BEVERLY MURRAY-CALCOTE; RALPH SANDERS; RUSSELL GRIFFITH; and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LARNITA PETTE, as an interested person on behalf of BOBBYE RIVES (deceased); LARNITA PETTE, as an individual

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
Clerk of the Superior Court
MAY 08 2015

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: SAN DIEGO SUPERIOR COURT
*(El nombre y dirección de la corte es):*
330 West Broadway
San Diego, CA 92101

CASE NUMBER:
*(Número del Caso):*
37-2015-00015654-CU-PO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel W. Abbott, Esq. (SBN 218334), WITHAM MAHONEY & ABBOTT, LLP
101 B Street, Suite 2220, San Diego, CA 92101 (619) 407-0505

DATE: MAY 12 2015        Clerk, by B. Chandler, Deputy
*(Fecha)*                  *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):* 6-18-15

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

wellbeing. Specifically, on or about November 30, 2011, SANDERS and MURRAY-CALCOTE (collectively, "DEFENDANTS") were (1) granted Durable Power of Attorney over DECEDENT; (2) named as Co-Trustees of DECEDENT'S Trust; and (3) named as Co-Executors of DECEDENT'S will. In addition, on or about November 30, 2011, MURRAY-CALCOTE was appointed as DECEDENT'S Healthcare Agent pursuant to an Advance Health Care Directive.

17. During this period, DECEDENT was 84 years old, suffering from dementia and was unable to sufficiently care for her own wellbeing. DEFENDANTS, through undue influence, took advantage of DECEDENT'S impaired cognitive state to gain control of DECEDENT'S immediate finances. Furthermore, Plaintiff is informed and believes, and on that basis alleges, that both DEFENDANTS manipulated DECEDENT to be named Co-Trustees of DECEDENT'S Trust and gain control over the Trust's property.

18. PLAINTIFF is informed and believes, and on that basis alleges, that DEFENDANTS, pursuant to the DPA and Advance Healthcare Directive, had a legal, fiduciary duty to make decisions that were in DECEDENT'S best interest. Furthermore, PLAINTIFF is informed and believes, and on that basis alleges, that DEFENDANTS failed to provide minimal caregiver services to DECEDENT after July 22, 2014, when PLAINTIFF was no longer living with and providing the routine caregiver services DECEDENT required to maintain her health and safety. After July 22, 2014, DECEDENT depended on DEFENDANTS to provide DECEDENT a minimum standard of care and ensure DECEDENT'S living conditions were maintained.

19. Despite DECEDENT'S cognitive and physical impairments, SANDERS flatly refused to acknowledge PLAINTIFF'S admonitions that DECEDENT could not live by herself. While MURRAY-CALCOTE did acknowledge that DECEDENT should not be living alone, neither SANDERS nor MURRAY-CALCOTE took any affirmative steps to ensure DECEDENT received the assisted living care she needed.

PLAINTIFF is informed and believes, and on that basis alleges, that DEFENDANTS took control over DECEDENT'S health care and were ultimately responsible for making decisions pertaining to DECEDENT'S medical care after PLAINTIFF was removed from DECEDENT'S home on July 22, 2014 pursuant to a Temporary Protective Order.

4

FIRST AMENDED COMPLAINT

herein then RALPH SANDERS and BEVERLY MURAY-CALCOTE shall serve as successor Co-Trustees. In the event either RALPH SANDERS or BEVERLY MURAY-CALCOTE are unable or unwilling to so serve, then the other shall as Successor Trustee. The Trustor may remove or designate alternate acting or Successor Trustees from time to time. Under no circumstances shall Trustor's daughter serve as a Successor Trustee.

2.3. <u>Personal Information</u>. The Trustor has one (1) child, namely LARNITA ANN PETTE (born June 25, 1949). Trustor is not married as of the making of this Trust, her husband having predeceased her.

## III. <u>DISTRIBUTION OF INCOME AND PRINCIPAL DURING LIFETIME OF TRUSTOR.</u>

3.1. <u>Payments to Trustor</u>: During the lifetime of the Trustor, the Trustee shall pay to or apply for the benefit of Trustor the net income of the Trust Estate in monthly or more frequent installments. If the Trustee considers the net income insufficient, the Trustee shall pay to or for the account of the Trustor as much of the principal as is necessary in the Trustee's discretion for the Trustor's proper health, education, support, maintenance, comfort, and welfare, in accordance with her accustomed manner of living at the date of this Instrument.

3.2. <u>Distribution at Direction of Trustor</u>: During the lifetime of the Trustor, the Trustor may at any time direct a Trustee in writing to pay single sums or periodic payments out of the Trust Estate to any other person or organization.