| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RALPH SANDERS<br>1251 W BISHOP<br>SANTA ANA, CA<br>92703<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | **FILED**<br>SEP 20 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION**

| In re:<br>RALPH E SANDERS<br><br>Debtor(s). | CASE NO.: 8:17-bk-10265-MW<br>ADVERSARY NO.: 8:17-AP-01068-MW<br>CHAPTER: 7 |
|---|---|
| LARNITA PETTE<br><br>Plaintiff(s).<br><br>vs.<br><br>RALPH E SANDERS<br><br>Defendant(s). | UNILATERAL ~~JOINT~~ STATUS REPORT<br>RAL<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: OCTOBER 4, 2017<br>TIME: 9:00 AM<br>COURTROOM: MARK S WALLACE 6C<br>ADDRESS: 411 W FOURTH ST.<br>SANTA ANA, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?  ☒ Yes  ☐ No

2. Have all parties filed and served answers to the Claims Documents?  ☒ Yes  ☐ No

3. Have all motions addressed to the Claims Documents been resolved?  ☐ Yes  ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 1                                   F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

NOTHING WAS RESOLVED
PLAINTFF THERE WILL NO DISPUTE
RESOLUTION

## B. <u>READINESS FOR TRIAL</u>:

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                <u>Defendant</u>
                                   4 MONTHS

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                <u>Defendant</u>
                                   2 MONTHS

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                <u>Defendant</u>
                                   OTHER IS OF PLAINTIFF
                                   WITNESS. ONLY FOUND
                                   6 DOCTORS

## C. <u>TRIAL TIME</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   <u>Plaintiff</u>                <u>Defendant</u>
                                   5 DAYS

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   <u>Plaintiff</u>                <u>Defendant</u>
                                   5

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                Page 2                F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
|  | 22 |

## D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) JAN 4, 2018 |

## E. SETTLEMENT:

1. What is the status of settlement efforts?

   PLAINTIFF STATED NO DISPUTE RESOLUTION AND OFFERED NO SETTLEMENT

2. Has this dispute been formally mediated?   ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☐ No | ☒ Yes  ☐ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 3    F 7016-1.STATUS.REPORT

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☐ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (Use additional page if necessary)

PLEASE SEE ATTACHMENT
I HAD TO DO UNILATERAL
BECAUSE THE PLAINTIFF
WOULD NOT GIVE ME HER
INFORMATION AS EXPLAINED
ON THE ATTACHMENTS

Respectfully submitted,

Date: _____

Date: 9-20-2017

RALPH SANDERL

_____
Printed name of law firm

_____
Printed name of law firm

[signature: Ralph S...]

_____
Signature

_____
Signature

_____
Printed name

_____
Printed name

Attorney for: _____

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

## ADDITIONAL COMMENTS

Plaintiff accepts a certified letter signed by Jessica Day on 9/7/2017 asking when she would like to meet for the Rule 26 (F) meeting. (SEE EXHIBIT A AND B)

Plaintiff responds to the Defendant via text message 9/13/2017 and we arrange to conduct the Rule 26 (f) meeting on 9/19/2017.

I was asked by the Plaintiff my Disclosures and told her my Witnesses and documents which I shared.

The Plaintiff was very smart alec' and told me to look at her discovery sent in the past. I asked if she had any new discovery and she did not answer.

I asked the Plaintiff for her witness list. She replied she had 20 witnesses. I asked for their names and she replied I have had two years too look at her discovery.

The Plaintiff asked me to slowly say each word so she could right down what I was saying word for word; but would not supply the same curtesy to the Defendant.

Plaintiff said there will be no Dispute Resolution.

I reminded the Plaintiff that we were cousins. She got irate and said we are not cousins because cousins should not interfere in her and her mother's family business. I told her that her over 80 year old mother had been abused by her and cried out for help. The Plaintiff kept replying over and over again, "prove it"

I told her we will not file our meeting reports together and ended the call.

The Defedant that the Plaintiff should allow the defendant's bankruptcy (which could be discharged) to be completed before filling an Adversary Complaint.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Jessica Day    C. Date of Delivery: 9-7-17 |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>PETTE<br>2588 EL CAMINO RE<br>F-195<br>CARLSBAD, CA 92008 |
| 9590 9402 2980 7094 0203 26 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 0660 0000 1898 2942 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Hello,

I do not have your phone number and would like to know when and how you would like to meet over phone or in person to discuss pursuant to Rule 26(f). My phone number is still 714 262 8378. What are the basis of your claims? Would you like to offer any resolutions or disclosures? Would you like to set a time frame for discovery?

Respectfully,
Ralph Sanders

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: ~~JOINT~~ UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9-20-17, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9-20-17, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- LARNITA PETTIE
  2588 EL CAMINO REAL STE F-195
  CARLSBAD, CA 92008
- THE HONORABLE MARK S WALLACE, US BK COURT, CENTRAL DIST
  411 W FOURTH ST STE 6135/COURTROOM 6C
- WENATA M.A. KOSMALA
  P.O. BOX 16279
  IRVINE, CA 92623-9998
- US TRUSTEE
  411 W 4TH ST, STE 7160
  SANTA ANA, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9-20-2017 | CINDY FAWVER | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.