**FILED & ENTERED**

**OCT 05 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ralph E Sanders<br><br>Debtor(s).<br>—<br>Larnita Pette<br><br>Plaintiff(s),<br>v.<br><br>Ralph E Sanders<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW<br><br>**SCHEDULING ORDER**<br><br>Date:         October 4, 2017<br>Time:        9:00 a.m.<br>Courtroom:  6C |

The Court, having conducted a status conference in this adversary case, hereby issues a scheduling order as follows:

All discovery shall close on **January 31, 2018**.

All discovery motions shall be heard *before* **February 28, 2018**.

All pretrial motions (except motions in limine) shall be heard *before* **March 31, 2018**.

Pretrial conference is set for **April 25, 2018 at 9:00 a.m.**

//

**The parties are placed on notice that it is the Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences, specifically Rule 7016-1, and this Court's procedures supplement to those rules, which are published on the court's website. Failure to comply with the provisions of this order may subject the responsible party to sanctions, including judgment of dismissal or the entry of a default and a striking of the answer.**

**The Court views the pretrial conference as an indispensable part of the resolution of this matter and probably the second most important proceeding after the trial itself. And, for that reason, it is the Court's practice that if there is a material default by the plaintiff in compliance with the Local Bankruptcy Rules relating to pretrial conferences, the most likely outcome is that the Court will grant judgment of dismissal in favor of the defendant and, on the other hand, if there is a material default by the defendant, the most likely outcome is that the Court would strike the answer and enter a default. These consequences are in the nature of terminating sanctions. The Court believes that that type of sanction is appropriate in connection with pretrial conferences because to allow a material breach of those rules and to simply impose a monetary sanctions it could be viewed as setting up a situation where there is simply a toll charge for violating the Local Bankruptcy Rules and the Court does not think that is appropriate. So the parties are on notice of the Court's intentions in this regard and the Court will certainly be looking to the parties to fully comply with those Local Bankruptcy Rules, specifically Rule 7016-1.**

IT IS SO ORDERED.

Date: October 5, 2017

Mark S. Wallace
United States Bankruptcy Judge