United States Bankruptcy Court
Central District of California

Pette,
          Plaintiff                                                Adv. Proc. No. 17-01068-MW

Sanders,
          Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 1              Date Rcvd: Oct 05, 2017
                             Form ID: pdf031           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2017.
pla              +Larnita Pette,    2588 El Camino Real Ste F-195,    Carlsbad, CA 92008-1211
dft              +Ralph E Sanders,    1251 W Bishop,    Santa Ana, CA 92703-4548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2017 at the address(es) listed below:
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
               wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                           TOTAL: 2

1

2

3

4

5

6

**FILED & ENTERED**

OCT 05 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

7

8

9

10

11

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| 12  In re: | CHAPTER 7 |
| 13  Ralph E Sanders | Case No.:  8:17-bk-10265-MW |
| 14 | Adv No:   8:17-ap-01068-MW |
|        Debtor(s). | |
| 15 | |
| 16  Larnita Pette | **SCHEDULING ORDER** |
| 17        Plaintiff(s), | Date:        October 4, 2017 |
| 18    v. | Time:        9:00 a.m. |
| | Courtroom:   6C |
| 19  Ralph E Sanders | |
| 20        Defendant(s). | |

21      The Court, having conducted a status conference in this adversary case, hereby issues a

22  scheduling order as follows:

23      All discovery shall close on **January 31, 2018**.

24      All discovery motions shall be heard *before* **February 28, 2018**.

25      All pretrial motions (except motions in limine) shall be heard *before* **March 31, 2018**.

26

27      Pretrial conference is set for **April 25, 2018 at 9:00 a.m.**

28  //

-1-

1

2

**The parties are placed on notice that it is the Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences, specifically Rule 7016-1, and this Court's procedures supplement to those rules, which are published on the court's website.  Failure to comply with the provisions of this order may subject the responsible party to sanctions, including judgment of dismissal or the entry of a default and a striking of the answer.**

**The Court views the pretrial conference as an indispensable part of the resolution of this matter and probably the second most important proceeding after the trial itself.  And, for that reason, it is the Court's practice that if there is a material default by the plaintiff in compliance with the Local Bankruptcy Rules relating to pretrial conferences, the most likely outcome is that the Court will grant judgment of dismissal in favor of the defendant and, on the other hand, if there is a material default by the defendant, the most likely outcome is that the Court would strike the answer and enter a default.  These consequences are in the nature of terminating sanctions.  The Court believes that that type of sanction is appropriate in connection with pretrial conferences because to allow a material breach of those rules and to simply impose a monetary sanctions it could be viewed as setting up a situation where there is simply a toll charge for violating the Local Bankruptcy Rules and the Court does not think that is appropriate.  So the parties are on notice of the Court's intentions in this regard and the Court will certainly be looking to the parties to fully comply with those Local Bankruptcy Rules, specifically Rule 7016-1.**

IT IS SO ORDERED.

Date: October 5, 2017

Mark S. Wallace
United States Bankruptcy Judge

-2-