Ralph E Sanders
1251 W Bishop
Santa Ana, CA 92703



FILED
OCT 19 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DIVISION OF CALIFORNIA
## SANTA ANA DIVISION

In re

Ralph E Sanders

Case No. 8:17-BK-10265-MW
Chapter: 7

Adversary No: 8:17-AP-01068-MW
TITLE: **Resignation of Ralph E Sanders as Co-Trustee of Bobye J Rives Trust**

Debtor's

Plaintiff(s)

Larnita Pette
    Vs.

Ralph E Sanders

Defendant(s)

_____

Ralph E Sanders

RE: Bobbye J. Rives Trust, dated November 30, 2011

Re: Resignation of Ralph E Sanders as Co-Trustee

To whom it may concern,

I, Ralph Everett Sanders, do hereby resign as a Co-Trustee of the Bobbye J. Rives Trust, dated November 30, 2011. I relinquish all responsibilities and duties that have been assigned to me as a Co-Trustee, as of October 2nd, 2017, and ask that the courts appoint a private fiduciary to distribute the rest of the Trust funds and do the final accounting due to the following reasons:

The Estate has closed.

Co-Trustee Beverly Murray Calcote has resigned from the Bobbye J Rives Trust and Beverly had the Bobbye J. Rives account in her name only and Beverly Murray Calcote wrote all checks to and from that account.

The Bobbye J Rives Trust states that under no circumstance shall the Trustors daughter be a successor Trustee and therefore should have no part in finding the court appointed private fiduciary.

If there are any other responsibilities, obligations, fiduciary responsibilities or duties that should be carried out by the Trustee, I relinquish said duties to any private fiduciary or named back up Trustee as indicated in the Bobbye J Rives Trust. In conclusion, I can be reached at the address and phone number below, if needed.

Respectfully,

*Ralph E Everett Sanders*

Ralph Everett Sanders

1251 W Bishop St,

Santa Ana, CA 92703

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of __Orange__  )

On __10/18/17__ before me, __Juan Hernandez, Notary Public__,
   Date                                 Here Insert Name and Title of the Officer
personally appeared __Ralph E Sanders__
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Seal: J. HERNANDEZ, Notary Public - California, Orange County, Commission # 2153409, My Comm. Expires May 20, 2020]

Signature _____
   Signature of Notary Public

Place Notary Seal Above

———————————————— OPTIONAL ————————————————

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __Trust Resignation__
Document Date: __11, 30, 2011__   Number of Pages: __1__
Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Ralph E Sanders__
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☒ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: __Self__

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# California All-Purpose Acknowledgment

The so-called "all-purpose" acknowledgment wording, as prescribed in California Civil Code Section 1189(a), is mandatory for all acknowledgments taken in the state, whether the acknowledger is signing as an individual or a representative (partner, corporate officer, attorney in fact, trustee, etc.).

Law permits California Notaries to use an out-of-state acknowledgment form on a document that will be filed in that other state or U.S. jurisdiction, but only if "the form does not require the Notary to determine or certify that the signer holds a particular representative capacity or to make other determinations and certifications not allowed by California law" (Civil Code Section 1189[c]).

Still, however, any acknowledged document notarized and filed or recorded in California must bear only an all-purpose certificate.

State law requires the "all-purpose" certificate wording to be used exactly as it appears in statute.

The optional section at the bottom can deter alteration of the document or fraudulent reattachment of this form to an unintended document. The insertions in this section are not required by law. Failure to fill out this section will not affect the validity of the certificate.

## Instructions:

**① NAME OF COUNTY** where Notary performs notarization.

**② DATE OF NOTARIZATION.** Actual month, day and year on which signer(s) appear(s) before Notary.

**③ NAME & TITLE OF NOTARIZING OFFICER.** In the case of a Notary, "Notary Public" would be the title.

**④ NAME(S) OF SIGNER(S)** appearing before Notary. Initials and spelling of names should agree with name(s) signed on document and ID card. Line through any remaining space.

**⑤ SIGNATURE OF NOTARY** exactly as name appears on commissioning papers, in space 3 and in seal.

**⑥ NOTARY SEAL IMPRINT,** clearly and legibly affixed.

*SPACES 7–14 ARE OPTIONAL. Omission of information here will not affect the document's validity. However, completing these spaces can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**⑦ TITLE OR TYPE OF DOCUMENT** notarized, such as "Grant Deed."

**⑧ DATE OF DOCUMENT** notarized. Most but not all documents will have a date, usually at the top or following the signature. If none, insert "No Date."

**⑨ NUMBER OF PAGES** in the notarized document. This may point out fraudulent addition or removal of pages. Do not count the certificate as a page. However, the certificate will be regarded as a page by recording officials in assessing recording fees.



**⑩ SIGNER(S) OTHER THAN NAMED IN SPACE 4.** Since all signers might not be named on the same notarial certificate, insert name(s) of signer(s) here that appear(s) or will appear on other certificates — as many as space allows. If there are a large number of signers, a notation such as "Mary Smith and 28 other signers" will suffice. If none, insert "no other signers."

**⑪ NAME(S) OF SIGNER(S)** from space 4 whose capacity and represented entity follow.

**⑫ CAPACITY CLAIMED BY SIGNER.** Check appropriate box to indicate whether signer is signing as individual (on his or her own behalf), or as corporate officer (indicate corporate title), partner (indicate whether "limited" or "general" partner), attorney in fact, trustee, guardian/conservator, or in another capacity.

**⑬ DESCRIPTION OF OTHER CAPACITY(IES).** A single capacity, such as "executor," may be indicated here; or a multiple capacity, such as "corporate officer signing for partnership in which corporation is partner."

**⑭ NAME OF PERSON OR LEGAL ENTITY** that signer is representing. It could, for example, be the name of an absent person represented by attorney in fact. It could be the name of a condominium association, such as "Blue Lagoon Condo Assn." Or it could be multiple entities, such as "XYZ Corp., partner in Mutual Enterprises, a partnership."



NATIONAL NOTARY ASSOCIATION

9350 De Soto Avenue • Chatsworth, CA 91311-4926 • 1-800-876-6827 • www.NationalNotary.org

©2016 National Notary Association

Item #5907

3
PQS
222