Ralph E Sanders
1251 W Bishop
Santa Ana, CA 92703



FILED
OCT 25 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT
CENTRAL DIVISION OF CALIFORNIA
SANTA ANA DIVISION**

In re

Ralph E Sanders

Debtor's

Plaintiff(s)

Larnita Pette
    Vs.

Ralph E Sanders

    Defendant(s)

Case No. 8:17 - bk -10265-MW
Chapter: 7

Adversary No: 8:17-AP-01068-MW
TITLE: **Resignation of Ralph E Sanders as
    Co-Trustee of Bobbye J Rives Trust**

PROOF OF SERVICE
30-2016-00863391-
PR-TR-CJC

_____

Ralph E Sanders

RE: Bobbye J. Rives Trust, dated November 30, 2011

Re: Resignation of Ralph E Sanders as Co-Trustee

To whom it may concern,

I, Ralph Everett Sanders, do hereby resign as a Co-Trustee of the Bobbye J. Rives Trust, dated November 30, 2011. I relinquish all responsibilities and duties that have been assigned to me as a Co-Trustee, as of October 2nd, 2017, and ask that the courts appoint a private fiduciary to distribute the rest of the Trust funds and do the final accounting due to the following reasons:

The Estate has closed.

Co-Trustee Beverly Murray Calcote has resigned from the Bobbye J Rives Trust and Beverly had the Bobbye J. Rives account in her name only and Beverly Murray Calcote wrote all checks to and from that account.

The Bobbye J Rives Trust states that under no circumstance shall the Trustors daughter be a successor Trustee and therefore should have no part in finding the court appointed private fiduciary.

If there are any other responsibilities, obligations, fiduciary responsibilities or duties that should be carried out by the Trustee, I relinquish said duties to any private fiduciary or named back up Trustee as indicated in the Bobbye J Rives Trust. In conclusion, I can be reached at the address and phone number below if needed.

Respectfully,

*Ralph E Everett Sanders*

Ralph Everett Sanders

1251 W Bishop St,

Santa Ana, CA 92703

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**     CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _Orange_ )

On _10/18/17_ before me, _Juan Hernandez, Notary Public_,
 Date                                              Here Insert Name and Title of the Officer
personally appeared _Ralph E Sander_
                                    Name(s) of Signer(s)

_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

[Notary Seal: J. HERNANDEZ, Notary Public - California, Orange County, Commission # 2153409, My Comm. Expires May 20, 2020]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Trust Resignation_
Document Date: _11, 30, 2011_     Number of Pages: _1_
Signer(s) Other Than Named Above: _N/A_

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Ralph E Sander_
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☒ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _Self_

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): _RESIGNATION OF RALPH E SANDERS AS A CO-TRUSTEE OF BOBBIE J RIVES TRUST_

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _10-25-17_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- LARNITA PETIE  2585 EL CAMINO REAL, STE F-195  CARLSBAD, CA 92008
- MARK WALLACE GC  411 W FOURTH ST  SANTA ANA, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2017 | CINDY FAWVER | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                  F 9013-3.1.PROOF.SERVICE