Ralph E Sanders
1251 W Bishop
Santa Ana, CA 92703



FILED
OCT 3 0 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DIVISION OF CALIFORNIA**
**SANTA ANA DIVISION**

In re

Ralph E Sanders

Debtor's

Plaintiff(s)

Larnita Pette
   Vs.

Ralph E Sanders

Defendant(s)

Case No. 8:17 bk 10265-MW
Chapter: 7

Adversary No: 8:17-AP-01068-MW
TITLE: **DISCLOSURES, DOCUMENTS, AND DAMAGES**

No Hearing
Hearing

DATE: October 4, 2017
TIME: 9:00 am
COURTROOM PLACE:
411 W Fourth St.
Santa Ana, CA 92701

COMPLAINT FOR DISCHARGE AND DISMISSAL OF PENDING LAWSUITS.
Ralph E Sanders, as Defendant complains of Plaintiff's Larnita Pette Adversary Summons. Wherefore the Defendant believes and asks the courts to dismiss the Plaintiff's evil made up LAWSUIT and allow the Defendants discharge and dismissal of the Plaintiff's two pending and future lawsuits vs. the Defendant. Plaintiff offers no evidence of when, where, how, the defendant did wrongful death, elder abuse and Adult Protective Services records show and prove that the Plaintiff was abusing her mother including an EPO by Encinitas Sheriff's vs the Plaintiff, so there is no defamation of character. The Plaintiff has not been harmed.

## DISCLOSURES

Pingfeng Du, MD, PhD

345 Saxony Rd, Ste. 202

Encinitas, CA 92024-2787

(760 203-6660)

Knowledge of Bobbye Rives mental capabilities


Ed Jacinta Kirkman

359 Cerro St.

Encinitas, CA 92024

(858 480 9013)

Knowledge of Bobbye Rives mental capabilities, relationship with daughter.


Russell Griffith

1991 Village Parkway, Suite 105

Encinitas, CA 92024

(760 944 9901)

Knowledge of Bobbye Rives mental capabilities, relationship with daughter

Also opposing parties

## DOCUMENTS

**PLAINTIFFS ELDER ABUSE**

ADULT PROTECTIVE SERVICE RECORDS

TEMPORARY RESTRAINING ORDER

BOBBYE RIVES TRUST

2014 LAWSUIT

**DECEDENTS HOSPITAL STAY**

SCRIPPS ENCINITAS MEDCAL RECORDS

VILLA DE LAS CARLSBAD MEDICAL RECORDS

BOBBYE RIVES DEATH CERETIFICATE

BOBBYE RIVES TRUST

**ELECTRONICALLY STORED INFORMATION**

GRADY VICKERS EMAILS (bankruptcy preparer)

SENIOR LIVING EMAILS

AMENDED FINANACIAL STATEMENTS

## COMPENSATION OF EACH CATEGORY OF DAMAGES CLAIMED

DEFENDANT CLAIMS RECOVERY OF ALL LAWYER FEES FROM 2014 TO THE PRESENT. APPROXIMATELY $34,000.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (specify): __DISCLOSURES DOCUMENTS, AND DAMAGES__

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __10-24-17__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: __HONORABLE MARK WALLACE 411 W FOURTH ST. SANTA ANA, CA 92701__

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

__10/24/2017__    __CINDY FAWVER__    __/s/ Cindy Fawver__
Date    Printed Name    Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**