ORIGINAL

RALPH E. SANDERS
1251 W. Bishop
Santa Ana, CA 92703
Telephone: (714) 262-8378

Debtor/Defendant, in pro se

FILED
APR 23 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| RALPH E. SANDERS | ) Case No. 8:17-bk-10265-MW |
| Debtor, | ) Adv. No. 8:17-AP-01068-MW  01068-MW |
| LARNITA PETTE, | ) DECLARATION OF RALPH E. SANDERS PURSUANT TO LBR 7026-1 |
| Plaintiff, | ) |
| vs. | ) DATE: April 25, 2018 |
| RALPH E. SANDERS, | ) TIME: 9:00 a.m. |
| Defendant | ) DEPT.: 6C |

DECLARATION OF RALPH E. SANDERS

I, RALPH E. SANDERS, declare and state as follows:

-1-

DECLARATION OF RALPH SANDERS PURSUANT TO LBR 7026-1

1. I am the debtor/defendant in the above-entitled matter and make this declaration pursuant to Local Bankruptcy Rule 7026-1. I have personal knowledge of the facts stated herein and if called as a witness, I could and would testify competently thereto.

2. I have not received any proposed pre-trial order or any communication whatsoever from plaintiff, Larnita Pette, in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing declaration is true and correct and this declaration is executed on April 23, 2018, at Santa Ana, California.

_____
RALPH E. SANDERS, Declarant

-2-

**DECLARATION OF RALPH SANDERS PURSUANT TO LBR 7026-1**

| In re: | CHAPTER: **7** |
|---|---|
| **RALPH E. SANDERS** Debtor(s). | CASE NUMBER: **8:17-bk-10265-MW** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**940 W. 17th Street, Suite F**
**Santa Ana, CA 92706**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RALPH E. SANDERS PURSUANT TO LBR 7-26-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Weneta Kosmala (TR) - ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com**
**United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **April 23, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Larnita Pette (Plaintiff)**
**2588 El Camino Real, Suite F0195**
**Carslbad, CA 92008**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2018 | **LYNN CASTRO** | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**9013-3.1.PROOF.SERVICE**