

**FILED & ENTERED**

**APR 27 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ralph E Sanders<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW |
| Larnita Pette<br><br>Plaintiff(s),<br>v.<br><br>Ralph E Sanders<br><br>Defendant(s). | **ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date:         April 25, 2018<br>Time:         9:00 AM<br>Courtroom:  6C |

    At the request of the parties, the Court hereby continues the Pretrial Conference to **November 14, 2018 at 9:00 a.m.**

    **The Court would like to place the parties on notice that it is this Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences (specifically, LBR 7016-1) and the Court's procedures supplement to those rules, which are published on the court's website.  The parties are expected to comply with those rules.  Therefore, please read the Local Bankruptcy Rules and procedures well in advance of**

-1-

**the pretrial conference. Failure to comply with the provisions of this order may subject the responsible party to sanctions, including judgment of dismissal for material noncompliance by the plaintiff or the entry of a default and a striking of the answer for material noncompliance by the defendant.**

IT IS SO ORDERED.

###

Date: April 27, 2018

Mark S. Wallace
United States Bankruptcy Judge