United States Bankruptcy Court
Central District of California

Pette,
    Plaintiff

Adv. Proc. No. 17-01068-MW

Sanders,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8    User: admin    Page 1 of 1    Date Rcvd: Apr 27, 2018
                    Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2018.
pla          +Larnita Pette,    2588 El Camino Real Ste F-195,    Carlsbad, CA 92008-1211
dft          +Ralph E Sanders,    1251 W Bishop,    Santa Ana, CA 92703-4548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2018 at the address(es) listed below:
        United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
        Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
         wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                           TOTAL: 2

**FILED & ENTERED**

APR 27 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ralph E Sanders<br><br>Debtor(s).<br><br>Larnita Pette<br><br>Plaintiff(s),<br>v.<br><br>Ralph E Sanders<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date:        April 25, 2018<br>Time:       9:00 AM<br>Courtroom: 6C |

At the request of the parties, the Court hereby continues the Pretrial Conference to **November 14, 2018 at 9:00 a.m.**

**The Court would like to place the parties on notice that it is this Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences (specifically, LBR 7016-1) and the Court's procedures supplement to those rules, which are published on the court's website.  The parties are expected to comply with those rules.  Therefore, please read the Local Bankruptcy Rules and procedures well in advance of**

1 | **the pretrial conference.  Failure to comply with the provisions of this order may subject**
2 | **the responsible party to sanctions, including judgment of dismissal for material**
3 | **noncompliance by the plaintiff or the entry of a default and a striking of the answer for**
4 | **material noncompliance by the defendant.**

 IT IS SO ORDERED.

###

Date: April 27, 2018

Mark S. Wallace
United States Bankruptcy Judge