CC: DR. NOLI CAVA
PINGFENG DU, MD
JAMIESON GLENN, MD
Authenticated by Ardeshir A. Dabestani, M.D. On 09/10/2014 09:30:14 AM



## Scripps

**PATIENT DISCHARGE / INTERFACILITY
TRANSFER INSTRUCTIONS**

HIVES, BOBBYE J
MRN:200251338   DOB: 10/23/1927  F/86
09/01/14
KIM, JAMES T MD                    ACCT:102074264

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

---

Nurse to complete asterisked items (*).  Physician to complete shaded areas.

*Discharged to: ☐ Home  ☐ Home with Home Health  ☐ Acute Rehab  ☐ Assisted Living  ☐ Board and Care  ☒SNF
☐ Other: _____ Las Villas de Carlsbad _____
*Mode of transport: ☒Auto  ☐ Ambulance  ☐ Wheelchair Transport  ☐ Other _____

**Follow up Appointments**
Primary Physician: Dr. Noli Cava _____ Call to be seen in 7 days, Phone: (619) 221-4490
Specialty Doctor PingFang Dv _____ Reason Cardiology _____ see in 14-21 days, Phone: (760) 230-6660
Specialty Doctor Jamieson Glenn _____ Reason Ortho spine _____ see in 7-10 days, Phone: (760) 230-5188
Specialty Doctor _____ Reason _____ see in _____ days, Phone: _____
**Diet:** ☐ Regular  ☒Cardiac  ☒Diabetic  ☐ 2gm Sodium  ☐ Soft  ☐ Other: _____
*(Circle)* Diet/swallow precautions or instructions: _____

**Activity:**   No restrictions unless noted below
☐ May resume all normal activities in _____ (circle) days / weeks    C. Diff precautions
☐ No shower until _____          ☐ No bath until _____
☐ No lifting more than _____ pounds  ☐ Weight bearing restriction: _____
☐ Until further instructed by MD, walk with  ☐ Walker  ☐ Crutches  ☐ Other: _____
**Driving:** ☐ In _____ days  ☐ when cleared by MD  **Work:** ☐ In _____ days  ☐ when cleared by MD
**Labs:** ☐ PT/INR in _____ days ☒ Other labs/procedures: √ CBC + BMP in 3 days
*Incision Instructions: Keep wound clean and dry  ☐ Okay to leave open to air
  *Notify surgeon for fever, chills, increased drainage, redness, and/or pain.
*Wound Care:  Pressure Ulcer Present:  ☒ No  ☐ Yes  Stage/Location: _____
  Instructions: _____
  _____

*Other Information / Instructions: ✱ DO NOT Disclose ANY PT. info, except to Pts
Nephew- Ralph Sanders (714) 262-8378
- If develop back pain, consider TLSO Brace.
*Immunizations given in hospital as applicable: ☐ Flu  ☐ Pneumonia  ☐ Date given: ( if known) _____

**Continuing Care**
For: ☐ RN ☐ PT ☐ OT ☐ Speech ☐ Wound ☐ Other: _____
*Agency: _____           *Phone: _____
☐ Infusion of: _____        *Agency: _____   *Phone: _____
☐ Equipment: ☐ Oxygen  at ___liters/min.    *Agency: _____   *Phone: _____
Other equipment: _____        *Agency: _____

**Information to be completed for next caregiver/SNF**   Report called to: (760) 434-4322
☒SNF Accepting MD DR. Daniel Given    Care Navigator Name/# Diane Slayton, RN
Time of last meal: _____  Time of last pain medication: _____ ☐ Confused/ forgetful
Foley catheter inserted (date): _____  Incontinent: ☐ stool ☐ urine  Last Bowel Movement: _____
Needs assist with: ☐ Bathing/dressing  ☐ Eating  ☐ Ambulation  ☐ Other _____
Advanced Directive: ☐ No ☐ Yes  ☐ Copy With Patient
Infection: ☐ MRSA ☐ C. Difficile ☐ VRE ☐ Other _____

| PHYSICIAN SIGNATURE | DATE/TIME | PATIENT SIGNATURE | NURSE SIGNATURE | DATE/TIME |
|---|---|---|---|---|
| *signature* | 9/6/14 ☐ 12:35 | *signature* | *signature* | 9/6/14 |

☐ Belongings sheet reviewed with patient
☐ Discharge instructions/medications reviewed with patient/family and copies given.
PHOTOCOPY ON DISCHARGE
**Page 1 of 2**                        Original: Chart   Copy: Patient   320-8720-807 (11/11/13)

*2DCIN*

FAX 760-720-3194 Attn:

6E

# Scripps

**(760) 633-6501**

**SYMPTOMS TO REPORT AND
ADDITIONAL RESOURCES/INFORMATION**

RIVES, BOBBYE J
MRN:200251338   DOB: 10/23/1927 F/86
09/01/14   ACCT:102074264
KIM, JAMES T MD

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS



DETACH AT PERFORATION

## 1. URGENT SYMPTOMS: CALL 911 IF YOU HAVE ANY OF THE FOLLOWING SUDDEN SYMPTOMS:

**Sudden onset of STROKE related symptoms:**
- Weakness or numbness of face, arm or leg (especially on 1 side)
- Confusion, trouble talking or understanding
- Change in vision in one or both eyes
- Trouble walking, dizziness, loss of balance or coordination
- Severe headache with no known cause

**HEART FAILURE/HEART ATTACK related symptoms:**
- New or worsening chest pain/discomfort (especially with one or more of the other signs)
- Discomfort in other areas of upper body (one/both arms, neck, jaw, stomach)
- Shortness of breath
- Cold sweats, nausea, lightheadedness

## 2. OTHER SYMPTOMS TO REPORT/INCLUDE: Call your doctor to report symptoms before they become urgent.

**STROKE:**
- Increased fatigue or sudden decrease in ability to do usual activities
- Depression
- Seizures   • Bleeding or severe bruising

**INFECTION:**
- Fever, sweating, chills, muscle, joint or body aches
- Swelling/drainage of surgical site or wound
- Excessive bleeding

**CHEST PAIN/HEART FAILURE:**
- Worsening chest pain even if relieved by medication
- Weigh yourself daily and report any weight gain >2 pounds in 1 day or 5 pounds in 1 week
- Swelling in feet, legs, hands or abdomen
- Persistent cough or chest congestion, bloody or pink sputum
- Increasing shortness of breath, new shortness of breath when resting, trouble sleeping due to breathing, needing to sleep sitting up or with more pillows
- Fast or irregular heart beats

**PAIN:**  • Increasing or unrelieved pain

**CANCER:**
- Unusual bleeding or discharge
- A lump or thickening in the breast or otherwise
- A sore that does not heal
- Change in bowel or bladder habits
- Persistent hoarseness or cough
- Persistent indigestion or difficulty in swallowing
- Change in a wart or mole

## 3. OTHER INFORMATION

**RISK FACTORS FOR STROKE AND HEART DISEASE:**
- High blood pressure, smoking, diabetes, high blood cholesterol, atrial fibrillation, overweight, low levels of physical activity, and use of illegal drugs such as cocaine and methamphetamine can be controlled, prevented or treated.
- Getting older, race, family history and medical history (especially of heart disease, stroke or TIA) cannot be changed.

**STAYING HEALTHY:**
- Take your medications exactly as prescribed.
- Take precautions to avoid falls.
- Maintain a healthy body weight, keep active as tolerated or per your physician orders.
- Always wear your seat belt.
- Use sunscreen every day.
- DO NOT SMOKE. Talk to your doctor, nurse or other healthcare professionals about how to quit.

**LOVENOX (Enoxaparin) and/or COUMADIN (Warfarin) EDUCATION:**
1. Inform your physician of your health history.
2. Keep your appointments for regular blood tests.
3. Side effects may include bleeding or bruising.
4. Contact your physician immediately if you experience excessive or prolonged bleeding, sudden back pain. Report other symptoms as outlined above.
5. Ask your doctor or pharmacist before using other medications, including over-the-counter medications.
6. Be consistent with your dietary intake of vitamin K rich food (leafy green vegetables).
7. Changes to diet and medication can affect PT/INR level.
8. Do not take or discontinue any medication or over-the-counter medication except on the advice of the physician or pharmacist.
9. Notify physician before changing diet.

**DIET:** A diet low in fat is recommended to decrease the risk of heart disease, stroke, and certain forms of cancer. If you have high blood pressure or heart failure, eat less sodium or salt.

**RESOURCES:**
- American Cancer Society:  (1-800-227-2345), www.cancer.org
- American Heart Association:  1-800-242-8721, www.americanheart.org
- American Lung Association:  1-800-586-4872), www.lungusa.org
- American Stroke Association:  1-888-478-7653, www.StrokeAssociation.org
- California Smokers' Help Line: 1-800-NO-BUTTS (1-800-662-8887)
- START (a community program of Scripps Encinitas Rehabilitation Center): 1-800-388-7717
- Scripps Whittier Diabetes Program: 1-877-WHITTIER

320-8720-807 (11/11/13)

6E

Scripps Encinitas

EMERGENCY RECORD

PATIENT: RIVES , BOBBYE J
MR#: 000200251338          ACCT#: 000102074264
DATE OF SERVICE: 09/01/2014

AGE:
86 years old.

TIME OF EVALUATION:
1830.

MODE OF ARRIVAL:
To the department is ambulatory.

CHIEF COMPLAINT:
Nausea, vomiting, weakness, and abdominal pain.

HISTORICAL SOURCES:
1.  The patient.
2.  The patient's cousin Beverly, 310-985-1501.
3.  The patient's niece who is an OB/GYN physician at Sharp,
Rosalyn Baxter, 858-250-5931.

*****This is a critical care note.  Total critical care time is 40
minutes excluding the procedures.


Ms. Beverly who lives in Los Angeles called the neighbors and
asked them to check on her.  There have been some domestic issues
at the house, and Adult protective Services are involved.  The
neighbors went to check on Bobbye; and she was complaining of
nausea, vomiting, diarrhea, had not been taking her medications,
dehydrated, lightheaded, no fevers, no chills, and just not
feeling well.  There was some concern about her ability to make
decisions and take care of herself.  Paramedics picked her up and
brought her to Scripps Encinitas as she complains of generalized
weakness, vomiting, and somewhat confused.  Pain location:  All
over the abdomen.  Quality crampy.  Severity, moderate.
 Duration:  One-and-a-half days, constant.  Associated with
fevers, chills, no hemoptysis, no hematemesis.

PAST MEDICAL HISTORY:
Her past medical history is notable for coronary artery disease,
diabetes, congestive heart failure, and multiple cardiac stents.

MEDICATIONS:
1.  Plavix.
2.  Aspirin.
3.  Iron.
4.  Nitroglycerin.
5.  Protonix.
6.  Toprol.
7.  Glucotrol.
8.  Glucophage.
9.  Lotrel.

6E

10. Zetia.

The patient has not been taking her medications.

SOCIAL HISTORY:
No ethanol, tobacco, or drugs.

FAMILY HISTORY:
Positive for mental illness.

REVIEW OF SYSTEMS:
All other systems reviewed; and, otherwise, negative unless
stated in the HPI.

PHYSICAL EXAMINATION:
VITAL SIGNS:  192/86, pulse 110, respiratory rate 18, temperature
37, and 98%.
HEENT:  Nares clear.  Oropharynx clear.  Trachea midline,
somewhat confused.  She is hard of hearing; but if we speak loud
in the left ear as opposed to the right, she appears to be able
to hear and answer some questions.  Supple neck.  No meningismus.
HEART:  Tachycardic.  Point of maximal impulse is not displaced.
 1/6 systolic murmur.  Mild JVD.  Questionable rales at the
bases.
LUNGS:  Clear.  Rales at the bases.  No inspiratory stridor.  No
accessory muscle use.  Equal expansion.  No flail chest.
GI:  Abdomen soft, tender in the left lower quadrant without
guarding, rebound, or percussion tenderness.  No organomegaly.  A
little discomfort in right upper quadrant as well; but again no
rigidity, no guarding, no rebound, no percussion tenderness, no
organomegaly, no pulsatile abdominal mass.  There does not appear
to be pain out of proportion, 2+ groin pulses.
SKIN:  No petechia, no purpura, poor turgor.
MUSCLES:  No deformity.
SKIN:  As stated above.
NEUROLOGIC:  Moving all extremities and nonfocal.
ENDOCRINE:  No cushingoid-type features.
PSYCH:  Alert to person and place, difficult with time.
LYMPH:  No lymphedema.
ALLERGIC:  No allergic reaction.

EMERGENCY ROOM COURSE:

The patient really appears to have some metabolic issues,
concerns for hyperosmolar nonketotic coma, sepsis, urinary tract
infection, myocardial infarction, anemia, and pancreatitis
prompted an extensive workup here in the department.

******My
interpretation of the patient's EKG; sinus tachycardia,
ventricular rate 114, PR 134, QRS 112, QTc 479, left axis
deviation, intermittent, no evidence of ST-segment elevation.
 This is an abnormal EKG without acute evidence of ischemia.

*****One-view chest x-ray, no infiltrate, no effusion, no
pneumothorax.  Normal one-view chest x-ray.

CT abdomen and pelvis:  No acute process, diverticula, no
evidence of diverticulitis, compression fracture at L2,
retropulsion, 50% height loss, chronic T9 compression fracture,

abnormal.

Ultrasound: Normal gallbladder, no evidence to explain the patient's bump in LFTs.

Interpretation of the blood work: Urinalysis 3 to 5 whites, no bacteria, abnormal urinalysis. Micro; elevated glucose with ketones, abnormal CBC. White count 23,000 elevated with a left shift and anemia. Etiology of this could be related to regional bowel wall ischemia, DKA, hyperosmolar coma. This is an abnormal finding concerning for systemic inflammatory response system and sepsis.

Beta-hydroxybutyrate is elevated at 19, abnormal. INR 1, no coagulopathy. CPK-MB is normal. Lactic acid 2.8, lactic acidosis. CK 102, no rhabdo, mag 2.3. BNP of 3000 and congestive heart failure. This is abnormal, probable high output heart failure. Comprehensive metabolic panel: Bicarb is 20, glucose 238, abnormal comprehensive metabolic panel, creatinine 1.6, elevated LFTs which is abnormal, troponin 0.031 concerning for enzyme leak, respiratory alkalosis. This is concerning ABG and abnormal.

The patient was bolused with 500 mL of normal saline, in and out cath failed to show urine. She was covered empirically with Rocephin and Flagyl.

The case was discussed with Dr. Pingfeng Du in Cardiology, agrees with the management plan. Admission to the PCU. Given the patient's mental status, I have discussed the case with the family. She is full code and full care.

IMPRESSION:

1. Sepsis.
2. Hyperosmolar nonketotic state.
3. Alkalosis.
4. Abdominal pain concerning for bowel ischemia, improving with intravenous fluids at this point.
5. Nausea, vomiting, and diarrhea. No history of Clostridium difficile colitis. No recent antibiotics.
6. Global weakness.
7. Dehydration.
8. Diabetes with hyperglycemia.
9. Nausea and vomiting.

On repeat assessment, the patient is resting comfortably at this point in time, pulse is 90, 180/70. Pain is controlled. Her mental status appears to be improving with hydration and metabolic management. Plan will be admit to the PCU. Code status, full code. The patient is guarded at this time.

*****This is a critical care note. Total critical care time is 40 minutes excluding the procedures.

DICTATED BY: ANDREW ACCARDI, MD

AA:Spheris77732 C: 09/02/14 01:16   CONFIRMATION #: 521484
D: 09/01/14 22:10 T: 09/02/14 01:16 DOCUMENT: 201409020990073600


CC: PINGFENG DU, MD
DR. ROSALYN BAXTER
Authenticated and Edited by Andrew J. Accardi, M.D. On 9/03/14 10:44:31 PM


## Scripps

**RIVES, BOBBYE J**
**MRN:200251338**    DOB: 10/23/1927    F/86
09/01/14    ED    ACCT: 102074264
MACCORMICK, RONALD JAMES

**EMERGENCY/URGENT CARE CENTER**
**DEPARTMENT NURSING FLOWSHEET**

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

---

**Chief complaint:** _Generalized weakness_
_N/V, abnres geny_

**9) Pain Location:** _Denres_

| | |
|---|---|
| Provoked | |
| Quality | |
| Radiates | |
| Severity | |
| Time or Treatment | |

☐ Ambulance ☐ Helo ☐ Walk-in  To Intake Bed Time: _____
**Priority:** ☐ 1 ☐ 2 ☐ A

**Screening RN** _____ **Date** 09/01/14
**Block Print** 181316 **Time** 1845

☐ LWOT Time _____

☐ **Pediatric:** ☐ Good eye contact ☐ Active ☐ Playful ☐ Quiet
☐ Lethargic ☐ Strong Cry ☐ Consolable ☐ Inconsolable ☐ Weak cry
☐ 2012 Child passenger safety instructions reviewed

☐ NRS ☐ VDS ☐ CNPI ☐ FPS-R ☐ FLACC ☐ NIPS

---

**1) Effective Breathing and Gas Exchange** evidenced by
- Unlabored respiratory effort
- No report of symptoms or distress
- RR appropriate for age
- Absence of restlessness, anxiety, or confusion
☐ **Goal Met**

☐ **Goal Not Met** _____

☐ Stridor ☐ Cough
☐ Drooling ☐ Productive:
☐ Obstruction    Color _____
Dyspnea:
☐ mild ☐ moderate ☐ tripoding
☐ accessory muscle use
☐ substernal retractions
☐ home O2 ___ L Smokes: yes ☐ no ☐

| Lungs | RU | LU | RL | LL |
|---|---|---|---|---|
| Clear | | | | |
| Wheezes | | | | |
| Rales | | | | |
| Rhonchi | | | | |
| Diminished | | | | |
| Absent | | | | |

Intubation: PTA ☐
Time _____
Size _____ Rate _____
TV _____
FIO2 _____ PEEP _____
Depth _____ cm teeth
CO2 color change ☐
Bilat.lung sounds ☐
Trachea Midline ☐

---

**2) Effective Cardiac Output** and **Tissue Perfusion** evidenced by:
- Adequate HR and B/P
- Cardiac rhythm Regular
- No report of symptoms or distress
- Warm and dry skin
- Appropriate color for ethnicity
☐ **Goal Met**

☐ **Goal Not Met** _weak/tired_

☐ **Monitored** ☐ **Alarms Reviewed**  Skin: ☐ Pale ☐ Ashen ☐ Cool
**Cardiac Rhythm:** _____   ☐ Clammy ☐ Diaphoretic
**Edema:** ☐ None ☐ Non-pitting
☐ **CODE STEMI**   ☐ Pitting  Location: _____

| Pulses | R | L |
|---|---|---|
| Radial | | |
| Femoral | | |
| Pedal | | |
| Brachial | | |

0-none 1- weak
2-strong

---

**3) Optimal Neurological** function as evidenced by:
- Alert and cooperative
- Oriented to person, place, time & circumstance
- Ability to follow instructions
- Clear speech
- Absence of aspiration risk
- No report of symptoms or distress
☐ **Goal Met**

☐ **Goal not met:** _____
☐ **CODE STROKE (SEE NIHSS ASSESSMENT)**
Aspiration risk:
☐ (Required for All ALOC/STROKE)
☐ Coughing or frequent throat clearing
☐ "Wet Sounding or hoarse" voice
☐ Slurred speech
☐ Weak ineffective cough
☐ Inability to handle secretions
☐ None present
☐ NPO Initiated

| | RT | LT |
|---|---|---|
| Pupils | | |
| UE | | |
| LE | | |

+ reactive – nonreactive
0-none 1-weak 2-strong

| | Glasgow Coma Score | |
|---|---|---|
| Eye | _____ | |
| Verbal | _____ | |
| Motor | _____ | |
| Total | _____ | |

☐ See neuro flow sheet ☐ Baseline
☐ Headache
☐ Blurred vision
☐ Double vision
☐ Photophobia
☐ Dizziness
☐ Neck or back pain
☐ Numbness
Location _____

---

**4) Effective Gastrointestinal** function evidenced by
- No symptoms or complaint
- If obtained,
  o bowel sounds present
  o Abd. soft, non-tender
☐ **Goal Met**

☐ **Goal not met:** _Denres_
_pain_
☐ Nausea ☐ Vomiting ☐ Diarrhea
☐ Constipation ☐ Bloody or Black stool
☐ Coffee ground/Hematemesis
Bowel sounds: ☐ Last BM: _____
☐ hypoactive ☐ Last meal: _____
☐ hyperactive  Device: _____

**5) Optimal Genitourinary/ Gynecological** function as evidenced by:
- No report of symptoms
- Knows pregnancy or lactation
- Absence of discharge
- If obtained, clear yellow urine
☐ **Goal Met**

☐ **Goal not met:**
☐ Dysuria ☐ Frequency ☐ Hematuria
☐ Oliguria ☐ Dialysis ☐ Incontinent
☐ Unable to void _Hrs.
Device _____
☐ Discharge _____
☐ Vag.Bleed   Pads/hr _____
☐ Gravida _____ ☐ Para _____

---

**6) Effective Endocrine** function and **Hematologic** status maintained as evidenced by
- No history of diabetes
- No symptoms of hypoglycemia
- No symptoms of hyperglycemia
- No signs or symptoms of bleed
- Pink skin
☐ **Goal Met**

☐ **Goal not met:**
☐ DM Type I II ☐ Hx of anemia
☐ polyuria     Type _____
☐ polyphagia ☐ Palor
☐ polydypsia ☐ weakness
FSBS _____ Time: _____
☐ oral med ☐ Insulin
☐ Epistaxis
☐ at risk for bleeding due to meds

**7) Effective Nutrition and Hydration** as evidenced by:
- No report of symptoms
- Appearance of wellbeing
- Participates in plan
☐ **Goal Met**

☐ **Goal not met**
☐ Poor skin turgor
☐ Unexplained wt loss or gain
☐ Underweight
☐ Other _____

**RN:** _____    **Date:** 09/01/14
**Printed Name/Corp ID:** 181316    **Time:** _____

---


*4ED*

100-7010-7727SW   (Rev. 5/6/13)

# Glasgow Coma Scale

| Glasgow Coma Scale | Adult/Child | Score | Infant |
|---|---|---|---|
| Eye Opening | Spontaneous | 4 | Spontaneous |
| | To verbal | 3 | To verbal |
| | To pain | 2 | To pain |
| | No response | 1 | No response |
| Best Verbal response | Oriented | 5 | Coos, babbles |
| | Disoriented | 4 | Irritable cry |
| | Inappropriate words | 3 | Cries only to pain |
| | Incomprehensible sounds | 2 | Moans to pain |
| | No response | 1 | No response |
| Best Motor response | Obeys commands | 6 | Spontaneous |
| | Localizes pain | 5 | Withdraws from touch |
| | Withdraws from pain | 4 | Withdraws from pain |
| | Abnormal flexion (decorticate) | 3 | Abnormal flexion (decorticate) |
| | Abnormal extension (decerebrate) | 2 | Abnormal extension (decerebrate) |
| | No response | 1 | No response |

**PAIN ASSESSMENT TOOLS:**

NRS    - Numerical Rating Scale
VDS    - Verbal Descriptor Scale
FPS-R - Faces Pain Scale-Revised
CNPI   - Nonverbal pain indicators
FLACC - Face, Legs, Activity, Cry, Consolability (2 mo-7 yrs)
NIPS   - Neonatal-Infant Pain Scale (0-12 mo)

**SEDATION SCALES** (Select scale for desired patient outcome)

**Prevent Sedation: POSS**
S - Sleep, easy to arouse
1 - Awake and alert
2 - Slightly drowsy, easily aroused
3 - Frequently drowsy, arousable, drifts off to sleep during conversation
4 - Somnolent, minimal or no response to physical stimulation

**Goal Directed Sedation: RASS**
+4  -  Combative violent danger to self or others
+3  -  Very agitated, pulls tubes, aggressive
+2  -  Agitated nonpurposeful movement fight ventilator
+1  -  Restless anxious movement not aggressive
 0  -  Alert and calm
−1  -  Eyes open to voice, eye contact > 10 sec
−2  -  Eyes open to voice, eye contact < 10 sec
−3  -  Any movement to voice, no eye contact
−4  -  Any movement to physical stimulation, not to voice
−5  -  Unarousable to voice or physical stimulation

**Procedural Sedation: MRS**
1  -  Anxious and agitated or restless
2  -  Cooperative, oriented and tranquil
3  -  Responds to commands only
4  -  Brisk response to nailbed pressure, loud auditory stimulus
5  -  Sluggish response to nailbed pressure, loud auditory stimulus
6  -  No response to nailbed pressure or loud auditory stimulus

# ● Scripps

**EMERGENCY/URGENT CARE CENTER
DEPARTMENT NURSING FLOWSHEET**

RIVES, BOBBYE J
MRN:200251338   DOB:10/23/1927   F/86
09/01/14   ED   ACCT: 102074264
MACCORMICK, RONALD JAMES

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

DATE OF SERVICE. _____

| | |
|---|---|
| **8) Maintain baseline Skin Integrity** as evidenced by no report of<br>• Wound<br>• Skin breakdown<br>• Skin problems<br>☑ **Goal Met** | ☐ Goal not met: _____<br>1. Abrasion    8. Discolored  15. Skin Tear<br>2. Amputation 9. Dislocation 16. Rash/Swelling<br>3. Avulsion   10. Erythemia  17. Stab Wound<br>4. Burn       11. Fracture   18. Swelling<br>5. Contusion  12. Gunshot    19. Ulcer<br>6. Crepitus   13. Hematoma   20. Weeping<br>7. Crusting   14. Laceration 21. Other |
| **10) Infection** free as evidenced by..<br>• No signs or symptoms<br>• Negative history of MDRO<br>☑ **Goal Met** | ☐ Goal not met: _____<br>☐ Fever ☐ Hypotensive ☐ Tachycardia<br>☐ History of _____<br>☐ Isolation Precautions<br>Type _____ |
| **11) Activity level** maintained as evidenced by<br>• Absence of falls<br>• Low fall risk (less than 25)<br>• Effective use of assist devices<br>• Absence of spinal injury<br>☑ **Goal Met** | ☐ Goal not met: _____<br>☐ C-Collar ☐ Backboard<br>On _____ Off _____<br>Off _____ Cleared by _____ Time: _____<br>☐ Fall Risk: Mod/High<br>☐ Preventions: a. |
| **12) Effective Communication (psychosocial)** as evidenced by<br>• Participation in plan of care<br>• Voices feelings and concerns<br>• Follows safety instructions<br>• Appropriate behavior<br>    call light<br>• Denies SI or HI<br>• Denies Domestic Violence<br>☐ Goal Met | ☐ Goal not met *Hard of hearing*<br>☐ Domestic Violence<br>☐ May harm self or others<br>Interventions in place:<br>☐ Constant observer<br>☐ Personal belongings removed<br>☐ Visible by staff<br>☐ Family at bedside<br>☐ Unable to follow safely instructions<br>☐ Communication Barriers:<br>☐ Cognitive ☐ Hearing Loss<br>☐ Language: _____<br>Interpreter provided:<br>☐ Cyracom ID: _____<br>☐ Sign language: _____<br>☐ Friendly voice: _____ |

☐ Photos taken  ☐ Deferred due to acuity
Distal CMS: + or - (If - see nurses notes)

**Learning Preference:**
☐ Verbal ☐ Written
☐ Demonstration
☐ Unable to assess

**Immunizations current:**
Peds: ☐ Yes ☐ No
Last Tetanus _____

RN: _____   Block Print: _13.316_   Date: 09/01/14   Time: 1915

---

**ADMISSION/TRANSFER/DISCHARGE**

Previous unmet goals now met: _____
Status of unmet goals at disposition _Admission_

| | | |
|---|---|---|
| Date: 9/1/14 Time: 2210<br>T: 97.4 C<br>HR 90 RR: 18<br>B/P: 181/70<br>SAT: 99%<br>PAIN: 0 /10 | **ADMISSION:** Rm 3116 Time 22:10<br>Report to _RN_ Time 0035<br>☑ Gurney ☐ W/C ☑ Monitor ☐ IVs infusing x ____<br>Accompanied by _RN + family_<br>**Belongings:** ☐ None ☐ With Pt<br>☐ Home with _____<br>☐ Envelope: # _____<br>**Medications:** ☐ None ☐ With Pt<br>☐ Home with _____ ☐ Pharmacy | **TRANSFER to** _____<br>Time _____<br>☐ Admission, Transfer and Discharge Forms Completed<br>**Mode of transport:**<br>☐ ALS ☐ BLS ☐ Car<br>☐ CCT ☐ CHET<br>**Belongings:**<br>☐ None ☐ With Pt ☐ Home |

☐ IV D/C'd, catheter intact. No redness of swelling at site.

| | | |
|---|---|---|
| **DISCHARGE instructions given:**<br>☐ Patient ☐ Family or SO ☐ Nursing Home<br>☐ Recipient verbalizes understanding<br>☐ Crutch training ☐ Additional inst.<br>☐ Rx to Patient or Other ☐ Discharge Med. list given<br>☐ Work or School release given | ☐ Stable at discharge<br>☐ Orientation normal for Pt.<br>☐ Amb. ☐ W/C<br>☐ Carried ☐ BLS<br>☐ Taxi voucher ☐ Bus token<br>☐ Shuttle<br>Accompanied by _____<br>☐ Self ☐ Family/SO ☐ Parent<br>Other: _____ | ☐ AMA<br>☐ Eloped<br>☐ Expired<br>☐ Morgue:<br>☐ Mortuary<br>☐ Coroner |

**Resources Provided:**
☐ Nutrition ☐ PLT
☐ Case management
☐ Social Services for _____
Referrals: ☐ MD/Clinic for follow up appointment
☐ Community Resources _____

RN _____   Date 9/1/14
Printed Name/Corp. ID _Elsie Ubarra, RN_  15 24 95   Time _____

## Fall Interventions

**UNIVERSAL**
Orientation to call light
Environment - No spills, clear pathways
Educate - Call Don't Fall
Personal items in reach
Safe bed exit
Bed in low position
Bed brakes locked
Moveable equipment brakes locked
Non-slip footwear
Side rails up
Anticipate effects of medications
Walker/cane available if needed

**MODERATE/HIGH RISK**
a. All Universal Interventions
b. Yellow Fall Risk arm band clip
c. Focused rounding & toileting offered
d. Patient within arm's reach while toileting
e. Other: See nursing narrative.

**Unsteady Gait/Weakness/Difficulty Transferring**
f. Assist with all ambulation and transfers using safe patient handling

**Unaware of Own Limitations or Confused or Gets Out of Bed**
g. Bed/chair alarm
h. Schedule deliberate assisted toileting
i. Constant observer
j. Other: see nursing narrative

## Normal Pediatric Vital Signs

### Normal Respiratory Rates by Age

| Age | Breaths per Minute (At Rest) |
|---|---|
| Infant (1-12 mo) | 30 to 60 |
| Toddler (1 to 3 years) | 24-40 |
| Preschool (4-5 years) | 22-34 |
| School-age (6-12 years) | 18-30 |
| Adolescent (13-18 years) | 12-16 |

### Normal Heart Rates by Age

| Age | Beats for Minute |
|---|---|
| Infant (1 to 12 mo) | 100-160 |
| Toddler (1-3 years) | 90-150 |
| Preschooler (4-5 years) | 80-140 |
| School-age (6-12 years) | 70-120 |
| Adolescent (13-18 years) | 60-100 |

### Lower Limit of Normal Systolic Blood Pressure by Age

| Age | Lower Limit of Normal Systolic Blood Pressure |
|---|---|
| Term neonate (0-28 days) | >60 mm Hg or strong central pulse |
| Infant (1-12 months) | >70 mm Hg or strong central pulse |
| Child 1-10 years | >70 + (2 x age in years) |
| Child ≥ 10 years | >90 mm Hg |

*family member Rosalind (858) 254 5931* 7

# Scripps

**EMERGENCY/URGENT CARE CENTER
DEPARTMENT NURSING FLOWSHEET**

RIVES, BOBBYE J
MRN: 200251338    DOB: 10/23/1927    F/86
09/01/14    ED    ACCT: 102074264
MACCORMICK, RONALD JAMES

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

DATE OF SERVICE: _____

## Medication (PO/PR/SC/IM/IVP)

| Time | Medication | Dose | Route | Site | Initials |
|------|-----------|------|-------|------|----------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Post Medication Reassessment

| Time | B/P | HR | RR | Sat | Pain | Other | Initials |
|------|-----|----|----|-----|------|-------|----------|
| | | | | | | | |

| Start | IVPB/SOLUTIONS/ADDITIVES/ BLOOD | Gauge | # of Tries | Labs Drawn | Site | Dose | Rate | Initials | Amt Infused | C=complete I=infusing Time | Initials |
|-------|-------------------------------|-------|-----------|-----------|------|------|------|----------|-------------|---------------------------|----------|
| 1915 | NS bolus 1000mls | #20 7 | YCS | L FA | 1000 | WO | | 7L | C 2047 | |

## NURSING NOTES

| TIME | NURSING NOTES | INI |
|------|---------------|-----|
| 1815 | Report received from EMS | |
| | Hx of diarrhea, nausea, | |
| | vomiting x 24 hrs. Denies fever. | |
| | ++ hard of hearing. family | |
| | aware of transport | |
| 1915 | IV inserted left FA. NS bolus | |
| | infused. family @ bedside | |
| | updated on plan of care | |
| 1925 | report received from healthy fm | |
| | will continue plan of | |
| | care | |
| 2047 | Urine specimen sent to lab | |
| | dip dark | |
| 2053 | drawn out of blood culture | |
| | extracted | |

| | Time | 1810 | 1915 |
|---|------|------|------|
| B | P | 92/816 | 173/80 |
| H R | | 102 | 107 |
| Rhythm | | | |
| RR | | 18 | 20 |
| O2 Sat | | 99 | 99 |
| O2 | | RA | RA |
| T | Source | 37.7 A | |
| Pain | | 0 | |
| Sedation | | | |
| I | O | | |
| CC Time | | | |
| Initials | | | |
| ☐ POSS ☐ RASS ☐ MRS | | Total O2 Time | |
| | | Total Critical Care Time | |

Signature: _____    Initials: _____
Printed Name/Corp ID: 1813 CB    Date/Time: 09/01/14

Signature: _____    **Elsie Ubarra, RN**    Initials: _____
Printed Name/Corp ID: 159495    Date/Time: 9/1/14

Signature: _____    Initials: _____
Printed Name/Corp ID:    Date/Time:

Signature: _____    Initials: _____
Printed Name/Corp ID:    Date/Time:

100-7010-7727/SW (Rev. 5/6/13)

6E



**Scripps**

Page 4 of 4

RIVES, BOBBYE J
MRN:200251338    DOB:10/23/1927    F/86
09/01/14    ED    ACCT: 102074264
MACCORMICK, RONALD JAMES

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

## EMERGENCY DEPARTMENT
## NURSING NOTES

### Medication (PO/PR/SC/IM/IVP)

| Time | Medication | Dose | Route | Site | Initials |
|------|-----------|------|-------|------|----------|
| 2145 | morphine | 7gm | IVP | DN | EU |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Post Medication Reassessment

| Time | B/P | HR | RR | Sat | Pain | Other | Initials |
|------|-----|----|----|----|------|-------|----------|
| | | | | | | | |

### IVPB/SOLUTIONS/ADDITIVES/ BLOOD

| Start | IVPB/SOLUTIONS/ADDITIVES/ BLOOD | Gauge | # of Tries | Labs Drawn | Site | Dose | Rate | Initials | Amt infused | C=complete I=infusing Time | Initials |
|-------|--------------------------------|-------|-----------|-----------|------|------|------|----------|-------------|---------------------------|----------|
| 2150 | Flagyl 500 mg | 20 | | — | DN | 500mg | 100 | EU | 500mg | C  2245 | EU |

### NURSING NOTES

| TIME | NURSING NOTES | INI |
|------|---------------|-----|
| 2015 | Brought to US | EU |
| 2035 | Back from US pt awake | EU |
| 2145 | antibiotic started then | EU |
| | reenter pt | EU |
| 2215 | pt able to tolerated antibiotic | EU |
| 2247 | brought to CT for CT head | EU |
| 2305 | blood retracted specimen sent | EU |
| | to lab | EU |
| 2350 | SBAR paged & confirmed | |
| | received by Yomi RN — | |

| Time | 2110 | 2210 | | |
|------|------|------|---|---|
| B P | 111 / | 184 / 90 | | |
| H R | 86 | 90 | | |
| Rhythm | | | | |
| RR | 18 | 16 | | |
| O2 Sat | 99% | 99% | | |
| O2 | 2L | 2L | | |
| T Source | | 36.1 | | |
| Pain | 0 | 0 | | |
| Sedation | | | | |
| CC Time | | | | |
| Initials | | | | |

☐ POSS  
☐ RASS  
☐ MRS

Total O2 Time

Total Critical Care Time

| Signature: Elsie Ubarra RN | Initials EU | Signature: | Initials |
|---|---|---|---|
| Printed Name/Corp. ID | Date/Time 9/1/14 | Printed Name/Corp. ID | Date/Time |
| Signature: | Initials | Signature: | Initials |
| Printed Name/Corp. ID | Date/Time | Printed Name/Corp. ID | Date/Time |



6E

```
Scripps Health                ED INTAKE ASSESSMENT REPORT        Page:    1
Facility: Encinitas                                              Print : 09/01/14   18:28
RIVES, Bobbye J               Acct#: 102074264                   REPORT ID: SFLW008s₅AGG63
MRN#: 200251338               Attending MD: Maccormick, Ronald J
DOB: 10/23/1927               Admit Date: 09/01/2014
Age:86 Sex: F                 Loc: E E
```

## Patient: RIVES, Bobbye J          MRN#: 200251338

## MDRO: UNKNOWN

| | |
|---|---|
| **ALLERGY** | **REACTION** |

```
RIVES, BOBBYE J
MRN:200251338  DOB: 10/23/1927 F/86
09/01/14                  ACCT:102074264
KIM, JAMES T MD
SCRIPPS MEMORIAL HOSPITAL, ENCINITAS
```

- - ****No Known DRUG Allergies****
- - ****No Known FOOD Allergies****

Entered By: Wahl, Heather L, RN                  Date/Time: 09/01/14 18:25

**ED Intake Report**
    Chief Complaint/Presentation (Pts words)              Note

        Generalized weakness and vomiting x 24 hours. alerted neighbors and EMS called.

        PMX: htn, dm II, hearing aids.

    Patient feels like hurting self or other             No

**ED TB report.**
    No signs or symptoms of TB                           Y
    TB Risk                                              No

**ED Medication List2.**
    ED Medication List2                                  Note

        CURRENT MEDICATION LIST;(include dose, frequency, and last dose taken
        if known):
        Glipizide
        Zetia
        atrovastatin

        ( )None

        Provided by ( ) Patient ( )Other:        ( ) Unable to Obtain
        _____
        -----------------------------------------------------------------
        DISCHARGE MEDICATION LIST;(include dose, frequency, and next dose due):

RIVES, Bobbye J   MRN#: 200251338              Version: 1.0.5 06/11  (P1)-181316
```

GE

```
Scripps Health                    ED INTAKE ASSESSMENT REPORT        Page:     2
Facility: Encinitas                                                  Print : 09/01/14    18:28
RIVES, Bobbye J                   Acct#: 102074264                   REPORT ID: SFLW008s-AGG63
MRN#: 200251338                   Attending MD: Maccormick, Ronald J
DOB: 10/23/1927                   Admit Date: 09/01/2014
Age:86  Sex: F                    Loc: E E
```

RIVES, BOBBYE J
MRN:200251338  DOB: 10/23/1927 F/86
09/01/14                    ACCT:102074264
KIM, JAMES T MD

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

## ED Medication List2. (CON'T)
### Aftercare Instructions:

( ) Continue your current medication schedule.

( ) These medications have been changed or added:

Notify your primary care physician within the next 24 hours about
any new medications that have been prescribed today. If you
have any questions about the medications you have been prescribed,
then please contact the Emergency Department or Urgent Care
Center.

The medication history above was provided by the patient or patient's
representative to the best of their knowledge.


**HEIGHT AND WEIGHT.**

| | |
|---|---|
| Weight kg | 65 |
| Weight Obtained | Stated |
| Height (cm) | 155 |
| Body Mass Index Calculation | 27.05 |
| Body Surface Area | 1.6400 |

**MORSE FALLS RISK.**

| | |
|---|---|
| History of Falls - Yes | 25 |
| Secondary Diagnosis - No | 0 |
| Ambulatory Aide - None/Bed Rest/Wheel Chair | 0 |
| IV/Saline Lock - Yes | 20 |
| Gait Transferring - Weak | 10 |
| Mental Status - Oriented to own ability | 0 |
| Fall Risk Total Score | 55 |

---

RIVES, Bobbye J    MRN#: 200251338          Version: 1.0.5 06/11  (P1)-181316
                                            ~~ END OF REPORT: SFLW008s

6E

Scripps Encinitas

HISTORY AND PHYSICAL

PATIENT: RIVES, BOBBYE J
MR#: 000200251338          ACCT#: 000102074264
DATE OF ADMISSION: 09/01/2014

PRIMARY CARE PHYSICIAN:
Not listed.

CHIEF COMPLAINT:
Weakness and abdominal pain.

HISTORY OF PRESENT ILLNESS:
Mrs. Rives is a very kind 86-year-old female with a history of
coronary artery disease, status post stenting in 2007; diabetes;
hypertension; dyslipidemia; glaucoma; severe hearing loss; and
CKD, stage 3, who presents to the ED with weakness and abdominal
pain. Due to her severe hearing loss, she is unable to give an
accurate history and her family is not present during the
interview. She does state that she does have some unusual
abdominal symptoms and some right hip pain, although it is
unclear whether she fully understands the questions during my
interview. Based on chart review, it seems that she has had some
issues with estrangement and a restraining order with regard to
her daughter, but the details of that currently are unclear.

CURRENT MEDICATIONS:
Taken from her most recent hospitalization.

1.  Aspirin.

2.  Iron.

3.  Protonix.

4.  Metoprolol.

5.  Metformin.

6.  Zetia.

Please note that this medication may not be up-to-date as it was
taken from 2011, and she currently is unable to give her pharmacy
information.

ALLERGIES:
NO KNOWN DRUG ALLERGIES.

PAST MEDICAL HISTORY AND SURGICAL HISTORY:
1.  Diabetes.
2.  Hypertension.
3.  Dyslipidemia.
4.  Glaucoma.
5.  Generalized anxiety disorder.
6.  Chronic kidney disease, stage 3.
7.  Coronary artery disease, status post TAXUS stent to the LAD.
8.  Right knee surgery.

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Positive for previous tobacco use. No alcohol abuse. There is a
history of a positive THC on a urinary tox screen from 2011.
Currently, she is retired, and her next of kin and DPOA is
unclear.

REVIEW OF SYSTEM:
Unable to be obtained due to her severe hearing loss.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure 184/72, pulse 125, respiratory rate
14, and O2 saturation 100% on room air.
GENERAL: The patient appears disheveled, but not in distress.
She does not have any obvious skin
lesions. She is warm to touch.
HEENT: Head: She is atraumatic and normocephalic. Eyes: There
is evidence of prior cataract surgeries. Conjunctiva is clear.
Oropharynx: She has poor dentition, but no evidence of abscess.
NECK: No masses. No thyromegaly.
LYMPH NODES: Negative for cervical or supraclavicular
lymphadenopathy.
CARDIOVASCULAR: Tachycardic. 2/6 systolic ejection murmur. A
gallop was present.
LUNG EXAM: Clear to auscultation and percussion.
BACK EXAM: Appears normal. Nontender.
ABDOMEN: Soft, nondistended, and nontender. No hepatomegaly.
EXTREMITIES: No cyanosis. No clubbing. Bounding pulses
throughout.
NEUROLOGIC: She seems to be alert and oriented, although it is
difficult to obtain a thorough neurologic exam.

LABS AND IMAGING:
CT abdomen and pelvis without contrast shows no acute abdominal
or pelvic processes. A colonic diverticula was present, but with
no evidence of diverticulitis. The uterus was not present. The
gallbladder was unremarkable. There was evidence of a new
subacute compression fracture of L2 with mild retropulsion and a
50% height loss. There was also new mild to moderate T9
compression fracture with no retropulsion noted. An abdominal
ultrasound was ordered and that was negative for any acute
process.

Sodium 143, potassium 5.0, chloride 109, bicarb 20, BUN 30,
creatinine 1.6, glucose 238, and calcium 10.2. Magnesium 2.3,
albumin 4.5, total protein 8.9, and total bilirubin 1.0. AST 49,
ALT 40, alk phos 169, CK-MB 3.56, and troponin 0.031. Lactate
2.8. Urinalysis negative. ProBNP 3350. White count 23.1,
hemoglobin 14.6, hematocrit 42.0, and platelets 424.

ASSESSMENT AND PLAN:
1. Leukocytosis. The etiology of this leukocytosis is unclear.
It appears that she may have an underlying infection, although
the source is yet to be determined. Workup to this point
includes a chest x-ray, which was unrevealing. CT of abdomen and
pelvis, which did not show any evidence of infection. An
abdominal ultrasound, which does not show any evidence of

infection.  She does have a slight transaminitis, but again liver imaging was unremarkable.  She did receive one dose of ceftriaxone 1 g IV x1 and Flagyl 500 mg IV x1 in the ED.  She is not hypotensive nor she at risk for MRSA, so we will withhold vancomycin for now.  Blood cultures, urinalysis, urine culture, stool ova and parasites, stool culture, and C. diff were all sent in addition to an ESR, CRP, and a lactate.  A CT head is also being ordered.  We will continue to hydrate her aggressively.  She does appear to be perfusing her end organs without issue based on her urine output.  Other etiologies to consider include osteomyelitis, TB, and meningitis.  Given her hemodynamic stability, we will defer lumbar puncture to the morning given her newly diagnosed compression fractures.  In addition, it is possible that this could reflect some new onset neoplasm, although this would be low on the differential.  Also to be considered would be an atypical pneumonia, although she has very few symptoms that would suggest this.

2.  Compression fractures of L2 and T9.  This was diagnosed incidentally on CT scan.  Currently, she does not appear to have any neurological deficits related to this mild retropulsion.  We will consult Orthopedic Surgery in the morning for potential surgical options, although given her current status, she may be a poor surgical candidate.

3.  Coronary artery disease.  She is status post stent to the mid left anterior descending in 2007.  Her outpatient cardiologist was noted upon arrival.  Her cardiac enzymes were negative x1.

4.  Diabetes.  We will start her on an insulin sliding scale therapy while she is an inpatient.  Her glucose upon arrival was in the low 200s.

5.  Chronic kidney disease.  Her creatinine upon arrival was 1.6.  Back in 2011, it seems her creatinine was around 1.5, and she appears to be at baseline.  We will continue to hydrate her as above and monitor her urine output closely.

6.  Elevated proBNP.  It is somewhat elevated to 3350, although this may be falsely elevated due to her chronic kidney disease.  She does not appear to be fluid overloaded, although she has not had an echocardiogram recently, this may be worthwhile in the morning.

7.  Transaminitis.  The etiology is unclear, and she has had a CT and an ultrasound as part of this workup.  This does not appear to be contributing to her leukocytosis, although we will also continue to monitor this as well.  We will send a hepatitis panel as part of this workup.

8.  Deep venous thrombosis prophylaxis.  She will be on heparin subcutaneous and SCDs for DVT prevention.

9.  Code status:  She is full code, full care.

The plan has been discussed with the patient and staff.

DICTATED BY:  JAMES T KIM, MD

JTK:Spheris77732 C: 09/02/14 02:08  CONFIRMATION #: 521497
D: 09/01/14 22:48 T: 09/02/14 02:08 DOCUMENT: 201409020990081200
Authenticated and Edited by James T. Kim, M.D. On 9/08/14 6:37:52 PM



**Scripps**

**PROGRESS RECORD**

RIVES, BOBBYE J
MRN:200251338   DOB: 10/23/1927 F/86
08/01/14
KIM, JAMES T MD   ACCT:102074264

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

| Date/Time | Note progress of case, complications, consultations, change in diagnosis, condition on discharge, instructions to patient. |
|---|---|
| 9/2/14 9:55AM | PCU |

86 ♀ c̄ h/o CAD (stent 07) DM2 ↑BP
adm. 9/1 with weakness and abd. pain
Extensive w/u done.
CT abd ⊖ for infection / mass / fluid
new comp fx L2 T10
sono ⊖                lactic acid 2.8
CT brain WAD.        heart rate 126

PHH
↓ hearing   P/S tummy hurts "a little"   u/a ⊖
NKA.        No CP or SOB.              WBC 23,100
No tob/EtOH   PE  36.9  110  180/77  20  sat 99
              NC/AT PERRL EOMI  Oroph. clear
              trach midline   Lungs clear
              abdomen w/o S3  BS+ ♂ mass or tenderness
                  except in LLQ (mild)
                  No CCE. SCDs.  ↓ hearing

Hct 38
WBC 26,400      147 | 116 | 21 | 128    Mg 2
PH 369 K        4.2 | 19 | 1.4           Ca 8.4
                       Bili 0.8  Alb 105
lactic acid ↓ 1.6

Imp   Abd. pain c̄ dehydration, ↑WBC, tachy
but ⊖ CT / sono
Suspect gastroenteritis not diverticulitis
but may cover c̄ abx today.

Plan   IV fluids
       IV abx
       Start clears

*1PN*

100-8720-016SW (1/20/11)



## Scripps

**PROGRESS RECORD**

RIVES, BOBBYE J
MRN:200251338   DOB: 10/23/1927 F/86
09/01/14                     ACCT:102074264
KIM, JAMES T MD

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

| Date/Time | Note progress of case, complications, consultations, change in diagnosis, condition on discharge, instructions to patient. |
|---|---|
| 9.2.14 | Cardiology Consult.        (f Dr. Arcade) |
| | Problem list |
| ↑ESR/CRP | 1. fatigue & abdnl pain |
| | c̄ ↑ lactic acid |
| | leucocytosis |
| | No infection |
| | 2. dehydration |
| | 3. H/o CAD s/p stent SR ↓EF → stat |
| | 4. H/o JOCM , |
| | 5. DM. |
| | 6. HC. |
| | 7. ↓ Hg |
| | 6. CKD. |
| | Rec JVP |
| | — cardiac — wise — stable. → sign off |
| | Dr Blah |



*1PN*

100-8720-016SW (1/20/11)

6E



## Scripps

**PROGRESS RECORD**

RIVES, BOBBYE J
MRN:200251338   DOB: 10/23/1927 F/86
09/01/14   ACCT:102074264
KIM, JAMES T MD
SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

| Date/Time | Note progress of case, complications, consultations, change in diagnosis, condition on discharge, instructions to patient. |
|---|---|

9-2-14/1400 : Audiology : Bilateral hearing aid check. Social worker reports continuous "beeping" of hearing aids. Otoscopy clear bilaterally ruling out occluding cerumen interfering with hearing and hearing aid (HA) function. Listening check and visual inspection of HAs reveal cracked tubing on lateral surface of earmolds, both HAs and both batteries dead. Rhapsody Behind-the-Ear HAs from NuEar.

Replaced tubing, both hearing aids and batteries. Provided batteries for patient's stay. Cleaned both hearing aids. Listening check revealed both HAs functioning appropriately with similar output, all three listening programs function, as well as volume control.

Returned HAs to patient. Communication significantly improved, patient still needs close, face-to-face communication, with slow rate of speech for best understanding. Patient cannot hear Right HA output or function signals.

HAs continue to feedback ("beep") while patient is wearing them due to reflection from pillows behind head.

Recommendation: Audiologic Evaluation upon discharge to evaluate suspected decrease in Right ear hearing levels, or bedside should otologic involvement be suspected due to patient's medical condition and/or treatment.

Catherine A. Palmer, AuD





**Scripps**

**PROGRESS RECORD**

RIVES, BOBBYE J
MRN:200251338   DOB: 10/23/1927 F/86
09/01/14
KIM, JAMES T MD          ACCT:102074264

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

| Date/Time | Note progress of case, complications, consultations, change in diagnosis, condition on discharge, instructions to patient. |
|---|---|
| 9-3-14 | PCU |
| 850 | Pt is better |

Audiology note reviewed

Today she says her tummy was "sore"
yesterday but not today. No N, V, diarrhea
No S3 or CP

PE/ NAD. Very hard of hearing.
37.1  118  16  129/64  97 (RA)
NC/AT  PERRL EOMI  Oroph clear
trach midline
lungs clear
RRR @ ut.  ∅ S₃
BSt soft non-tender in LLQ
∅ HSM / Mass
No CCE. √CBS
Moves all 4 ext. Alert

Hct 35²
WBc 25,600 (sl ↓)     143 | 115 | 17↓  56
plt 339 K             4 | 21 | 1.2↓
                      alb 3.1  Ca 8.8  Mg 1.8
Sat 0.6  Tø 132↓
Blood c/s ⊕  Urine ⊖

Imp/  Suspect med-mod diverticulitis or
gastroenteritis
LLQ pain has abated but still
has tachycardia & ↑ WBC

Plan/  Cont IVF
Cont asx
Clears → may advance
Sench less/expan
foc to see



100-8720-016SW (1/20/11)



**Scripps**

**PROGRESS RECORD**

RIVES, BOBBYE J
MRN:200251338    DOB: 10/23/1927 F/86
ACCT:102074264
09/01/14
KIM, JAMES T MD

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

| Date/Time | Note progress of case, complications, consultations, change in diagnosis, condition on discharge, instructions to patient. |
|---|---|
| 9/3/14 13:50 | Physical Therapy — PT orders received. PT eval completed. Please refer to Centricity for details. Pt currently @ CGA for bed mobility, SBA for transfers, & CGA gait x 150' c̄ an AD. Pt would benefit from a FWW c/o safety during gait — pt owns one @ home. D/C rec: pt states she lives alone however recommend assisted living or placement as I have concerns regarding her safety & ability to care for herself independent. Helen Chan, PT |



*1PN*

100-8720-016SW (1/20/11)



**Scripps**

**PROGRESS RECORD**

RIVES, BOBBYE J
MRN:200251338   DOB: 10/23/1927 F/86
09/01/14          ACCT:102074264
KIM, JAMES T MD

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

| Date/Time | Note progress of case, complications, consultations, change in diagnosis, condition on discharge, instructions to patient. |
|---|---|
| 9-4-14 905A | PCU |

doing well
eating w/o n, v, diarrhea
no c/o pain at all

PE/ lying flat, asleep when I arrived
37.1   96   18   122/65   Sat 97 (ra)
JVD ⊖
trach midline
lungs clear
Ab w/o JD
soft, good range of tenderness
{ ill
↓ hearing o/w wn. fecal

Blood c/s ⊖ x2

hct 38
wbc (25,100)     139 | 111 | 12 | 72   G/S 3.2
plt  305K        4.2 | 23 | 1.1
                 U/A ⊖

CXR ⊖
CT abd/pelv: diverticuli w/o signs infection
       GB func s/P hysterectomy

Authenticated by
Matthew J. Horn, M.D.
On 09/10/2014 11:21:25 AM



*1PN*

100-8720-016SW (1/20/11)

**Scripps Memorial Hospital Encinitas**

**PROGRESS NOTE**

Hospital Day # _____

RIVES, BOBBYE J
MRN:200251338    DOB: 10/23/1927 F/86
09/01/14    ACCT:102074264
KIM, JAMES T MD
SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

| Date/Time | Subjective / Events: Feeling better. | ☒ Meds Reviewed |
|---|---|---|
| 9/4/14 | Afeb | |

**Exam: VS:** T= 36.6  P= 105  R= 17  BP= 155/71  O2 Sat: 96% RA

| General: | ☒ NAD | Wt: | VO: |
|---|---|---|---|
| CV: | ☐ RRR, no m/g/r, no JVD, no edema   Sinus tachy | | |
| Resp: | ☒ CTAB, no rhonchi, rales, or wheeze | | |
| GI: | ☒ Soft, NT/ND, NABS   (+) Mild discomfort | | |
| Mskl: | ☒ No clubbing/cyanosis, or deformities | | |

**Data:** ☒ The following labs and imaging were personally reviewed/interpreted   Albumin (3.1)  iCa← 0

☐ CXR

☐ EKG/Tele

25.6→  (25.1)  13.0 / 39.1  ×309   139 (11)  12   72   UA (144) ← 131 ←155
4.2  23   (1.1)   other LFTs wnl

BCx NGTD

Straddle (+)   ~ L2 Flt ←1.6

Mg 1.8

**A/P:** (Please list diagnoses in order of severity and indicate New, Improved, Stable, Worsening and/or POA)

86 F ⊤

(1.) Leukocytosis / Tachycardia - possibly 2nd to diverticulitis, but seen on CT - on PO Augmentin   vs gastroenteritis
- ✓ C. Diff    D-dimer - consider V/Q scan if (+)
- if w/ V/Q, consider Heme consult.

(2) ARF w/ CKD - improved c IVF

(3) DM2 - cont Glargine, SSI

(4) HTN - cont Norvasc

(5) CAD - cont ASA, resume Metoprolol, Atorvastatin

(6) Lg + Tg surg: Fx's - consider orthopedic consult

| Foley: ☒ None  ☐ Present/indication:_____ | | CVC/PICC: ☒ None  ☐ Present/indication:_____ |
|---|---|---|
| DVT Prophylaxis: ☒ SCDs  ☒ LMWH  ☒ SQ Heparin  ☐ Full anticoagulation  ☐ Contraindicated | | |
| Plan of care discussed with:  ☐ consultant  ☐ PCP  ☐ DPOA  ☐ Family | | |
| Prolonged Care time spent in direct (face-to-face) patient contact: _____ minutes. | | |
| Risk of morbidity/mortality:  ☐ Low  ☒ Mod  ☐ High | | |
| MD # 593279    MD Signature | Date 9/4/14   Time 17:00 |

Dabestani



*1PN*

320-8720-002 (10/10/11)

# SOCIAL SERVICE ASSESSMENT

Admission Date: _9-6-14_   Is Resident a readmit? _____

## A. IDENTIFYING INFORMATION

Name: _Bobbie Rives_   D.O.B.: _10-23-19_   Age: _86_   Marital Status: _____

Financial Resources:   ☒ Medicare   ☐ MediCal   ☐ Private Ins.   ☐ Private Funds   ☐ Managed Care

## B. PSYCHOSOCIAL EVALUATION:

|  | Yes | No | At Times |
|---|---|---|---|
| **1. ORIENTED TO:** | | | |
| Self | ☒ | ☐ | ☐ |
| Others | ☒ | ☐ | ☐ |
| Place | ☒ | ☐ | ☐ |
| Time | ☐ | ☐ | ☐ |
| Center | ☐ | ☐ | ☐ |
| Comments: | | | |

|  | Yes | No | At Times |
|---|---|---|---|
| **2. MEMORY OF:** | | | |
| Past | ☐ | ☐ | ☐ |
| Present | ☐ | ☐ | ☐ |
| Comments: | | | |

|  | Yes | No | At Times |
|---|---|---|---|
| **3. MOOD LEVEL:** | | | |
| Anxious | ☐ | ☒ | ☐ |
| Agitated | ☐ | ☒ | ☐ |
| Depressed | ☐ | ☒ | ☐ |
| Lethargic | ☐ | ☒ | ☐ |
| Comments: | | | |

|  | Yes | No | At Times |
|---|---|---|---|
| **4. BEHAVIORS:** | | | |
| Wanders | ☐ | ☒ | ☐ |
| Verbally Abusive | ☐ | ☒ | ☐ |
| Physically Abusive | ☐ | ☒ | ☐ |
| Social Inappropriate | ☐ | ☒ | ☐ |
| Comments: | | | |

**5. STRENGTHS:** _____

|  | Yes | No | At Times |
|---|---|---|---|
| **6. PSYCHOTROPIC MEDICATIONS:** | | | |
| Antipsychotic | ☐ | ☒ | ☐ |
| Antidepressant | ☐ | ☒ | ☐ |
| Antianxiety | ☐ | ☒ | ☐ |
| Comments: | | | |

**7. PHYSICAL RESTRAINTS:**
Type: _____
Reason: _____

|  | Yes | No | At Times |
|---|---|---|---|
| **8. RELATES TO OTHER RESIDENTS:** | | | |
| Friendly | ☒ | ☐ | ☐ |
| Withdrawn | ☐ | ☒ | ☐ |
| Hostile | ☐ | ☒ | ☐ |
| Comments: | | | |

|  | Yes | No | At Times |
|---|---|---|---|
| **9. RELATES TO THERAPEUTIC REGIME:** | | | |
| Cooperative With Staff | ☒ | ☐ | ☐ |
| Accepts Treatment? | ☒ | ☐ | ☐ |
| Comments: | | | |

**10. EATING / WT PROBLEMS:** _NAS, LCS_
Comments: _Regular NAS, LCS_

|  | Yes | No | At Times |
|---|---|---|---|
| **11. CONTINENT:** | | | |
| Bladder | ☒ | ☐ | ☐ |
| Bowel | ☒ | ☐ | ☐ |

|  | Yes | No | At Times |
|---|---|---|---|
| **12. RESIDENT ACCEPTS PLACEMENT:** | ☒ | ☐ | ☐ |
| Comments: | | | |

**13. HOSPICE INVOLVED:** ☐ ☒ ☐
Comments: _____

## C. RELEVANT PAST HISTORY

_Vision impaired, glasses_   _Hearing impaired,_
_(glaucoma)_   _hearing aids_

## D. DISCHARGE PLANNING:

Discharge goal: _____
Prior living arrangements: _363 Cerro St. Encinitas, CA._   Still available? _92024_
Resident's attitude toward discharge: _____
Family's attitude toward discharge: _____
Anticipated length of stay _1-3 weeks_

Signature _Arthur Waller MD_   Date _9-8-14_

Scripps Health                    **NURSING CARE PLAN SUMMARY REPORT**          Page:  35
Facility: Encinitas                                                            Print : 08/19/15   12:52
**RIVES, Bobbye J**                 Acct#: 102074264                            REPORT ID: ZFLW001S-AGG04
MRN#: 200251338                     Attending MD: Dabestani, Ardeshir A
DOB: 10/23/1927                     Admit Date: 09/01/2014
Age:87  Sex: F                      Disch: 09/06/2014

---

|                          | Service        |        | Charted       |              |
| Finding                  | Date/Time      | Result | Date/Time     | Charted By   |
| ------------------------ | -------------- | ------ | ------------- | ------------ |

**Psychosocial Problems CP.**
    Anxiety                                    Active    09/06/14 02:03   6-164367, RN-NG
        family issues
    Living Situation                           Active    09/06/14 02:03   6-164367, RN-NG
        Unsafe Home Environment
**Psychosocial Interventions CP.**
    Social Services consult                    Active    09/06/14 02:08   6-164367, RN-NG
    Provide emotional support                  Active    09/06/14 02:08   6-164367, RN-NG
    Provide family support                     Active    09/06/14 02:08   6-164367, RN-NG
    Psychosocial Intervention Note             Y         09/06/14 02:08   6-164367, RN-NG

        9/5/14 patient reports that she was living in an unsafe home
        environment prior to coming into hospital and prior to obtaining
        restraining order against he daughter. Patient reports the
        daughter was physically and emotionally abusive to her. Pt also
        reports her daughter may have some mental instability. The
        patient's nephew and niece have stepped in and helped the patient
        since the event and prior to coming into hospital. Patient was
        very upset and in tears regarding her family situation and
        wishes she could work things out with her daughter. May need
        social work involved in further home care.
        PCorrington, RN
**Psychosocial Goals CP.**
    Psychosocial Goals                         Progress   09/06/14 02:08   6-164367, RN-NG
        Psychosocial Goals per Core Standard

        Effective communication, as evidenced by:
          * Appropriate affect and behavior
          * Expressing feelings and concerns
          * Interacting with staff and participating in
            plan of care
          * Progressing toward established education goals

        Free of restraint, demonstrating appropriate, safe
        behavior as evidenced by:
          * Follows safety instructions, i.e.
           - Calls for assistance before getting out of bed
           - Does not disturb medical equipment and lines
           - Uses call light

        Psychosocial Goals - Noted Exceptions/Additions
        (Enter patient-specific goals below)

---

Scripps Health                         SOCIAL WORK SUMMARY REPORT              Page:    3
Facility: Encinitas                                                           Print : 08/19/15   12:55
RIVES, Bobbye J                        Acct#: 102074264                       REPORT ID: ZFLW001S-AGG11
MRN#: 200251338                        Attending MD: Dabestani, Ardeshir A
DOB: 10/23/1927                        Admit Date: 09/01/2014
Age:87  Sex: F                         Disch: 09/06/2014

|        | Service    |        | Charted    |            |
| Finding | Date/Time |  Result | Date/Time | Charted By |
| ----------------------------------------------- | ------------ | ---------------- | ------------------ |

**Social Work Interval Notes.**          09/02/14 16:26
  SW INTERVAL NOTES.                            (CONTINUED)
             Pt. nephew visiting Pt. and Pt gives permission for MSW to speak
             freely with her nephew (as her hearing aides are not working
             well).

             Pt. nephew reports Pt. had temporary restraining order done 2
             weeks ago against her daughter, after Pt. daughter became
             physical with Pt. Pt. adds that "I finally came clean and told
             my MD about Larnita hitting me". MSW confirmed with Pt. and
             Ralph that Pt. will be made a "no info" in the hospital, and
             they both like and agree to this option for protection. MSW
             relayed this safety measure to bedside RN Jeanette and IN
             Lerida. MSW also updated with Lupe in Access Dept. facesheet with
             advance directive surrogates (listed above). MSW also placed
             advance directive in Pt. chart (sent from Pt. lawyer's office),
             also a addendum note from lawyer stating that Pt. daughter is
             not to have any power of Pt. estate; Pt. lawyer has also sent
             this letter to SD Sheriff's (to let them know that Pt. is
             severely hearing impaired and under stress over daughter).

             Pt. nephew Ralph says he is going to get Meals on Wheels for Pt.
             and knows how to contact this agency. Ralph agrees to
             participate in DC plan of Pt. and will contact Pt. primary
             surrogate (niece Beverly).

             MSW facilitated audiology consult (with order from MD Horn) and
             RN Jeanette reports this was very helpful (at end of day).
             Batteries were replaced and cracked tubes were replaced by Dr Fabian.

             Plan: Pt and Pt. nephew, advised of the role/availability of
             Social Services at this facility; Social Services will continue
             to follow p.r.n.
             Still awaiting call back from APS worker to clarify case and
             inform APS that Pt. has been admitted.


             Oceanna Gage MSW

NO
INFO

6D

# Task
# MDT

## Task

| | |
|---|---|
| **Subject** | MDT |
| **Case Note Type** | MDT |

CM received the following information about the client's status from ST Welinsky.

The client's daughter, Larnita Petitte (SA), has moved out of the client's home and into the home of a friend in the area (address unknown). The client is being care for by her neighbor Rosita Cobal (760-846-1842) who had been previously been referred to as "Jovita". The client stays with Rosita at night but spends the day at her own home. The client's nephew, Ralph Sanders (RP) is also assisting with the client's care.

Client is her own decision maker. Client has a long HX of financially supporting the SA. It is unknown if she is continuing to do so.

| | |
|---|---|
| **Regarding** | 📷 Case for Bobbye Rives on Feb 2 2011 |
| **Owner** | 👤 Shefali Dua |
| **Duration** | |
| **Priority** | Normal |
| **Actual Start** | 3/3/2011 |
| **Due** | 3/3/2011 4:00 AM |

## Legacy Fields

| | | | |
|---|---|---|---|
| **Legacy ID** | 1,302,878 | **Last Modified On** | 3/3/2011 |
| **Legacy Client ID** | 154,190 | **Last Modified By** | |
| | | **Last Modified By ID** | pdowney |

## Notes

```
Scripps Health                      NURSING CARE PLAN SUMMARY REPORT        Page:  35
Facility: Encinitas                                                         Print : 08/19/15   12:52
RIVES, Bobbye J                     Acct#: 1C2074264                         REPORT ID: ZFLW0015-AGG04
MRN#: 200251338                     Attending MD: Dabestani, Ardeshir A
DOB: 10/23/1927                     Admit Date: 09/01/2014
Age:87  Sex: F                      Disch: 09/06/2014
```

```
                              Service                     Charted
          Finding             Date/Time       Result      Date/Time        Charted By
---------------------------------------------------------  ----------------  --------------------
Psychosocial Problems CP.
    Anxiety                                   Active       09/06/14 02:03   6-164367, RN-NG
              family issues
    Living Situation                          Active       09/06/14 02:03   6-164367, RN-NG
              Unsafe Home Environment
Psychosocial Interventions CP.
    Social Services consult                   Active       09/06/14 02:08   6-164367, RN-NG
    Provide emotional support                 Active       09/06/14 02:08   6-164367, RN-NG
    Provide family support                    Active       09/06/14 02:08   6-164367, RN-NG
    Psychosocial Intervention Note            Y            09/06/14 02:08   6-164367, RN-NG
```

 9/5/14 patient reports that she was living in an unsafe home
environment prior to coming into hospital and prior to obtaining
restraining order against he daughter. Patient reports the
daughter was physically and emotionally abusive to her. Pt also
reports her daughter may have some mental instability. The
patient's nephew and niece have stepped in and helped the patient
since the event and prior to coming into hospital. Patient was
very upset and in tears regarding her family situation and
wishes she could work things out with her daughter. May need
social work involved in further home care.
PCorrington, RN

```
Psychosocial Goals CP.
    Psychosocial Goals                        Progress     09/06/14 02:08   6-164367, RN-NG
              Psychosocial Goals per Core Standard
```

Effective communication, as evidenced by:
* Appropriate affect and behavior
* Expressing feelings and concerns
* Interacting with staff and participating in
  plan of care
* Progressing toward established education goals

Free of restraint, demonstrating appropriate, safe
behavior as evidenced by:
* Follows safety instructions, i.e.
  - Calls for assistance before getting out of bed
  - Does not disturb medical equipment and lines
  - Uses call light

Psychosocial Goals - Noted Exceptions/Additions
(Enter patient-specific goals below)

```
RIVES, Bobbye J   MRN#: 200251338                              Version: 1.3.0 06/10  (P9)-111108
```

SME000189

# Scripps

**PATIENT DISCHARGE / INTERFACILITY TRANSFER INSTRUCTIONS**

RIVES, _BBYE J
MRN:200251338    DOB: 10/23/1927 F/85
09/01/14    ACCT:102074264
KIM, JAMES T MD

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

Nurse to complete asterisked items (*). Physician to complete shaded areas.

**\*Discharged to:** ☐ Home ☐ Home with Home Health ☐ Acute Rehab ☐ Assisted Living ☐ Board and Care ☒ SNF
☐ Other: _Las Villas de Carlsbad_
**\*Mode of transport:** ☒ Auto ☐ Ambulance ☐ Wheelchair Transport ☐ Other

**Follow up Appointments**
Primary Physician: _Dr. Noli Cava_    Call to be seen in _7_ days, Phone: _(619) 221-4490_
Specialty Doctor _Bingzheng Dv_ Reason _Cardiology_    see in _14-21_ days, Phone: _(760) 230-6660_
Specialty Doctor _Jamison Glenn_ Reason _ortho spine_    see in _7-10_ days, Phone: _(760) 230-5188_
Specialty Doctor _____ Reason _____    see in _____ days, Phone: _____

**Diet:** ☐ Regular ☒ Cardiac ☒ Diabetic ☐ 2gm Sodium ☐ Soft ☐ Other: _____
(Circle) Diet/swallow precautions or instructions: _____

**Activity:  No restrictions unless noted below**
☐ May resume all normal activities in _____ (circle) days / weeks    _(C.Diff precautions)_
☐ No shower until _____    ☐ No bath until _____
☐ No lifting more than _____ pounds ☐ Weight bearing restriction: _____
☐ Until further instructed by MD, walk with ☐ Walker ☐ Crutches ☐ Other: _____
**Driving:** ☐ In _____ days ☐ when cleared by MD    **Work:** ☐ In _____ days ☐ when cleared by MD
**Labs:** ☐ PT/INR in _____ days ☒ Other labs/procedures: _√ CBC + BMP in 3 days_

**\*Incision Instructions:** Keep wound clean and dry ☐ Okay to leave open to air
**\*Notify surgeon for fever, chills, increased drainage, redness, and/or pain.**

**\*Wound Care:** Pressure Ulcer Present: ☒ No ☐ Yes Stage/Location: _____
Instructions: _____

**\*Other Information / Instructions:** _※ Do NOT Disclose ANY Pt. info, except to Pts_
_Nephew - Ralph Sanders (714) 262-8378_
_· IP discharge back pain, Consider TLSO Brace._
**\*Immunizations given in hospital as applicable:** ☐ Flu ☐ Pneumonia ☐ Date given: ( if known) _____

**Continuing Care**
For: ☐ RN, ☐ PT ☐ OT ☐ Speech ☐ Wound ☐ Other: _____
**\*Agency:** _____    **\*Phone:** _____
☐ **Infusion** of: _____    **\*Agency:** _____    **\*Phone:** _____
☐ **Equipment:** ☐ Oxygen at _____ liters/min.    **\*Agency:** _____    **\*Phone:** _____
Other equipment: _____    **\*Agency:** _____    **\*Phone:** _____

**Information to be completed for next caregiver/SNF** Report called to: _(760) 434-4322_
☒ SNF Accepting MD _DR. Daniel Given_    Care Navigator Name/# _Diana Slayton, RN_
Time of last meal: _____ Time of last pain medication: _____ ☐ Confused/ forgetful
Foley catheter inserted (date): _____ Incontinent: ☐ stool ☐ urine Last Bowel Movement: _____
Needs assist with: ☐ Bathing/dressing ☐ Eating ☐ Ambulation ☐ Other _____
Advanced Directive: ☐ No ☐ Yes ☐ Copy With Patient
Infection: ☐ MRSA ☐ C. Difficile ☐ VRE ☐ Other _____

| PHYSICIAN SIGNATURE | DATE/TIME | PATIENT SIGNATURE | NURSE SIGNATURE | DATE/TIME |
|---|---|---|---|---|
| _[signature]_ | 9/6/14 © 12:35 | _[signature]_ | _Watson RN_ | 9/6/14 |

☐ Belongings sheet reviewed with patient
☐ Discharge instructions/medications reviewed with patient/family and copies given.

PHOTOCOPY ON DISCHARGE
Page 1 of 2

*2DCIN*

Original: Chart    Copy: Patient    320-8720-607 (11/11/13)

_Fax 760-720-3196 Attn:_

60

# INITIAL DISCHARGE ASSESSMENT

Name: _Bobbye Rikes_   Admit Date: _9-6-14_ DOB: _10-23-39_

Medical Record #: _194416_   Physician: _Chen_

Diagnosis: _Post Stroke Rehabilitation Int Inf_
_Atrium Dilte Tachcardia Nos_

Rehab Potential:   Good _✓_   Fair: _____   Poor: _____

Admitted from: _Sanders_   Prior living arrangements: _Lives at home_
_Virginia_

## RESIDENT APPEARS TO BE:

_✗_ a. Long-term care without possibility of discharge.

_✗_ b. Short-term care. If yes, anticipated length of stay: _____

Previous community resources utilized: _____

In-home support services available: _____

Financial resources: _____

Resident's motivation to function in a more independent setting:(circle)

    GOOD  FAIR  POOR

_____ c. Unable to determine at this time.

## DISCHARGE PLAN DISCUSSED WITH:

_a. Resident_

_✗_ b. Family, Responsible Party, Friend: _Ralph Sanders_
    (circle)                        _nephew DPOA_   Name

Comments: _(714) 262-8378_

Signature: _____   Date: _9-8-14_

## DISCHARGE PLANNING NOTES: _____

LVC000177

## SOCIAL SERVICE NOTES

| Date | Time | All Entries Shall Be Signed with Name and Title |
|------|------|--------------------------------------------------|
| 9-8-14 | | Room visit with Resident. SSD introduced self and welcomed Resident to facility. Resident is alert, oriented, and verbally responsive, very pleasant individual. Appears to be adjusting to facility placement. SSD inquired about resident's care. Resident expressed that her care is ok. Behavior is stable. No psychotropic medication in use. Unsure what the discharge goal is for Resident. Resident anticipates returning home. SSD will further discuss Resident's discharge planning with Resident's nephew. SSD was informed by Nursing that Resident's nephew Ralph Sandek makes decisions for Resident. _____ Vallejos |
| 9-9-14 | | SSD received a phone call from Resident's nephew / DPOA |

| Last Name | First | Middle | Room No. | Attending Physician |
|-----------|-------|--------|----------|---------------------|
| Rives | Bobbye | | 100 | Given |

## SOCIAL SERVICE NOTES

| Date | Time | All Entries Shall Be Signed with Name and Title |
|------|------|-------------------------------------------------|
| | | Ralph Sanders. Residents nephew, provided information regarding Residents prior living arrangements, social history, medical history, etc. Resident lives in a two story condo. According to nephew will require assistance with cooking meals. Nephew request a meeting to discuss Residents plan of care. Care plan Meeting is scheduled for 9-15-14 at 11:00 a.m. |
| 9-10-14 | | SW received a visit from Karen Lee with Adult Protective Services. Adult Protective Services informed SW about Residents prior living arrangements with her daughter. Daughter was physically, mentally, and financially abuse with Resident. Daughter has a restraining order and can |

| Last Name | First | Middle | Room No. | Attending Physician |
|-----------|-------|--------|----------|---------------------|
| Rives | Bobbie | | 100 | Allen |

LVC000179

6D

## SOCIAL SERVICE NOTES

| Date | Time | All Entries Shall Be Signed with Name and Title |
|------|------|-------------------------------------------------|
|      |      | not have any contact with Resident. APS recommend and expressed that Resident would like to transfer to an RCFE or Board In Care in Orange County or Los Angeles area, closer to Residents nephew. Residents monthly income is 3,000.00 — Debbie Waller SSD |
|      |      | |
|      |      | |
|      |      | |

| Last Name | First | Middle | Room No. | Attending Physician |
|-----------|-------|--------|----------|---------------------|
| Rives | Bobbye | | 100 | Aiken |

LVC000180

6D

```
Scripps Health                    SOCIAL WORK SUMMARY REPORT        Page:    4
Facility: Encinitas                                                 Print : 08/19/15   12:55
RIVES, Bobbye J                   Acct#: 192074264                  REPORT ID: ZFLW001S-AGG11
MRN#: 200251338                   Attending MD: Dabestani, Ardeshir A
DOB: 10/23/1927                   Admit Date: 09/01/2014
Age:87 Sex: F                     Disch: 09/06/2014
```

---

|                        | Service |        | Charted |            |
|------------------------|---------|--------|---------|------------|
| Finding                | Date/Time | Result | Date/Time | Charted By |

**Social Work Interval Notes.**            09/03/14 14:40
  **SW INTERVAL NOTES.**
      Social Work Interval Notes                        Y              09/03/14 15:00  3-158975, SW CLN
              Social worker madecontact with APS SWer Karen Dee 760-754-5807.
              Karen reports that patient needs to hire some assistance at
              home, possibly 2 hrs a day to help with meals and cleaning.
              apparently, patient has been resistive in the past.  Karen is
              not aware that niece Beverly is DPOA or if there is an actual
              document stating so.  SWer informed Ms. Dee of letter from
              patient's attorney re: nephew Ralph Sanders 714-262-8378 is one of
              her Successor trustees and Agents under her Power of Attorney.
              ns. Dee expressed concern re: niece beverly and believed her to
              be aligned with daughter.  Presently nephew appears to be the
              most involved and trustworthy.
              SWer placed call to request facesheet be updated to reflect
              nephew Ralph as contact person.
              T/C with nephew and discussed need for patient to have assistance
              at home.  Ralph reports patient has told him she wanted to
              contact "Debbie" re: helping her at home.  Ralph is in the
              process of getting in contact with Debbie and this writer also
              emailed him a list of homecare agencies.
              Nephew states that patient will want to be in her own home which
              her husband had bought for them.  Ralph to call SWer when he
              hears from Debbie.  SWer conferred with IN and IN will arrange
              for Home PT, RN and ON.
              SW to notify APS SWer Karen 760-754-5807 upon discharge.
              Jill Moldenhauer LCSW

**Social Work Interval Notes.**            09/04/14 14:52
  **SW INTERVAL NOTES.**
      Social Work Interval Notes                        Y              09/04/14 14:58  3-158975, SW CLN
              SW follow up this am.  SWer conferred with PT and it was stated
              patient is quite weak and unconditioned, could benefit from
              SNF. Patient would benefit from further  instruction using a
              walker as well.  If patient went home would require 24 hr. care.
              T/C with nephew Ralph 714-262-8378 and he agreed SNF may be best option.
              conferred with IN and she will speak with patient re: SNF and
              also contact nephew.

---

RIVES, Bobbye J   MRN#: 200251338                         Version: 1.3.0 06/10   (P9)-111108

⟨O⟩ Scripps Mercy Hospital

**Social Service Record**



RIVES, BOBBYE J
MRN: 200251338  DOB: 10/23/1927  F/83
02/16/11          ACCT: 916209018
CABREJOS, CLAUDIO MD
SCRIPPS MERCY HOSPITAL, SAN DIEGO

| DATE | |
|---|---|
| 2/17/1 12:45 | P - Psychosis NOS (?) anxiety

I - met č pt, left message with APS Kathleen Walenski 760-754-5952
- Spoke with Dr. Baxter - Jones 88-829-8090 friend of family.

R - This elderly 83 yo widowed African American female lives in own home. Daughter, "nita" 62 yo lives with mother/pt since Feb '09. Pt describes daughter as being manipulative, stealing things, being no help at home; there has been verbal abuse + physical abuse (mutual). Pt. has difficulty hearing. Pt accusing daughter of abuse + wanting her home + money, her daughter + notes, daughter stating her mother is demented. There are several interested parties - ROI is being requested. SW perspective - pt. is vulnerable elderly woman - she wants to return home + would like her daughter nita, to leave the home, with a nurse to visit, (Accent Care) and hired help (also accent care) several hours a week - the pt is stating she |

*3INTER*

350-9752-1143 (Rev. 8/6/02) HAB (P85) FACE

60

```
Scripps Health                      CASE MANAGEMENT SUMMARY REPORT          Page:    3
Facility: Encinitas                                                         Print : 08/19/15   12:55
RIVES, Bobbye J                     Acct#: 102074264                         REPORT ID: ZFLW001S-AGG10
MRN#: 200251338                     Attending MD: Dabestani, Ardeshir A
DOB: 10/23/1927                     Admit Date: 09/01/2014
Age:87  Sex: F                      Disch: 09/06/2014
```

```
                        Service                        Charted
Finding                 Date/Time        Result        Date/Time       Charted By
------------------      -------------    -----------   -------------   ------------------
```

**Case Management Interval Notes.**            09/06/14 12:44
   **CM Interval Notes.**
      Case Manager Interval Notes                    Y              09/06/14 12:48  2-109453, PCN

        9/6/14 @ 1230-Called and spoke with Pt. Nephew-Ralph to discuss
        DC for today. Confirmed that Ralph will be here around 3pm to
        drive Pt. to LVDC SNF. Confirmed that no pt. info given to
        anyone besides him today although we have received calls from
        various females (Rosalyn, Dr.Jones, Dr. Baxter-Jones, Jeanette).
        SW-Mark aware of pt. transfer to LVDC today & informed APS
        dept. for follow-up. DMSlayton, RN

*[handwritten:] 9/2/14 11:26 MSW OCEANA GAGE OFFER NO INFO AS OPTION FOR PROTECTION ANA PT AN RALPH AGREE*

**AUDIT LEGEND**
--------------------------------------------------
   A - Added
   U - Updated
   D - Deleted

**LEGEND of User Numbers**
--------------------------------------------------
   1    111215    Rabara, Lerida A PCN
   2    109453    Slayton, Diane M PCN

**SERVICE Index**
--------------------------------------------------
```
Date              Service                              Page
09/04/14 17:16    Case Management Assessment V2.        1
09/03/14 11:44    Case Management Interval Notes        2
09/04/14 14:22    Case Management Interval Notes        2
09/04/14 17:09    Case Management Interval Notes        2
09/05/14 16:02    Case Management Interval Notes        2
09/06/14 12:44    Case Management Interval Notes        3
```

```
RIVES, Bobbye J   MRN#: 200251338                      Version: 1.3.0 06/10  (P9)-111108
```

SME000239

*[handwritten:] 60*

Task: UPDATE NOTE    Page 1 of 2

# Task

# UPDATE NOTE

## Task

**Subject**              UPDATE NOTE

**Case Note Type**       Update Note

MDT with Kathleen Welinsky, ST clinician involved with Clt. at this time. She stated that Clt. denied any wrongdoing by SA. Clt.
manages all funds independently and is able to make decisions regarding her funds. ST CM stated that there is a long history of
dis-functionality between the SA and the Clt. and in fact the Clt. has a history of hitting the SA if incensed.

**Regarding**            Case for Bobbye Rives on Feb 2 2011

**Owner**                Shefali Dua

**Duration**                                          **Priority**           Normal

**Actual Start**         2/9/2011

**Due**                  2/9/2011 4:00 AM

## Legacy Fields

**Legacy ID**            1,297,167          **Last Modified On**      2/15/2011

**Legacy Client ID**     154,190            **Last Modified By**

                                            **Last Modified By ID**   cmorale1

## Notes

## Appointment

# In person contact

## Appointment

| | |
|---|---|
| **Subject** | In person contact |
| **Location** | |
| **Regarding** | 🎞 APS Case for Bobbye Rives referred 7/23/2014 |

## Scheduling Information

| | | | |
|---|---|---|---|
| **Required** | 👥 Bobbye Rives | | |
| **Optional** | | | |
| **Start Time** | 8/12/2014 8:00 AM | **Duration** | 1 hour |
| **End Time** | 8/12/2014 9:00 AM | **All Day Event** | No |
| **Show Time As** | Completed | **Priority** | Normal |
| **Case Note Type** | Client In Person Contact | | |

APSS met with the CT at her home. APSS and CT discussed that the TRO was served. CT still wants to go to the Restraining Order hearing to obtain the Permanent Restraining Order. CT wants APSS to be present. APSS agreed to meet the CT at the court Friday morning. APSS and CT discussed her need for a caregiver. CT feels she can manage at home for right now, but may decide she wants a caregiver to come for one hour a day M-F. CT says her cousin is coming over this weekend and she has a caregiver, so she will discuss it with her cousin. CT said she did not like LivHome because she was unclear about the cost. APSS explained how billing from a care giving agency would work. CT was more open to hiring a caregiver. Please note, the CT's home is clean, the CT had good hygiene and appearance, and the CT has been cooking for herself safely. CT explained she does not want to be a burden on her nephew, so she may end up hiring a caregiver sooner then later.

## Notes

## Details

| | | | |
|---|---|---|---|
| **Owner** | 👤 Karen Dee | **Organizer** | 👤 Karen Dee |
| **Category** | | **Sub-Category** | |