## Appointment

# In person contact- met CT at Court

## Appointment

| | |
|---|---|
| **Subject** | In person contact- met CT at Court |
| **Location** | |
| **Regarding** | APS Case for Bobbye Rives referred 7/23/2014 |

## Scheduling Information

| | | | |
|---|---|---|---|
| **Required** | Bobbye Rives | | |
| **Optional** | | | |
| **Start Time** | 8/15/2014 7:30 AM | **Duration** | 8.5 hours |
| **End Time** | 8/15/2014 4:00 PM | **All Day Event** | No |
| **Show Time As** | Completed | **Priority** | Normal |
| **Case Note Type** | Client In Person Contact | | |

APSS met the CT at the courthouse in Vista, CA, CT was accompanied by her Nephew, Ralph Sanders. SA was present at the court with her attorney, Lois Kelly. SA was in a wheelchair and walker during the court hearing. SA states she broke her foot the same day she was kicked out of the CT's home. APSS assisted the CT by writing down the conversations for the CT to read and answer questions the judge posed. The judge extended the Temporary restraining order until October 24th at 8am. The SA states she is moving out of the state of California and wants to pick up her belonging from the CT's home without APS or the Sheriff's present. The judge wrote on the restraining order that APS and the Sheriff's department can be present during the time the SA picks up her belongings to keep the peace. APSS to scan the document into Documentum. APSS strongly encouraged that if the CT wants to go back to court on October 24th, that she hire an attorney to represent her. APSS explained this to Ralph, he agreed to assist the CT with obtaining an attorney.

## Notes

## Details

| | | | |
|---|---|---|---|
| **Owner** | Karen Dee | **Organizer** | Karen Dee |
| **Category** | | **Sub-Category** | |

6.0

# INITIAL DISCHARGE ASSESSMENT

Name: _Bobbie Rivers_   Admit Date: _9-6-14_   DOB: _10-23-39_

Medical Record #: _19440_   Physician: _Given_

Diagnosis: _Sepsis, Rehabilitation, Int Inf_
_Atrium Dysr. Tachcardia Nos_

Rehab Potential:   Good ___✓___   Fair ___   Poor: ___

Admitted from: _Harttpps_   Prior living arrangements: _Lives at home_
_Enterita$_

## RESIDENT APPEARS TO BE:

___ a.  Long-term care without possibility of discharge.

___ b.  Short-term care.  If yes, anticipated length of stay: _____

Previous community resources utilized: _____

In-home support services available: _____

Financial resources: _____

Resident's motivation to function in a more independent setting:(circle)

**GOOD   FAIR   POOR**

___ c. Unable to determine at this time.

## DISCHARGE PLAN DISCUSSED WITH:

___ a. Resident

___ b. Family, Responsible Party, Friend: _Ralph Sanders_
(circle)                                        Name _DPOA_

_nephew_

_(714) 262-8378_

Comments: _____

Signature: _Otittia Waller_ _____   Date: _9-8-14_

## DISCHARGE PLANNING NOTES:

_____

_____

_____

_____

_____

_____

GF

Scripps Mercy Hospital

DISCHARGE SUMMARY

PATIENT: RIVES, BOBBYE J
MR#: 000200251338          ACCT#: 000916209018
ADMIT DATE: 02/16/2011          DISCHARGE DATE: 02/19/2011

CHIEF COMPLAINT:
"I was so hurt."

DISCHARGE DIAGNOSIS(ES):
Axis I.  Anxiety, not otherwise specified.

Axis II.  None.

Axis III.  Diabetes and high blood pressure.

Axis IV.  None.

Axis V.  Global Assessment of Functioning at admission 45.
 Global Assessment of Functioning at discharge 60.

HISTORY:
This is a 83-year-old black female who was brought in 5150 after
"an altercation with the daughter." The patient has difficulty
hearing. "My daughter wants my money." She is 62, appears to
being in a fight with her daughter, agitated, was a little
guarded, and she was hard of hearing. She denies being suicidal
or homicidal. The patient appears very coherent when answering
the questions.

HOSPITAL COURSE:
She was admitted to the BHU in a 5150. We held psychiatric
medications. We ordered basic labs and followed the patient
accordingly with medication management and psychotherapy.

During the hospitalization, the patient appeared extremely calm
and cooperative with no signs of agitation or psychosis. Adult
Protective Service was involved, and we did not feel the need to
start any medications.

The patient signed in voluntarily. The patient will be
discharged to her friend's house until the situation with the
daughter is being clarified.

DISCHARGE INSTRUCTIONS:
DIET: Regular.
ACTIVITY: Per lib.
MEDICATIONS: None.

FOLLOWUP:
None. PRN.

CONDITION ON DISCHARGE:
Good.

6 F



# Scripps

**PATIENT DISCHARGE / INTERFACILITY TRANSFER INSTRUCTIONS**

JAMES, BOBBYE J
MRN:200251338    DOB: 10/23/1927 F/86
09/01/14    ACCT:102074264
KIM, JAMES T MD

SCRIPPS MEMORIAL HOSPITAL, ENCINITAS

**Nurse to complete asterisked items (*).  Physician to complete shaded areas.**

*Discharged to: ☐ Home ☐ Home with Home Health ☐ Acute Rehab ☐ Assisted Living ☐ Board and Care ☒ SNF
☐ Other: _Las Villas de Carlsbad_
*Mode of transport: ☒ Auto ☐ Ambulance ☐ Wheelchair Transport ☐ Other

**Follow up Appointments**
Primary Physician _Dr. Noli Cava_____ Call to be seen in _7_ days, Phone: _(619) 221 4490_
Specialty Doctor _Singfong Dv_____ Reason _cardiology_____ see in _14-21_ days, Phone: _(760) 230·6660_
Specialty Doctor _Jamieson Glenn___ Reason _ortho spine_____ see in _7-10_ days, Phone: _(760) 230·5188_
Specialty Doctor _____ Reason _____ see in ____ days, Phone: _____

**Diet:** ☐ Regular ☒ Cardiac ☒ Diabetic ☐ 2gm Sodium ☐ Soft ☐ Other: _____
*(Circle)* Diet/swallow precautions or instructions: _____

**Activity:  No restrictions unless noted below**
☐ May resume all normal activities in _____ (circle) days / weeks _(C. Diff precautions)_
☐ No shower until _____     ☐ No bath until _____
☐ No lifting more than ____ pounds   ☐ Weight bearing restriction: _____
☐ Until further instructed by MD, walk with ☐ Walker ☐ Crutches ☐ Other: _____
**Driving:** ☐ In ____ days  ☐ when cleared by MD **Work:** ☐ In ____ days ☐ when cleared by MD
**Labs:** ☐ PT/INR in ____ days to **Other labs/procedures:** ✓ CBC + BMP in 3 days
*Incision Instructions:* Keep wound clean and dry  ☐ Okay to leave open to air
*Notify surgeon for fever, chills, increased drainage, redness, and/or pain.

*Wound Care:* Pressure Ulcer Present: ☒ No  ☐ Yes  Stage/Location: _____
Instructions: _____

*Other Information / Instructions:* ★ DO NOT DISCLOSE ANY Pt info, except to Pt
Nephew- Ralph Sanders (714) 262-8378
If develop back pain, Consider TLSO Brace

*Immunizations given in hospital as applicable:* ☐ Flu ☐ Pneumonia ☐ Date given: ( if known) _____

**Continuing Care**
For: ☐ RN ☐ PT ☐ OT ☐ Speech ☐ Wound ☐ Other: _____
*Agency: _____     *Phone: _____     *Phone: _____
☐ **Infusion** of: _____     *Agency: _____     *Phone: _____
☐ **Equipment:** ☐ Oxygen at ___ liters/min     *Agency: _____     *Phone: _____
Other equipment: _____     *Agency: _____

**Information to be completed for next caregiver/SNF**  Report called to: _(760) 434- 4322_
☒ SNF Accepting MD _Dr. Daniel Given_  Care Navigator Name/# _Diane Slayton, RN_
Time of last meal: _____ Time of last pain medication: _____ ☐ Confused/ forgetful
Foley catheter inserted (date): _____ Incontinent: ☐ stool ☐ urine Last Bowel Movement: _____
Needs assist with: ☐ Bathing/dressing ☐ Eating ☐ Ambulation ☐ Other _____
Advanced Directive: ☐ No ☐ Yes ☐ Copy With Patient
Infection: ☐ MRSA ☐ C. Difficile ☐ VRE ☐ Other _____

| PHYSICIAN SIGNATURE | DATE/TIME 9/6/14 @ 12:35 | PATIENT SIGNATURE X | NURSE SIGNATURE | DATE/TIME 9/6/14 |

☐ Belongings sheet reviewed with patient
☐ Discharge instructions/medications reviewed with patient/family and copies given.

PHOTOCOPY ON DISCHARGE
Page 1 of 2

Original: Chart   Copy: Patient   320-8720-807 (11/11)

*2DCIN*

***CONFIDENTIAL***

 **Scripps**

### Coding Abstract Summary

| Patient Name<br>RIVES, BOBBYE J | | Sex<br>FEMALE | Birth Date<br>10/23/1927 | Age<br>86 | MR Number<br>200251338 | Account<br>Number<br>102074264 |
|---|---|---|---|---|---|---|
| Admit Date<br>09/01/14 06:17 PM | Discharge Date<br>09/06/14 11:59 PM | LOS<br>5 | Primary Insurance<br>MEDICARE A/B | | Disposition<br>DISCH TO SNF | |

| Attending Physician<br>DABESTANI ARDESHIR M.D. | Coder<br>SULTIVE,CHERYL | Coding Date<br>09/10/14 |
|---|---|---|

**MDC Code / Text**
018 INFECTIOUS & PARASITIC DISEASES, SYSTEMIC OR UNSPECIFIED SITES

**DRG Code / Text**
872 SEPTICEMIA OR SEVERE SEPSIS W/O MV 96+ HOURS W/O MCC

**Admit Diagnosis**

| 99590 | Systemic inflammatory response syndrome, unspecified | |
|---|---|---|

**Primary Diagnosis**

| | | Present<br>on Admit |
|---|---|---|
| 0383 | Septicemia due to anaerobes | Y |

**Secondary Diagnosis**

| | | Present<br>on Admit |
|---|---|---|
| 5849 | Acute kidney failure, unspecified | Y |
| 2763 | Alkalosis | Y |
| 00845 | Intestinal infection due to Clostridium difficile | Y |
| 73313 | Pathologic fracture of vertebrae | Y |
| 4280 | Congestive heart failure, unspecified | Y |
| 3899 | Unspecified hearing loss | Y |
| 2724 | Unspecified hyperlipidemia | Y |
| 3659 | Unspecified glaucoma | Y |
| 30002 | Generalized anxiety disorder | Y |
| 5853 | Chronic kidney disease, stage III (moderate) | Y |
| 7904 | Nonspecific elevation of levels of transaminase/lactic acid dehydrogenase (LDH) | Y |
| 41401 | Coronary atherosclerosis of native coronary vessel | Y |
| 27651 | Dehydration | Y |
| 99591 | Sepsis | Y |
| 40390 | Hypertensive chronic kidney disease stage I through stage IV, or unspecified, unspecified benign or malignant | Y |
| 25000 | Diabetes mellitus without complication, type II or unspecified type, not stated as uncontrolled | E |
| V1582 | Personal history of tobacco use | E |
| V4582 | Percutaneous transluminal coronary angioplasty status | |

| Procedures | Provider | Date |
|---|---|---|
| . | | |

| CPT Procedures | Provider | Date |
|---|---|---|
| | | |

MR number: 200251338
Admit date: 09/01/14 06:17 PM

Account number: 102074264
Discharge date: 09/06/14 11:59 PM
Page 1 of 1

Patient name: RIVES, BOBBYE J
Date printed: 9/15/2014
Template name: Abst99fm.doc, rev.1

6F



**ORIGINAL**

## LAS VILLAS DE CARLSBAD
### ADDRESS, 1088 LAGUNA DRIVE, CARLSBAD, CA 92008-1858
### 760-434-7116

Face Sheet

| Last Name | First Name | MI | MR# | Bed |
| --- | --- | --- | --- | --- |
| RIVES | BOBBYE | | 19441 | 100 |

| Address | | County | Phone |
| --- | --- | --- | --- |
| BOBBYE RIVES, 363 CERRO STREET, ENCINITAS, CA 92024 | | SAN DIEGO COUNTY, | 760-436-2096 |

| Soc. Sec Number | M/S | Race | Birth Date | Age | Sex | Religion |
| --- | --- | --- | --- | --- | --- | --- |
| 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 | MARRIED | BLACK NOT OF HISPANIC ORIGIN | 10/23/1927 | 86 | Female | |

| Admission Number | Admit Date | Admit From | |
| --- | --- | --- | --- |
| 0021499 | 09/06/2014 | HOSPTL | HOSPITAL |

| Payor | | Phone | Policy | Eff Date | Expire Date |
| --- | --- | --- | --- | --- | --- |
| MEDICARE A | | — | 458341576A | | |
| TRICARE | | 866-773-0404 | 243208885 | | |
| PRIVATE HEALTH CENTER | | | | | |

| Guarantor Name | Guarantor Address | Guarantor Number | Phone |
| --- | --- | --- | --- |
| BOBBYE RIVES | BOBBYE RIVES, 363 CERRO STREET, ENCINITAS, CA 92024 | 19557 | 760-436-2096 |

**Primary Contact**

| First Name | Last Name | Type | Address | City | State Zip |
| --- | --- | --- | --- | --- | --- |
| LARNITTA | PETTE | EMC | ***DAUGHTER*** | | |

HPhone  ~707-833-2049~          WPhone                   CPhone    707-833-2049~

*Rapor Sander* 714-262-8378

**Alternate Contacts**

| First Name | Last Name | Type | HPhone | WPhone | CPhone |
| --- | --- | --- | --- | --- | --- |
| BEVERLY | CALCOTE | ALT | 310-985-1501 | — | — |

| Attending Phy Name | Address | City | State Zip | Phone | Contact |
| --- | --- | --- | --- | --- | --- |
| GIVEN, DANIEL | 10666 N. TORREY PINES RD | LA JOLLA | CA   92037 | 858-956-4579 | |

| Alternate Physician | Address | City | State Zip | Phone | Contact |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Allergies |
| --- |
| |

| Advanced Directive |
| --- |
| |

**Active Diagnosis**

| | | | |
| --- | --- | --- | --- |
| 995.91 | SEPSIS | 250.00 | DMII WO CMP NT ST UNCNTR |
| V57.89 | REHABILITATION PROC NEC | 401.9 | HYPERTENSION NOS |
| 008.45 | INT INF CLSTRDIUM DFCILE | 272.4 | HYPERLIPIDEMIA NEC/NOS |
| 785.0 | TACHYCARDIA NOS | 365.9 | GLAUCOMA NOS |
| 414.00 | COR ATH UNSP VSL NTV/GFT | 530.81 | ESOPHAGEAL REFLUX |

| Prof Contacts | Type | Address | City | State Zip | Phone | Fax |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

| Additional Information |
| --- |
| |

Print Date:       9/8/2014

7

Scripps Health
Facility: Encinitas
RIVES, Bobbye J
MRN#: 200251338
DOB: 10/23/1927
Age:87  Sex: F

**SOCIAL WORK SUMMARY REPORT**

Acct#: 102074264
Attending MD: Dabestani, Ardeshir A
Admit Date: 09/01/2014
Disch: 09/06/2014

| Finding | Service Date/Time | Result | Charted Date/Time | Charted By |
|---------|-------------------|--------|-------------------|------------|
| ------------------------------------- | ------------ | ------------ | --------------- | ------------------ |

**Social Work Interval Notes.**          09/02/14 16:26
   SW INTERVAL NOTES.                       (CONTINUED)

Pt. nephew visiting Pt, and Pt gives permission for MSW to speak
freely with her nephew (as her hearing aides are not working
well).

Pt. nephew reports Pt. had temporary restraining order done 2
weeks ago against her daughter, after Pt. daughter became
physical with Pt. Pt. adds that "I finally came clean and told
my MD about Larnita hitting me". MSW confirmed with Pt. and
Ralph that Pt. will be made a "no info" in the hospital, and
they both like and agree to this option for protection. MSW
relayed this safety measure to bedside RN Jeanette and IN
Lerida. MSW also updated with Lupe in Access Dept. facesheet with
advance directive surrogates (listed above). MSW also placed
advance directive in Pt. chart (sent from Pt. lawyer's office),
also a addendum note from lawyer stating that Pt. daughter is
not to have any power of Pt. estate; Pt. lawyer has also sent
this letter to SD Sheriff's (to let them know that Pt. is
severely hearing impaired and under stress over daughter).

Pt. nephew Ralph says he is going to get Meals on Wheels for Pt.
and knows how to contact this agency. Ralph agrees to
participate in DC plan of Pt. and will contact Pt. primary
surrogate (niece Beverly).

MSW facilitated audiology consult (with order from MD Horn) and
RN Jeanette reports this was very helpful (at end of day).
Batteries were replaced and cracked tubes were replaced by Dr Fabian.

Plan: Pt and Pt. nephew, advised of the role/availability of
Social Services at this facility; Social Services will continue
to follow p.r.n.
Still awaiting call back from APS worker to clarify case and
inform APS that Pt. has been admitted.

Oceanna Gage MSW

*NO*
*INFO*

RIVES, Bobbye J    MRN#: 200251338                    Version: 1.

6D

Scripps Health                          SOCIAL WORK SUMMARY REPORT                    Page:    4
Facility: Encinitas                                                                   Print : 08/19/15   12:55
RIVES, Bobbye J                         Acct#: 102674264                              REPORT ID: ZFLW001S-AGG11
MRN#: 200251338                         Attending MD: Dabestani, Ardeshir A
DOB: 10/33/1927                         Admit Date: 09/01/2014
Age:87  Sex: F                          Disch: 09/06/2014

| Finding | Service Date/Time | Result | Charted Date/Time | Charted By |
|---------|-------------------|--------|-------------------|------------|

Social Work Interval Notes.            09/03/14 14:40
    SW INTERVAL NOTES.
        Social Work Interval Notes                      Y                09/03/14 15:00  3-158975, SW CLN
            Social worker madecontact with APS SWer Karen Dee 760-754-5807.
            Karen reports that patient needs to hire some assistance at
            home, possibly 2 hrs a day to help with meals and cleaning.
            apparently, patient has been resistive in the past. Karen is
            not aware that niece Beverly is DPOA or if there is an actual
            document stating so.  SWer informed Ms. Dee of letter from
            patient's attorney re: nephew Ralph Sanders 714-262-8378 is one of
            her Successor trustees and Agents under her Power of Attorney.
            Ms. Dee expressed concern re: niece bevarly and believed her to
            be aligned with daughter.  Presently nephew appears to be the
            most involved and trustworthy.
            SWer placed call to request facesheet be updated to reflect
            nephew Ralph as contact person.
            T/C with nephew and discussed need for patient to have assistance
            at home.  Ralph reports patient has told him she wanted to
            contact "Debbie" re: helping her at home.  Ralph is in the
            process of getting in contact with Debbie and this writer also
            emailed him a list of homecare agencies.
            Nephew states that patient will want to be in her own home which
            her husband had bought for them.  Ralph to call SWer when he
            hears from Debbie.  SWer conferred with IN and IN will arrange
            for Home PT, RN and ON.
            SW to notify APS SWer Karen 760-754-5807 upon discharge.

            Jill Holdenhauer LCSW

Social Work Interval Notes.            09/04/14 14:52
    SW INTERVAL NOTES.
        Social Work Interval Notes                      Y                09/04/14 14:58  3-158975, SW CLN
            SW follow up this am.  SWer conferred with PT and it was stated
            patient is quite weak and unconditioned, could benefit from
            SNF. Patient would benefit from further  instruction using a
            walker as well.  If patient went home would require 24 hr. care.
            T/C with nephew Ralph 714-262-8378 and he agreed SNF may be best option.
            conferred with IN and she will speak with patient re: SNF and
            also contact nephew.

RIVES, Bobbye J    MRN#: 200251338                                    Version: 1.3.0 06/10  (P9)-111138

SEP/11/2014/THU 10:02 AM                    FAX No.                      P. 002

 **Scripps**

**CONTINUING CARE-H&P (Internal Medicine)**

Date of Service: 09/09/2014

BOBBYE J. RIVES
MRN: 200251338
DOB: 10/23/1927

BOBBYE RIVES
363 CERRO ST
ENCINITAS, CA 92024

SCRIPPS

CONTINUING CARE - HISTORY AND PHYSICAL

NAME: RIVES, BOBBYE J
PATIENT #: 200251338
SEX: F
DOB: 10/23/1927
HB/FC: TP

TO:
FROM: Daniel Given MD
STATUS: OUTPATIENT
DATE OF SERVICE: 09/09/2014
DOCUMENT: CONTINUING CARE - HISTORY AND PHYSICAL
PCP:

SKILLED NURSING FACILITY HISTORY AND PHYSICAL

SKILLED NURSING FACILITY: Las Villas De Carlsbad.

RECENT HOSPITALIZATION: Scripps Encinitas Hospital from 9/1/2014
to 9/5/2014.

PRIMARY CARE PHYSICIAN: Dr. Noli Cava, here in San Diego.

OUTPATIENT CARDIOLOGIST: Dr. Pingfeng Du.

CHIEF COMPLAINT: Weakness.

HISTORY OF PRESENT ILLNESS: This is an 86-year-old female with a
history of coronary artery disease, status post PCI, diabetes,
hypertension, glaucoma, severe hearing loss, who presented to the

This document is privileged and confidential, and is intended for those individuals personally involved in
the care of individual patients who may be identifiable from this information. All other use or disclosure is
strictly prohibited unless specifically and legally authorized.

Printed: 09/11/2014 7:34AM                                    1 of 6

LVC000014

SEP/11/2014/THU 10:02 AM                    FAX No.                        P. 003

Date of Service: 09/09/2014
RIVES, BOBBYE J.
MRN: 200251338
DOB: 10/23/1927

emergency department with weakness and abdominal pain. She was
found to have significant leukocytosis to 25,000. Stool studies
showed C. diff infection. Other infectious workup was negative.
She was started on Flagyl p.o., with improvement in her
leukocytosis. She was deemed medically stable and transferred to
our facility for further physical and occupational therapy
rehabilitative services.

Currently, the patient states that she had one episode of loose
stools on the evening of admission to our facility, but since
that time has had normal formed bowel movements. She denies any
fevers or chills. She denies any abdominal pain. She denies any
difficulty breathing. She denies any chest pain or pressure.
She denies any cough. She denies any dysuria. She denies any
melena, hematochezia, or bright red blood per rectum.

REVIEW OF SYSTEMS: Full review of systems reviewed with the
patient and is otherwise negative, except for those stated above.

ACTIVE MEDICAL ISSUES AND PAST MEDICAL HISTORY:
1. C. diff colitis, with associated leukocytosis, now
   improved.
2. Acute kidney injury or chronic kidney disease, stage 2 to
   3.
3. Diabetes.
4. Hypertension.
5. Dyslipidemia.
6. Generalized anxiety disorder.
7. Glaucoma.
8. Severe hearing loss.
9. Coronary artery disease, status post Taxus stent to the
   LAD in 2007.
10. Status post right knee surgery.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

CURRENT MEDICATIONS:
1. Flagyl 500 mg p.o. q.8 hours x12 days following transfer
   to our facility. This is a new medication.
2. Prednisone 81 mg p.o. daily.
3. Linagliptin 5 mg p.o. daily.
4. Welchol 625 mg 1 tablet p.o. daily.
5. Ezetimibe 10 mg p.o. daily.
6. Florastor 250 mg p.o. b.i.d. x12 days. This is a new
   medication.
7. Toprol-XL 37.5 mg p.o. daily.
8. Amlodipine 10 mg p.o. daily.
9. Atorvastatin 40 mg p.o. daily.

This document is privileged and confidential, and is intended for those individuals personally involved in
the care of individual patients who may be identifiable from this information. All other use or disclosure is
strictly prohibited unless specifically and legally authorized.

Printed: 09/11/2014 7:34AM                              2 of 6

LVC000015

Date of Service: 09/09/2014
RIVES, BOBBYE J.
MRN: 200251338
DOB: 10/23/1927

10. Lasix 20 mg p.o. daily. This was held initially, and is
to restart on 9/10/2014.
11. Glipizide extended release 5 mg p.o. b.i.d.
12. Canagliflozin 100 mg p.o. daily.
13. Sitagliptin 50 mg p.o. daily.
14. Pantoprazole 40 mg p.o. daily.
15. Prednisolone 1% eyedrops one drop each eye daily.
16. Brinzolamide/brimonidine 1%/0.2% one drop each
eye q.i.d.
17. Tafluprost ophthalmic 0.0015% one drop each eye daily.
18. Timolol 0.5% one drop each eye at bedtime.
19. Lumigan ophthalmic 0.01% one drop each eye at bedtime.

FAMILY HISTORY: Reviewed and is not pertinent to HPI.

SOCIAL HISTORY: The patient has a very complex social
situation. She was previously living with her daughter for 6-1/2
years, however, apparently recently did obtain a restraining
order against her daughter. She states that her next of kin and
DPOA would be her nephew, Ralph Sanders, who can be reached at
714-262-8378. Alternative point of contact would be Beverly
Calcote, who is her niece. When questioning the patient, she
does report physical and psychological abuse from the daughter,
which was the prompting to get a restraining order. Apparently,
she has not been living with her daughter, and her home situation
is somewhat unclear at this point. Communication is very
difficult with the patient as she is severely hard of hearing.
She was previously using tobacco, none current. There is no
current alcohol abuse. There is a history of positive THC on a
urinary tox screen from 2011, per report of H and P from the
hospital. The patient denies illicit drug use. She is retired.

Advance care planning: The patient is full code, full care.
Again, DPOA has been appointed by the patient as her nephew,
Ralph Sanders.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure 102/72. She is afebrile. Pulse
70. Respirations 24.
GENERAL: The patient is in no acute distress. She is severely
hard of hearing. She does answer questions appropriately,
however, is sometimes difficult to follow.
HEAD: Atraumatic, normocephalic.
EYES: Pupils equal, round, reactive to light. Sclerae
anicteric. Extraocular movements intact.
ENT: Mucous membranes are moist. Oropharynx is clear. No
drainage from nares or ears bilaterally.
CARDIOVASCULAR: Regular rate and rhythm, with a 2/6 systolic

This document is privileged and confidential, and is intended for those individuals personally involved in
the care of individual patients who may be identifiable from this information. All other use or disclosure is
strictly prohibited unless specifically and legally authorized.

Printed: 09/11/2014 7:34AM                                    3 of 6

LVC000016

7

SEP/11/2014/THU 10:03 AM                    FAX No.                    P. 005

Date of Service: 09/09/2014
RIVES, BOBBYE J.
MRN: 200251338
DOB: 10/23/1927

ejection murmur.
PULMONARY: Clear to auscultation bilaterally.
GASTROINTESTINAL: Abdomen is soft, nontender, nondistended, with
normoactive bowel sounds.
MUSCULOSKELETAL: No cyanosis, clubbing, or edema.
NEUROLOGIC: The patient is oriented to date, month, and year.
Cranial nerves appear grossly intact. She is moving all four
extremities without difficulty.

LABORATORY DATA:
1. CBC on 9/9/2014 shows WBC is elevated at 14.0, hemoglobin
   12.1, platelets 378,000.
2. Metabolic panel on 9/9/2014 showing sodium 140, potassium
   4.2 chloride 106, $CO_2$ of 27, BUN 20, creatinine slightly
   elevated at 1.2.

IMPRESSION: This is an 86-year-old female with a complicated
social history that is still largely unclear at this point, who
presented to Scripps Encinitas Hospital with abdominal pain and
weakness, found to have Clostridium difficile colitis, and is now
currently on treatment, who is here for physical and
occupational therapy rehabilitative services.

. PLAN:
1. Clostridium difficile colitis: The patient will remain
   on Flagyl, to complete a total of 14-day course. She is
   having formed stools at present. She has no other
   constitutional signs or symptoms of active infection.
   Repeat WBCs did show persistent elevation at 14.0.
   Discharge WBCs were 11.7. We will follow up with a
   repeat BMP at the end of this week. We will monitor the
   patient clinically.
2. Acute kidney injury on chronic kidney disease: The
   patient's creatinine at discharge was 0.9, currently it
   is back up at 1.2. Her creatinine on admission was 1.6.
   We will continue monitoring.
3. Hypertension: Patient's blood pressures are currently
   well controlled. She will continue on her current
   regimen. The patient was to be restarted on Lasix. It
   is unclear at this point as to what she was taking. I  will have to further clarify with the patient what she
   was taking as an outpatient. She does not have any
   documented history in our system of congestive heart
   failure. Again, we will follow the patient.
4. Diabetes mellitus type 2: The patient is on a multitude
   of oral agents. Her hemoglobin A1c on 9/2/2014 was
   adequately controlled at 7.0%. She will continue
   with the current regimen.
5. T9 and L2 subacute compression fractures: These were

This document is privileged and confidential, and is intended for those individuals personally involved in
the care of individual patients who may be identifiable from this information. All other use or disclosure is
strictly prohibited unless specifically and legally authorized.

Printed: 09/11/2014 7:34AM                                    4 of 6

LVC000017

| Primary Diagnosis: | SEPSIS, DIABETES, DEHYDRATION | |
|---|---|---|

| Admitting Physician: | JAMES T KIM | |
|---|---|---|
| Attending Physician: | JAMES T KIM | |
| Primary Care Physician: | 423525*NONE NONE MD NONE | |
| Referring Physician: | NONE JOSEPH NONE | |

**Admission Comment**

Scripps Encinitas

EMERGENCY RECORD

PATIENT: RIVES , BOBBYE J
MR#: 000200251338 ACCT#: 00C102074264
DATE OF SERVICE: 09/01/2014

AGE:
86 years old.

TIME OF EVALUATION:
1830.

MODE OF ARRIVAL:
To the department is ambulatory.

CHIEF COMPLAINT:
Nausea, vomiting, weakness, and abdominal pain.

HISTORICAL SOURCES:
1. The patient.
2. The patient's cousin Beverly, 310-985-1501.
3. The patient's niece who is an OB/GYN physician at Sharp,
Rosalyn Baxter, 858-250-5931.

Ms. Beverly who lives in Los Angeles called the neighbors and
asked them to check on her. There have been some domestic issues
at the house, and Adult protective Services are involved. The
neighbors went to check on Bobbye; and she was complaining of
nausea, vomiting, diarrhea, had not been taking her medications,
dehydrated, lightheaded, no fevers, no chills, and just not
feeling well. There was some concern about her ability to make
decisions and take care of herself. Paramedics picked her up and
brought her to Scripps Encinitas as she complains of generalized
weakness, vomiting, and somewhat confused. Pain location: All
over the abdomen. Quality crampy. Severity, moderate.
Duration: One-and-a-half days, constant. Associated with
fevers, chills, no hemoptysis, no hematemesis.

PAST MEDICAL HISTORY:
Her past medical history is notable for coronary artery disease,
diabetes, congestive heart failure, and multiple cardiac stents.

MEDICATIONS:
1. Plavix.
2. Aspirin.
3. Iron.
4. Nitroglycerin.
5. Protonix.
6. Toprol.
7. Glucotrol.
8. Glucophage.
9. Lotrel.
10. Zetia.

The patient has not been taking her medications.

SOCIAL HISTORY:
No ethanol, tobacco, or drugs.

FAMILY HISTORY:
Positive for mental illness.

| DATE | TIME/SHIFT | PROB. | PLAN: SUMMARY MUST REFLECT PATIENT CARE PLAN AND PATIENTS PROGRESS |
|------|------------|-------|--------------------------------------------------------------------|
| 9-14-14 | 0500 approx. | | At approximately 0500 assigned CNA called me that the resident is on the floor. Found resident on (R) side lying position on the floor next to (R) side of her bed. Noted resident non responsive to stimuli. Skin cool & dry to touch. No chest movement noted. No pulse palpated. Transferred to bed, verified code status - pt full code. CPR initiated = cardiac board & ambu bag connected to O2 c assistance of another LN & CNA. Called 911 at approx 0505 paramedics arrived at approx 0512 while CPR continued. 0515 Paramedics took over & pronounced resident expired. Post mortem care done by CNAs 0515 Called Dr. Green & notified. Dr. Green gave writer phone # of nephew to be called named Ralph Sanders. Do not call daughter per Dr. Green. Called Ralph Sanders @ 714 - 262 - 8378 & left message to call facility ASAP. @ around 0545 Ralph Sanders returned call & notified of above. Ralph Sanders was talking to writer calmly & verbalized relief that his aunt is now resting & ended suffering. Will arrange for mortuary per nephew Ralph Sanders & he will call back later. _____ HXM LVN |
| 9-14-14 | 0700 | | Spoke c Ralph Sanders nephew stated that he doesn't have mortuary arrangements. Offered him if I can call Eternal Hills mortuary & he agreed & he verbalized appreciation. _____ HX |
| | 0715 | | Called Eternal Hills mortuary - was talking to operator for a long time & phone got disconnected. Endorsed _____ HX |
| 9-14-14 | 7-3 | 0800 | Eternal Hills Mortuary here, received body. All belongings, aids taken with body. _____ |

| LAST NAME | FIRST NAME | ATTENDING PHYSICIAN | ROOM NO. | MED. RECORD NO. |
|-----------|------------|---------------------|----------|-----------------|
| | | | | |

LVC000028

7

CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

CERTIFICATE OF DEATH

30520141173584                         3201437014719

STATE FILE NUMBER                                    LOCAL REGISTRATION NUMBER

### DECEDENT'S PERSONAL DATA

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| BOBBYE | JEAN | RIVES |

| 4. AGE. ALSO KNOWN AS—INCLUDE AKA (FIRST, MIDDLE, LAST) | 5. DATE OF BIRTH mm/dd/ccyy | 6. AGE Yrs | IF UNDER 1 YEAR Months Days | IF UNDER 1 HOUR Hours Minutes | 7. SEX |
|---|---|---|---|---|---|
|  | 10/23/1927 | 86 |  |  | F |

| 8. BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP (at Time of Death) | 7. DATE OF DEATH mm/dd/ccyy | 8. HOUR (24 Hours) |
|---|---|---|---|---|---|
| TEXAS | 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 | YES [X] NO | WIDOWED | 09/14/2014 | 0515 |

| 13. EDUCATION – Highest Level/Degree | 14/15. WAS DECEDENT HISPANIC/LATINO/SPANISH? | 16. DECEDENT'S RACE – Up to 3 choices may be listed see worksheet on back) |
|---|---|---|
| HS GRADUATE | YES [X] NO | AFRICAN AMERICAN |

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19. YEARS IN OCCUPATION |
|---|---|---|
| HOMEMAKER | OWN HOME | 60 |

| 20. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 363 CERRO STREET |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| ENCINITAS | SAN DIEGO | 92024 | 60 | CALIFORNIA |

### INFORMANT

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state, zip) |
|---|---|
| BEVERLY MURRAY-CALCOTE, NIECE DPOA | 3166 WEST AVENUE M-2, LANCASTER, CA 93536 |

### SPOUSE/SRDP AND PARENT INFORMATION

| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
|  |  |  |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| ROBERT | BILL | SANDERS | TEXAS |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| ELOISE |  | VERNON | UNKNOWN |

### FUNERAL DIRECTOR / LOCAL REGISTRAR

| 39. DISPOSITION DATE mm/dd/ccyy | 40. PLACE OF FINAL DISPOSITION MIRAMAR NATIONAL CEMETERY |
|---|---|
| 09/30/2014 | 5795 NOBEL DRIVE, SAN DIEGO, CA 92122 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CR/BU | ▶ DAVID MEITZLER | EMB9006 |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE mm/dd/ccyy |
|---|---|---|---|
| ETERNAL HILLS MORTUARY | FD234 | ▶ WILMA WOOTEN, MD | 09/23/2014 |

### PLACE OF DEATH

| 101. PLACE OF DEATH | 102. IF HOSPITAL, SPECIFY ONE | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| LAS VILLAS DE CARLSBAD | □ IP □ ER/OP □ DOA | [X] Decedent's Home □ Hospice □ Nursing Home/Long Term Care Facility □ Other |

| 104. COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 106. CITY |
|---|---|---|
| SAN DIEGO | 1088 LAGUNA DRIVE | CARLSBAD |

### CAUSE OF DEATH

| 107. CAUSE OF DEATH Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | | 108. DEATH REPORTED TO CORONER? | |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | (A) CARDIAC ARREST | Time Interval Between Onset and Death | YES [X] NO |
|  |  | MINS | 109. BIOPSY PERFORMED? |
| Sequentially list conditions, if any, leading to the cause on line A. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | (B) CORONARY ARTERY DISEASE |  | □ YES [X] NO |
|  |  | YEARS | 110. AUTOPSY PERFORMED? |
|  | (C) |  | □ YES [X] NO |
|  | (D) |  | 111. USED IN DETERMINING CAUSE? □ YES □ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? If yes, list type of operation and date. | 113A. IF FEMALE, PREGNANT IN LAST YEAR? □ YES [X] NO □ UNK |
|---|---|
| NO |  |

### PHYSICIAN'S CERTIFICATION

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since / Decedent Last Seen Alive | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER A121110 | 117. DATE mm/dd/ccyy 09/23/2014 |
|---|---|---|---|
| 09/09/2014 / 09/09/2014 | ▶ DANIEL MARK GIVEN M.D. |  |  |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | DANIEL MARK GIVEN M.D. 10666 N TORREY PINES RD, LA JOLLA, CA 92122 |
|---|---|

### CORONER'S USE ONLY

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. | 120. MANNER OF DEATH | 121. INJURED AT WORK? | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|---|
|  | □ Natural □ Accident □ Homicide □ Suicide □ Pending Investigation □ Could not be Determined | □ YES □ NO |  |  |

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|
|  |

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
|  |

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|
|  |

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE mm/dd/ccyy | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
|  |  |  |

| STATE REGISTRAR | A | B | C | D | E | *01000100273762B* | FAX AUTH# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|

County of San Diego - Health & Human Services Agency - 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED: September 26, 2014

WILMA WOOTEN, MD
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar



*A0027723384*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Case: Case for Bobbye Rives on Feb 2 2011                                        Page 4 of 5
Case 8:17-ap-01068-MW    Doc 29-3    Filed 10/29/18    Entered 10/31/18 10:15:14    Desc
Part 4 of 5    Page 17 of 40

Face Sheet

⚫ ALLEGATIONS
Assault / battery by adult daughter
Financial abuse by adult daughter
Emotional abuse by adult daughter

INVESTIGATIVE FINDINGS OF ALLEGATIONS
🖉 Confirmed for assault / battery - law enforcement intervened at the home.
Unfounded for financial abuse - client denied the allegation and no evidence was found to support the allegation.
🖉 Confirmed for emotional abuse - client and SA have a long HX of verbal/emotional abuse towards each other.

MENTAL STATUS
SAPSS Morales determined at time of intial FTF contact that the client "was alert and oriented, was a sequential historian, and at first contact did present with apparent mental health or emotional distress. Client was 51/50 to the BHU as she attacked and bit the SA leading to police involvement. Client appears able to make decisions independently."

SERVICES PROVIDED
No direct services provided to the client.

SERVICE PLAN GOALS
A formal Service Plan was not developed.

REASON FOR CLOSING
SA has moved out of the client's home. Client has access to appropriate services and resources. Law enforcement is conducting an investigation and has removed all guns from the home. Client was not interested in TRO. No new protective issues were identified.

Supervisor Closing Comments

## Approval

**Approval**

| | | | |
|---|---|---|---|
| **Supervisor** | 👤 Dawn Gibbons | Program **Manager** | |
| | | **Approval** | |
| **Pre-approved for NIFFI** | No | **Supervisor NIFFI** | |
| | | **Approval** | |
| **NIFFI Manager NIFFI Approval** | | **Supervisor Approval Status** | Supervisor Rejected for Closing |

## Worker Information

**Owner**        👤 Paul Downey

## Legacy Information

| | |
|---|---|
| **Legacy ID** | 284,269 |
| **Legacy Referral Status** | T |

**Legacy Case Manager** Downey

| | |
|---|---|
| Does the client participate or is the client eligible to participate in Medi-Cal? | Unknown |
| Does the client have health coverage from the Veteran's Administration? | Unknown |
| Please list the client's disabling conditions | HOH, DIABETES, CATARACTS, RT KNEE SURGERY |
| Active to San Diego Regional Center? | No |
| **[Financial Institution Information]** | |
| Account has Direct Deposit? | Unknown |
| **[Collateral Contact Information]** | |
| Do you have information regarding collateral contacts for this client | No |
| Select the type of abuse reported | Physical Abuse: The infliction or threat of physical pain or injury to an elder or dependent adult by any person |
| Specify the Types of Physical Abuse. | Battery: actual physical contact with intent to harm (PC 242). |
| Date, range of date or approximate date(s) of alleged abuse/neglect | 7/13/2014 |
| Details of Alleged Abuse (the maximum characters for describing each abuse type is 3000) | RP IS APS WORKER, KAREN DEE. RP SAID THAT SHE HAS THE COMPANION CASE OF LARNITA PETTE. RP WOULD LIKE THIS CASE ALSO ASSIGNED TO HER. RP SAID THAT ON 7/13/2014 THE CLT FOUND SA'S IPHONE IN THE GARAGE, BUT DID NOT KNOW WHAT IT WAS. CLT PUT PHONE IN HER POCKET. THE SA FOUND OUT AND TRIED TO GET IPHONE FROM THE CLT. IN MEAN TIME CLT WAS HURT. SA CHASED CLT, CORNERED HER AND IN PROCESS OF TRYING TO GET IPHONE, GRABBLED CLT'S ARM, BIT CLT'S LEFT FOREARM. CLT WAS BRUISED AND APPEARED TO HAVE A HAND PRINT OF BRUISING ON HER ARM. CLT BIT THE SA ON HER ARM TO GET SA OFF OF HER. CLT TRIED TO CALL POLICE BUT SA CALLED POLICE FIRST. RP KICKED OUT THE SA OF HOME ON 7/22/2014. |
| **[Suspected Abuser Information]** | |
| Is Suspected Abuser Known? (If Self-neglect, please click yes and enter the client's first and last name only) | Yes |
| Suspected Abuser First Name | LARNITA |
| Suspected Abuser Last Name | PETTE |
| Suspected Abuser Relationship | Adult Daughter |
| **[Additional Information]** | |
| Have you already made a phone report regarding this concern? | Yes |
| Please document any other information relevant to this report (including police report numbers, safety warnings for the worker, further explanation of the concern): | SA WAS KICKED OUT OF THE HOME ON 7/22/2014. RP IS KAREN DEE, APS WORKER AND REQUESTS THAT CASE BE ASSIGNED TO HER. |

APS000048

CL was tearful throughout conversation.

It appears that CL is her own decision maker and is able to self advocate.

SOCIAL SUPPORT:
Daughter/SA - Larnita 'Nita' Pette
Nephew - Ralph Sanders - 714/262-8378
Niece - Beverly
Neighbors

FINANCIAL:
CL states that she manages her own finances claiming "I can do it better than some" and informing CM that she just sent out checks for the "lights and gas."

CL declined to share income specifics

LEGAL:
CL reports that Ralph and Beverly are named MDPOA, DPOAS co-agents. They are also Co-Successor Trustees.

CL states that she has an attorney but declined to share his/her information.

CIVIL RIGHTS & LANGUAGE:
CL speaks and understands English but declined to sign LND form. CR brochure explained and provided to CL.

PROTECTIVE ISSUE: FINANCIAL and MENTAL SUFFERING

CL states that ever since her husband passed away (1/2008) SA has been trying to take over. CL stated "I can do everything for myself except drive" and that SA would "do stuff behind my back" such as trying to get CL to change physicians and get her declared incompetent. SA would claim that CL "has mental problems...dementia."

CL spoke at lengths about SA's privileged life having gone to private school and obtaining a double major at UCLA which her parents paid for.

CL reported that SA had been living with her when, on 2/16/11, SA threw newly cooked bacon and eggs in CL's face. CL stated that the food was warm, not hot enough to burn her. CL reported having entered the kitchen where SA had been cooking breakfast. CL stated something about SA making breakfast for her too at which time SA stated that she was not obligated to make CL breakfast, called her a "nasty name" and threw the food in her face. SA then kicked CL in the right hip/thigh area. CL left the kitchen and was followed by SA. It was not clear to CM but somehow CL ended up on the ground with SA on top of her. SA would not let CL up so CL bit her on the shoulder. SA would not give CL the phone but called SDSO herself. Deputies arrived. CL claims that they were "nasty" to her and would only listen to SA. CL states that they "made a show" over the bite although CL stated she could have bit SA much harder and only bit hard enough to get her off. CL was taken to the hospital under 5150 and kept for 72 hours. While hospitalized, CL told the doctor what happened and stated that she did not feel safe in her home and that she wanted SA out. CL was D/C home on 2/19/11 and found SA in the process of moving out. CL changed the locks.

CL denies any recent abuse but states that SA called SDSO on 11/18/12. SA, two deputies and CL's neighbor (who has a key to CL's home) came over. SA claimed that she had been trying to get a hold of CL and was worried. She then tried to get SDSO to take CL to the hospital, claiming that CL cannot care for herself and is "delirious." CL's neighbor informed deputies that SA is not CL's guardian. Paramedics were called out and spoke with CL who told them she was not going anywhere, had no aches or pains and did not need to go to the hospital. CL was not taken in.

CL and SA spent Thanksgiving together and CL reports that it went fine.

CL has since obtained a statement from her attorney (which she did not share with CM). CL is to give this statement to deputies if SA calls them back out. CL did not say how the statement reads other than telling deputies "they'd better leave."

CL states that SA used to yell, curse and call her names but does not anymore. SA calls CL and "gets radical" on the phone talking about things she has heard (gossip). SA also comes over to CL's home "but she acts alright."

9

information if
conserved or
potential for
conservatorship

POA

POAs, names of the
authorized agents,
and if APS received
copies

Criminal History

Document Criminal
History

Trust

Trust, name of
trustee and
successor trustee,
and if APS received a
copy

Protective Issue

CT recalled in detail the series of events that have led up to the most recent abuse including abuse already investigated by APSS. CT reports her PCP sent out a HH SW and nurse, they both said the CT is fine but the CT's daughter told the CT she can't live alone anymore. CT said she is upset because her daughter wouldn't ever ask the CT what she needs help with, she would just do whatever she wants. CT reports she believes her daughter wants to be POA over the CT and put the CT away.

CT reports that on Sunday, she woke up at 9pm from a nap, went to the garage fridge for watermelon since she was hungry. CT saw a bright light in there coming from an electronic device she had never seen before (black iPhone). CT reports she has been recorded by her daughter in the past and she was worried it was another device like that. CT put the iPhone in her pocket. The CT's daughter saw the CT do this and chased the CT around in the garage and was tugging at the CT and her robe to try and get the phone back. CT reports she refused to give the phone back, there was a struggle and the CT reports her daughter bit her left arm and bruised her arm. CT reports she bit the SA to get the SA off her, but she never attacked the SA until the SA attacked first. CT reports she will always protect herself. CT reports she was held captive in the garage till 4am and not allowed food even though she begged to be let off the garage couch to eat.

CT agreed to go with APSS outside to call police and request and EPO with KO order.

APSS called LE, LE and PERT arrived in less then 5 minutes. Pert clinician Christine Davies assisted the deputies in obtaining the EPO and kick out order.

While the SA was moving out her items, the CT explained that the other night, earlier in the week, the SA came up to the bathroom door and met the CT at the bathroom door with a knife with a blade about 3-4 inches long with the blade pointed towards the ceiling. CT reports the SA mumbled something to the CT and walked away. CT reports this was very strange and she asked the SA what she said, but she did not hear what the SA said.
CT reports there is a long history of the SA financially abusing her and her husband. CT reports the SA has stolen items around her house including pictures, the CT's husband's Flag from his memorial service, and other items from the home.

When LE and the SA left, the CT went next door and got her neighbor Ed. Ed reports he will assist the CT with getting food today and making sure the CT is safe. Ed was educated about the EPO and how to call 911 if the SA is seen near the CT's property. Ed agreed to be of assistance any way he can.

APSS agreed to come back the next day at 12:30 to assist the CT with completing TRO documents. APSS agreed to call her nephew Ralph to inform him of what has occurred. APSS called Ralph, he said he will come on Sunday to take the CT grocery shopping and he will take the CT to all medical appointments. Ralph was educated on the EPO. Ed volunteered to take the CT to get the TRO when it is needed, he has done a TRO before.

## ☺ Scripps Mercy Hospital

**Social Service Record**

```
RIVES, BOBBYE J
MRN: 200251338  DOB: 10/23/1927  F/83
02/18/11                ACCT: 916209018
CABREJOS, CLAUDIO  MD
SCRIPPS MERCY HOSPITAL, SAN DIEGO
```

---

**2/17/11**

DATE Received a call from Carlos Morales, APS, wants to come talk to pt to see if she wants to open a case against daughter Larnita (allegations of abuse by dau), he will come to talk to pt on 2/18/11. (SW covering for assigned SW Arlene)

*Pc60ly - MFT - PGonzalez*

**2/18/11**

SW receiving a call from Kathleen, wants to give us following info:
Kathleen APS/ did psychosocial assessment 760 754-5952, work cell phone 760 681-6358, no open APS case, referral, assessment on 1/28- diagnosis rule out dementia, rule out major depressive dis.  Pt hard of hearing, difficult ambulation.  Long family discord bet dau/mo, pt lost hu 2 yrs ago.
Complex family dynamics.  Pt has bit, and hit dau (Larnita) with vacuum.  Larnita is at pts hm to care for mother, states she is trying to get pt services she needs, per Kathleen.  No knowledge that pt wants dau to leave.  Dr Cava-PCP- no. (619) 221 - 4490.
Mo/dau have discord, both suspicious, don't trust each other.  Pt puts chairs behind doors- for security.  Kathleen does not think mo/dau should cont. to live together.
(SW covering for assigned SW Arlene)

*PGonzalez MFT pw*

---

2/18/11 - Carlos
APS came to
talk to pt,
wants to
Know if pt
Wants to
file APS Report.  Pt gave verbal
Pt gave verbal consent to talk to Carlos/APS.
Paul Downey - 760-754-5948 - P. Gonzalez MFT
will be working the case,  plan/
They can Assist in
Evicting Daughter
Larnita from Pts home,
but they can't do Anything
Until Pt Discharges
(She is Safe here).  Pt
Pt crying, "Only Daughter
I have, I bit her to defend
myself". Pt wants
Daughter out of the
House. PG

**SW covering for Arlene—**

```
County of San Diego

CARLOS MORALES
SENIOR SOCIAL WORKER

HEALTH & HUMAN SERVICES AGENCY    (858) 505-6461
AGING & INDEPENDENCE SERVICES    FAX (858) 495-5080  MS W433
P.O. Box 23217
San Diego, CA 92193-3217
```

CL was tearful throughout conversation.

It appears that CL is her own decision maker and is able to self advocate.

SOCIAL SUPPORT:
Daughter/SA - Larnita 'Nita' Pette
Nephew - Ralph Sanders - 714/262-8378
Niece - Beverly
Neighbors

FINANCIAL:
CL states that she manages her own finances claiming "I can do it better than some" and informing CM that she just sent out checks for the "lights and gas."

CL declined to share income specifics

LEGAL:
CL reports that Ralph and Beverly are named MDPOA, DPOA$ co-agents. They are also Co-Successor Trustees.

CL states that she has an attorney but declined to share his/her information.

CIVIL RIGHTS & LANGUAGE:
CL speaks and understands English but declined to sign LND form. CR brochure explained and provided to CL.

PROTECTIVE ISSUE: FINANCIAL and MENTAL SUFFERING

- CL states that ever since her husband passed away (1/2008) SA has been trying to take over. CL stated "I can do everything for myself except drive" and that SA would "do stuff behind my back" such as trying to get CL to change physicians and get her declared incompetent. SA would claim that CL "has mental problems...dementia."

  CL spoke at lengths about SA's privileged life having gone to private school and obtaining a double major at UCLA which her parents paid for.

- CL reported that SA had been living with her when, on 2/16/11, SA threw newly cooked bacon and eggs in CL's face. CL stated that the food was warm, not hot enough to burn her. CL reported having entered the kitchen where SA had been cooking breakfast. CL stated something about SA making breakfast for her too at which time SA stated that she was not obligated to make CL breakfast, called her a "nasty name" and threw the food in her face. SA then kicked CL in the right hip/thigh area. CL left the kitchen and was followed by SA. It was not clear to CM but somehow CL ended up on the ground with SA on top of her. SA would not let CL up so CL bit her on the shoulder. SA would not give CL the phone but called SDSO herself. Deputies arrived. CL claims that they were "nasty" to her and would only listen to SA. CL states that they "made a show" over the bite although CL stated she could have bit SA much harder and only bit hard enough to get her off. CL was taken to the hospital under 5150 and kept for 72 hours. While hospitalized, CL told the doctor what happened and stated that she did not feel safe in her home and that she wanted SA out. CL was D/C home on 2/19/11 and found SA in the process of moving out. CL changed the locks.

- CL denies any recent abuse but states that SA called SDSO on 11/18/12. SA, two deputies and CL's neighbor (who has a key to CL's home) came over. SA claimed that she had been trying to get a hold of CL and was worried. She then tried to get SDSO to take CL to the hospital, claiming that CL cannot care for herself and is "delirious." CL's neighbor informed deputies that SA is not CL's guardian. Paramedics were called out and spoke with CL who told them she was not going anywhere, had no aches or pains and did not need to go to the hospital. CL was not taken in.

  CL and SA spent Thanksgiving together and CL reports that it went fine.

- CL has since obtained a statement from her attorney (which she did not share with CM). CL is to give this statement to deputies if SA calls them back out. CL did not say how the statement reads other than telling deputies "they'd better leave."

  CL states that SA used to yell, curse and call her names but does not anymore. SA calls CL and "gets radical" on the phone talking about things she has heard (gossip). SA also comes over to CL's home "but she acts alright."

APS Assessment: Assessment for Bolaye Rivers on 1/22/2004                    Page 5 of 7

information if
conserved or
potential for
conservatorship

**POA**

POAs, names of the
authorized agents,
and if APS received
copies

**Criminal History**

**Document Criminal
History**

**Trust**

Trust, name of
trustee and
successor trustee,
and if APS received a
copy

**Protective Issue**

CT recalled in detail the series of events that have led up to the most recent abuse including abuse already investigated by APSS. CT reports her PCP sent out a HH SW and nurse, they both said the CT is fine but the CT's daughter told the CT she can't live alone anymore. CT said she is upset because her daughter wouldn't ever ask the CT what she needs help with, she would just do whatever she wants. CT reports she believes her daughter wants to be POA over the CT and put the CT away.

CT reports that on Sunday, she woke up at 9pm from a nap, went to the garage fridge for watermelon since she was hungry. CT saw a bright light in there coming from an electronic device she had never seen before (black iPhone). CT reports she has been recorded by her daughter in the past and she was worried it was another device like that. CT put the iPhone in her pocket. The CT's daughter saw the CT do this and chased the CT around in the garage and was tugging at the CT and her robe to try and get the phone back. CT reports she refused to give the phone back, there was a struggle and the CT reports her daughter bit her left arm and bruised her arm. CT reports she bit the SA to get the SA off her, but she never attacked the SA until the SA attacked first. CT reports she will always protect herself. CT reports she was held captive in the garage till 4am and not allowed food even though she begged to be let off the garage couch to eat.

CT agreed to go with APSS outside to call police and request and EPO with KO order.

APSS called LE, LE and PERT arrived in less then 5 minutes. Pert clinician Christine Davies assisted the deputies in obtaining the EPO and kick out order.

While the SA was moving out her items, the CT explained that the other night, earlier in the week, the SA came up to the bathroom door and met the CT at the bathroom door with a knife with a blade about 3-4 inches long with the blade pointed towards the ceiling. CT reports the SA mumbled something to the CT and walked away. CT reports this was very strange and she asked the SA what she said, but she did not hear what the SA said.   FINANCE

CT reports there is a long history of the SA financially abusing her and her husband. CT reports the SA has stolen items around her house including pictures, the CT's husband's Flag from his memorial service, and other items from the home.

When LE and the SA left, the CT went next door and got her neighbor Ed. Ed reports he will assist the CT with getting food today and making sure the CT is safe. Ed was educated about the EPO and how to call 911 if the SA is seen near the CT's property. Ed agreed to be of assistance any way he can.

APSS agreed to come back the next day at 12:30 to assist the CT with completing TRO documents. APSS agreed to call her nephew Ralph to inform him of what has occurred. APSS called Ralph, he said he will come on Sunday to take the CT grocery shopping and he will take the CT to all medical appointments. Ralph was educated on the EPO. Ed volunteered to take the CT to get the TRO when it is needed, he has done a TRO before.

# Task
# TC SA

## Task

| | |
|---|---|
| **Subject** | TC SA |
| **Case Note Type** | Supervisor Note |

TC to SA/CL's dtr, Larnita Pette (707-853-2049; larnita.pette@gmail.com) in response to messages left requesting return call. Pette reported her dissatisfaction w/services received from APS. Pette reported upset re: being served EPO/TRO by her mother, Bobbye Rives (CL). Pette stated that she wants Rives to be medically evaluated by "geriatric specialist" and wants TRO to be dropped. Pette stated that she has attorney and is working w/Southern Caregivers Resource Center. Pette described Rives as "a bully." Pette reported physical abuse by Rives. Pette denied being abusive toward Rives.

Explained that APS cannot provide any info to Pette re: Rives and explained confidentiality constraints. Explained that APS cannot force Rives to undergo medical evaluation. Pette stated that she wants Rives to be referred to geriatric specialist. Provided Rives w/option of making referral to AIS-ST or MHS-GS, explained programs and gave Rives contact information for each.

Informed Rives that her APS case is currently closed. Provided Rives w/AIS 800# should she desire to report any new incidents of abuse or if she is in need of community referral info. Rives denied needing any current community referral info.

Rives stated that she has additional documentation. Provided email address and encouraged Rives to email desired info to this Sup.

| | | | |
|---|---|---|---|
| **Regarding** | 📇 APS Case for Bobbye Rives referred 7/23/2014 | | |
| **Owner** | 👤 Dawn Gibbons | | |
| **Duration** | 45 minutes | **Priority** | Normal |
| **Actual Start** | 8/25/2014 | | |
| **Due** | | | |

## Legacy Fields

| | |
|---|---|
| **Legacy ID** | **Last Modified On** |
| **Legacy Client ID** | **Last Modified By** |
| | **Last Modified By ID** |

## Notes

9



**Garden Manor Referral (3)**

People

**Elizabeth Borgen**
To 'huffdog@sbcglobal.net'                                            Sep 15, 2014
CC 'resanders16@yahoo.com', Violet Lazarescu, Leilanie Pallen

Hi Jim,

I just wanted to thank you for referring your friend Ralph to see how I may be able to help him for
Bobbye at Garden Manor. He came to take a tour on Saturday, and I have a call into him to see how
I can help best J. Thank again!

Libby Borgen
Sales, Manager

**Emeritus at Garden Manor – A Brookdale Community (# 24349)**
10200 Chapman Avenue | Garden Grove | CA 92840
Main (714) 636-6453 | Fax (714) 636-0978
Elizabeth.Borgen@brookdale.com or gardenmanor-snf@emeritus.com | www.brookdale.com |
www.emeritus.com

Follow Brookdale on: Facebook | Twitter | LinkedIn | YouTube
Follow Emeritus on: Facebook | Twitter | YouTube | Senior Care Blog

## BROOKDALE

ALL THE PLACES LIFE CAN GO

--------------------------------------------------------- This email may contain confidential protected health
information and/or attorney privileged information. If received in error, see our Privacy Statement at
http://www.brookdaleliving.com/privacy-policy.aspx

Reply, Reply All or Forward | More

**ralph sanders**  She has gone to be with the Lord. Thank you          Sep 15, 2014

**Elizabeth Borgen**                                                   Sep 15, 2014
To 'ralph sanders'

I am so very sorry......

> Show original message

--------------------------------------------------------- This email may contain confidential protected health
information and/or attorney privileged information. If received in error, see our Privacy Statement at
http://www.brookdaleliving.com/privacy-policy.aspx

Reply, Reply All or Forward | More

**Subject:** Experienced Senior Living Advisor waiting for your call (call Nicole at 657-200-6814)

**From:** Customer Care (customercare@aplaceformom.com)

**To:** resanders16@yahoo.com;

**Date:** Monday, July 28, 2014 12:51 PM



The Search for Senior Living
...Simplified



a place for mom

▷visit our website          A free advisory service for families in search of elder care or senior housing

Dear Ralph,

We have matched you with a free, personal Senior Living Advisor who is ready to take your call right now! You can call Nicole Williams directly at **657-200-6814** or email NicoleL@aplaceformom.com. Once you connect, Nicole will be able to help you and your family find answers to all your senior living questions.

> Nicole Williams
> Phone: 657-200-6814
> Email: NicoleL@aplaceformom.com
> Learn more by visiting your advisor's personal website

Our knowledgeable and trained advisors help nearly 150,000 families find senior care and housing each year for free. Let us help your family today by calling Nicole right now at **657-200-6814** or email NicoleL@aplaceformom.com.

We are North America's largest senior living information service, and we work with many different partner websites to find families in need of our help, as well as many senior care providers who can help them. This broad network helps us find appropriate senior care options for families like yours. To learn more about A Place for Mom, you can visit our website, read more about us, or see what other families are saying about our free service.

Nicole will also try to call you today in case we don't hear from you. Don't hesitate to reach Nicole first at **657-200-6814** or email NicoleL@aplaceformom.com.

We look forward to talking to you soon!

Thank You,

A Place for Mom

A Place for Mom's Family is the first online community website set up specifically for the families of aging loved ones to talk about eldercare. Find or share tips on moving mom or dad, legal matters, financial aid for Veterans, Alzheimer's care, dementia and so much more. Join today!

8b2.





FREE
TRASH
BAG
SAMPLES!

GLAD
FORCE FLEX


CLICK
HERE

## Thank you for your inquiry

**Caring.com**
To resanders16@yahoo.com

Sep 12, 2014

Hi Ralph

Thank you for your inquiry about senior living communities. We'll be in contact soon with cost information, amenities, and other details about the communities in your area.

Here are providers that might fit your needs.

**Inn at the Park**
10 Marquette
Irvine, CA 92612
6 Miles away from 92701

**Nohl Ranch**
380 S. Anaheim Hills Rd
Anaheim Hills, CA 92807
8 Miles away from 92701

**Emeritus at Brookhurst**
15302 BROOKHURST ST
Westminster, CA 92683
5 Miles away from 92701

**Emeritus at Garden Manor**
10200 Chapman Avenue
Garden Grove, CA 92840
6 Miles away from 92701

**Emeritus at Orange**
142 South Prospect
Orange, CA 92869
3 Miles away from 92701

**Next Step: Schedule a Visit** ▶

If you'd like to talk right away, please call us at (800) 973-1540. I look forward to speaking with you soon.

**Customer Care Team**
customerservice-advisor@caring.com | (855) 393-4218
You're there for them. We're here for you.™

This message was delivered to resanders16@yahoo.com.

You received this e-mail because you requested information about senior living communities on Caring.com.

The Caring.com community team is also available to help with your account. Contact us

Connect with Caring.com:

All content © 2007-2014 Caring, Inc., 2600 S. El Camino Real, Suite 300, San Mateo, CA 94403. All rights reserved.

16

1 of 1

7/6/2015 1:56 PM

🔍 All    ralph sanders, search your mailbox                                          🏠 Home   📇 ralph   ⚙️

✏️ Compose

Add Gmail, Outlook, AOL
and more

Inbox  (9)
Drafts  (20)
Sent
Archive
Spam  (26)
Trash  (14)

⌄ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Shopping
   Travel
   Finance
   for pops
   terrilynnvaughn7@gmai...
   LUIS VENTURA
   FOUNDATION GROUP
   dan kalili
   stephanie dufour
   jared eugene
   PATRICK HOSEY

⌄ Folders  (6)
   it
   preschool le... (6)

> Recent

◀ Search results   ⬅ ⬅⬅ ➡   📁 Archive   📦 Move ⌄   🗑 Delete   📧 Spam   ⬆ More ⌄

**Scanned document from HP ePrint user (5)**                                   People

**eprintcenter@hp.com**  This email and attachment are sent on behalf    📎  11/15/16 at 12:03 PM

**ralph sanders <resanders16@yahoo.com>**                              📎  11/15/16 at 12:09 PM
To grady vickers

Hello Grady
The next two emails will show the amount and dates of the funds received from the trust and what
those funds were used for.

— On Tue, 11/15/16, eprintcenter@hp.com <eprintcenter@hp.com> wrote:

> From: eprintcenter@hp.com <eprintcenter@hp.com>
> Subject: Scanned document from HP ePrint user
> To: resanders16@yahoo.com
> Date: Tuesday, November 15, 2016, 11:34 AM
>
> This email and attachment are sent on behalf of
> resanders16@yahoo.com.
>
> If you do not want to receive this email in future, you may
> contact resanders16@yahoo.com directly or you may
> consult your email application for spam or junk email
> filtering options.
>
> Regards,
> HP Team
>

filename-1.pdf

↩ Reply    ↩ Reply to All    ➡ Forward    ••• More

**ralph sanders**  This page shows what was done with the money. --- O    📎  11/15/16 at 12:16 PM

**ralph sanders**  Hello Grady, Here is an invoice from one of my lawyers         11/17/16 at 12:15 PM

**ralph sanders**  Hello Grady, Here is an invoice from one of my lawyers         11/17/16 at 12:15 PM

  

Q All      ralph sanders, search your mailbox          🏠 Home    👤 ralph  ⚙



✎ Compose

Add  Gmail, Outlook, AOL
and more

Inbox (105)

Drafts (26)

Sent

Archive

Spam (56)

Trash (21)

> Smart Views

∨ Folders (6)

  it

  preschool te... (6)

> Recent

· Sponsored



StantonDaily
Remember Her? What She
Looks Like Now is Insane

◁ Search results  ◁  ◁◁  ▷    🗄 Archive    ▣ Move ∨    🗑 Delete ▦Compare All ◀More∨

[No Subject] (5)                                                    People

**ralph sanders**  Hello Grady, I hope you are doing well. Just checking o    12/20/16 at 9:30 PM

**Grady B Vickers Jr** <grady@gtvproperties.com>                   Jan 12 at 2:24 PM
To 'ralph sanders'

Hello Ralph,
I am sorry your BK has taken so long. Lately I have been overwhelmed with emergencies. Will see
you soon.

Thank you,

GRADY B VICKERS, JR
CEO / PRESIDENT

GTV PROPERTIES INCORPORATED
19252 KANBRIDGE STREET
APPLE VALLEY, CALIFORNIA 92308-6070
760.240.7120  OFFICE
760.247.7198  FAX
760.964.1300  CELL
grady@gtvproperties.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail
messages attached to it may contain confidential information that is legally privileged. If you are not
the intended recipient, or if you are not responsible for delivering it to the intended recipient, you are
hereby notified that any disclosure, copying, distribution or use of any of the information contained
in or attached to this transmission is STRICTLY PROHIBITED. If you have received this
transmission in error, please immediately notify us by reply e-mail to, info@gtvproperties.com or by
telephone at, (760) 240-7120. Thank you

> Show original message                                             >

◁ Reply  ◁◁ Reply to All  ▷ Forward  ••• More

**ralph sanders**  Hello Grady, Thank you for getting in contact. I pray th    Jan 12 at 6:19 PM

**ralph sanders**  Hello Grady, I pray you are doing well. Are things stab!    Jan 22 at 6:24 PM

**ralph sanders**  Hello Grady, 5 payments 01-05-16 $576 01-11-16 $728    Jan 23 at 9:56 PM

BOBBYE RIVES TRUST DISTRIBUTIONS TO RALPH SANDERS

| Date | Amount | Description |
|---|---|---|
| 12/24/2014 | 4,000 | **Deposit 1,000 Netspend 4489887233**<br>**Car Repairs**<br>**Minnesota trip and expenses**<br>**Car payment (400)**<br>**Christmas gifts for 9 Grandchildren**<br>**Monthly living expenses including Rent**<br>**Deposit 1,097 Netspend 4489887233 on 02/07** |
| 01/15/2015 | 900 | Payday loan pay-offs, continental, cash n more, main street |
| 02/12/2015 | 5,000 | Deposit 2,397  Netspend 4489887233   02/14<br>Deposit 2,200 Netspend 4489887233   02/18<br>Plaingreen loans (500)<br>Minnessota and Michigan trip and expenses<br>Foothill Dental (1,900)<br>Monthly living expenses including rent |
| 02/18/2015 | 16,375 | Rives Trust check #1020<br>Honda Financial (car payoff) |
| 03/04/2015 | 2,500 | Deposit 1,902 Netspend 4489887233  03/05 |
| 3/10/2015 | 2,500 | Deposit 997 Netspend 4489887233   03/10<br>New Clothing (484)<br>Foothill Dental (341)<br>Monthly Living expenses including rent |
| 03/23/2015 | 2,500 | Deposit 2,500 Netspend 4489887233   3/21<br>New Clothing (353)<br>5 day Catalina trip with 3 Grandchildren |
| 03/23/2015 | 2,500 | Deposit 2,500 Netspend 4489887233   3/21<br>5 day Catalina trip with 3 Grandchildren |
| 04/10/2015 | 2,500 | Deposit 2,000 Netspend 4489887233   4/10<br><br>Home Improvements (746)<br><br>Monthly living and rent<br><br>Transferred 962 into new 3765421009 |
| 4/27/2015 | 2,500 | Deposit 2,000 Netspend 3765421009   4/28<br>Deposit    417 Netspend 3765421009    5/23<br>Dodger Stadium (300)<br>Foothill Dental (140)<br>Monthly Living and May rent |
| 5/25/2015 | 2,500 | Deposit 2,500 Netspend 3765421009    5/28<br>1,000 in home savings for June, July living expenses |
| 5/28/2015 | 2,500 | Deposit 2,197 Netspend 3765421009  5/28<br>Minnesota trip<br>Non Profit Prep (foundation group 241, lexington law 100, credit reports 28) |

11

BOBBYE RIVES TRUST
DISTRIBUTIONS TO RALPH
SANDERS

| | | | |
|---|---|---|---|
| **Car pay off** | **16,750** | | |
| **Lawyer payments** | 31,950 | | |
| **Non Profit start up in August** | 20,000 | 17,855 FOR RBHOUSING | |
| **Including October lease:** | | 2,145 PERSONAL SAVINGS | |
| **6,450 deposit/ 1ˢᵗ month's rent** | | | |
| **1,500 furniture utilities** | | | |
| **1,350 incorporation fees** | | | |
| **Netspend Deposits (12/26/14 - 4/22/15)** | | 1,000 (12/26/14) | |
| **Account 4489887233** | | 1,957 (01/23/15) | |
| **Checks:** | | 2,200 (02/18/15) | |
| **$ 4,000     100** | 22,400 | 2,397 (02/14/17) | |
| **$   900     230** | | 1,097 (02/09/17) | |
| **$10,000** | | 2,000 (02/10/17) | |
| **1012,1014,1015,1016(2,500ea)** | | | |
| **$ 7,500     1025,26,27,28 ($2,500 each}** | | | |

**Note: I did not have a bank account at this time**
**Includes: cash to purchase money orders to pay off debts.. I did forward some receipts with the last info I left but I forgot to make copies.  I have included one I found as an example and I forwarded charts to show how my credit score improved from low 500 to high 600 during this period with the last info I left.**
**Includes gifts to family and 9 grandchildren and cash used on 4 trips to Minnesota and Catalina.**

| | | | |
|---|---|---|---|
| **Netspend Deposits(4/15-4/17)** | | 2,000 (04/25/15) | |
| **Account 3765421009** | | | |
| **Checks:      101,1028,1045 ($2,500 each)** | 7,500 | 4,697 (05/30/15) | |
| **Transfer:     $957 to Netspend 4489887233** | | 417 (05/23/15) | |
| | | 671 (07/15/15 | |
| | | 300 (08/24/15) | |

|   |   |
|---|---|
| | 98,600 |

| Date | Amount | Description |
|---|---|---|
| 07/08/2015 | 10,000 | Check 1046 Rives Trust to Patrick Hosey attorney |
| 08/17/2015 | 20,000 | Deposit 20,000 Chase   336326637  8/19 |
| | | Starting Robbie Bobbye Housing non profit |
| | | Includes; (in Cctober) |
| | | 6,450 deposit and 1st month's rent |
| | | 1,500 furniture and utilities |
| | | 1,300 incorporation fees |
| 08/31/2015 | 5,000 | Patrick Hosey, attorney(cashed,  then cashier's check) |
| 10/18/2015 | 5,000 | Patrick Hosey, attorney(cashed, then cashier's check) |
| 10/19/2015 | 3,750 | Check 1042 Rives Trust to Chris Albence attorney |
| 3/03/2016 | 8,700 | Patrick Hosey, attorney (7,0000) |
| | 1,700 | In home savings for future living needs |

June 15, 2017

Re:     Ralph E. Sanders
        1251 W. Bishop Street
        Santa Ana, California 92703

        **Ref.:   BK Case No. 8:17-bk-10265-MV**

To Whom It May Concern:

My husband, Grady Vickers prepared bankruptcy petition for the above referenced case number, but he made mistake with inherence for the referenced individual received due to his illness, kidney cancer when he filed the above refenced bankruptcy petition.

My husband passed away on May the 21st of this year.

Please let me know if you need further information.

Sincerely yours,

Kyung Vickers

11

🔍 All     ralph sanders, search your mailbox                                          🏠 Home      ralph  ⚙

✏ Compose

Add  Gmail, Outlook, AOL
and more

Inbox (12)
Drafts (20)
Sent
Archive
Spam (2)
Trash (12)

⌄ Smart Views
  Important
  Unread
  Starred
  People
  Social
  Shopping
  Travel
  Finance
  for pops
  terrilynnvaughn7@gmai...
  LUIS VENTURA
  FOUNDATION GROUP
  dan kalili
  stephanie dufour
  jared eugene
  PATRICK HOSEY

⌄ Folders (6)
  it
  preschool le... (6)

> Recent

◄ Search results   ← ◄◄ →   🗄 Archive   📁 Move ⌄   🗑 Delete  Spam  🚫 Spam All   🔺 More ⌄

Sanders, Ralph E. 8:17-bk-10265 (9)

David M. Fitzgerald   Mr. Sanders. Please be advised that your contin   📎 Apr 25 at 11:24 AM

Ng, Queenie K. (USTP)   Mr. Sanders. Based on our telephone conver   📎 May 2 at 3:29 PM

ralph sanders   Thank you. Ralph Sanders                           📎 May 3 at 8:32 AM

Ng, Queenie K. (USTP) <Queenie.K.Ng@usdoj.gov>                    May 3 at 9:44 AM
To ralph sanders

Thank you. Based on my discussion with the Ch. 7 trustee, I understand that we are still missing
your property management agreement. In addition, will you be amending the Statement of
Financial Affairs Item #5 to disclose all income received in the 2-year period prior to the bankruptcy
(including the $98K trust proceeds and any and all income paid to you by Robbie Bobbye Housing
Inc.) and Item # 27 to disclose your business (Robbie Bobbye Housing Inc.) and all the relevant
information relating to the business? If so, when will you file the amendment?

Did you receive any income from Robbie Bobbye Housing Inc. in 2015, 2016 and 2017? If so,
please provide any the information, including the amount you received and documentation to show the
receipts for the foregoing period.

Thank you.

Queenie K. Ng
Trial Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, California 92701
Telephone: (714) 338-3403
Facsimile:  (714) 338-3421
Queenie.K.Ng@usdoj.gov

> Show original message

← Reply   ◄◄ Reply to All   → Forward   ••• More

ralph sanders   I can go amend Friday morning. I am so sorry that the      May 3 at 12:15 PM

Ng, Queenie K. (USTP)   Thank you                                       May 3 at 2:35 PM

Ng, Queenie K. (USTP)   I have the wrong judge name on page 1 of the     May 4 at 4:01 PM

ralph sanders   Hello, Sure. that is okay. I really appreciate you giving    May 4 at 10:45 PM

Ng, Queenie K. (USTP)   Thank you. I also need to change the title to     May 8 at 9:23 AM

Which of the
following pet food
have you heard
of?
SELECT UP TO 5
ANSWERS

Natural
Balance

Blue Buffalo

Royal Canin

Hill's
Science
Diet

Purina Pro
Plan

Powered By Nielsen
View Privacy Policy

🖼 Max Mixon flickr

  

 ralph sanders, search your mailbox                          Home    ralph

✏ Compose

Add Gmail, Outlook, AOL
and more

Inbox (109)
Drafts (27)
Sent
Archive
Spam (133)
Trash (44)
> Smart Views
∨ Folders (6)
   it
   preschool le... (6)
> Recent

* Sponsored



**The Viral Fizz**
Lebron Shares Some Choice
Words For NBA Greats

---

← Search results  ← ←←  →  🗄 Archive  ➔ Move ∨  🗑 Delete

## Sanders, Ralph E. 8:17-bk-10265 (15)

| | | |
|---|---|---|
| **Ng, Queenie K. (USTP)**  Thank you. Based on my discussion with t | | May 3 at 9:44 AM |
| **ralph sanders**  I can go amend Friday morning. I am so sorry that th | | May 3 at 12:15 PM |
| **Ng, Queenie K. (USTP)**  Thank you | | May 3 at 2:35 PM |
| **Ng, Queenie K. (USTP)**  I have the wrong judge name on page 1 of t | | May 4 at 4:01 PM |
| **ralph sanders**  Hello. Sure, that is okay. I really appreciate you givin | | May 4 at 10:45 PM |
| **Ng, Queenie K. (USTP)**  Thank you. I also need to change the title t | | May 8 at 9:23 AM |
| **ralph sanders**  Hello. Good Morning. I am writing today to make sure | | Aug 1 at 9:04 AM |

**Ng, Queenie K. (USTP)** <Queenie.K.Ng@usdoj.gov>                    Aug 1 at 2:49 PM
To ralph sanders

I note that you filed an amended Statement of Financial Affairs on 5/5/2017.  You should check
with the Chapter 7 Trustee if that is sufficient or if they need you to file another amendment.

I have no idea how Ms. Pette is getting the information.

Queenie K. Ng
Trial Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, California 92701
Telephone:  (714) 338-3403
Facsimile:  (714) 338-3421
Queenie.K.Ng@usdoj.gov

> Show original message

← Reply   ← Reply to All   → Forward   ••• More

| | | |
|---|---|---|
| **ralph sanders**  Ok. Thank you so much. Sincerely, Ralph E | | Aug 1 at 9:14 PM |
| **ralph sanders**  Good Morning. Hello. What time am I required to app | | Aug 7 at 10:11 AM |
| **Ng, Queenie K. (USTP)**  Can you please check with the Ch. 7 truste | | Aug 7 at 10:37 AM |
| **ralph sanders**  Yes, thank you | | Aug 7 at 10:52 AM |

NUEDEXTA

PBA
AWARENESS
IS ON
THE RISE

13

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RALPH SANDERS 1251 W BISHOP SANTA ANA CA 92703 | **FILED** MAY 05 2017 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk |

☒ *Individual appearing without attorney*
☐ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: RALPH SANDERS | CASE NO.: S:17-BK-1C265(6) CHAPTER: 7 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website <u>www.cacb.uscourts.gov</u>). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☒ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 5-5-17

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

12

**Fill in this information to identify your case:**

Debtor 1    Ralph E. Sanders
       First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   Central District of California

Case number
(if known)   _____

☑ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

☐ Married
☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City    State   ZIP Code | | City    State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City    State   ZIP Code | | City    State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2:**   Explain the Sources of Your Income

12

Debtor 1  __Ralph E. Sanders_____  Case number (if known)_____
First Name    Middle Name    Last Name

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2015)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 20,858.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 32,269.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | RINVESTRUST | $ 48,680 | | $ |
| | RBHOUSING | $ 3,200 | | $ |
| | (FOOD, GAS) | $ | | $ |
| **For last calendar year:**<br>(January 1 to December 31, 2016)<br>YYYY | Unemployment | $ 2,568.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015)<br>YYYY | Unemployment | $ 6,807.00 | | $ |
| | | $ | | $ |
| | | $ | | $ |

12

Debtor 1    Ralph E. Sanders
       First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 3:**  **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.**  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts are defined in 11 U.S.C. § 101(8) as* "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| 800 Loanmart<br>Creditor's Name | 11/01/2016 | $ 2,058.00 | $ 9,227.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment |
| <br>Number Street | 12/01/2016 | | | ☐ Suppliers or vendors |
| P. O. Box 260210 | 01/01/2017 | | | |
| Encino    CA   91426<br>City    State   ZIP Code | | | | ☐ Other _____ |
| <br>Creditor's Name | ___ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment |
| <br>Number Street | ___ | | | ☐ Suppliers or vendors |
| <br>City   State   ZIP Code | ___ | | | ☐ Other _____ |
| <br>Creditor's Name | ___ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment |
| <br>Number Street | ___ | | | ☐ Suppliers or vendors |
| <br>City   State   ZIP Code | ___ | | | ☐ Other _____ |

| Debtor 1 | Ralph E. Sanders | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ | _____ | $_____ | $_____ | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number    Street | | | | |
| _____ | | | | |
| _____ | | | | |
| City           State    ZIP Code | | | | |
| _____ | _____ | $_____ | $_____ | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number    Street | | | | |
| _____ | | | | |
| _____ | | | | |
| City           State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ | _____ | $_____ | $_____ | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number    Street | | | | |
| _____ | | | | |
| _____ | | | | |
| City           State    ZIP Code | | | | |
| _____ | _____ | $_____ | $_____ | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number    Street | | | | |
| _____ | | | | |
| _____ | | | | |
| City           State    ZIP Code | | | | |

12