ORDER No. _____

**FILED**

NOV 14 2018

CLERK, BANKRUPTCY COURT
CENTRAL DIST. OF CALIFORNIA
BY: _____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

CHAPTER _7_

APPEAL? ☐Yes ☐No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: _Larnita Pette_        Attorney Bar# _____

Law Firm: _____

Mailing Address: _2588 El Camino Real, STE F-195_
_Carlsbad, Ca 92008_

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): _____

Telephone: (_707_) _853-2049_ E-mail: _larnita.pette @ gmail.com_

Bankruptcy Case #: _____ Adversary Proceeding #/MP #: _8:17-ap-01068_

Date of Hearing (complete a SEPARATE form for EACH hearing date): _11/14/18_ Time: _9:00 am_

Debtor: _Ralph E. Sanders_

Adversary Proceeding Name: ____Pette____ vs. _Sanders_

Hearing Judge: M. Wallace        Courtroom #: SA 6C

**TRANSCRIBER:** Briggs Reporting        **ALTERNATE:** Echo Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For _341(a) Recording Request Procedures_, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)   ☐ 3 Days         ☒ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                  ☐ Testimony of Witness _____
                                          ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See _Transcript Ordering Instructions_, **Transcript Costs/Forms of Payment**.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

_Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California._