

**FILED & ENTERED**

**NOV 15 2018**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ralph E Sanders<br><br>                       Debtor(s).<br><br>Larnita Pette<br><br>                     Plaintiff(s),<br>  v.<br><br>Ralph E Sanders<br><br>                     Defendant(s). | CHAPTER 7<br><br>Case No.:   8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date:           November 14, 2018<br>Time:          9:00 AM<br>Courtroom:  6C |

    The Court continues the pretrial conference from November 14, 2018 to March 20, 2019 at 9:00 a.m. in view of Plaintiff's scheduled medical procedure and medical concerns.

    **The Court would like to remind the parties that it is this Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences (specifically, LBR 7016-1) and the Court's procedures supplement to those rules, which are published on the court's website.  The parties are expected to comply with those rules.  Therefore, please read the Local Bankruptcy Rules and procedures well in advance of the pretrial conference.  Failure to comply with the provisions of this order may subject the responsible party to sanctions, including judgment of**

**dismissal for material noncompliance by the plaintiff or the entry of a default and a striking of the answer for material noncompliance by the defendant.**

IT IS SO ORDERED.

###

Date: November 15, 2018

Mark S. Wallace
United States Bankruptcy Judge