United States Bankruptcy Court
Central District of California

Pette,
    Plaintiff

Adv. Proc. No. 17-01068-MW

Sanders,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin          Page 1 of 1          Date Rcvd: Nov 15, 2018
                        Form ID: pdf031     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
pla         +Larnita Pette,   2588 El Camino Real Ste F-195,   Carlsbad, CA 92008-1211
dft         +Ralph E Sanders,   1251 W Bishop,   Santa Ana, CA 92703-4548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
              Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
               wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                                 TOTAL: 2

**FILED & ENTERED**

**NOV 15 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| Ralph E Sanders | Case No.:  8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW |
| Debtor(s). | |
| Larnita Pette | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| Plaintiff(s), | |
| v. | Date:          November 14, 2018<br>Time:          9:00 AM<br>Courtroom:   6C |
| Ralph E Sanders | |
| Defendant(s). | |

The Court continues the pretrial conference from November 14, 2018 to March 20, 2019 at 9:00 a.m. in view of Plaintiff's scheduled medical procedure and medical concerns.

**The Court would like to remind the parties that it is this Court's policy to strictly enforce the Local Bankruptcy Rules relating to pretrial conferences (specifically, LBR 7016-1) and the Court's procedures supplement to those rules, which are published on the court's website.  The parties are expected to comply with those rules.  Therefore, please read the Local Bankruptcy Rules and procedures well in advance of the pretrial conference.  Failure to comply with the provisions of this order may subject the responsible party to sanctions, including judgment of**

**dismissal for material noncompliance by the plaintiff or the entry of a default and a striking of the answer for material noncompliance by the defendant.**

IT IS SO ORDERED.

###

Date: November 15, 2018

Mark S. Wallace
United States Bankruptcy Judge

-2-