*Ralph Sanders:*    No.

*Weneeta Kosmala:*    – House? Okay. So it's a nonprofit. Who's the person behind it?

*Ralph Sanders:*    And Mercy Housing is a nonprofit as well.

*Weneeta Kosmala:*    Okay. Who is behind RB Housing? Who do you talk to?

*Ralph Sanders:*    Uh, I talk to Carol Baker.

*Weneeta Kosmala:*    Any relationship to you?

*Ralph Sanders:*    No. Just a, uh, uh, we, she worked at American Family Housing as well.

*Weneeta Kosmala:*    Do you have a written agreement with anyone?

*Ralph Sanders:*    Uh, yeah, they gave me a little contract.

*Weneeta Kosmala:*    Okay. And is that, was that contract a property management contract or an elder care contract?

*Ralph Sanders:*    Uh, property management.

*Weneeta Kosmala:*    Okay. And what are the terms of your property management contract?

*Ralph Sanders:*    Uh, free housing to look over the residents and occasionally find residents for the place as well.

*Weneeta Kosmala:*    Do you get a commission if you find residents?

*Ralph Sanders:*    No.

*Weneeta Kosmala:*    Okay. How many residents are currently at 1251 West Bishop?

*Ralph Sanders:*    I think there's eight right now.

*Weneeta Kosmala:*    Do they pay rent?

*Ralph Sanders:*    Yes.

*Weneeta Kosmala:*    And who do they pay that rent to?

*Ralph Sanders:*    They pay to, um, to RB Housing.

| | |
|---|---|
| *Weneeta Kosmala:* | Do you collect rent? |
| *Ralph Sanders:* | Sometimes yes. Sometimes they give it to me and I take it there, yes. |
| *Weneeta Kosmala:* | Do you have any signature authority over the RB Housing bank account? |
| *Ralph Sanders:* | Uh, yes. |
| *Weneeta Kosmala:* | Do you make any payments out of the RB Housing bank account? |
| *Ralph Sanders:* | Payments? |
| *Weneeta Kosmala:* | Uh-huh. |
| *Ralph Sanders:* | Um – |
| *Weneeta Kosmala:* | Do you, have you ever signed a, cut any checks out of RB Housing? |
| *Ralph Sanders:* | Very seldom. |
| *Weneeta Kosmala:* | Who else has signature authority over the RB Housing account? |
| *Ralph Sanders:* | Carol Baker. |
| *Weneeta Kosmala:* | Anybody else? |
| *Ralph Sanders:* | Um, Althea Robinson. |
| *Weneeta Kosmala:* | Any relationship to you? |
| *Ralph Sanders:* | No, he's the president. |
| *Weneeta Kosmala:* | How long have you had signature authority over that? |
| *Ralph Sanders:* | A year. |
| *Weneeta Kosmala:* | Is that how long you've been residing at 1251? |
| *Ralph Sanders:* | A year, a year and a half actually. |
| *Weneeta Kosmala:* | Year and a half? Did any of the distributions out of the Bobby Rives trust make it into the RB Housing bank account? |

| | |
|---|---|
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. Have you deposited any moneys into the RB Housing account? |
| *Ralph Sanders:* | Yes. Yes. |
| *Weneeta Kosmala:* | Other than rents? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. Have you put any of moneys that would be enti-, that you would be enti-, personally entitled to into RB Housing accounts? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Uh, do you have signature authority on any account other than the RB Housing account – |
| *Ralph Sanders:* | Oh, no. |
| *Weneeta Kosmala:* | – the Chase account, and the Continental Currency? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | No other account? Where is the RB Housing account, sir? |
| *Ralph Sanders:* | Where is it? |
| *Weneeta Kosmala:* | Uh-huh. What bank? |
| *Ralph Sanders:* | Uh, that's Chase as well. |
| *Weneeta Kosmala:* | Where did you reside, sir, prior to residing at 1251 West Bishop? |
| *Ralph Sanders:* | 1345 – |
| *Weneeta Kosmala:* | Uh-huh. |
| *Ralph Sanders:* | – Cabrillo. |
| *Weneeta Kosmala:* | In Santa Ana? |
| *Ralph Sanders:* | Yes. |

*Weneeta Kosmala:*    Okay. And when did you reside there, sir?

*Ralph Sanders:*    A year and a half ago.

*Weneeta Kosmala:*    And how long did you reside on Cabrillo?

*Ralph Sanders:*    Four years.

*Weneeta Kosmala:*    And were you doing similar, um, services there?

*Ralph Sanders:*    Uh, no, I was working for Mercy House then and American Family Housing.

*Weneeta Kosmala:*    Have you ever received a salary from RB Housing?

*Ralph Sanders:*    No.

*Weneeta Kosmala:*    Any other payments?

*Ralph Sanders:*    No. Uh, hopefully in the future though.

*Weneeta Kosmala:*    Have y'all had any issues as far as any of the residents, um, at the property on Bishop Street?

*Ralph Sanders:*    Uh, yeah, a couple times.

*Weneeta Kosmala:*    Have any of the residents died?

*Ralph Sanders:*    No. Uh, yes, one did actually. Yes.

*Weneeta Kosmala:*    When was that, sir?

*Ralph Sanders:*    Uh, that was about December. November or December of last year. *[Coughs]*

*Weneeta Kosmala:*    What was the cause of death, sir?

*Ralph Sanders:*    Uh, they never actually gave a cause but it was just a, like a heart attack or s-, she was lying there and then she, she went on.

*Weneeta Kosmala:*    Okay. Sir, are you responsible for any sort of medical, um, assistance or w-, uh, uh, or le-, let me – I'm sorry.

*Ralph Sanders:*    Oh, no.

*Weneeta Kosmala:*    Let me ask the question differently.

| | |
|---|---|
| *Ralph Sanders:* | Mm-hmm. |
| *Weneeta Kosmala:* | What is required of you as part of your property management? What do you do? What does the, the, what, what services are you required to provide, sir? |
| *Ralph Sanders:* | Okay. Uh, uh, I, I've worked with, um, a lot of nonprofits in the past, so a lot of nonprofits were, know me and I've worked with a lot of churches in the past. Received the Orange County Human Relations Award, and because of that people do, uh, call me sometime and, uh, have somebody, and then I'll talk to, uh, the other people are RB to make sure they're okay. Uh, we let 'em come in. I make sure the house is clean. Um, sometimes I get a little s-, stipend to buy food for them. I'll go get 'em food. Uh, occasionally take 'em to a doctor. Uh, make sure the house is clean, make sure everybody's in at a certain time. Things along that nature. |
| *Weneeta Kosmala:* | Does RB provide you with a car? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | So how do you take them places? |
| *Ralph Sanders:* | Uh, the car that I have that I'm probably about to lose. *[Laughs]* |
| *Weneeta Kosmala:* | Okay, remind me what that is, please. What car do you have, sir? |
| *Ralph Sanders:* | Oh, uh, the year? |
| *Weneeta Kosmala:* | Yeah, year, model. |
| *Ralph Sanders:* | Yeah, uh, it's a t-, uh, 2011 Honda Accord. |
| *Weneeta Kosmala:* | And you're making payments on it, sir? |
| *Ralph Sanders:* | Can't anymore. I might have to give it back. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | But it's funny. I'm getting a, um, trade-in. I'm getting a lot of offers, um, to come get a new car, and so that's what I'll probably have to do. |

*(Sanders BK 341 Hearing 3.23.17) L97408043*    **Page 24 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | Okay. All right. So to my list of requested documents I'd like a copy of that property management agreement, please. I would like, when I asked for the bank statements, I'd like to include please the *[clears throat]* RB bank statements for the time period, please, of January 1, 2015 to present. |
| *Ralph Sanders:* | All right, one, one '15. |
| *Weneeta Kosmala:* | Mm-hmm. And, sir, are you a trustee of any other trust? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Are you a beneficiary of any other trust other than the Bobby Rives trust? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Have any of the residents at 1251 West Bishop made arrangements to provide you with any sort of property or interest, future interest in any of their property? |
| *Ralph Sanders:* | Oh, no. |
| *Weneeta Kosmala:* | Okay. |
| *Queenie Ng:* | Hi. I just have a few questions. |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | My name is Queenie Ng. I'm a – |
| *Ralph Sanders:* | Hi. |
| *Queenie Ng:* | – trial attorney with the United States Trustee's Office. Um, regarding the $90,000 that you received from the trust, you said that you received it in December of 2015. Is that correct? |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | Did you receive it in one lump sum payment? |
| *Ralph Sanders:* | Oh, no. No. Uh, many small payments. |
| *Queenie Ng:* | And they were all paid in December of 2015? |
| *Ralph Sanders:* | Oh, no, over a period of time. |

| | |
|---|---|
| *Queenie Ng:* | What period of time? |
| *Ralph Sanders:* | Probably from '15 to when, whenever is the last time I paid the lawyer and, and I just kept the rest of the money, what I had left, um, you know, in the house in a little safe I have. Um, so I, I think, um – |
| *Queenie Ng:* | Do you recall the first time you received payment from the trust? |
| *Ralph Sanders:* | Yeah, early '15. |
| *Queenie Ng:* | Early '15. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | The, uh, bankrupt that helped me prepared it, he made a, he helped me, uh, make a chart of h-, how I spent the money. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | And I can bring – |
| *Queenie Ng:* | You have that chart? |
| *Ralph Sanders:* | Yeah. Not with me, but yes. Yeah. |
| *Queenie Ng:* | Okay, so you can provide it to the Chapter 7 Trustee, and are you agreeable to me receiving a copy of whatever you s-, you send to the Chapter 7 Trustee? |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | Okay. So I'd like a copy of that to the 7 tr-, Chapter 7 Trustee as well. And, uh, did you receive any money in 2016? |
| *Ralph Sanders:* | Yes. Actually that's when I received most of the money, 2016. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | So the bulk of the $90,000 – |

| | |
|---|---|
| *Ralph Sanders:* | I believe, yeah. |
| *Queenie Ng:* | – came, was received in, uh, 2016. |
| *Ralph Sanders:* | Or '15. The time has gone so fast. Yeah, most of it was received in '15, yes. |
| *Queenie Ng:* | Okay. And but you also received funds in 2016? |
| *Ralph Sanders:* | I'm not sure. I think it was, I, uh, uh, w-, when I get the checks – |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | – the copies of the checks, w-, w-, w- – |
| *Queenie Ng:* | It should be on that chart as well? |
| *Ralph Sanders:* | – yeah, we'll, we'll know for sure. Yeah. |
| *Queenie Ng:* | Okay. What about 2017? |
| *Ralph Sanders:* | No. |
| *Queenie Ng:* | Okay. And do you expect to receive any – |
| *Ralph Sanders:* | Oh, no. |
| *Queenie Ng:* | – any other funds going forward? |
| *Ralph Sanders:* | No. |
| *Queenie Ng:* | Okay. And you said that you cashed the checks at, um, was it Wells Fargo? |
| *Ralph Sanders:* | Wells Fargo, yeah. |
| *Queenie Ng:* | And they gave you cash or how – |
| *Ralph Sanders:* | Yeah. Yeah. |
| *Queenie Ng:* | And how did you pay your – |
| *Ralph Sanders:* | Most of my checks were like 5,000, but the checks for the attorneys I had the, uh, other trustee just write a check for that to give to them. And then, um, um, he, um – |

| | |
|---|---|
| *Queenie Ng:* | You mean Wells Fargo – |
| *Ralph Sanders:* | Yeah, well, cashed the ch- – |
| *Queenie Ng:* | – did a check for you with their name, with the attorney's name on it. |
| *Ralph Sanders:* | They would just cash the check. Yeah, no. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | But, uh, but when I paid the attorneys, the trustee would just give me a check for that amount, uh, to pay them. |
| *Queenie Ng:* | Do you have copies of those checks as well? |
| *Ralph Sanders:* | Yeah, she has a – |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | – copy of all, of all – |
| *Queenie Ng:* | So you can send it to the Chapter 7 Trustee. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | Along with any other bills and invoices that you got from the attorneys. Can you send that to the trustee as well? |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | And you said the attorneys' fees totaled about $35,000 or so? |
| *Ralph Sanders:* | Yes, mm-hmm. |
| *Queenie Ng:* | So you should have statements showing they bill you for $35,000 – |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | – or so. |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | Okay. And, um, I noticed that you did not list the, um, trust in your schedules and you did not list the income that you received in your |

|  |  |
|---|---|
|  | statement of financial affairs. Um, is there any reason why you didn't do that? |
| *Ralph Sanders:* | Uh, well, the p-, person who prepared, he should have did that because he had me make out the chart, you know, um, how the money was spent on. |
| *Queenie Ng:* | Okay. It's not in your schedules. Um, I can show you a copy of your schedule. |
| *Ralph Sanders:* | Oh, no, I believe you. Yeah. |
| *Queenie Ng:* | Okay. So you might want to amend that. Um, it would be Schedule B, item number 32, the asset you have – |
| *Ralph Sanders:* | Schedule – |
| *Queenie Ng:* | – any interest in property that is due to you when someone died, and you checked no. And also in your statement of financial affairs, um, item number five, they ask for your other income that you received in the last two years, and you only disclosed your employment income but not the income that you received from the trust. |
| *Ralph Sanders:* | Oh, lord. |
| *Queenie Ng:* | So they should be listed in the schedule. |
| *Ralph Sanders:* | Yeah, should be. I, he asked me for all that info. |
| *Queenie Ng:* | Okay. So you gave the information to, um, the person who prepared the – |
| *Ralph Sanders:* | Oh, yeah. He had me make out that, uh, yeah, to say what I did with the money. |
| *Queenie Ng:* | Okay. Um, are you a beneficiary of any sort of life insurance policy? |
| *Ralph Sanders:* | No. |
| *Queenie Ng:* | Okay. Okay. I don't have any further questions. |
| *Weneeta Kosmala:* | I do. Um, sir, do you have any interest in the property in Atlanta? If that property were to be sold – |

*Ralph Sanders:*       Uh –

*Weneeta Kosmala:*     – would you be entitled to a distribution?

*Ralph Sanders:*       Uh, no, that's strictly with Beverly. That was like left to her.

*Weneeta Kosmala:*     Okay. So you have nothing to do with it.

*Ralph Sanders:*       No.

*Weneeta Kosmala:*     Okay. And then, sir, you indicated that after you paid, after the attorneys were paid and from March of 2016 you kept the rest of the money in cash in a safe.

*Ralph Sanders:*       Yes.

*Weneeta Kosmala:*     So how much money do you have in that safe now?

*Ralph Sanders:*       Oh, there's none.

*Weneeta Kosmala:*     Okay. And when was the last time you had any cash, sir?

*Ralph Sanders:*       Uh, whether w-, um, well, I guess when I got my check on the 15th. My S-, Social Security.

*Weneeta Kosmala:*     So are you saying that you've lived off of the cow-, ca-, cash until your Social Security checks started on March 15, 2017?

*Ralph Sanders:*       Uh, pretty much, but I've been, the last couple of months has been pretty much nothing. Just the girlfriend helping me.

*Weneeta Kosmala:*     What is her name?

*Ralph Sanders:*       *[Coughs]* Her name is, um, Cindy.

*Weneeta Kosmala:*     Where does she reside?

*Ralph Sanders:*       She resides in, uh, La Habra.

*Weneeta Kosmala:*     Did she receive any of the cash?

*Ralph Sanders:*       No.

*Weneeta Kosmala:*     Okay. But you're going to account for all of that cash, right, sir?

*Ralph Sanders:*       Yes. Y-, yeah.

| | |
|---|---|
| *Weneeta Kosmala:* | And you're going to provide me with the receipts as to where it all went. |
| *Ralph Sanders:* | Um, as many as I can, but I do have the chart that, uh, bankrupt, the, uh, attorney made. |
| *Weneeta Kosmala:* | Okay. Because it's – |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | – a lot of money, sir. |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | And it's cash and – |
| *Ralph Sanders:* | Yeah, have to dig up – yeah. |
| *Weneeta Kosmala:* | – so y-, b- – right. So please – |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | – feel free to dig, but – |
| *Ralph Sanders:* | Yeah. *[Laughs]* |
| *Weneeta Kosmala:* | – I'm going to want to not only see a chart that's got a bunch of names and numbers – |
| *Ralph Sanders:* | Right. |
| *Weneeta Kosmala:* | – but I'm also actually going to want to see the receipts that went with it. Right? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. All right. And, sir, again, um, you're going to provide the, all of the bills and invoices from all of the attorneys, right? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Because you're, you're giving me the backup of where everything went, so it's going to be all of the different pieces. |
| *Ralph Sanders:* | Mm-hmm. |

*Weneeta Kosmala:*    It's going to be the piece of what you got and it's going to be the piece of what you spent it with and why and for both ends.

*Ralph Sanders:*    Yes.

*Weneeta Kosmala:*    *[Clears throat]* Is there a reason, sir, why you got distributions in $5,000 chunks instead of just a lump sum distribution?

*Ralph Sanders:*    I didn't, I didn't, I didn't want to get a big lump sum of money.

*Weneeta Kosmala:*    Was the litigation already pending at the time that you received the money?

*Ralph Sanders:*    Mm, no, but as soon as, um – no, it wasn't.

*Weneeta Kosmala:*    Okay. So why did you not want to get a large sum p-, of money that you could put into a bank account and track it from there?

*Ralph Sanders:*    Um, I just didn't feel comfortable doing that.

*Weneeta Kosmala:*    Why, sir?

*Ralph Sanders:*    For one thing, I never had a huge lump sum of money. Um, I just wanted to get, uh, enough at a time to pay the, uh, pay off bills slowly. And, um, at, at first we hadn't made a, a, she hadn't made a big payment to the other trustees so I didn't want to get a, you know, a big huge payment either, and I d-, I just didn't feel comfortable getting a large sum of money at once. I just wanted e-, enough at a time to pay the bills I had and –

*Weneeta Kosmala:*    Okay. And, sir, I'm going to want an accounting of all of the money that went into that trust, the Bobby Ri-, Ri-, Rives trust, and an accounting and documentation for all of the money that went out of that trust, too, as well, please.

*Ralph Sanders:*    Oh –

*Weneeta Kosmala:*    Okay? Plus a copy of that trust. Right?

*Ralph Sanders:*    Oh, okay, uh, so you need, uh, so, uh –

*Weneeta Kosmala:*    And so, well, it's an accounting and just go ahead and give me the bank statements, please.

*Ralph Sanders:*    Oh, from –

| | |
|---|---|
| *Weneeta Kosmala:* | So it's for the Bobby Rives trust. |
| *Ralph Sanders:* | Okay. |
| *Weneeta Kosmala:* | Okay? And you're getting me bank statements again, all accounts, January 1, 2015 through present, so that covers, we, we've covered a number of them, but if you happen to remember something else my request is for all of them. |
| *Ralph Sanders:* | Okay. But I hope I got everything here. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | Uh, Rives trust. Copies of the checks I received on that and Continental Currency. |
| *Weneeta Kosmala:* | Mm-hmm. RB bank statements. |
| *Ralph Sanders:* | And then, uh – |
| *Weneeta Kosmala:* | So Rives trust bank statements, RB bank, RB, uh, Rives, um, RB Housing, sorry – |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | – bank statements. Continental Currency bank statements, Chase bank statements, and an accounting for all the cash, how much and where precisely it went and all the – |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | – backup. And accounting of all the attorneys' fees including statements. How much was your debt, sir, when you received the $90,000? |
| *Ralph Sanders:* | Oh, it's – |
| *Weneeta Kosmala:* | How much was your creditor debt? |
| *Ralph Sanders:* | Uh, it's, it's, um, pretty high 'cause I have, uh, student loans, *[coughs]*, two student loans, and just numerous, it was a lot of numerous, um, loans. Um, and that's, it was covering a period of about, my debts were covering a period of about, um, 20 or 30 years, you know. I mean – |

*(Sanders BK 341 Hearing 3.23.17) L97408043*
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*                    **Page 33 of 35**

| | |
|---|---|
| *Weneeta Kosmala:* | How much did you pay down on the student loans out of that $90,000? |
| *Ralph Sanders:* | Uh, actually they're in deferment. I paid, uh, I can't remember exactly how much I paid for a while but, uh, they're both in, uh, deferment or, um, uh, what's the other word? |
| *Weneeta Kosmala:* | So is, is, does that mean that you, you didn't pay any of that $90,000 on the student loans? Is that – |
| *Ralph Sanders:* | Very little. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | Was mostly concentrating on the attorneys. |
| *Weneeta Kosmala:* | Oh, okay. |
| *Ralph Sanders:* | And paying off all of my other debts, so I – |
| *Weneeta Kosmala:* | Right. |
| *Ralph Sanders:* | You know, I, I knew I had lost my job so it wasn't any more money coming in, so I just tried to pay all of, all the old debts that I could. |
| *Weneeta Kosmala:* | Okay. And how much did you pay to your creditors out of the 90,000, approximately, in addition to the attorneys? I'm not exp-, I, I'm not talking about attorneys. |
| *Ralph Sanders:* | Probably, oh, at least 20,000. |
| *Weneeta Kosmala:* | Okay. And who did that go to? |
| *Ralph Sanders:* | Uh, there's many creditors. I'd, I'd have to – |
| *Weneeta Kosmala:* | Can you – |
| *Ralph Sanders:* | – bring a, a list. Uh, probably most of the people that are listed on the, on the bankruptcy. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | *[Coughs]* |
| *Weneeta Kosmala:* | All right. So you're going to p-, provide me a list and the backup, then we'll go from there. |

*Sanders BK 341 Hearing 3.23.17) L97408043*
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*                    **Page 34 of 35**

| | |
|---|---|
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | And I'll continue this matter to April the 13th at 11:00. Is that good? |
| *Queenie Ng:* | That's good. I just have one follow up question. |
| *Weneeta Kosmala:* | Mm-hmm. |
| *Queenie Ng:* | You said that you kept this money, the cash, in the safe. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | Where is the location of that safe? |
| *Ralph Sanders:* | Oh, it's in my apartment. |
| *Queenie Ng:* | Oh, so it's a personal safe, not in a bank. |
| *Ralph Sanders:* | Yeah. Yeah. |
| *Queenie Ng:* | Okay. And w-, how much – |
| *Ralph Sanders:* | And plus I wasn't getting a lot at, at a time, you know, so it wasn't like I had $20,000 or something in there. The – |
| *Queenie Ng:* | At the time you filed for bankruptcy, how much cash was in that safe? |
| *Ralph Sanders:* | Oh, none. |
| *Queenie Ng:* | Okay. Okay. Thank you so much for coming today. |
| *Ralph Sanders:* | Okay. Thank you. |
| *Weneeta Kosmala:* | Thank you. |
| *Ralph Sanders:* | Thank you. I hope I got everything there. |
| *Queenie Ng:* | Do you need your tax return back? Or, or is, is this copy – |
| *Ralph Sanders:* | Oh, that copy was for you. |
| *Weneeta Kosmala:* | Okay. |

*Queenie Ng:*            Okay. Thank you so much.

*Weneeta Kosmala:*       And just for the record, I have taken the only copy of the 2015 tax
                         return that I have and I have given it to the office of the United
                         States Trustee.

*Queenie Ng:*            And then you said you don't need this copy back.

*Ralph Sanders:*         No.

*Queenie Ng:*            Okay.

*Weneeta Kosmala:*       Okay. All right.

*Queenie Ng:*            All right. Thank you.

*Ralph Sanders:*         Okay. You're welcome.

*[End of Audio]*

# EXHIBIT 3

Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Case 8:17-ap-01068-MW    Doc 2-2    Filed 07/14/17    Entered 07/14/17 09:25:48    Desc
                          Part 3 of 4    Page 19 of 40
Main Document    Page 11 of 15

Case 8:17-bk-10265-MW    Doc 11    Filed 03/29/17    Entered 03/29/17 15:57:13    Desc
                    Main Document    Page 1 of 1

WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:  (714) 509-1760

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Sanders, Ralph E<br><br><br><br>Debtor(s). | Case No. 8:17-BK-10265-MW<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 13, 2017** at **11:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

UPLOAD COPY OF BOBBYE J. RIVES TRUST AND ACCOUNTING, DISPOSITION AND
PURPOSE FOR ALL MONIES PAID TO/FROM DEBTOR FROM THE TRUST
COPIES OF ALL CHECK RECEIVED FROM TRUST DISTRIBUTIONS
UPLOAD BANK STATEMENTS ALL ACCOUNTS 1/1/15 TO PRESENT INCLUDING RB
HOUSING, CHASE, BOBBYE J. RIVES TRUST, CONTINENTAL CURRENCY; BANK OF
AMERICA
UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT
ALL DOCUMENTS RE DISPOSITION AND PURPOSE OF ALL MONIES RECEIVED FROM
TRUST DISBURSMENTS
AMEND SCHEDULE B ITEM 32 AND SOFA ITEM 5
ALL ATTORNEY STATEMENTS & BILLS
CHART OF HOW ALL MONIES FROM TRUST WERE SPENT

Dated:  March 27, 2017                                          /s/ WENETA M.A. KOSMALA
                                                                          WENETA M.A. KOSMALA
                                                                          Chapter 7 Trustee

[X]    I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a)
        meeting.

[ ]    I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the
        United States Trustee on, 3/27/17.

                                                                          /s/  David M. Fitzgerald
                                                                          David M. Fitzgerald

Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Case 8:17-ap-01068-MW    Doc 3    Filed 07/13/17    Entered 07/14/17 09:25:48    Desc
Part 3    Page 20 of 40
Main Document    Page 12 of 15

Case 8:17-bk-10265-MW    Doc 13    Filed 04/17/17    Entered 04/17/17 16:20:23    Desc
Main Document    Page 1 of 1

WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
Telephone: (714) 708-8190
Facsimile: (714) 509-1760

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:17-BK-10265-MW |
| Sanders, Ralph E | Chapter 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |
| Debtor(s). | |

COUNSEL: (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **April 27, 2017** at **10:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA 92701 for the reason set forth below:

PURPOSE FOR ALL MONIES PAID TO/FROM DEBTOR FROM THE BOBBYE J. RIVES
COPIES OF ALL CHECKS RECEIVED FROM TRUST DISTRIBUTIONS
UPLOAD CHASE BANK STATEMENTS ROBBIE BOBYE HOUSING INC 4/30/16 - 8/31/16 AND 12/31/16 - PRESENT ALL ACCOUNTS
UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT
AMEND SCHEDULE B ITEM 32 AND SOFA ITEM 5
CHART OF HOW ALL MONIES FROM TRUST WERE SPENT
ALL ATTORNEY INVOICES AND LEDGERS
BANK STATEMENTS REFLECTING PAYMENTS TO ATTORNEYS, OR A DETAILED ACCOUNTING FOR CASH PAYMENTS, INCLUDING ACCOUNTING FOR SOURCE OF FUNDS
ALL DOCS RE WITHDRAWALS FROM ROBBIE BOBBYE HOUSING INC., INCLUDING: $6,300 ON 4/23/16 - $4,780 ON 10/4/16 - $5,710 ON 11/7/16 - $2,150 ON 11/7/16
COPY OF LOANME APPLICATION
COPIES OF DEPOSITS INTO ROBBIE BOBBYE HOUSING INC. (COPIES OF CHECKS AND RECEIPTS)
ALL DOCUMENTS RE TERMS OF DEBTOR'S COMPENSATION

Dated:  April 17, 2017                        /s/ WENETA M.A. KOSMALA
                                             WENETA M.A. KOSMALA
                                             Chapter 7 Trustee

[X]  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 4/17/17.

                                             /s/ David M. Fitzgerald
                                             David M. Fitzgerald

Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Case 8:17-ap-01068-MW    Doc 73    Filed 07/13/17    Entered 07/14/17 09:25:48    Desc
Main Document    Page 13 of 15

Case 8:17-bk-10265-MW    Doc 17    Filed 05/03/17    Entered 05/03/17 15:46:39    Desc
Main Document    Page 1 of 1

WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
Telephone: (714) 708-8190
Facsimile: (714) 509-1760

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

In re:

Sanders, Ralph E

Debtor(s).

Case No. 8:17-BK-10265-MW

Chapter 7

NOTICE OF CONTINUED MEETING
OF CREDITORS AND APPEARANCE
OF DEBTOR(S) 11 U.S.C. §341(a)

COUNSEL: (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **May 25, 2017** at **10:02 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA 92701 for the reason set forth below:

Off calendar; documents outstanding; notice e-mailed
UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT (received residential lease agreement 4/11/17 that has nothing to do with Debtor's property management agreement)
AMEND STATEMENT OF FINANCIAL AFFAIRS ITEM 5 AND 27

Dated: May 02, 2017

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

[X] I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ] I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 5/2/17.

/s/ David M. Fitzgerald
David M. Fitzgerald

Case 8:17-ap-01068-MW   Doc 38-2   Filed 03/06/19   Entered 03/08/19 11:59:22   Desc
Case 8:17-ap-01068-MW   Doc 7-3   Filed 07/13/17   Entered 07/14/17 09:25:48   Desc
Part 3 of 4   Page 22 of 40
Main Document   Page 14 of 15

Case 8:17-bk-10265-MW   Doc 25   Filed 05/25/17   Entered 05/25/17 15:03:03   Desc
Main Document   Page 1 of 1

WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone: (714) 708-8190
Facsimile:  (714) 509-1760

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:

Sanders, Ralph E



                          Debtor(s).

Case No. 8:17-BK-10265-MW

Chapter 7

NOTICE OF CONTINUED MEETING
OF CREDITORS AND APPEARANCE
OF DEBTOR(S) 11 U.S.C. §341(a)

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

        You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the
above-entitled matter was continued to **June 19, 2017** at **10:02 AM** in Room 3-110, United States Bankruptcy
Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

        off calendar; documents outstanding; notice e-mailed
        UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT (received
        residential lease agreement 4/11/17 that has nothing to do with Debtor's property management agreement)
        AMEND STATEMENT OF FINANCIAL AFFAIRS ITEM 5 and 27


Dated:  May 25, 2017                              /s/ WENETA M.A. KOSMALA
                                                  WENETA M.A. KOSMALA
                                                  Chapter 7 Trustee

[X]   I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a)
      meeting.

[ ]   I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the
      United States Trustee on, 5/25/17.

                                                  /s/  David M. Fitzgerald
                                                  David M. Fitzgerald

Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Case 8:17-ap-01068-MW    Doc 73    Filed 07/13/17    Entered 07/14/17 09:25:48    Desc
Main Document    Page 23 of 40    Page 15 of 15

Case 8:17-bk-10265-MW    Doc 27    Filed 06/26/17    Entered 06/26/17 17:02:39    Desc
Main Document    Page 1 of 1

WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone: (714) 708-8190
Facsimile:  (714) 509-1760

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:

Sanders, Ralph E

                        Debtor(s).

Case No. 8:17-BK-10265-MW

Chapter 7

NOTICE OF CONTINUED MEETING
OF CREDITORS AND APPEARANCE
OF DEBTOR(S) 11 U.S.C. §341(a)

COUNSEL:  (PRO SE) ZZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **July 18, 2017 at 10:02 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

Off calendar; documents outstanding
UPLOAD COPY OF DEBTOR'S AGREEMENT RE PROPERTY MANAGEMENT (received residential lease agreement 4/11/17 that has nothing to do with Debtor's property management agreement) AMEND STATEMENT OF FINANCIAL AFFAIRS ITEM 5 and 27

Dated:  June 20, 2017

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

[X]  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

[ ]  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 6/20/17.

/s/  David M. Fitzgerald
David M. Fitzgerald

# ALBENCE & ASSOCIATES APC

### ATTORNEYS AT LAW

**LA JOLLA OFFICE**

7777 FAY AVENUE SUITE 205 LA JOLLA CA 92037
TEL 858.454.0024  FAX 858.454.1250

WWW.ALBENCE.COM

**REPLY TO:** ↑

| SOUTH BAY OFFICE | EAST COUNTY OFFICE | NORTH COUNTY OFFICE |
|---|---|---|
| 231 FOURTH AVENUE | 7777 ALVARADO RD. SUITE 284 | 380 S. MELROSE DRIVE 3RD FLOOR |
| CHULA VISTA CA 91910 | LA MESA CA 91942 | VISTA CA 92083 |
| TELEPHONE 619.425.3778 | TELEPHONE 619.466.2400 | TELEPHONE 760.806.4362 |
| FACSIMILE 619.426.6666 | FACSIMILE 619.462.0636 | FACSIMILE 858.454.1250 |

WWW.ALBENCE.COM

CHRISTOPHER J. ALBENCE, ESQ*

DAVID S. PAWLOWSKI, ESQ

KEELEY C. LUHNOW, ESQ

LUCAS A. WOODWARD, ESQ

*CERTIFIED SPECIALIST, ESTATE
PLANNING, TRUST AND PROBATE LAW
THE STATE BAR OF CALIFORNIA BOARD
OF LEGAL SPECIALIZATION

December 11, 2015

Anna Lee Rives
215 W. Geer St.
Durham, NC 27701

Mary Joe Pulleen
213 W. Geer St.
Durham, NC 27701

Larnita Pette
c/o Daniel W. Abbott, Esq.
Witham Mahoney & Abbott, LLP
401 B Street, Suite 2220
San Diego, CA 92101

Frances Hayes
215 W. Geer St.
Durham, NC 27701

Re: <u>The Bobbye J. Rives Trust, First Accounting</u>

Dear Beneficiaries of The Bobbye J. Rives Trust:

Our firm has been engaged to represent Beverly Calcote as Trustee of the Bobbye J. Rives Trust, established November 30, 2011 (hereinafter "the Trust"), for the purpose of providing an accounting to the beneficiaries. The firm does not represent Co-Trustee Ralph Sanders. Enclosed please find Ms. Calcote's first accounting for the Trust, for the period of September 14, 2014, through November 30, 2015. Mr. Sanders has reviewed this accounting and provides that it accurately reflects the transactions of the Trust.

Ms. Calcote and to my knowledge her Co-Trustee have performed all required duties of a Trustee, including the care and custody of the assets composing the corpus of the Trust; marshaling all assets; sale of the real property at 363 Cerro Street, Encinitas, CA; and

The Bobbye J. Rives Trust, First Accounting
December 11, 2015
Page 2 of 2

_____

disbursements of expenses of the Trust. The trustees filed income tax returns for the
Decedent for 2014. Returns for the Trust will be filed for the year 2015.

All investments of Trust principal shown in this account were authorized and proper
investments of the principal of this Trust under its provisions and under the laws of this
state, and were made or retained as set forth in this account for the best interest of the Trust
and for all interested persons. All cash has been invested and maintained in interest-bearing
accounts or in investments authorized by law or the governing instrument, except for such
sums that were/are reasonably necessary for the Trust's orderly administration.

The trustees hired Joseph Calcote, the husband of Beverly Calcote, to assist in
readying 363 Cerro Street, Encinitas, California property for sale. He was a trustworthy
person that the Trustee relied upon. He was available to be at the property when the trustees
were there. The trustees and Mr. Calcote, were at the Encinitas home nearly every weekend
from mid September until December 26, 2014 readying the property for sale or handling
trust business. The Trustees did not hire any other family members or affiliates to perform
any services to the Trust during their tenure as Trustees to date.

The Trustees are required by law to advise you of the following:

1.    Each beneficiary may petition the court under California Probate Code §17200
      to obtain an accounting of the Trust and review the acts of the Trustee.

2.    Claims for breach of trust are barred after the expiration of three (3) years
      from the date you receive an account and report that discloses facts giving rise
      to a claim under California Probate Code § 16063.

Very truly yours,

Christopher J. Albence

Enclosures
cc:    Beverly Calcote, trustee via email
       Ralph Sanders, trustee via email
       Patrick Hosey via email

## SCHEDULE "C"
## BOBBYE J. RIVES TRUST
### Disbursements

| Payee | Description | Date | Amount |
|---|---|---|---|
| Home Depot | Hauling Service | 01/27/2015 | $ 255.00 |
| Ralph Sanders - Trustee | Mileage Reimbursement (9/15/14-12/1/15) | 02/03/2015 | $ 1,760.64 |
| AAA Financial | Bobbye Rives Credit Card | 02/09/2015 | $ 5,005.83 |
| Shred All | Paper Shredding | 02/13/2015 | $ 21.00 |
| Sheri Madison | Aunt "B's" Hair - for Bobbye Rives | 02/18/2015 | $ 95.00 |
| Beverly Calcote - Trustee | Mileage Reimbursement (2/1/15-2/28/15) | 03/23/2015 | $ 400.40 |
| Beverly Calcote - Trustee | Mileage Reimbursement (1/7/15-1/31/15) | 03/25/2015 | $ 400.40 |
| H&R Block | 2014 Income Tax Return for Rives | 04/15/2015 | $ 164.00 |
| IRS | 2014 Income Tax Payment | 04/17/2015 | $ 493.00 |
| Edward & Jacinta Kirkman | Oversight of home after death | 04/17/2015 | $ 1,000.00 |
| Beverly Calcote - Trustee | Mileage Reimbursement (3/1/15-3/30/15) | 04/20/2015 | $ 400.40 |
| Shred All | Paper Shredding | 04/21/2015 | $ 20.00 |
| Rochelle Griffith | Attorney | 05/28/2015 | $ 2,860.00 |
| Ralph Sanders - Trustee | Mileage Reimbursement (8/1/15-8/13/15) | 08/17/2015 | $ 1,090.93 |
| Beverly Calcote - Trustee | Mileage Reimbursement (7/1/15-7/30/15) | 08/20/2015 | $ 80.00 |
| Beverly Calcote - Trustee | Mileage Reimbursement (7/1/15-7/30/15) | 08/20/2015 | $ 80.00 |
| San Diego County Assessor | Property Taxes | 10/29/2015 | $ 1,377.26 |
| Albence & Associates | Trust Administration Retainer | 11/19/2015 | $ 1,500.00 |

**Total Disbursements:** **$ 87,083.11**

## SCHEDULE "D"
## BOBBYE J. RIVES TRUST
### Distributions to Beneficiaries

| Payee | Description | Date | Amount |
|-------|-------------|------|--------|
| Ralph Sanders | Distribution | 12/24/2014 | $ 4,000.00 |
| Ralph Sanders | Distribution | 01/15/2015 | $ 900.00 |
| Ralph Sanders | Distribution | 02/12/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 02/12/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 03/10/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 03/04/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 02/18/2015 | $ 16,375.00 |
| Ralph Sanders | Distribution | 03/23/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 03/23/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 04/10/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 04/27/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 05/28/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 05/28/2015 | $ 2,500.00 |
| Ralph Sanders | Distribution | 07/08/2015 | $ 10,000.00 |
| Ralph Sanders | Distribution | 08/17/2015 | $ 20,000.00 |
| Ralph Sanders | Distribution | 08/31/2015 | $ 5,000.00 |
| Ralph Sanders | Distribution | 10/08/2015 | $ 5,000.00 |
| Ralph Sanders | Distribution | 10/19/2015 | $ 3,750.00 |
| | | **Ralph Sanders Subtotal:** | **$ 90,025.00** |
| | | | |
| Mary Pulleen | Distribution | 04/16/2015 | $ 60,000.00 |
| Mary Pulleen | Distribution | 09/01/2015 | $ 25,000.00 |
| | | **Mary Pulleen Subtotal:** | **$ 85,000.00** |
| | | | |
| Frances Rives Hayes | Distribution | 04/01/2015 | $ 60,000.00 |
| Frances Rives Hayes | Distribution | 10/13/2015 | $ 25,000.00 |
| | | **Frances Rives Hayes Subtotal:** | **$ 85,000.00** |
| | | | |
| Anna Rives | Distribution | 04/06/2015 | $ 60,000.00 |
| Anna Rives | Distribution | 10/20/2015 | $ 25,000.00 |
| | | **Anna Rives Subtotal:** | **$ 85,000.00** |
| | | | |
| Larnita Pette | Distribution | 03/31/2015 | $ 60,000.00 |
| Larnita Pette | Distribution | 11/20/2015 | $ 25,000.00 |
| | | **Larnita Pette Subtotal:** | **$ 85,000.00** |

## SCHEDULE "D"
## BOBBYE J. RIVES TRUST
### Distributions to Beneficiaries

| Payee | Description | Date | Amount |
|---|---|---|---|
| Beverly Calcote | Distribution | 02/12/2015 | $  84,874.83 |
| | | **Beverly Calcote Subtotal:** | **$  84,874.83** |
| | | **Total Distributions to Beneficiaries:** | **$  514,899.83** |

Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 29 of 40
Case 8:17-ap-01068-MW    Doc 12-2    Filed 08/14/17    Entered 08/15/17 15:26:54    Desc
Part 3 of 3    Page 3 of 8

8/9/2017    (10 unread) ralph sanders@yahoo.com - Yahoo Mail

🔍 All    ralph sanders, search your mailbox    🏠 Home    👤 ralph    ⚙

✉ 📨 📥 📋 🔲 😊 🗑

✏ Compose

Add Gmail, Outlook, AOL
and more

Inbox (109)

Drafts (27)

Sent

Archive

Spam (133)

Trash (44)

› Smart Views

∨ Folders (6)
　it
　preschool le... (6)

› Recent

‧ Sponsored



The Viral Fizz
Lebron Shares Some Choice
Words For NBA Greats

← Search results    ↑ ↟ →    🗄 Archive    📁 Move ∨    🗑 Delete    ☐ Spam All    🚩 More ∨

Sanders, Ralph E. 8:17-bk-10265 (15)                                Finance

Ng, Queenie K. (USTP)   Thank you. Based on my discussion with t      May 3 at 9:44 AM

ralph sanders   I can so amend Friday morning. I am so sorry that th     May 3 at 12:15 PM

Ng, Queenie K. (USTP)   Thank you.                                    May 3 at 2:35 PM

Ng, Queenie K. (USTP)   I have the wrong judge name on page 1 of t     May 4 at 4:01 PM

ralph sanders   Hello. Sure, that is okay. I really appreciate you givin     May 4 at 10:45 PM

Ng, Queenie K. (USTP)   Thank you. I also need to change the title t     May 8 at 9:23 AM

ralph sanders   Hello. Good Morning. I am writing today to make sur     Aug 1 at 9:04 AM

Ng, Queenie K. (USTP) <Queenie.K.Ng@usdoj.gov>      Aug 1 at 2:49 PM
To ralph sanders

I note that you filed an amended Statement of Financial Affairs on 5/5/2017.  You should check
with the Chapter 7 Trustee if that is sufficient or if they need you to file another amendment.

I have no idea how Ms. Pette is getting the information.

Queenie K. Ng
Trial Attorney
Office of the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, California 92701
Telephone:  (714) 338-3403
Facsimile:  (714) 338-3421
Queenie.K.Ng@usdoj.gov

› Show original message

↩ Reply    ↩ Reply to All    → Forward    ••• More

ralph sanders   Ok. Thank you so much. Sincerely, Ralph E          Aug 1 at 9:14 PM

ralph sanders   Good Morning, Hello. What time am I required to app     Aug 7 at 10:11 AM

Ng, Queenie K. (USTP)   Can you please check with the Ch. 7 truste     Aug 7 at 10:37 AM

ralph sanders   Yes, thank you                                    Aug 7 at 10:52 AM

NUEDEXTA

PBA
AWARENESS

📎 ∨ T₁ B I 🅰 ☰ ⊨ ≣ 🔗 😊 ≪ 🗑

Max Ma on flickr

Q All    ralph sanders, search your mailbox          🏠 Home   👤 ralph   ⚙

✎ Compose

◄ Search results   ◄  ◄◄  ►   🗄 Archive   📁 Move ⌄   🗑 Delete  ⊘ Spam ⌄  ↑ ↓ ⌄

**Sanders, Ralph E. 8:17-bk-10265 (9)**                                  Finance

Add Gmail, Outlook, AOL
and more

Inbox (12)          **David M. Fitzgerald**   Mr. Sanders, Please be advised that your contin   ◌ Apr 25 at 11:24 AM

Drafts (20)          **Ng, Queenie K. (USTP)**   Mr. Sanders. Based on our telephone conver   📎 May 2 at 3:29 PM

Sent

Archive              **ralph sanders**   Thank you. Ralph Sanders                        📎 May 3 at 8:32 AM

**Spam (2)**

**Trash (12)**       **Ng, Queenie K. (USTP)** <Queenie.K.Ng@usdoj.gov>                    May 3 at 9:44 AM

∨ Smart Views        To ralph sanders

  Important
  Unread       Thank you. Based on my discussion with the Ch. 7 trustee, I understand that we are still missing
  Starred      your property management agreement. In addition, will you be amending the Statement of
  People       Financial Affairs Item #5 to disclose all income received in the 2-year period prior to the bankruptcy
  Social       (including the $98K trust proceeds and any and all income paid to you by Robbie Bobbye Housing
  Shopping     Inc.) and Item # 27 to disclose your business (Robbie Bobbye Housing Inc.) and all the relevant
  Travel       information relating to the business?  If so, when will you file the amendment?
  Finance
  for pops      Did you receive any income from Robbie Bobbye Housing Inc. in 2015, 2016 and 2017?  If so,
  terrilynnvaughn7@gmai...   please provide all the information, including the amount you received and documentation to show the
  LUIS VENTURA   receipts for the foregoing period.
  FOUNDATION GROUP
  dan kalili     Thank you.
  stephanie dufour
  jared eugene   Queenie K. Ng
  PATRICK HOSEY  Trial Attorney
                     Office of the United States Trustee
∨ Folders (6)        411 West Fourth Street, Suite 7160
  it          Santa Ana, California 92701
  preschool le... (6)   Telephone: (714) 338-3403
                     Facsimile:  (714) 338-3421
› Recent             Queenie.K.Ng@usdoj.gov

                     › Show original message

                     ↰ Reply   ↰↰ Reply to All   → Forward   ••• More

                     **ralph sanders**   I can go amend Friday morning. I am so sorry that the      May 3 at 12:15 PM

                     **Ng, Queenie K. (USTP)**   Thank you                                     May 3 at 2:35 PM

                     **Ng, Queenie K. (USTP)**   I have the wrong judge name on page 1 of the   May 4 at 4:01 PM

                     **ralph sanders**   Hello. Sure, that is okay. I really appreciate you giving   May 4 at 10:45 PM

                     **Ng, Queenie K. (USTP)**   Thank you. I also need to change the title to   May 8 at 9:23 AM

                     Click to                    or

**Which of the
following pet food
have you heard
of?**
SELECT UP TO 5
ANSWERS

Natural
Balance

Blue Buffalo

Royal Canin

Hill's
Science
Diet

Purina Pro
Plan

Powered By Nielsen
View Privacy Policy

✎ ∨  T₁ B !  🅰  ☰ ☰ ⌄☰ ≡ 🔗 « 🗑

🖼 Max Ma on flickr

**PRIMARY WITNESS LIST**


**Pingfeng Du, MD, PhD**

345 Saxony Rd, Ste. 202

Encinitas, CA 92024-2787

(760 203-6660)

Bobbye Rives Cardiologist

Knowledge of Bobbye Rives mental capabilities

Knowledge of Bobbye Rives relationship with daughter Larnita Pette.


**Ed Jacinta Kirkman**

**Bobbye Rives next door neighbor**

359 Cerro St.

Encinitas, CA 92024

(858 480 9013)

Knowledge of Bobbye Rives mental capabilities.

Knowledge of Bobbye Rives relationship with daughter Larnita Pette.


**Karen Dee (Adult Protective Services)**

1305 Union Plaza Court #200

Oceanside, CA 92054

760 754 5807

Advocate for Bobbye J Rives and helped her obtain a temporary restraining order vs the Plaintiff

**Russell Griffith**

**Bobbye Rives Trust Lawyer**

1991 Village Parkway, Suite 105

Encinitas, CA 92024

(760 944 9901)

Knowledge of Bobbye Rives mental capabilities, relationship with daughter

**Daniel Given**

**Bobbye Rives doctor at Scripps Encinitas and Villa de Carlsbad**

10666 N Torrrey Pines Rd.

La Jolla, CA 92122

Knowledge of Bobbye Rives health prior to death.

Knowledge of relationship with daughter Larnita Pette.

9

# Exhibits (with number reverence)

**PLAINTIFFS UNCLEAN HANDS**

The following exhibits show the Plaintiffs Unclean Hands

1-2014 LAWSUIT (PLAINTIFF ADMITS TRO VS HER ON LINE 20)

2-SAN DIEGO COUNTY SHERIFF'S FOLLOW-UP REPORT (SHERRIFF CALLS JUDGE FOR EPO)

3-ORDER FOR REMOVAL OF RESIDENCE (REMOVES PLAINTIFF FROM RIVES HOME)

T4-EMPORARY RESTRAINING ORDER (RESTRAINS PLAINTIFF FROM RIVES)

5-NOTICE OF COURT HEARING (8/15/14 HEARING FOR A PERMANENT RO)

## DECEDENTS HOSPITAL STAY

6-SCRIPPS ENCINITAS MEDICAL RECORDS

a)    CONDITION AT ADMITANCE
b)    DECLARATION OF CUSTODIANOF RECORDS
c)    AUTHORIZATION FOR TREATMENT
d)    SOCIAL SERVICE/NURSE NOTES
e)    TRANSFER SUMMARY
f)    DISCHARGE SUMMARY

7-VILLA DE LAS CARLSBAD MEDICAL RECORDS

8-BOBBYE RIVES DEATH CERTIFICATE

**ELECTRONICALLY STORED**

9-KAREN DEE APS RECORDS (PLAINTIFFS UNCLEAN HANDS WITH DECEASED)

10-SENIOR LIVING EMAILS (SENIOR LIVING PROSPECTS FOR THE DECEASED)

11-GRADY VICKERS EMAILS (BANKRUPTCY PREPARER)

12-BANKRUPTCY AMENDED FINANCIALS STATEMENTS

13-USTP QUEENIE NG EMAILS (BK INSTRUCTIONS TO DEFENDANT)

14-EMAILS FROM ESTATE ATORNEY FOR BOBBYE RIVES (PETTE BEHAVIOR)

15-EMAILS FROM NEIGHBOR ED KIRKMAN (PETTE BEHAVIOR)

16-PINGFENG, DU, M.D (PETTE BEHAVIOR)

17-LARNITA PETTE (NOTES FROM PLAINTIFF IN REGARDS TO DECEASED)

18-DISTRIBUTION TO BENEFICIARES

Russell Griffith

Bobbye Rives Trust Lawyer

1991Village Parkway, Suite 105

Encinitas, CA 92024

(760 944 9901)

Knowledge of Bobbye Rives mental capabilities, relationship with daughter.

Russell Griffith will testify that there wasno willful and malicious conduct  by
the Defendant Ralph Sanders towards the Plaintiff Larnita Pette or her mother
Bobbye Rives; but that willful and malicious conduct was performed by the
Plaintiff towards her mother Bobbye Rives including the Plaintiff filing a lawsuit
vs. The Co-Trustees that the Deceased Bobbye Rives appointed and her estate
lawyer Russell Griffith which caused a conflict of interest resulting in the estate
lawyer having to resign which has caused major delays in the Co-Trustees work.


Daniel Given

Bobbye Rives doctor at Scripps Encinitas and Villa de Carlsbad

10666 N Torrey Pines Rd.

La Jolla, CA 92122

(858) 554 6158

Knowledge of Bobbye Rives health prior to death.

Knowledge of relationship with daughter Larnita Pette.

Dr. Given will give testimony that there wasno willful or malicious conduct by
the Defendant Ralph Sanders towards the Plaintiff Larnita Pette or her mother
Bobbye Rives including no wrongful death or negligence by the defendant; but
that willful andmalicious conduct was performed by the Plaintiff towards her
mother Bobbye Rives and Bobbye Rives actual cause of death.

Wenetta Kosmala

3 MacArthur Place, Suite 760

Santa Ana, CA 92707

714 708 8190

Winetta Kosmala will testify in regards to the Defendant Ralph Sanders Bankruptcy Petittion. Shewill testify to her statement that ,"I hereby verify that the above-named debtor hasbeen fully administered."

Ed and Jacinta Kirkman

Bobbye Rives next door neighbor

359 Cerro St.

Encinitas  CA 92024

(858 480 9013)

Knowledge of Bobbye Rives mental capabilities.

Knowledge of Bobbye Rives relationship with daughter Larnita Pette.

Their testimony will show that there was no willful or malicious conduct by the Defendant Ralph Sanders towards the Plaintiff Larnita Pette or her mother Bobbye Rives; but that willful and malicious conduct was performed by Plaintiff towards her mother Bobbye Rives.

Karen Dee (Adult Protective Services)

1305 Union Plaza Court #200

Oceanside, CA 92054

760 754 5807

Advocate for Bobbye J Rives and helped her obtain a temporary restraining order vs the Plaintiff. Her testimony will show that there was no willful or malicious conduct by the Defendant Ralph Sanders towards the Plaintiff Larnita Pette or her mother Bobbye Rives; but Karen Dee will show that willful and malicious conduct was performed by the Plaintiff towards her mother Bobbye Rives including a temporary restraining order vs. The Plaintiff towards her mother Bobbye Rives and later an Emergency Protective order vs the Plaintiff towards her mother Bobbye Rives to remove her from her mother Bobbye Rives home.

# EXHIBIT 4

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

October 19, 2018

Welcome, Lamita Pette

» Case Name Search

## NAME SEARCH » RESULTS

Pre-Pay Options     Search Criteria                    My Search History

Pre-paid Search Credits: 2 Searches

Case Name Search

15 Persons found.                    (Please click a row to view case details)

| Sanders | Ralph | Everett | Defendant | SA194381PE | Infraction | Aug 10, 2012 |
| Sanders | Ralph | Everett | Defendant | SAE00006746 | Infraction | Oct 5, 2017 |
| Sanders | Ralph | | Objector | 30-2016-00863391 | Probate | Jul 13, 2016 |
| Sanders | Ralph | | Petitioner | 30-2016-00893996 | Harassment | Dec 22, 2016 |
| Sanders | Ralph | | Petitioner | 30-2016-00895113 | Harassment | Dec 30, 2016 |
| Sanders | Ralph | | Petitioner | 30-2017-00932606 | Harassment | Jul 19, 2017 |
| Sanders | Ralph | | Petitioner | 30-2017-00932613 | Harassment | Jul 19, 2017 |
| Sanders | Ralph | | Petitioner | 30-2017-00933621 | Harassment | Jul 25, 2017 |
| Sanders | Ralph | | Petitioner | 30-2017-00933622 | Harassment | Jul 25, 2017 |
| Sanders | Ralph | | Petitioner | 30-2018-00974021 | Harassment | Feb 16, 2018 |
| Sanders | Ralph | | Petitioner | 30-2018-00974025 | Harassment | Feb 16, 2018 |
| Sanders | Ralph | | Respondent | 30-2018-00974081 | Harassment | Feb 16, 2018 |

Criteria used:

| Last Name: | First Name: | Middle Name: |
| Sanders | Ralph | |
| Filing Date From: | Filing Date To: | Case Type: | Match Type: |
| Oct 19, 2005 | Oct 19, 2018 | All Case Types | Similar |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*

Marissa A. Knight
741 W 4th Ave.
La Habra CA, 90631

ATTORNEY FOR *(Name):*

TELEPHONE NO.:

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

**FEB 23 2018**

DAVID H. YAMASAKI, Clerk of the Court

BY: A. CALDERON, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS:
MAILING ADDRESS: 1275 Berkeley Ave.
CITY AND ZIP CODE:
BRANCH NAME: North

PROGRAM OPERATOR: Ralph Sanders

PARTICIPANT: Marissa A. Knight

**PARTICIPANT'S RESPONSE**
to Petition For Order Prohibiting Abuse or Program Misconduct

| HEARING DATE | TIME | DEPT. | ROOM | CASE NUMBER: 30-2018 |
|---|---|---|---|---|
| 03/09/2018 | 9:00 a.m. | N18 | | 00974021 |

**Each participant should file a separate response. (A family may file one response.)**
• *If your printing is legible, you may handprint this form.*
• *Your response will be considered by the judge at the court hearing. No filing fee is required.*
• *You must still obey any orders already granted until the hearing.*
• *You have a right to ask the judge to postpone the hearing date.*
• *If you do not appear at the court hearing, the court may grant restraining orders against you that may last up to one year.*
• *Read the Instructions for Participants before completing this form.*

**I RESPOND to the Petition for Order Prohibiting Abuse or Program Misconduct as follows:**
*If you need additional space, attach form MC-031 (on the reverse of form MC-030). Also use form MC-031 for statements by witnesses. Reference each part on form MC-031 by a number from this form.*

1. ☑ DENIAL
   a. ☐ I deny doing all of the acts stated in item 7 of the petition.
   b. ☑ I deny doing some of the acts stated in item 7 of the petition. *(Specify the acts you deny doing):*
      *(Specify on attached form MC-031 if you need more room, and check this box:* ☐ *)*

2. ☑ DENIAL OF PROGRAM MISCONDUCT
   a. ☑ My acts, if any, did not substantially interfere with the orderly operation of the transitional housing program.
   b. ☑ My acts, if any, did not violate the rules and regulations of the transitional housing program *(explain):*
      *(Specify on attached form MC-031 if you need more room, and check this box:* ☑ *)*

(Continued on reverse)

Form Adopted by the
Judicial Council of California
TH-120 [New July 1, 1992]

**PARTICIPANT'S RESPONSE**
(Transitional Housing Misconduct)

Health and Safety Code, § 50585(c)

| PROGRAM OPERATOR: Ralph Sanders | CASE NUMBER: 30-2018 |
|---|---|
| PARTICIPANT: Marissa Knight | 00974021 |

3. [✓] JUSTIFICATION OR EXCUSE
I have done some or all of the acts of which I am accused, but the actions are justified or excused for the following reasons:

a. [✓] My acts served a legitimate purpose (specify):
(Specify on attached form MC-031 if you need more room, and check this box: [ ] )

b. [ ] My acts were constitutionally protected (specify):
(Specify on attached form MC-031 if you need more room, and check this box: [ ] )

4. [✓] WRONG PROGRAM. Program operator does **not** operate a "transitional housing program" as defined in Health and Safety
Code section 50582(g) (explain): Upon looking for somewhere to live, My husband and
I answered a craigslist ad for a room for rent in February
2017, Ralph had not said or mentioned transitional living and our
receipts stated payment to Ralph Sanders not Roadeye Roadeye.

5. [ ] PROGRAM CONTRACT
a. [ ] I have no contract with the program operator.
b. [ ] The contract does not include the program rules and regulations.
c. [ ] The contract does not include a statement of program operator's right of control over and right of access to my dwelling unit.
d. [ ] The contract does not contain a restatement or summary of the requirements and procedures of the Transitional Housing Participant Misconduct Act.

6. [✓] OTHER DEFENSES. I have other defenses or reasons a court order should **not** be granted (specify):
(Specify on attached form MC-031 if you need more room, and check this box: [✓] )

It wasn't until December of 2017, that Ralph presented
attached contract of transitional living contract. My husband
refused to sign as we never agreed to transitional living. I
signed it because Ralph constantly harrassed me until I
signed the contract.

7. [ ] Number of pages attached: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Marissa Knight
(TYPE OR PRINT NAME)

Marissa A. Knight
(SIGNATURE OF PARTICIPANT)