| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*: | FOR COURT USE ONLY |
|---|---|
| REZA WILLIAMS    SBN:28534<br>2121 TUSTIN AVE<br>SANTA ANA  92705<br>Telephone No.:                          Fax No. (Optional):<br>E-Mail Address (Optional):<br>ATTORNEY FOR *(Name)*: RALPH SANDERS          Bar No: | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>NORTH JUSTICE CENTER<br><br>FEB 16 2018<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: A. WILSON, DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Harbor-Newport Beach Facility-4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500

PLAINTIFF / PETITIONER: RALPH SANDERS

DEFENDANT / RESPONDENT: PAUL GONZALEZ

| **DECLARATION RE: NOTICE**<br>Temporary Restraining Order<br>Civil Harassment, Workplace Violence, Transitional Housing, Postsecondary<br>Educational Institution, Elder or Dependent Adult Abuse, Gun Violence<br>Restraining Order | CASE NUMBER: **30-2018**<br>**00974025** |
|---|---|

☑ On (date) 2/15/2018 _____ at (time) 9:12 PM _____

I telephoned Plaintiff/Petitioner or Defendant/Respondent (name) PAUL GONZALEZ _____

I said that on (date) 2-15-18 _____ at (time) 9:00 _____, I would ask the Court for a Temporary
Restraining Order (describe order, e.g. "against violence"):
TOLD ON 2/12 AND SPECIFICS ON 2/15. THIS BROUGHT
ON 8 ACCUSING HARASSING CALLS FROM HIM AFTER 10PM

I gave the location of the Courthouse as Dept. N10 _____ at (address) 1275 N BERKELEY
NORTH COURT AFTER 11PM THE POLICE BANG ON THE DOOR
SAYING HE WANTS TO TALK TO ME. THIS IS DISRUP-

☐ I have been unable to give notice to the Plaintiff/Petitioner or Defendant/Respondent for the following reasons:
TIVE TO NEIGHBORHOOD RELATIONS AND OUR SE-
NIORS WHO LIVE HERE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2-15-2018

RALPH SANDERS
(TYPE OR PRINT NAME)

*(signature)*
(SIGNATURE OF DECLARANT)

**DECLARATION RE: NOTICE**
Temporary Restraining Order
Civil Harassment, Workplace Violence, Transitional Housing, Postsecondary
Educational Institution and Elder or Dependent Adult Abuse, Gun Violence
Restraining Order

| PROGRAM OPERATOR: Ralph Sanders | CASE NUMBER: 30-2018 |
|---|---|
| PARTICIPANT: Paul Gonzales | C0974025 |

3. ☐ JUSTIFICATION OR EXCUSE

I have done some or all of the acts of which I am accused, but the actions are justified or excused for the following reasons:

a. ☐ My acts served a legitimate purpose (specify):

(Specify on attached form MC-031 if you need more room, and check this box: ☐)

b. ☐ My acts were constitutionally protected (specify):

(Specify on attached form MC-031 if you need more room, and check this box: ☐)

4. ☑ WRONG PROGRAM. Program operator does **not** operate a "transitional housing program" as defined in Health and Safety
Code section 50582(g) (explain): I answered a craigslist add in March for
a room for rent. I never signed,initialed or verbally agreed to
live in a transitional Facility. Robbie Bobbye Housing Inc.
is registered as a nonprofit/Domestic/Real Estate Developer

5. ☑ PROGRAM CONTRACT

a. ☑ I have no contract with the program operator.

b. ☐ The contract does not include the program rules and regulations.

c. ☐ The contract does not include a statement of program operator's right of control over and right of access to my
dwelling unit.

d. ☐ The contract does not contain a restatement or summary of the requirements and procedures of the Transitional
Housing Participant Misconduct Act.

6. ☑ OTHER DEFENSES. I have other defenses or reasons a court order should **not** be granted (specify):

(Specify on attached form MC-031 if you need more room, and check this box: ☑)

I was served on 03/06/2018, the court date is
set for 03/09/2018. It is my understanding that
I am supposed to recieve personal service 5 days
prior to the hearing, I have not been given sufficient
time to write a proper response. I have video proof
of when I was served.

7. ☑ Number of pages attached: 10

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: MAR 0 8 2018

Paul Gonzales
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PARTICIPANT)

**PARTICIPANT'S RESPONSE**
(Transitional Housing Misconduct)

MC-031

| PLAINTIFF/PETITIONER: Ralph Sanders | CASE NUMBER: 30-2018 |
| DEFENDANT/RESPONDENT: Paul Gonzales | 00974025 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

Before I get into my response, I would like to mention that I was served at 9:00 o'clock p.m. on March 3rd 2018. That gives me two days to write, respond, and file with the court. It is my understanding that any paperwork must be personally served at least five days prior to the court hearing. I have video proof that is time stamped 3/6 of myself being served.

I answered a Craigslist add for a room for rent at 741 W. 4th Ave, La Habra CA, on or around March 1st 2017. In the add it stated that there were rooms for rent in Santa Ana and La Habra. I called the landlord Ralph Sanders and was told that he simply rented out rooms for cash. At the time my wife and I were both living in a hotel in La Habra and busy with our full time jobs. Since my wife worked in La Habra at the time, Ralph agreed to meet with her during her lunch. He accepted a two hundred dollar down payment to hold the room for us, which we recieved a receipt for. A week later on March 9th we finally had the time to move in. We ⟶

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 03/08/2018

Paul Gonzales
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☑ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☑ Respondent    ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| PLAINTIFF/PETITIONER: Ralph Sanders | CASE NUMBER: 30-2018 |
|---|---|
| DEFENDANT/RESPONDENT: Paul Gonzales | 00974025 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

arrived with our belongings and proceeded to move into our room, at 741 W. 4th Ave. We then met with Ralph Sanders in the back house, 745 W. 4th Ave. where Ralph resides. At this time I gave him one thousand dollars bringing the total to twelve hundred dollars for a room in the front house. He signed a receipt under Ralph Sanders took the cash, and that was that. I was never informed that the two houses were transitional housing, or sober living, or elderly, or shared room and board, and I still do not believe that they are. I never signed any paper work agreeing to live in transitional housing. I never signed, initialed or verbally agreed to any rules and regulations pertaining to transitional living, ever! On August 5th 2018 we moved into the master bedroom with an attached bathroom. My wifes nine year old son from a previous relationship moved in with us. Also my first born son was due on August 15th so we needed more space. We agreed to fourteen hundred dollars a month, continued to pay in cash and recieve

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 03/08/2018

Paul Gonzales
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☑ Respondent   ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| PLAINTIFF/PETITIONER: Ralph Sanders | CASE NUMBER: 30-2018 |
| DEFENDANT/RESPONDENT: Paul Gonzales | 00974025 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

receipts signed by Ralph Sanders, I'm not sure of the specific dates but I believe in December the city of La Habra inquired Ralph Sanders as to wether he was running a sober living, there had been several complaints from residents and neighbors. It is my understanding that at this time Ralph registered with the city of La Habra, thats when my family and I became aware of where we were living. As I said before, I never agreed to be a part of transitional housing. I was renting a room for my family in exchange for cash. Ralph Sanders attempted to have my wife and I sign contracts in January 2018, pertaining to transitional housing. After much hearassment and the threat of being kicked out on the streets my wife felt pressured and signed the contract under duress, and against my advice. I on the other hand never signed any such contract. Transitional housing is not what Ralph and I agreed upon. We had been living at 741 W. 4th Ave. For ten months, and this was the first time →

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 03/08/2018

Paul Gonzales
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

MC-031

| PLAINTIFF/PETITIONER: Ralph Sanders | CASE NUMBER: 30-2018 |
| DEFENDANT/RESPONDENT: Paul Gonzales | 009724025 |

## DECLARATION
*(This form must be attached to another form or court paper before it can be filed in court.)*

We had been told that it was transitional housing, and that we had to sign a contract full of rules and regulations, along with many ridiculous unwritten rules. Eg. We are not allowed to call the fire department, police or an ambulance. According to Ralph, it brings to much attention to the property, If we are being picked up or dropped off it has to be off of the property. I was told that I could not play with my children outside, that we were not to be seen by neighbors. No use of recreational marijuana (which I do not use) only Ralph was allowed to smoke in his room, marijuana supplied to him by another resident by the name of Ricky Brown. The same man he uses to intimidate residents into compliance. Ralph began stamping Robbie Bobbye Transitional Housing Inc. on his receipts in September 2017 which I never noticed, I always had my wife give him the rent and recieve the receipts, she did not notice as well. We began having issues with Ralph in February when I requested that he speak to two →

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 03/08/2018

Paul Gonzales
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☑ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

Plaintiff/petitioner: Ralph Sanders
Defendant/Respondent: Paul Gonzales

Case Number:
30-2018
00974025

- Declaration

of the other residents that lived across the hallway from us, by the names of Carmen and Arnold Diaz, brother and sister, both on SSI, about their use of e-cigarettes/vaporizers in the house. I had previously informed them that my son Malachi had developed bronchilitis which the doctor said was environmental and also that my son Aiden at ten years old for the first time in his life had been diagnosed with Asthma. I also informed them that it was illegal for them to use e-cigarettes/vaporizers in the house. Governor Jerry Brown passed laws making these devices and e-liquids equal to tobacco and cigarettes. It also states in Ralphs new rules and regulations that smoking inside of the property was grounds for dismissal. They continue to vape in the house to this day. I have even had to call the police to speak to them about their habit and the legalities of it. The two people living in our room before us were removed from the property for smoking in their room. It is my understanding that Carmen Diaz denies using e-cigarettes/vaporizers, yet we've recently recorded her using a vaporizer. I personally slid papers under Ralph Sanders →

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
03/08/2018
Paul Gonzales          Paul Gonzales

☑ Respondent

Plaintiff / petitioner: Ralph Sanchez
Defendant / Respondent: Paul Gonzales

Case Number
30-2018
00974025

### Declaration

door about the dangers and legalities of e-cigarettes/ vaporizers. I'm assuming he took it as a personal attack against his wallet, also because of his use of marijuana indoors, violating his own rules. The next day Ralph walked into the house at 741 W. 4th Ave. yelled at my wife saying that she is causing problems, threw the paperwork I had slid under his door at her and stormed out of the house. After a few minutes my wife went outside to take the trash out, Ralph was in his car backing out of the driveway, he yelled at her once more stating that he wanted us to get the fuck out of his house. Ralph and I had an agreement as of January 2018 that I would be paying the rent in two payments each month until my wife recieved her disability and we were able to pay in one payment. In the middle of February 2018, before I offered him the second payment of $700 dollars I requested that he write out an agreement stating that he would not try to kick us out the moment after I payed him. I had been warned by his previous house manager Carmine Scuteri that he was in the process of removing us, He lashed out →

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
03/08/2018

Paul Gonzales   *[signature]*     ✗ Respondent

Plaintiff/Petitioner: Ralph Scudes
Defendant/Respondent: Paul Gonzales

Case Number:
30-2018
00924025

## Declaration

in anger telling me to keep my money, and that he wanted us out. (I have this in text, on my phone) After this Ralph began to spiral out of control, he and other residents upon his request began making unfounded accusations against my family and I. He has bribed and intimidated residents to comply with his efforts to slander our names. He threatens to put people out on the streets, he offers a cut on rent or payment for residents to lie and falsify statements for court. He has even created and signed false documents in other peoples names. He uses Ricky Brown and Willie Render to intimidate other housemates, especially the elderly. I personally witnessed Ricky Brown put his hands around Carmine Scuteri's neck and choke him. I am also aware that Ricky Brown slashed Tony Cooks tires, a previous resident, provoking Tony into a confrontation which was used to remove Tony from the property, he was also falsely accused of many wrong doings. I have been accused of either selling or using illicit drugs. I previously used medical marijuana, but have been sober for two years.
→

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
03/08/2018

Paul Gonzales

☑ Respondent

Plaintiff / Petitioner: Ralph Smith

Defendant / Respondent: Paul Gonzales

Case Number
30-2018
00974025

Not only that, I am on probation for marijuana related offenses. I am drug tested and searched on a regular basis, and always pass with flying colors. I do not have time or money for juvenile endeavors. I work full time to take care of my family and pay for an overpriced room. My life consists of work, family and sleep. I have never damaged any property, I do not even know what I am being accused of in that regard, so I will comment no further. I have also never threatened or harrassed any individuals in this house. The only issue I have ever had with anyone was with Gene Borges. Gene had been stealing food from our refridgerator for months before I ever spoke to him. He has also called my wife a stupid bitch on several occasions, called my son a fucking idiot for accidentally leaving the door open, and the worst offense he perpetrated was against my children. He put a pornographic channel on the television while both of my children were sitting on the couch with Beverly, a resident at the house. Beverly asked him to change the channel and he replied; "Fuck those kids".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
03/08/2018

Paul Gonzales   *Paul Gonzales signature*          ☒ Respondent

Plaintiff/Petitioner: ~~~~~~~~~~~~~

Defendant/Respondent: Paul Gunzales

30-2013

00974025

## Declaration

We moved our food to a refrigerator in the garage, where Gene has zero personal items, Gene went into the garage and stole a package of blueberries from our freezer, Beverly came upstairs and told me what she had witnessed. I went downstairs, checked the freezer saw that the blueberries were gone. I went by the table where Gene was sitting and saw the blueberries sitting on the table in a ziplock bag that was given to us by my mother-in-law, and took the blueberries back, I told Gene to leave my wife and kids alone, and to stop stealing from us, We reported this behavior to Ralph Sanders who told us that he has been stealing from others and insulting people since he's lived on the premises, and that we should write statements so he could be removed, As far as Chris and Christie are concerned. I have no idea what their issue was. I do believe Christie had some sort of personal problem with my wife, possibly jealousy, thats just a guess, I am aware that they falsified a police statement in order to have the police come and do a welfare check on my family. Whatever their desired →

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
03/08/2018

Paul Gunzales          ☒ Respondent

Plaintiff / Petitioner: Ralph Sanders
Defendant / Respondent: Paul Gonzales

Case Number
30-2018
00974025

<u>Declaration</u>

result was it did not pan out. As I mentioned it is an unwritten rule that no one may call the police. Chris and Christie were removed from the house shortly thereafter, for their actions. As for Carmen Diaz, I have never harassed or insulted her or her dogs. As I said earlier, I've asked her to stop vaping in the house, which was the foundation for this chicanery brought upon us by Ralph Sanders. Concerned for my childrens welfare I tested the fire alarm next to my room to make sure that it functioned properly. I had no idea that all the fire alarms in the house were connected, nor did I laugh hysterically.

   It is my understanding that Robbie Bobbye Housing Inc. is a real estate developer that leases five properties throughout the county of Orange, many unlisted. They then sub-leases out every room, nook, cranny and couch for profit. They are registered as a domestic non-profit. They have been using the guise of transitional living since around December 2017, so they can keep raking in profit.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.
03/08/2018

Paul Gonzales                              ✓ respondent

30-2017

009 33 6 2 1

## RENTAL SCREENING APPLICATION

### LANDLORD INFORMATION

Landlord Name:  Ralph Sanders
Landlord Address: 1251 W Bishop
Landlord City, State, ZIP Code:  Santa Ana, California 92703
Landlord Telephone:  714 262 8378
Landlord Email:  resanders16@yahoo.com
Landlord Fax:  California

### RENTAL PROPERTY INFORMATION

Rental Property Name:  Robbie Bobbye Housing, Inc.
Property Address:  741/745 W Fourth Ave.
Landlord City, State, ZIP Code:  La Habra, California 90631
Number of Bedrooms:  5 Shared Rooms (2 Per Room)

### APPLICANT INFORMATION

Applicant Name: DORWIN FALLS / JANET VERKICH
Date of Birth: 9-2-1952 / 12-7-1952
Social Security Number: 530 406 397 / 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
Current Address: 278 Falcon Ave. #10
Long Beach, CA.
Phone Number: 562-512-9143
Email Address: DO FALLS 2 @ gmail . com
How long at current address? 3 yrs.
Current Landlord: PAST
Landlord Phone Number:

### APPLICANT EMPLOYMENT HISTORY

Current Employer: VETRANS DISABILITY / SOCIAL SEC.
Current Supervisor Name:
Current Employer Address:

Current Employer Telephone:
Position Held:
Period of Past Employment:

30-2017

009 3362

## Conflict Resolution

Each housemate will strive to develop mutual cooperation with all other housemates. Should disagreements arise, each shall try to resolve the dispute in good faith using clear communication. If disputes continue thereafter, the housemates agree to the following methods of conflict resolution:

- ☐ Decision by household consensus
- ☐ Binding mediation by impartial third party
- ☐ Decision by household majority vote
- ☐ Decision by Principal Tenant
- ☒ Decision by Owner

## Privacy

As required by law, the landlord may enter the tenant's room only for the following reasons: (a) in case of emergency; (b) to make necessary or agreed-upon repairs, decorations, or improvements, supply necessary or agreed-upon services, or exhibit the dwelling unit to prospective or actual purchasers, mortgagees, tenants, workers, or contractors; (c) when the tenant has abandoned or surrendered the premises; or (d) pursuant to court order.  The landlord must give the tenant WRITTEN twenty-four (24) hours notice of intent to enter and may enter only during normal business hours, excepting by necessity, cases (a) and (c) above.

## Deposits

Last month's rent:     paid on _____     amount $ _____

Security deposit:      paid on ___650___6/2_____     amount $ _____

Other refundable deposit (e.g., telephone or utility deposit for payment of bills after tenant moves out)
in the amount of $ _____0_____ was paid on ____0_____

This "other" deposit is refundable within _____ days after tenant vacates the premises. If any portion of it is deducted, an accounting and verification of the reasonableness of the deduction will be provided.

The security deposit may be used for the purpose of repairing damage for which the tenant is responsible (beyond normal wear and tear), cleaning, or paying unpaid rent or other bills. The landlord and the tenant shall conduct a pre-move out inspection of the rental BEFORE the tenant moves out at which time the landlord shall inform the tenant of needed repairs and/or cleaning in WRITING. The tenant shall have the right to make any repairs identified at the pre-move out inspection at his or her expense before the move out date without deduction from the security deposit. Within 21 days after the tenant moves out, the landlord shall return the deposit to the tenant with accrued interest less any deductions, if any, the landlord is entitled to under California Civil Code 1950.5. If any deductions are made, the landlord shall provide the tenant with a written itemized statement of expenses and receipts for cleaning or repairs for which deductions were made from the deposit.

# RENTAL SCREENING APPLICATION

30-2018

.0 0 9 7 4 0 2 5

## RENTAL PROPERTY INFORMATION

Robbie Bobbye Transitional Housing, Inc.

- ❏ 1251 W Bishop St., Santa Ana 92703
- ☒ 741 W Fourth Ave., la Habra 90631
- ❏ 745 W Fourth Ave., La Habra 90631
- ❏ 1057 W Civic Center Dr., Santa Ana 92703

## LANDLORD INFORMATION

Operations Manager Ralph Sanders ( 10:00 until 8:00pm)

1251 W Bishop

Santa Ana, CA 92703

Resanders16@yahoo.com

# RENTAL AGREEMENT (MOMTH-TO-MONTH)

**30-2018**

.00974025

DATE: _12-10-2017_

Agreement between Robbie Bobbye Transitional Housing and

_Raul Gonzales_ For the
following dwelling located at:

- ❑ 1251 W Bishop St        Santa Ana   92703
- ☒ 741 W Fourth Ave        La Habra    90631
- ❑ 745 W Fourth Ave        La Habra    90631
- ❑ 1057 W Civic Center Dr.  Santa Ana  90703

No other person(s) may live here and no other pets may stay here, not even temporarily.

Guests agrees to rent this dwelling on a month-to-month basis for:

- ❑ $500 per month for sharing a room with two others.
- ❑ $650 per month for sharing a room with one other.
- ❑ $1200 per month for a couple per room.
- ☒ $1400 per month for master bedroom

Amount checked will be due on the ___4TH___ day of each month.

Security/ cleaning deposit of: $ ___O___. It is refundable if the Guests leaves the dwelling reasonably clean and undamaged.

Robbie Bobbye Housing will refund all deposits within 14 days after the Guest has moved out completely and returned the keys.

Guest will give Robbie Bobbye Transitional Housing 7 days' notice in writing before they move and will be responsible for paying rent through the end of the rental month or until another Guest is approved before the month is over, whichever comes first.

30-2017

00933622

# ROOM RENTAL AGREEMENT
## SHARED HOUSING

This is a legally binding agreement. It is intended to promote household harmony by clarifying the expectations and responsibilities of the Owner or Principal Tenant (Landlords) and Tenant when they share the same home. The term "Landlord" refers to either Owner or Principal Tenant.
Landlord shall provide a copy of this executed (signed) document to the Tenant, as required by law.

## Rental Unit Located at:
741 OR 745 W FOURTH AVE LA HABRA
Address                          City                    State

## Parties
Owner/Principal Tenant (circle)              Tenant  DON FAILS
LAMBERT MONTE VISTA                                  JANET VERKICH
Name                                          Name

## Terms
**Length of Agreement:** Month-to-Month

Either party may cancel or change terms of this agreement upon thirty (30) days WRITTEN notice. The notice period may be lengthened or shortened by mutual WRITTEN agreement, but no less than 7 days.

**Rent**
1200 _____ is payable monthly on the 3RD day of the month, to  ROBBIE BOBBYE HOUSING

Rent [does] / does not include utilities. If it does not, utility bills will be apportioned as follows:

☐ Gas/Electricity: Tenant pays ____0____ % of monthly bill. ☐ _____ dollars
☐ Water/Garbage: Tenant pays ____0____ % of monthly bill. ☐ ____0____ dollars
☐ Phone: Tenant pays ___0___ % of monthly bill plus personal long distance calls. ☐ ___0___ dollars
☐ Other ____0____ _____ Tenant pays _____ % of monthly bill. ☐ ___0___ dollars

## Household Rules
Cleaning  ASSIGNED              Kitchen use  SHARED
Overnight guests  NONE ALLOWED  Use of washer, dryer, appliances  SHARED
Smoking  BACKYARD ONLY          Use of common areas  SHARED
Alcohol/drug use  NOT ALLOWED   Use of telephone  N/A
Studying/quiet hours  AFTER 9 PM  Sharing personal items  YOUR CALL
Music/TV  ALWAYS LOW            Bedroom assignment  WITH 1 PERSON
Pets  APPROVED WITH A           Other _____
DEPOSIT

Attach supplementary sheet for more detail or additional categories.

1 of 3

30-2017

009 3362l

# ROOM RENTAL AGREEMENT
## SHARED HOUSING

This is a legally binding agreement. It is intended to promote household harmony by clarifying the expectations and responsibilities of the Owner or Principal Tenant (Landlords) and Tenant when they share the same home. The term "Landlord" refers to either Owner or Principal Tenant. Landlord shall provide a copy of this executed (signed) document to the Tenant, as required by law.

**Rental Unit Located at:**

741 OR 745 W FOURTH AVE LA HABRA

Address _____ City _____ State _____

**Parties**

Owner/Principal Tenant (circle)

LAMBERT MONTE VISTA

Name

Tenant  DON FAILS
        JANET VERKICH

Name

**Terms**

**Length of Agreement: Month-to-Month**

Either party may cancel or change terms of this agreement upon thirty (30) days WRITTEN notice. The notice period may be lengthened or shortened by mutual WRITTEN agreement, but no less than 7 days.

**Rent**

1200 _____ is payable monthly on the ___ 3RD ___ day of the month, to  ROBBIE BOBBYE HOUSING

Rent ☑does / ◯does not include utilities. If it does not, utility bills will be apportioned as follows:

☐ Gas/Electricity: Tenant pays ___◯___ % of monthly bill ☐ ___◯___ dollars

☐ Water/Garbage: Tenant pays ___◯___ % of monthly bill ☐ ___◯___ dollars

☐ Phone: Tenant pays ___◯___ % of monthly bill plus personal long distance calls. ☐ ◯ dollars

☐ Other: ___◯___ Tenant pays ___ % of monthly bill ☐ ◯ dollars

**Household Rules**

Cleaning  ASSIGNED

Overnight guests  NONE ALLOWED

Smoking  BACKYARD ONLY

Alcohol/drug use  NOT ALLOWED

Studying/quiet hours  AFTER 9PM

Music/TV  ALWAYS LOW

Pets  APPROVED WITH A
      DEPOSIT

Kitchen use  SHARED

Use of washer, dryer, appliances  SHARED

Use of common areas  SHARED

Use of telephone  N/A

Sharing personal items  YOUR CALL

Bedroom assignment  WITH 1 PERSON

Other _____

Attach supplementary sheet for more detail or additional categories.

1 of 3

# 1057 West Civic Center Drive, Santa Ana, CA 92703

This is a ~~~~~~~~~ of our complete property report. View full report.

## Property Details

| | |
|---|---|
| Property address | **1057 W Civic Center Dr, Santa Ana, CA 92703** |
| County | **Orange** |
| Parcel ID | **40518113** |
| Legal description | **N TR 731 BLK LOT 7 TRACT NO 731 LOT 7 AND POR ABAND STR (TOWNER** |
| School district | **Santa Ana Unified** |
| Neighborhood | **Washington Square** |
| Lot area sqft | **5,451** |
| Property class | **Commercial (3)** |
| Zoning | **Specific Development (SD)** |

## Ownership Information

Owner name, mailing address for 1057 W Civic Center Dr. To make your research easier, ownership records include current and previous owners.

| | | | |
|---|---|---|---|
| Owner name: | **Coastal Oc LLC C/O Dan Kalili** | Purchase date: | **3/3/2006** |
| Owner address: | **16722 Hale Ave** | Purchase price: | **n/a** |
| Location: | **Irvine, CA 92606** | | |
| Tenants: | See information on full report | | |

We are using cookies to give you the best experience on our website.
By continuing to browse this site you agree to our use of cookies. You can find out more about which cookies we are using in our Privacy Policy.

Accept

LLC-1    File # **201113310017**



# State of California
## Secretary of State

**FILED**
In the office of the Secretary of State
of the State of California

MAR 0 7 2011

## Limited Liability Company
## Articles of Organization

**A $70.00 filing fee must accompany this form.**

**Important – Read instructions before completing this form.**

This Space For Filing Use Only

---

**Entity Name** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

   Coastal OC, LLC

---

**Purpose** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

---

**Initial Agent for Service of Process** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

   Dan F. Kalili

4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

   16722 Hale Ave    Irvine    CA    92606

---

**Management** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

   [✓] ONE MANAGER

   [ ] MORE THAN ONE MANAGER

   [ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

---

**Additional Information**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

---

**Execution**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

MARCH 04, 2011
_____
DATE

_____
SIGNATURE OF ORGANIZER

DAN F. KALILI
_____
TYPE OR PRINT NAME OF ORGANIZER

---

LLC-1 (REV 04/2010)

APPROVED BY SECRETARY OF STATE

18-424166



# Secretary of State
# Statement of No Change
(Limited Liability Company)
## FORM LLC-12NC

28

**FILED**
Secretary of State
State of California

**DEC 3 1 2018**

**IMPORTANT** — Read instructions before completing this form. This form may be used only if a complete Statement of Information has been filed previously.

**Filing Fee - $20.00**

Copy Fee - $1.00, Certification Fee - $5.00 per document

This Space For Office Use Only

---

**1. Limited Liability Company Name** (Enter the name of the limited liability company exactly as it is of record with the California Secretary of State)

Coastal OC, LLC

---

| **2. 12-Digit Secretary of State File Number** | **3. State or Place of Organization** (only if formed outside of California) |
|---|---|
| 201113310017 | CA |

---

**4. No Change Statement** (Do not alter the No Change Statement. If there has been any change, please complete a Statement of Information (Form LLC-12))

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

---

**5. The information contained herein is true and correct.**

1/1/2019
Date

Dan Kalili
Type or Print Name of Person Completing the Form

Managing Member
Title

Signature

---

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐ Dan Kalili ⌐

Company: Coastal OC, LLC

Address: 16722 Hale Ave.

City/State/Zip: ⌊ Irvine, CA  92606 ⌋

---

LLC-12NC (EST 05/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

I7-403399



# Secretary of State
# Statement of No Change
(Limited Liability Company)
# FORM LLC-12NC

*11*

**FILED**
Secretary of State
State of California

**JAN 0 9 2017**

**IMPORTANT —** Read instructions before completing this form. This form may be used only if a complete Statement of Information has been filed previously.

Filing Fee - $20.00

Copy Fee - $1.00, Certification Fee - $5.00 per document

This Space For Office Use Only

---

**1. Limited Liability Company Name** (Enter the name of the limited liability company exactly as it is of record with the California Secretary of State)

Lambert Monte Vista, LLC

---

**2. 12-Digit Secretary of State File Number**

201114510096

**3. State or Place of Organization** (only if formed outside of California)

CA

---

**4. No Change Statement** (Do not alter the No Change Statement. If there has been any change, please complete a Statement of Information (Form LLC-12))

*There has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State.*

---

**5.** The information contained herein is true and correct.

| | | |
|---|---|---|
| 1/3/17 | Dan Kalili | Managing Member |
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

---

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document, enter the name of a person or company and the mailing address. This information will become public when filed. (SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈ Dan Kalili                                                       ⌉

Company:     Lambert Monte Vista, LLC

Address:     16722 Hale Ave.

City/State/Zip: ⌊ Irvine, CA 92606                                       ⌋

LLC-12NC (EST 05/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

| CH-100 | **Request for Civil Harassment Restraining Orders** |

Read *Can a Civil Harassment Restraining Order Help Me?* (Form CH-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (Form CLETS-001) with as much information as you know.

*Clerk stamps date here when form is filed.*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

DEC 30 2016

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

**① Person Seeking Protection**

a. Your Full Name:
RALPH SANDERS                    Age: 64

Your Lawyer (*if you have one for this case*):
Name: _____ State Bar No.: _____
Firm Name: _____

b. Your Address (*If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.*):

Address: 741 W FOURTH AVE
City: LA HABRA          State: CA   Zip: 90631
Telephone: 714 262 8378   Fax: _____
E-Mail Address: _____

*Fill in court name and street address:*

Superior Court of California, County of

North Justice Center
1275 N. Berkeley Avenue
Fullerton, CA 92838-0500

*Court fills in case number when form is filed.*

Case Number:
00895113

**② Person From Whom Protection Is Sought**

Full Name: LEON GARCIA       RC.       Age: 50
Address (*if known*): 16181 SUNNYVIEW TERRACE
City: HACIENDA HEIGHTS       State: CA   Zip: 91745

**③ Additional Protected Persons**

a. Are you asking for protection for any other family or household members? ☒ Yes ☐ No   *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|-----------|-----|-----|-----------------|------------------------------|
| SERGIO GARCIA | M | 56 | ☒ Yes ☐ No | CLIENT |
| FRED SNIDER | M | 76 | ☒ Yes ☐ No | CLIENT |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use Form MC-025, Attachment.*

b. Why do these people need protection? (*Explain below*):
☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

LEON HAS CONFRONTED FRED IF HE HAS TOLD ABOUT
HIS DRINKING, PORNOGRAPHY WATCHING, AND EATING
OTHERS FOOD NUMEROUS TIMES. SERGIO IS TIRED
OF BEING ASKED TO TURN HIS BACK ON LEONS WRONG
DOINGS

**This is not a Court Order**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 1 of 6

g

30-2016

| Case Number | 00895113 |

(15) ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of
paper or Form MC-025 and write "Attachment 15—Additional Orders Requested," for a title.*

HE STILL HAS FURNITURE IN OUR GARAGE. HE
DOES NOT HAVE TRANSPORTATION BUT HAS A
FRIEND WITH A TRUCK WHO HELPED HIM MOVE IN
AND HELPED HIM MOVE STUFF OUT ON 12-24. WE
REQUEST TO HELP HIS FRIEND LOAD THE TRUCK
WITH LEON NOT IN ATTENDANCE. I HAVE REQUESTED
HE GIVE MY NUMBER TO HIS MOVER SO WE CAN
CO-ORDINATE HIM TAKING LEONS STUFF.
THE FURNITURE IS WORTHLESS. HE IS USING
THIS FOR AN EXCUSE TO COME TORMENT US WHEN
EVER HE WANTS TO COME GET SOMETHING. I
WOULD LIKE TO RENT A TRUCK ASAP AND TAKE
TO HIM BUT HE WILL NOT ALLOW THAT AND DO NOT
KNOW HIS ADDRESS.

(16) Number of pages attached to this form, if any: 6

Date: _____

_____            ▶ _____
*Lawyer's name (if any)*                     *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on
all attachments is true and correct.

Date: 12-24-2016

RALPH SANDERS            ▶ Ralph Sanders
*Type or print your name*            *Sign your name*

**This is not a Court Order.**

**CH-100**

## Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me?* (Form *CH-100-INFO*) before completing this form. Also fill out *Confidential CLETS Information (Form CLETS-001)* with as much information as you know.

Clerk stamps date here when form is filed.

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

DEC 22 2016

DAVID H. YAMASAKI, Clerk of the Court

BY: _____ DEPUTY

### (1) Person Seeking Protection

a. Your Full Name: **RALPH SANDERS**    Age: **64**

Your Lawyer *(if you have one for this case):*
Name: _____    State Bar No.: _____
Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

Address: **1251 W BISHOP**
City: **SANTA ANA**    State: **CA**    Zip: **92703**
Telephone: **714 262 8378**    Fax: _____
E-Mail Address: _____

Fill in court name and street address:
Superior Court of California, County of
**Orange, Central Justice Center
700 Civic Center Drive West
Santa Ana, CA 92701**

Court fills in case number when form is filed.
Case Number: **30-2016**

**00893996**

### (2) Person From Whom Protection Is Sought

Full Name: **MARLEEN QUIBUYEN**    Age: **55**
Address *(if known):* **1251 W BISHOP**
City: **SANTA ANA**    State: **CA**    Zip: **92703**

### (3) Additional Protected Persons

a. Are you asking for protection for any other family or household members? ☑ Yes ☐ No    *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| KAYLA DE LA ROSA | F | 26 | ☑ Yes ☐ No | CLIENT |
| SERGIO GARCIA | M | 66 | ☑ Yes ☐ No | HOUSE MANAGER |
| KIM HARRIS | F | 50 | ☑ Yes ☐ No | CLIENT |
| RICKI BROWN | M | 50 | ☑ Yes ☐ No | CLIENT |

☐ Check here if there are more persons. Attach a sheet of paper and write *"Attachment 3a—Additional Protected Persons"* for a title. You may use Form MC-025, Attachment.

b. Why do these people need protection? *(Explain below):*
☑ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write *"Attachment 3b—Why Others Need Protection"* for a title.

**KAYLA HAS BEEN PUSHED BY MARLEEN AND CANNOT SPEAK. STAFF SERGIO HAS FACED AGGRESSIVE VERBAL THREATS DAILY AND WILL MOVE BACK IN TO MANAGE WHEN SHE MOVES OUT.**

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders
(Civil Harassment Prevention)**    CH-100, Page 1 of 6

→

30-2016

| Case Number: | 0 0 8 9 3 9 9 6 |
|---|---|

(15) ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 15—Additional Orders Requested," for a title.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(16) Number of pages attached to this form, if any: **5**

Date: _____

_____        ▶ _____
*Lawyer's name (if any)*                        *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 12-19-2016

RALPH SANDERS                            ▶ *Ralph Sand*
*Type or print your name*                    *Sign your name*

**This is not a Court Order.**

ATTACHMENT .Ø CONT.

30-2016

00893996

## ROBBIE BOBBYE HOUSING

## WE, THE FOLLOWING CLIENTS, HAVE BEEN HARASSED, SEEN MANAGEMENT HARRASSED AND WOULD LIKE TO BRING PEACE AND QUIET BACK TO OUR HOME BY RESTRINING MARLENE QUIBUYEN FROM OUR PRESENCE.

Sergw GARCIA House Munger

RALPH SANDERS - DIRECTOR

Ricky Brown

Charlene Jackson

Karl Christ

Ross Grose Valentino

Kim Harris

Cindy Farrell

Judy Prett

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| REZA WILLIAMS   SBN:285312<br>2121 TUSTIN AVE<br>SANTA ANA  92705 | 909-300-2747 | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>NORTH JUSTICE CENTER<br><br>JUL 2 5 2017<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: A. CALDERON, DEPUTY |

ATTORNEY FOR *(Name)*: RALPH SANDERS

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 1275 N BERKELEY AVE
MAILING ADDRESS:
CITY AND ZIP CODE: FULLERTON  92832
BRANCH NAME: NORTH

PROGRAM OPERATOR: RALPH SANDERS

PARTICIPANT: JANET VERKICH

| PETITION FOR ORDER PROHIBITING ABUSE<br>OR PROGRAM MISCONDUCT<br>☑ **Application for Temporary Restraining Order**<br>☐ **Modification of Previous Order** *(date):* | CASE NUMBER:<br>**30-2017**<br>**009 33621** |
|---|---|

## *(THIS IS NOT AN ORDER)*

- *Read the Instructions for Program Operators before completing this form.*
- *You must have a copy served on the participant at least two days before the hearing.*

1. **Jurisdiction.** This suit is filed in this county because participant resides in this county.

2. **Program operator** *(name)*: RALPH SANDERS
   operates a "transitional housing program" as defined in Health and Safety Code section 50582(g).
   a. ☐ Governmental agency *(specify)*:                                    ☐ Manager or operator
   b. ☑ Private nonprofit corporation receiving program funds from a governmental agency   ☑ Manager or operator
      The funding agency is *(specify)*: SSI, SSDI, RAPID REHOUSING

3. **Program site** *(specify street address, city, ZIP Code)*:
   a. ☑ Dwelling unit of participant *(address optional)*:
      741 W ~~FOURTH~~ AVE  LA HABRA  90631   R.S.
   b. ☑ Other locations of the program *(addresses)*:
      745 W FOURTH  AVE  LA HABRA  90631

4. **Participant to be restrained or excluded** is a "homeless person" dwelling at a "program site" as defined in Health and Safety
   Code section 50582 *(name all to be restrained or excluded)*:

   | Name | Age (if under 18) |
   |---|---|
   | JANET VERKICH  R.S. | 55 |
   | ~~DORVIN PAILS~~  R.S. | 55 |

5. Persons living with participant in participant's dwelling unit who are not to be restrained or excluded *(name all below)*. If none,
   check this box: ☐

   | Name | Family relationship | Age (if under 18) |
   |---|---|---|

6. Participant has signed a contract with the program operator. The contract includes *(attach a copy of the signed contract)*
   a. Program rules and regulations.
   b. A statement of program operator's right of control over and access to the program unit occupied by participant.
   c. A summary of the requirements and procedures of Health and Safety Code sections 50580-50591.

|  | *(Continued on reverse)* | **Page one of four** |
|---|---|---|

**PETITION FOR ORDER PROHIBITING ABUSE
OR PROGRAM MISCONDUCT
(Transitional Housing Misconduct)**

Health and Safety Code, § 50585

30-2017

*(THIS IS NOT AN ORDER)*

| PROGRAM OPERATOR: RALPH SANDERS | CASE NUMBER: 009 33621 |
|---|---|
| PARTICIPANT: JANET VERKICH | |

**☑ REQUEST FOR TEMPORARY RESTRAINING ORDER**
**To Be Effective From Now Until The Hearing**

15. ☑ I request that the orders requested in items  ☑ 8  ☑ 9  ☑ 10  ☑ 11  ☑ 12    be effective from now until the hearing. *(Note: Temporary exclusion orders under items 10-11 require an emergency.)*

    **a. Participant**

      (1) ☑ has **not** been under contract with the program for more than six months *(date of contract)*:

      (2) ☐ has been under contract with the program for more than six months, but

          (i) ☐ a restraining order is in effect and subject to further orders *(specify in item 14)*.

          (ii) ☐ an action is pending against participant *(specify in item 14)*.

    **b. Notice to participant.**  ☑ Program operator  ☐ Operator's attorney *(attach attorney's affidavit)*

      (1) ☑ informed participant or his or her attorney on *(date)*: 7/22/17

          at *(time)*:  1PM    of the date, time, and place this petition would be filed.

      (2) ☐ made the following good-faith efforts to inform participant or his or her attorney of the date, time, and place this petition would be filed *(specify efforts)*:

      (3) ☐ should not be required to inform the participant or his or her attorney of the date, time, and place this petition would be filed because *(specify reasons)*:

    **c. NEED FOR IMMEDIATE ORDER BEFORE THE HEARING.** Program operator, program participants, or persons living within 100 feet of the program site will suffer great and irreparable harm before this petition can be heard in court unless the court makes those orders requested above effective now and until the hearing. *(Specify the harm and why it will occur before the hearing. For temporary exclusion orders under items 10-11, show emergency and need to prevent imminent serious bodily injury.)*
DON AND JANET'S DAILY ACTIONS HAVE INTERFERRED WITH THE PROGRAM MANAGERS ABILITY TO RUN THE PROGRAM BY LEAVING DISTURBING VOICEMAILS AND TEXTS HARASSING THE PROGRAM MANAGER. DAILY VERBAL ABUSE TO THE HOOUSE MANAGER WHO ASKS THEM TO OBEY THE HOUSE RULES, THREATENEING TO 'DEAL WITH WHOEVER IS TELLING ON HIM". LOUD THREATS OF VIOLENCE TO EACH OTHER DAY AND NIGHT DESTROYING THE PEACE OF THE HOME, CIGAR SMOKING IN THE ROOM THAT LEAKS INTO THE HALLWAY AFFECTING THE HEALTH OF OTHERS.
DON AND JANET ARE HARASSING OUR IMMEDIATE NEIGHBORS BY RINGING AND BANKING ON SHELTER DOORS WELL PAST MIDNIGT. IN AND OUT OF DRIVE PAST 10PM NIGHTLY. WALKING DOOR AT 1,2, OR 3 IN THE MORNING CAUSING THE

16. ☒ Number of pages attached:  2 T.R.S.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7-22-17

R A L P H   S A N D E R S
*(TYPE OR PRINT NAME)*

[signature]
*(SIGNATURE OF PROGRAM OPERATOR)*

TITLE of person signing: