1  **RALPH E. SANDERS**
   **1251 W. Bishop**
2  **Santa Ana, CA 92703**
   **Telephone: (714) 262-8378**
3
   Debtor/Defendant, in pro se


FILED
MAR 15 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:             Deputy Clerk

## UNITED STATES BANKRUPTY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>RALPH E. SANDERS,<br><br>　　　Debtor, | Case No. 8:17-bk-10265-MW<br><br>Chapter 7<br><br>Adv. No. 8:17-AP-04068-MW<br><br>Honorable Mark S. Wallace |
| LARNITA PETTE,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RALPH SANDERS,<br><br>　　　Defendant. | **DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PAUL GONZALEZ AND MARRISSA KNIGHT**<br><br>DATE: March 20, 2019<br>TIME: 10:00 a.m.<br>DEPT: 6135/6C |

　　　Defendant, RALPH E. SANDERS ("Defendant") in this adversary proceeding files this Motion To Exclude Testimony of Paul Gonzalez and Marrissa Knight.

## I.

## **PLAINTIFF'S PROPOSED WITNESSES**

Paul Gonzalez and Marrissa Knight rented a room from the Bobbye J. Rives Charitable Organization which owned several buildings that it rented out to people with limited incomes. There is no portion of this adversary proceeding which is known or could be testified to by witnesses, Paul Gonzalez and Marrissa Knight, and they should be excluded from testifying at the hearing.

## II.

## **CONCLUSION**

Two of the witnesses offered by plaintiff, Paul Gonzalez and Marrissa Knight cannot testify to any relevant subject or document in the case before the court and defendant requests that their testimony be excluded.

DATED: March 15, 2019

Respectfully Submitted,

*/s/ Ralph Sanders*

**RALPH SANDERS**
Defendant, in pro per

| In re: | | CHAPTER: 7 |
|---|---|---|
| RALPH E. SANDERS | Debtor(s). | CASE NUMBER: 8:17-bk-10265-MW |
| | | Adv. No. 8:17-AP-04068-MW |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is:

A true and correct copy of the foregoing document entitled **DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF PAUL GONZALEZ AND MARRISSA KNIGHT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.   LARNITA PETTE
2355 EL CAMINO REAL STE F-195
CARLSBAD, CA
92008

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 15, 2019 / [signature] / [signature]
Date / Printed Name / Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 **9013-3.1.PROOF.SERVICE**