LARNITA PETTE
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008

Email: larnita.pette@gmail.com

PLAINTIFF, PRO SE

FILED
MAR 15 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                 Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RALPH E. SANDERS<br><br>     Debtor<br>_____<br><br>Larnita Pette<br><br>     Plaintiff<br><br>vs.<br><br>RALPH E. SANDERS<br><br>     Defendant | Case No.: 8:17-bk-10265-MW<br><br>Chapter 7<br><br>Adv. No 8:17-ap-01068-MW<br><br>**DECLARATION OF LARNITA PETTE REGARDING DEFENDANT, RALPH SANDERS, PRE-TRIAL STIPULATION**<br><br>Date: March 20, 2019<br>Time: 9:00 a. m.<br>Place: Courtroom 6C<br>   Ronald Reagan Federal Building<br>   411 West Fourth Street<br>   Santa Ana, CA 92701 |

  I, Larnita Pette, the Plaintiff ("Plaintiff) in this adversary procedure declare that I am over the age of 18 and am competent to testify to the forgoing facts from personal knowledge.

On March 12, 2019, Ralph Sanders, the Defendant ("Defendant") filed a declaration with the court alleging the failure of the Plaintiff to comply with LBR 7016-1(c). The Defendant failed to file a Proof of Service or notice to Plaintiff.

### Response to Defendant's Declaration

A. On October 28, 2018, Plaintiff mailed Defendant the Plaintiff's proposed trial exhibits. The Plaintiff's exhibits contained documents which indicated that the Defendant's initial and amended bankruptcy schedules were still not accurate or truthful. The Defendant contained the following omissions:

1. The Defendant failed to state that his non-profit, Robbie Bobbye Housing, Inc. ("RBH") was leasing three homes, not one, at the time he filed for bankruptcy. (Docket 38-1, part 2 of 4, p. 40)

2. The Defendant failed state that the two homes he failed to disclose on his Bankruptcy schedules were 5-bedroom homes renting for $1,200 - $1,400 per room. ((Exhibit #1, Rental Agreements for 741 and 745 W. 4th St., La Habra, CA ("La Habra") filed with Defendant's request for Temporary Restraining Order filed on December 30, 2016.))

3. The Defendant failed to include any additional income that he and RBH received from the two La Habra homes on his initial or amended bankruptcy schedules.

3. At the time the Defendant's non-profit, RBH, rented the undisclosed homes, the owner of the two properties (Lambert Monte Vista, Inc,) Dan Kalili, was under federal indictment and pled guilty to "hiding millions of dollars in secret

foreign bank accounts". (Exhibit #2, DOJ Press Release dated April 25, 2017).

B. On October 29, 2018, the Defendant filed a unilateral Joint Status Report with the court attaching as an exhibit the working copy of the pre-trial stipulation the Plaintiff had emailed to the Defendant for his review and comments.

1. The Defendant stated in the joint status report that the nature of the case was "Plaintiff's Unclean Hands" (Docket 29, p. 4)

2. The exhibits that the Defendant filed are not relevant to the Defendant's Chapter 7 Bankruptcy or the Plaintiff's adversary complaint.

3. The Defendant did not include any of the Plaintiff's exhibits (Plaintiff emailed to him on October 28, 2018) to the Joint Status report that he filed. Exhibit #1)

4. The Plaintiff believes that the Defendant is attempting to defeat the pending civil cases in the Bankruptcy Court in spite of the fact that he knows that both civil courts required regular status conferences requesting updates of the Defendants bankruptcy stays.

C. On February 4, 2019, Plaintiff emailed Defendant to continue the pre-trial conference preparation which began on October 10, 2018. The Plaintiff and Defendant continued to exchange emails regarding the content of the pre-trial stipulation and order. The Defendant continued to argue the "facts" of the pending civil cases, not the "facts" of his bankruptcy filing.

1. In the February 15, 2019 email exchange, the Defendant questioned the relevance to his bankruptcy of the temporary restraining orders he filed on

- 3 -

behalf of his non-profit, RBH, Plaintiff's response to the Defendant was:

> "You will have the opportunity to dispute the relevance of this evidence to your bankruptcy when it is presented within the context of the pretrial stipulation document". (Exhibit #3, p. )

2. In the February 16, 2019 email, the Defendant asked for a copy of the "pre-trial order stipulation requirements you are using". Because Plaintiff and Defendant were still not in agreement on the basic issues of the adversary complaint or the evidence in support of the issues, the Plaintiff took the Defendant's request to mean that he was planning to write his own pre-trial stipulation. (Exhibit #4)

3. The Plaintiff expected the Defendant to file his own Pre-Trial Stipulation on March 6, 2019.

On March 6, 2019, the Plaintiff filed the Pre-Trial Stipulation, Motion to Exclude Evidence and Pre-trial Order with the court. The Defendant was mailed copies of the same (with Proofs of Service) via U.S.P.S. Express mail.

I declare under penalty of perjury that the forgoing facts are true and correct.

Dated this 15th of March, 2019.

*Larnita Pette*
Larnita Pette, Pro Se

- 4 -
DECLARATION OF LARNITA PETTE REGARDING RALPH SANDERS PRE-TRIAL STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1508 Alta Vista Dr, Vista, Ca 92084

A true and correct copy of the foregoing document entitled (*specify*): Declaration of Larnita Pette Regarding Ralph Sanders Pre-Trial Stipulation

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __03/15/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ralph Sanders, 1251 W Bishop, Santa Ana, Ca 92703
Weneta Kosmala, 3 McArthur Place, Suite 760, Santa Ana, CA 92707
United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy: Hon. Mark S. Wallace, 411 West Fourth Street, Suite 6135, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/15/2019 | Kim Berry Mortener | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

# EXHIBIT 1



Larnita Pette <larnita.pette@gmail.com>

## Pretrial Conference Exhibits attached
1 message

**Larnita Pette** <larnita.pette@gmail.com>  Sun, Oct 28, 2018 at 9:28 AM
To: ralph sanders <resanders16@yahoo.com>

Mr. Sanders,

My pretrial exhibits are attached. I did not include the documents that I referred to in my list of "Undisputed Facts" because you have access to those documents and this file is large enough. I am working on the facts (surrounding your bankruptcy) to be litigated.

My doctors are scheduling more tests and I will be undergoing a biopsy in the very near future. I will keep you updated.

Sincerely,

Larnita Pette
larnita.pette@gmail.com
(707) 853-2049

📎 **8-17-ap-01068 Pretrial Exhibits.pdf**
18364K

# EXHIBIT 2

| CH-100 | **Request for Civil Harassment Restraining Orders** | Clerk stamps date here when form is filed. |

Read *Can a Civil Harassment Restraining Order Help Me? (Form CH-100-INFO)* before completing this form. Also fill out *Confidential CLETS Information (Form CLETS-001)* with as much information as you know.

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
NORTH JUSTICE CENTER

DEC 30 2016

DAVID H. YAMASAKI, Clerk of the Court

BY: _____ DEPUTY

## ① Person Seeking Protection

a. Your Full Name: **RALPH SANDERS**   Age: **64**

Your Lawyer *(if you have one for this case)*:
Name: _____   State Bar No.: _____
Firm Name: _____

Fill in court name and street address:
Superior Court of California, County of

North Justice Center
1275 N. Berkeley Avenue
Fullerton, CA 92838-0500

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*:

Address: **741 W FOURTH AVE**
City: **LA HABRA**   State: **CA**   Zip: **90631**
Telephone: **714 262 8378**   Fax: _____
E-Mail Address: _____

Court fills in case number when form is filed.
Case Number:
**00895113**

## ② Person From Whom Protection is Sought

Full Name: **LEON GARCIA RC**   Age: **50**
Address *(if known)*: **16181 SUNNYVIEW TERRANCE**
City: **HACIENDA HEIGHTS**   State: **CA**   Zip: **91745**

## ③ Additional Protected Persons

a. Are you asking for protection for any other family or household members? ☒ Yes ☐ No  *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| SERGIO GARCIA | M | 56 | ☒ Yes ☐ No | CLIENT |
| FRED SNIDER | M | 76 | ☒ Yes ☐ No | CLIENT |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use Form MC-025, Attachment.

b. Why do these people need protection? *(Explain below)*:
☒ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.

LEON HAS CONFRONTED FRED IF HE HAS TOLD ABOUT HIS DRINKING, PORNOGRAPHY WATCHING, AND EATING OTHERS FOOD NUMEROUS TIMES. SERGIO IS TIRED OF BEING ASKED TO TURN HIS BACK ON LEONS WRONG DOINGS

This is not a Court Order

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

CH-100, Page 1 of 6

9

30-2016

Case Number: 0895113

## 15. ☐ Additional Orders Requested

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or Form MC-025 and write "Attachment 15—Additional Orders Requested," for a title.*

HE STILL HAS FURNITURE IN OUR GARAGE. HE DOES NOT HAVE TRANSPORTATION BUT HAS A FRIEND WITH A TRUCK WHO HELPED HIM MOVE-IN AND HELPED HIM MOVE STUFF OUT ON 12-24. WE REQUEST TO HELP HIS FRIEND LOAD THE TRUCK WITH LEON NOT IN ATTENDANCE. I HAVE REQUESTED HE GIVE MY NUMBER TO HIS MOVER SO WE CAN CO-ORDINATE HIM TAKING LEONS STUFF. THE FURNITURE IS WORTHLESS. HE IS USING THIS FOR AN EXCUSE TO COME TORMENT US WHEN EVER HE WANTS TO COME GET SOMETHING. I WOULD LIKE TO RENT A TRUCK ASAP AND TAKE TO HIM BUT HE WILL NOT ALLOW THAT AND DO NOT KNOW HIS ADDRESS.

## 16. Number of pages attached to this form, if any: 6

Date: _____

_____
*Lawyer's name (if any)*

▶ _____
*Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 12-24-2016

RALPH SANDERS
*Type or print your name*

▶ R. Sand [signature]
*Sign your name*

**This is not a Court Order**

Revised July 1, 2014

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 6 of 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| REZA WILLIAMS   SBN:285312<br>2121 TUSTIN AVE<br>SANTA ANA  92705<br><br>ATTORNEY FOR (Name): RALPH SANDERS | 909-300-2747 | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>NORTH JUSTICE CENTER<br><br>JUL 25 2017<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY: A. CALDERON, DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: 1275 N BERKELEY AVE<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: FULLERTON  92832<br>BRANCH NAME: NORTH | | |
| PROGRAM OPERATOR: RALPH SANDERS<br><br>PARTICIPANT: JANET VERKICH | | |
| **PETITION FOR ORDER PROHIBITING ABUSE<br>OR PROGRAM MISCONDUCT**<br>☑ Application for Temporary Restraining Order<br>☐ Modification of Previous Order (date): | CASE NUMBER:<br><br>30-2017<br><br>00933621 | |

### (THIS IS NOT AN ORDER)

- Read the Instructions for Program Operators before completing this form.
- You must have a copy served on the participant at least two days before the hearing.

1. **Jurisdiction.** This suit is filed in this county because participant resides in this county.

2. **Program operator** *(name):* RALPH SANDERS
   operates a "transitional housing program" as defined in Health and Safety Code section 50582(g).
   a. ☐ Governmental agency *(specify):*                                                             ☐ Manager or operator
   b. ☑ Private nonprofit corporation receiving program funds from a governmental agency   ☑ Manager or operator
   The funding agency is *(specify):* SSI, SSDI, RAPID REHOUSING

3. **Program site** *(specify street address, city, ZIP Code):*
   a. ☑ Dwelling unit of participant (address optional):
      741 W FOURTH AVE  LA HABRA  90631  R.S.
   b. ☑ Other locations of the program (addresses):
      745 W FOURTH AVE  LA HABRA  90631

4. Participant to be restrained or excluded is a "homeless person" dwelling at a "program site" as defined in Health and Safety Code section 50582 *(name all to be restrained or excluded):*

   | Name | Age (if under 18) |
   |---|---|
   | JANET VERKICH  R.S. | 55 |
   | ~~DORVIN PATES~~  R.S. | 55 |

5. Persons living with participant in participant's dwelling unit who are not to be restrained or excluded *(name all below).* If none, check this box: ☐

   | Name | Family relationship | Age (if under 18) |
   |---|---|---|
   | | | |

6. Participant has signed a contract with the program operator. The contract includes *(attach a copy of the signed contract)*
   a. Program rules and regulations.
   b. A statement of program operator's right of control over and access to the program unit occupied by participant.
   c. A summary of the requirements and procedures of Health and Safety Code sections 50580-50591.

(Continued on reverse)                                                                                  Page one of four

| Form Adopted by the<br>Judicial Council of California<br>TH-100 [New July 1, 1992] | **PETITION FOR ORDER PROHIBITING ABUSE<br>OR PROGRAM MISCONDUCT**<br>(Transitional Housing Misconduct) | Health and Safety Code, § 50585 |

30-2017

0093362L

# ROOM RENTAL AGREEMENT
## SHARED HOUSING

This is a legally binding agreement. It is intended to promote household harmony by clarifying the expectations and responsibilities of the Owner or Principal Tenant (Landlord) and Tenant when they share the same home. The term "Landlord" refers to either Owner or Principal Tenant.
Landlord shall provide a copy of this executed (signed) document to the Tenant, as required by law.

**Rental Unit Located at:**
741 OR 745 W FOURTH AVE    LA HABRA
Address                                         City                          State

**Parties**
Owner/Principal Tenant (circle)          Tenant: DON FAILS
LAMBERT MONTE VISTA                              JANET VERKICH
Name                                             Name

**Terms**
**Length of Agreement: Month-to-Month**
Either party may cancel or change terms of this agreement upon thirty (30) days WRITTEN notice. The notice period may be lengthened or shortened by mutual WRITTEN agreement, but no less than 7 days.

**Rent**
1200 is payable monthly on the 3RD day of the month, to ROBBIE BOBBYE HOUSING
Rent (does) / (does not) include utilities. If it does not, utility bills will be apportioned as follows:
- ☐ Gas/Electricity: Tenant pays ___0___ % of monthly bill. ☐ ___0___ dollars
- ☐ Water/Garbage: Tenant pays ___0___ % of monthly bill. ☐ ___0___ dollars
- ☐ Phone: Tenant pays ___0___ % of monthly bill plus personal long distance calls. ☐ ___0___ dollars
- ☐ Other: ___0___ Tenant pays ___ % of monthly bill. ☐ ___0___ dollars

**Household Rules**
| | |
|---|---|
| Cleaning ASSIGNED | Kitchen use SHARED |
| Overnight guests NONE ALLOWED | Use of washer, dryer, appliances SHARED |
| Smoking BACKYARD ONLY | Use of common areas SHARED |
| Alcohol/drug use NOT ALLOWED | Use of telephone N/A |
| Studying/quiet hours AFTER 9PM | Sharing personal items YOUR CALL |
| Music/TV ALWAYS LOW | Bedroom assignment WITH 1 PERSON |
| Pets APPROVED WITH A DEPOSIT | Other: |

Attach supplementary sheet for more detail or additional categories.

1 of 3

# EXHIBIT 3

JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE

Tuesday, April 25, 2017

## Southern California Residents Sentenced to Prison for Hiding Millions of Dollars in Secret Foreign Bank Accounts

### Failed to Report Swiss and Israeli Accounts Held for Over a Decade

Three Orange County, California residents were sentenced to prison today for willfully failing to report their foreign bank accounts in Switzerland and Israel, announced Acting Deputy Assistant Attorney General Stuart M. Goldberg of the Justice Department's Tax Division.

Dan Farhad Kalili, 55, a resident of Irvine, California, was sentenced to serve 12 months and one day in prison; his brother, David Ramin Kalili, 52, a resident of Newport Coast, was sentenced to serve eight months in prison; and his brother-in-law, David Shahrokh Azarian, 67, also a resident of Newport Coast, was sentenced to serve eight months in prison.

According to documents and information provided to the court, Dan Kalili, David Kalili and Azarian willfully failed to file with the Department of Treasury Reports of Foreign Bank and Financial Accounts (FBARs) regarding secret bank accounts in Switzerland and Israel that each maintained and controlled, many for well over a decade. These secret accounts held assets that reached into the millions of dollars.

"For more than a decade, Dan Kalili, David Kalili and David Azarian hid millions in secret offshore accounts," said Acting Deputy Assistant Attorney General Goldberg. "They moved their funds from bank to bank and country to country in an effort to escape scrutiny. Today, each was sentenced to prison. The clear message is: the days when a U.S. citizen can safely stash money in an undeclared foreign account are over."

"Today's sentencing should reassure every honest, hardworking American taxpayer that schemes designed to conceal income in offshore accounts will not be tolerated," said Chief Richard Weber of Internal Revenue Service Criminal Investigation (IRS-CI). "IRS-CI will continue to devote resources to investigate individuals who engage in these types of schemes for the purpose of personal gain by defrauding the U.S. Treasury and the American taxpayer."

From May 1996 through at least 2009, Dan Kalili opened and maintained several undeclared offshore bank accounts at Credit Suisse Group (Credit Suisse) in Switzerland. He also opened and maintained several undeclared offshore bank accounts from at least 1998 through 2008 at UBS AG (UBS) in Switzerland. In July 2006, Dan Kalili opened an undeclared account at UBS in the name of the Colsa Foundation, an entity established under the laws of Liechtenstein. At the end of May 2008, the Colsa Foundation account held approximately $4,927,500 in assets. Similarly, David Kalili opened and maintained several undeclared accounts at Credit Suisse in Switzerland, from February 1999 through at least 2009, and at UBS in Switzerland, from October 1993 through at least 2008. Dan and David Kalili also maintained joint undeclared Swiss bank accounts at both UBS and Credit Suisse beginning in 2003 and 2004. Meanwhile, Azarian opened and maintained several of his own undeclared accounts at Credit Suisse in Switzerland from May 1994 through at least 2009, and at UBS in Switzerland from April 1997 through at least 2008.

# EXHIBIT 4

**ralph sanders** <resanders16@yahoo.com>  Tue, Feb 12, 2019 at 10:04 PM
Reply-To: ralph sanders <resanders16@yahoo.com>
To: Larnita Pette <larnita.pette@gmail.com>

Hello Ms. Pette,
I will answer this email Friday.
Respectfully,
Ralph E
[Quoted text hidden]

---

**ralph sanders** <resanders16@yahoo.com>  Fri, Feb 15, 2019 at 10:22 AM
Reply-To: ralph sanders <resanders16@yahoo.com>
To: Larnita Pette <larnita.pette@gmail.com>

Hello Ms, Pette,
You know more about Beverly than I do. I have no idea were she lives but I did notice that you have an address and phone number for her listed on your Pre trial stipulation.
Defendant disputes the Plaintiff's undisclosed facts numbers 22, 23, 39, 40, 41, 42, 47, 48, 49 are not related to the Defendants Bankruptcy. These are evictions from the Robbie Bobbye Housing Program that the Defendant's manages. The Defendant asks that these are deleted from your Undisputed Facts.
Please double check; The Defendant's Witness list was included in the joint status conference that was filed late last year.
Blessings,
Ralph E
[Quoted text hidden]

---

**Larnita Pette** <larnita.pette@gmail.com>  Fri, Feb 15, 2019 at 12:52 PM
To: ralph sanders <resanders16@yahoo.com>

## Mr. Sanders,

## Under the statute covering the pretrial stipulation and order process (LBR 7016-1(b)(2)(E)). Both parties are required to state:

> (E) "The parties have exchanged a list of witnesses to be called at trial." The parties must exchange a list of names and addresses of witnesses, including expert witnesses, to be called at trial other than those contemplated to be used for impeachment or rebuttal. The lists of witnesses must be attached to the pretrial stipulation together with a concise summary of the subject of their proposed testimony.

The witness list that you provided last year did not include the "addresses" and "a concise summary of the subject matter of their proposed testimony" of your witnesses. I'm asking you to provide that information now so that it can be included with the pretrial stipulation that I'm preparing. My request is in compliance with the statute.

The Robbie Bobbye Housing, Inc. evidence I presented to you were not "evictions", eviction notices, or eviction orders. The documents were Requests for Temporary Restraining Orders filed by you for "harassment" and "responses" to your requests for restraining orders (TPO). I know that you difference between an "eviction" and a TPO. Following the procedure detailed in LBR 7016-1, you will have the opportunity to dispute the relevance of this evidence to your bankruptcy when it is presented within the context of the pretrial stipulation document. The document that I emailed to you last year, that you immediately filed with the court, was a rough draft that was simply a list of the evidence that included points of agreement or disagreement. I

never intended the document to be complete and ready to be filed with the court. This is why I hope that you have reviewed the pretrial stipulation requirements so that there is no confusion about what to expect from me and what our obligations are to the court.

Also, I'm asking you to confirm that the contact information I have for Ms. Murray-Calcote are her current addresses for the purposes of the pretrial stipulation. The reason I asked you to confirm this information is because, as co-trustees of the Bobbye J. Rives Trust (which has not closed), both of you are required to maintain contact with each other for the administration of the Trust and to provide an annual accounting to the beneficiaries of the Trust. In spite of the 2017 bankruptcies both of you have filed, the first and last accounting was provided to the beneficiaries in 2015.

As a heads up, the next status hearing for the probate case is March 21, 2019. My attorney will be giving notice to you and Ms. Murray-Calcote. Both of you are required to appear. Both of you are also required to file a report with the court prior to your appearance.

Sincerely,

Larnita Pette
larnita.pette@gmail.com
(707) 853-2049

[Quoted text hidden]

 Larnita Pette <larnita.pette@gmail.com>

## stipulation
2 messages

**ralph sanders** <resanders16@yahoo.com>  Sat, Feb 16, 2019 at 10:56 PM
Reply-To: ralph sanders <resanders16@yahoo.com>
To: larnita pette <larnita.pette@gmail.com>

Hello Ms Pette,
I understand what you are saying on a concise summary for each witness and will improve for you.

Can you please forward a copy of the pre trial order stipulation requirements you are using?
Thank You,
Ralph E

---

**Larnita Pette** <larnita.pette@gmail.com>  Mon, Feb 18, 2019 at 1:54 PM
To: ralph sanders <resanders16@yahoo.com>

Mr. Sanders,

I've attached a sample format for the Pretrial Stipulation and Order that I plan to use as a guideline for the stipulation that I'm preparing for our case.

If you object to this format, please state your objections so that we can resolve any differences or misunderstandings immediately.

If you have any questions about the pretrial stipulation process and procedure, please contact the Bankruptcy Self Help Clinic as Judge Wallace suggested at the last hearing in November, 2018.

Sincerely,

Larnita Pette
larnita.pette@gmail.com
(707) 853-2049

[Quoted text hidden]

📎 **VZ_Model PTS Sample.pdf**
689K

# EXHIBIT 5

```
================================================
      CARMEL MOUNTAIN POSTAL STORE
         11251 RANCHO CARMEL DR

                   SAN DIEGO
                      CA
                   92199-9703
                  0567619568
3/7/2019         (800)275-8777         04:54 PM
================================================
================================================
Product              Qty  Unit Price      Price

PM Exp 1-Day          1      $25.50      $25.50
Flat Rate Env
    (Domestic)
    (SANTA ANA, CA  92703)
    (Weight:1 lb 11.80 oz)
    (Scheduled Delivery Date)
    (Friday 03/08/2019 12:00 PM)
    (Money Back Guarantee)
    (Signature Waiver)
    (USPS Tracking #)
    ( EE14 0618 430U S)
Signature Waived                          $0.00
PM Exp Insurance                          $0.00
    (Up to $100.00 included)

Total:                                   $25.50

VISA                                     $25.50
    (Account #:XXXXXXXXXXXX0118)
    (Approval #)
    (Transaction #:000445)
    (Receipt #:000445)
    (AID:A0000000980840)
    (Application Preferred Name)
    (AL:US DEBIT)
    (Verified By PIN)
    (Chip)
    (AC:341DCB966131AC6C)
    (CVM:420000)
    (IAD:06010A03608000)
    (ARC:00)
    (TSI:6800)
    (TVR:8000048000)

        Receipt #: 840-19200564-1-71023-13


            Includes up to $100 insurance

            Save this receipt as evidence of
        insurance. For information on filing
              an insurance claim go to
           https://www.usps.com/help/claims.htm

                  Preview your Mail
                 Track your Packages
                 Sign up for FREE @
               www.informeddelivery.com


          All sales final on stamps and postage.
          Refunds for guaranteed services only.
              Thank you for your business.
```

CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

Clerk 28  Amount $25.50
Post Office 921283
Year, Month, Day 2019-03-09

UNITED STATES POSTAL SERVICE®

Pay to
Address

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Serial Number 25206592948