ORIGINAL

LARNITA PETTE
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008

Email: larnita.pette@gmail.com
(707) 853-2049

PLAINTIFF, PRO SE

**FILED**
MAR 21 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re:

RALPH E. SANDERS

    Debtor

---

Larnita Pette

    Plaintiff

vs.

RALPH E. SANDERS

    Defendant

Case No.: 8:17-bk-10265-MW

Chapter 7

Adv. No 8:17-ap-01068-MW

**DECLARATION OF LARNITA PETTE AGREEING TO TRIAL DATE OF MAY 20, 2019**

Date: March 20, 2019
Time: 9:00 a.m.
Place: Courtroom 6C
      Ronald Reagan Federal Building
      411 West Fourth Street
      Santa Ana, CA 92701

    I, Larnita Pette, the Plaintiff ("Plaintiff) in this adversary procedure declare that I am over the age of 18 and am competent to testify to the forgoing facts from personal knowledge.

- 1 -
DECLARATION OF LARNITA PETTE REGARDING RALPH SANDERS PRE-TRIAL STIPULATION

In response to the court changing the trial date from May 13, 2019 to May 20, 2019. I checked my schedule and do not have a conflict with the court changing the trial date to May 20, 2019.

I declare under penalty of perjury that the forgoing facts are true and correct.

Dated this 21st of March, 2019.

*Larnita Pette*
Larnita Pette, Pro Se

- 2 -
DECLARATION OF LARNITA PETTE REGARDING RALPH SANDERS PRE-TRIAL STIPULATION