Debtor 1    Ralph E. Sanders
_____    Case number (if known)_____
First Name    Middle Name    Last Name

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **Bobbye Rives vs.** | Lawsuit | Superior court ofCounty of Orange<br>Court Name | ☑ Pending |
| **Ralph Sanders** | | 700 Civic Center Drive, West<br>Number    Street | ☐ On appeal |
| Case number **30-2016-00863391** | | Santa Ana        CA    92701<br>City            State    ZIP Code | ☐ Concluded |
| Case title **Larnita Pette vs.** | Lawsuit | Superior Court of San Diego Cnty<br>Court Name | ☑ Pending |
| **Ralph Sanders** | | 220 & 330 W. Broadway<br>Number    Street | ☐ On appeal |
| Case number **37-2015-00015654** | | San Diego        CA    92101<br>City            State    ZIP Code | ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Describe the property | | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name | | _____ | $_____ |
| _____<br>Number    Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| _____ | ☐ Property was foreclosed. | | |
| _____<br>City        State    ZIP Code | ☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| Describe the property | | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name | | _____ | $_____ |
| _____<br>Number    Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| _____ | ☐ Property was foreclosed. | | |
| _____<br>City        State    ZIP Code | ☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

Debtor 1    Ralph E. Sanders
First Name    Middle Name    Last Name

Case number (if known)

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | _____ | $_____ |
| | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

<hr>

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1   **Ralph E. Sanders**

First Name   Middle Name   Last Name

Case number *(if known)*_____

---

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❏ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |

---

**Part 6:**    **List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❏ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:**    **List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | _____ | $_____ |
| | | _____ | $_____ |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

---

Debtor 1    Ralph E. Sanders
_____
First Name      Middle Name      Last Name

Case number (if known)_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

_____
Person Who Was Paid

_____          _____    $_____
Number    Street

_____          _____    $_____

_____
City            State    ZIP Code

_____
Email or website address

_____
Person Who Made the Payment, if Not You

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

_____
Person Who Was Paid

_____          _____    $_____
Number    Street

_____          _____    $_____

_____
City            State    ZIP Code

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

_____
Person Who Received Transfer

_____                                          _____
Number    Street

_____

_____
City            State    ZIP Code

Person's relationship to you _____

_____
Person Who Received Transfer

_____                                          _____
Number    Street

_____

_____
City            State    ZIP Code

Person's relationship to you _____

Debtor 1   Ralph E. Sanders                                    Case number (if known)_____
           First Name   Middle Name   Last Name

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking | _____ | $_____ |
| Number   Street _____ | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| City          State      ZIP Code | | ☐ Other_____ | | |
| Name of Financial Institution _____ | XXXX–__ __ __ __ | ☐ Checking | _____ | $_____ |
| Number   Street _____ | | ☐ Savings | | |
| _____ | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| City          State      ZIP Code | | ☐ Other_____ | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____ | Name _____ | | ☐ No |
| Number   Street _____ | Number   Street _____ | | ☐ Yes |
| _____ | _____ | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

Debtor 1   Ralph E. Sanders
First Name        Middle Name        Last Name

Case number (if known)_____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| Number   Street | Number   Street | | |
| | City State  ZIP Code | | |
| City          State      ZIP Code | | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Owner's Name | | | |
| Number   Street | Number   Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, *regardless of when they occurred.*

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City          State    ZIP Code | | |
| City          State      ZIP Code | | | |

Debtor 1    Ralph E. Sanders
First Name    Middle Name    Last Name

Case number (if known) _____

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number    Street | Number    Street | | |
| | City    State    ZIP Code | | |
| City    State    ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ☐ Pending |
| | Court Name | | ☐ On appeal |
| | Number    Street | | ☐ Concluded |
| Case number | City    State    ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| ROBBIE BOBBYE HOUSING INC. Business Name | PROVIDE LOW IN-COME HOUSING FOR SELF-SUFFICIENT SENIORS AND DISABLED | EIN: 47-4762391 |
| 1251 W BISHOP Number    Street | Name of accountant or bookkeeper CAROL BAKER VOLUNTEER | Dates business existed |
| SANTA ANA, CA City    State    ZIP Code 92703 | | From 8/15  To ____ |
| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ - __ __ __ __ __ __ |
| Number    Street | Name of accountant or bookkeeper | Dates business existed |
| City    State    ZIP Code | | From _____  To ____ |

Debtor 1    Ralph E. Sanders

First Name    Middle Name    Last Name

Case number (if known) _____

Describe the nature of the business

Business Name _____

Number   Street _____

_____

City          State    ZIP Code

Name of accountant or bookkeeper

Employer identification number
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

Dates business existed

From _____   To _____

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

Date issued

Name _____

MM / DD / YYYY

Number   Street _____

_____

City          State    ZIP Code

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____Ralph E. Sanders_____

Signature of Debtor 1

X _____

Signature of Debtor 2

Date  01/25/2017

Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☑ Yes. Name of person  Grady Vickers _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# EXHIBIT 4



Ralph E Sanders
1251 W Bishop
Santa Ana, CA 92703

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DIVISION OF CALIFORNIA
### SANTA ANA DIVISION

In re

Ralph E Sanders



Debtor's


Plaintiff(s)

Larnita Pette
    Vs.

Ralph E Sanders

Defendant(s)

Case No.8:17-AP 10265-MW

Chapter: 7

Adversary No: 8:17-AP-01068-MW

TITLE: **Resignation of Ralph E Sanders as**
**Co-Trustee of Bobye J Rives Trust**

**Ralph E Sanders**

RE: Bobbye J. Rives Trust ,dated November 30,2011

Re:  Resignation of Ralph E Sanders as Co-Trustee

To whom it may concern,

I, Ralph Everett Sanders, do hereby resign as a Co-Trustee of the Bobbye J. Rives Trust, dated November 30,2011.  I relinquish all responsibilities and duties that have been assigned to me as a Co-Trustee, as of October 2nd, 2017, and ask that the courts appoint a private fiduciary to distribute the rest of the Trust funds and do the final accounting due to the following reasons:

The Estate has closed.

Co-Trustee Beverly Murray Calcote has resigned from the Bobbye J Rives Trust and Beverly had the Bobbye J. Rives account in her name only and Beverly Murray Calcote wrote all checks to and from that account.

The Bobbye J Rives Trust states that under no circumstance shall the Trustors daughter be a successor Trustee and therefore should have no part in finding the court appointed private fiduciary.

If there are any other responsibilities, obligations, fiduciary responsibilities or duties that should be carried out by the Trustee, I relinquish said duties to any private fiduciary or named back up Trustee as indicated in the Bobbye J Rives Trust.  In conclusion, I can be reached at the address and phone number below if needed.

Respectfully,

Ralph Everett Sanders

1251 W Bishop St,

Santa Ana, CA 92703

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                                        )
County of ___Orange___                                    )

On __10/18/17__ before me, __Susan Hernandez Notary Public__,
         _Date_                          _Here Insert Name and Title of the Officer_

personally appeared __Ralph E. Sanders__
                                    _Name(s) of Signer(s)_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s),
or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws
of the State of California that the foregoing paragraph
is true and correct.

WITNESS my hand and official seal.

**J. HERNANDEZ**
Notary Public - California
Orange County
Commission # 2153409
My Comm. Expires May 20, 2020

Signature _____
                    _Signature of Notary Public_

_Place Notary Seal Above_

──────────────────── OPTIONAL ────────────────────
_Though this section is optional, completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: __Trust Resignation__
Document Date: __11-30-2011__                    Number of Pages: __1__
Signer(s) Other Than Named Above: __n/a__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Ralph E. Sanders__                    Signer's Name: _____
☐ Corporate Officer — Title(s): _____           ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General                      ☐ Partner — ☐ Limited ☐ General
☒ Individual    ☐ Attorney in Fact                   ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator               ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____                                   ☐ Other: _____
Signer Is Representing: __Self__                      Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

# EXHIBIT 5

# verbal**ink**
## a division of [ubiqus]

*Sanders/Takes of 341a hig*

I certify that the foregoing documents were transcribed by Verbal Ink based on the audio files submitted by Larnita Pette which were provided on April 16th, 2018. The provided files were:

| Run-Time | Billable Minutes | File Title |
|---|---|---|
| 0:40:34 | 41 | (Sanders BK 341 Hearing 3.23.17) L97408043 |
| 0:08:27 | 3 | L97408028 |

* These transcripts were completed to the best of our ability.

*No words from the speaker in the recording have been changed or paraphrased.

* All employees of Verbal Ink are bound by a non-disclosure agreement.

* The "L97408028" audio file was only transcribed from 0:06:34 – to the end of the file.

_____

**Alec Wetherington**

**Account Executive**

**Verbal Ink**

04/20/18

**Date**

*L97408028*                                            **Page 2 of 3**
**Weneeta Kosmala, Ralph Sanders**

| | |
|---|---|
| *Weneeta Kosmala:* | Is the Social Security number on your notice of commencement accurate? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | I have your driver's license, Social Security card, everything agrees. Have you read the bankruptcy information sheet provided by the United States Trustee? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Did you sign the petition schedule of statements that it documents you filed with the court? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Did you read them before you signed them? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Is the signature your own? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Are you personally familiar with the information in the documents? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Best of your knowledge, are the documents correct? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Any errors or omissions? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Have you scheduled all of your assets? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | All of your creditors? |
| *Ralph Sanders:* | Yes. |

*L97408028*

*Page 3 of 3*

*Weneeta Kosmala, Ralph Sanders*

| | |
|---|---|
| *Weneeta Kosmala:* | Have you previously filed for bankruptcy? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | What is the name of your current employer? |
| *Ralph Sanders:* | RB Housing. |
| *Weneeta Kosmala:* | Are you working for RB Housing or are you only on Social Security? |
| *Ralph Sanders:* | Uh, Social Security. I'm just a house manager. I don't get a salary. |
| *Weneeta Kosmala:* | But they pay for your rent? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. All right. And, sir, do you have a domestic support obligation? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | You paid Grady Vickers $200 for this bankruptcy? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. And you paid the filing fee? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | All right, sir. So, again, continued to March the 23rd. Um, sir, would you write down a telephone number where we can reach you, please, on this yellow sheet of paper? Thank you very much. |
| *Ralph Sanders:* | Any spot? |
| *Weneeta Kosmala:* | Any spot you would like, sir. Thank you, sir. |
| *Ralph Sanders:* | Mm-hmm. |
| *[End of Audio]* | |

*(Sanders BK 341 Hearing 3.23.17) L97408043*    **Page 1 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | Ralph Sanders? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. Sir, if you'd like to come forward please. Sir, would you raise your right hand please? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Do you solemnly swear to tell the truth, the whole truth, and nothing but the truth? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Thank you. Your name, sir? |
| *Ralph Sanders:* | Ralph Sanders. |
| *Weneeta Kosmala:* | And speak loudly, if you would, please, sir. |
| *Ralph Sanders:* | Ralph, Ralph Sanders. |
| *Weneeta Kosmala:* | Perfect. Thank you. May I have – |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | – your documents? Thank you. Sir, you were going to provide me with your 2015 tax returns. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | And, sir, I believe you have an extra copy with you. The, the – |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | – 2015 tax returns that you provided to me. Um, is this a true and correct copy of your last filed tax returns? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. And, sir, your 2015 tax returns reflect a total of wages of $20,858. |
| *Ralph Sanders:* | Yes. |

| | |
|---|---|
| *Weneeta Kosmala:* | What was the source of that? And you want to speak loudly, sir, please. |
| *Ralph Sanders:* | Uh, that was a job. |
| *Weneeta Kosmala:* | What kind of a job, sir? |
| *Ralph Sanders:* | Uh, working for a nonprofit. |
| *Weneeta Kosmala:* | What nonprofit, sir? |
| *Ralph Sanders:* | Um, uh, Mer-, that was, uh, Mercy House. |
| *Weneeta Kosmala:* | I'm sorry? |
| *Ralph Sanders:* | Mercy House Living Centers. |
| *Weneeta Kosmala:* | And, sir, have you had any other, um, h-, have you filed any tax return after this 2015 tax return? |
| *Ralph Sanders:* | Uh, not quite yet this, for this year. |
| *Weneeta Kosmala:* | And what was your gross income for 2016, sir? |
| *Ralph Sanders:* | 2016. |
| *Weneeta Kosmala:* | Yes. |
| *Ralph Sanders:* | It was not much at all. |
| *Weneeta Kosmala:* | Okay. Less than the 20,858? |
| *Ralph Sanders:* | Yeah. Yes. Yes. Yes. |
| *Weneeta Kosmala:* | Okay. And, sir, do I have your authorization to provide a copy of the, your 2015 tax return that you gave to me to the office of the United States Trustee? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay, so I'm doing just that. Um, sir, your driver's license matches the one that you gave me before and your Social Security number, your Social Security ma-, card matches as well. |
| *Ralph Sanders:* | Uh. |

*(Sanders BK 341 Hearing 3.23.17) L97408043*          **Page 3 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | So I'm returning those cards back to you. Thank you. Sir, you also provided me with, um, bank statements for Chase. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Um, for the time period of October 2016 through February 24th, 2017. Sir, um, this bank account is kind of negative and pretty much stays – |
| *Ralph Sanders:* | For a while, for a while it was. |
| *Weneeta Kosmala:* | – negative. |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | So, so do you have any other bank account? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | No other bank account? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. And you have no other source of income, sir? |
| *Ralph Sanders:* | Uh, just, uh, Social Security started. |
| *Weneeta Kosmala:* | When did Social Security start? |
| *Ralph Sanders:* | On the 15th of this month, so I got the first check. |
| *Weneeta Kosmala:* | And prior to that? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | 15th of this month was M-, March 15th? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. So, sir, the, the Chase bank statements that you provided to me, these are bank statements for all of your accounts? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. Sir, prior to October 25th, 27th, 2016, did you have another bank account? |

Case 8:17-ap-01068-MW   Doc 49-2   Filed 04/05/19   Entered 04/08/19 10:45:35   Desc
Case 8:17-ap-01068-MW   Doc 38-1   Filed 03/08/19   Entered 03/08/19 11:59:22   Desc
Part 3 of 3   Page 20 of 53
Part 2 of 4   Page 26 of 40

| | |
|---|---|
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. Have you always banked with Chase? |
| *Ralph Sanders:* | Uh, well, uh, in the past Bank of America. |
| *Weneeta Kosmala:* | Okay. When were you with Bank of America? |
| *Ralph Sanders:* | Uh, it's been about three years. |
| *Weneeta Kosmala:* | So during the course of the last three years your only bank account was this Chase bank account for which you gave me the bank statements starting October 27th, 2016? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Your only account. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | All right. And, sir, what is your relationship to Bobby Rives? |
| *Ralph Sanders:* | Oh, it's my aunt. |
| *Weneeta Kosmala:* | That was your aunt? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. And did you inherit anything from your aunt? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | What did you inherit from your aunt? |
| *Ralph Sanders:* | *[Coughs]* Uh, we, I got one fifth of the sale of the house. |
| *Weneeta Kosmala:* | One fifth of the sale of what house, sir? |
| *Ralph Sanders:* | Uh, her residence. |
| *Weneeta Kosmala:* | And what was the address of that house, sir? |
| *Ralph Sanders:* | 363 Cerro, C-E-R-R-O, Street, in Encinitas. |
| *Weneeta Kosmala:* | And when was that property, uh, sold, sir? |

| | |
|---|---|
| *Ralph Sanders:* | Uh, that was about December of 2015. |
| *Weneeta Kosmala:* | And how much did you receive, sir? |
| *Ralph Sanders:* | I think it was about 90,000. |
| *Weneeta Kosmala:* | Where did you put that, sir? |
| *Ralph Sanders:* | Uh, mostly for lawyers because, um, the plaintiff's mother, uh, filed two lawsuits against me and another cousin. |
| *Weneeta Kosmala:* | But so you, you actually received 90,000. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | So most of it went to lawyer fees. |
| *Weneeta Kosmala:* | Right. But when – |
| *Ralph Sanders:* | A- – |
| *Weneeta Kosmala:* | – you got that $90,000, sir, did you put that into your Bank of America – |
| *Ralph Sanders:* | Oh, no. |
| *Weneeta Kosmala:* | – account or into the Chase account? |
| *Ralph Sanders:* | No, I just, uh, started paying lawyers and I sa-, uh, saved some for other debts. I paid off a lot of debts and – |
| *Weneeta Kosmala:* | Well, but, sir, you didn't get a suitcase of cash, right? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | How, how did you get that $90,000? |
| *Ralph Sanders:* | Oh, uh, uh, uh, small disbursements. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | So I, I – |

| | |
|---|---|
| *Weneeta Kosmala:* | In what form, sir? Were they checks? Were they cash? |
| *Ralph Sanders:* | Check. |
| *Weneeta Kosmala:* | Checks. Okay. |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | So those checks, did you deposit those checks anywhere, sir? |
| *Ralph Sanders:* | No, I just cashed them at Wells Fargo. |
| *Weneeta Kosmala:* | So you cashed all the checks. |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | Okay. And do you have copies of them? |
| *Ralph Sanders:* | No. But, uh, I can get copies, yes, from the, uh – |
| *Weneeta Kosmala:* | Okay. So you can get copies – |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | – of the, all of the checks for that $90,000, sir? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | And how many attorneys did you have, sir? |
| *Ralph Sanders:* | Two. |
| *Weneeta Kosmala:* | And what was it, what were their names? |
| *Ralph Sanders:* | Patrick Hosey, H-O-S-E-Y. |
| *Weneeta Kosmala:* | Uh-huh. |
| *Ralph Sanders:* | And Luis, L-U-I-S, Ventura. |
| *Weneeta Kosmala:* | Why did you have two attorneys, sir? |
| *Ralph Sanders:* | Uh, because I had two, uh, lawsuits filed against me. |
| *Weneeta Kosmala:* | C- – |

*(Sanders BK 341 Hearing 3.23.17) L97408043*    **Page 7 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Ralph Sanders:* | And one, uh, one of the lawyers, uh, h-, you know, took on a different part of the case. Yeah. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | And the first lawyer recommended. |
| *Weneeta Kosmala:* | Okay. So, sir, what was your relationship to the trust? |
| *Ralph Sanders:* | Uh, the trustor – |
| *Weneeta Kosmala:* | Mm-hmm. |
| *Ralph Sanders:* | – picked m-, myself and another cousin to be the trustees. |
| *Weneeta Kosmala:* | Okay. So you were one of the co-trustees of the trust? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | And a beneficiary. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | As a co-trustee of the trust, were you in charge of any of the monies in the trust? |
| *Ralph Sanders:* | No, I wasn't, uh, I didn't do the accounting. The other, um, trustee wrote the checks and did the accounting. |
| *Weneeta Kosmala:* | Did you have any signature authority over the trust bank account? |
| *Ralph Sanders:* | I don't think, no. |
| *Weneeta Kosmala:* | So what was your involvement? What, what did you contribute? |
| *Ralph Sanders:* | Uh, basically helping to clean out the house, um, organizing papers, going through papers with the other trustees, getting stuff for the, um, estate attorney, uh, getting all, uh, getting all the information that she, my aunt had about t-, 30 or 40 years of boxes of, you know, her bank statements and everything, so we had to go through all that. And, uh, and then supporting, uh, the other trustee. |
| *Weneeta Kosmala:* | Did your aunt own any other property or was the property at 363 Cerro, Encinitas the only asset she had? |

*(Sanders BK 341 Hearing 3.23.17) L97408043*        **Page 8 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Ralph Sanders:* | I think she owned another property in Atlanta and the other trustor is trying, trustee is trying to resolve that, uh, with the, uh, with three of her husband's sisters. She's trying to dissolve that with them to close the, uh, trust. |
| *Weneeta Kosmala:* | So was that property in Atlanta part of the trust as well? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | And it still, it still is part of the trust? |
| *Ralph Sanders:* | Y-, yeah, uh-huh. |
| *Weneeta Kosmala:* | Okay. Do you have a copy of that trust? |
| *Ralph Sanders:* | Oh, no. |
| *Weneeta Kosmala:* | Okay. Who would have a copy of the trust? |
| *Ralph Sanders:* | Uh, oh, I do at home but – |
| *Weneeta Kosmala:* | Okay. All right. |
| *Ralph Sanders:* | – but not with me, yes. |
| *Weneeta Kosmala:* | Okay. All right. And there's one trust? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | I believe so, yes. |
| *Weneeta Kosmala:* | And, sir you indicated that there was litigation. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Could you give me the gist of what the problem was? Was the problem that w-, as far as your actions as a trustee, or was the problem as far as your actions or the, the fact that you were a beneficiary? |
| *Ralph Sanders:* | Uh, well, that's probably part of it that somebody wasn't happy that I was beneficiary. But, um, uh, can you ask me the question again? I'm sorry. |

*(Sanders BK 341 Hearing 3.23.17) L97408043*                    **Page 9 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | What was the litigation about? |
| *Ralph Sanders:* | Oh, okay. Um, my aunt died of a heart attack due to cardiac arrest, uh, but her daughter has charged me and another cousin with wrongful death and elder abuse. And also, uh, tried to remove us as trustees. Those are both still going on. |
| *Weneeta Kosmala:* | Now, you indicated originally that it was you and another trustee and that the other trustee, and that the other trustee did the accounting and all the checks. What was the name of that other trustee? |
| *Ralph Sanders:* | Beverly – |
| *Weneeta Kosmala:* | Uh-huh. |
| *Ralph Sanders:* | – Calcote, C-A-L-C-O-T-E. |
| *Weneeta Kosmala:* | C-A-L-C-O-T-E? |
| *Ralph Sanders:* | Mm-hmm. |
| *Weneeta Kosmala:* | Okay. And are you still the trustee of the trust? |
| *Ralph Sanders:* | Yes, as of this moment, but they're trying to fight that to remove us. |
| *Weneeta Kosmala:* | And Beverly Calcote, same. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. Now the, the property as I understand it, 363 Cerro in Encinitas, was sold in December of 2015. |
| *Ralph Sanders:* | Mm-hmm. |
| *Weneeta Kosmala:* | Right? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. And is it fair to say that the, the money from the sale of that property was distributed to the beneficiaries of the trust? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | So when did the trust bank account to down to zero? |

| | |
|---|---|
| *Ralph Sanders:* | Uh, there's, I believe there's still 31,000 there. |
| *Weneeta Kosmala:* | And do you know why it's there? |
| *Ralph Sanders:* | Uh, we've been held up from, um, continuing with the trust. |
| *Weneeta Kosmala:* | Does Beverly Calcote have her own counsel? |
| *Ralph Sanders:* | Yes. Uh, at this time I don't believe so. |
| *Weneeta Kosmala:* | But – |
| *Ralph Sanders:* | I don't think she has any counsel at this time, but we did have the same attorney, yes. |
| *Weneeta Kosmala:* | Okay. And who was that? |
| *Ralph Sanders:* | Patrick Hosey. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | And Luis Ventura. |
| *Weneeta Kosmala:* | And who paid them their attorneys' fees? |
| *Ralph Sanders:* | We did. |
| *Weneeta Kosmala:* | You shared the, the cost? |
| *Ralph Sanders:* | Yes. No, well, she had her own separate cost that she had to pay and I had – |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | – my own separate. |
| *Weneeta Kosmala:* | Is it fair to say that you and – uh, well, let's back, let me back up. What did the elder abuse charges stem from, what allegation? |
| *Ralph Sanders:* | Uh, it's made up. |
| *Weneeta Kosmala:* | But w-, was the concern that you were living with your aunt and not taking – |
| *Ralph Sanders:* | Uh, no. |

| | |
|---|---|
| *Weneeta Kosmala:* | – good care of her or – |
| *Ralph Sanders:* | Uh, well, the other party *[clears throat]* was, um, the person that filed this against was taken from the home by Adult Protective Services for the second time. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | And then, uh, I guess it's her belief that after she was taken from the home from Adult Protective Services that we were, um, responsible for whatever happened to her aunt after she left, to her mom after she left. But the fact of the matter is the mom was in the hospital for three weeks and, uh, her death certificate said she passed from a heart attack due to cardiac arrest. |
| *Weneeta Kosmala:* | And, sir, the property at 363 Cerro in Encinitas, how much was that property sold for? |
| *Ralph Sanders:* | I think 580,000 would be the – |
| *Weneeta Kosmala:* | All right. You say that you have a one fifth interest in the trust. |
| *Ralph Sanders:* | Mm-hmm. |
| *Weneeta Kosmala:* | Is, is that, that's a yes? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | I'm sorry. |
| *Weneeta Kosmala:* | Uh, that's okay. Is it fair to say that Beverly Calcote also has a one fifth interest in the, the trust? |
| *Ralph Sanders:* | Uh, no, she was supposed to get other funds. I think what was left from her, from her savings and things like that. |
| *Weneeta Kosmala:* | So who else has an interest in the trust? |
| *Ralph Sanders:* | Larnita Pette, her daughter, and three sisters of her, uh, husband. You need their names? Uh – |
| *Weneeta Kosmala:* | Yes, please. |

**(Sanders BK 341 Hearing 3.23.17) L97408043**
**Weneeta Kosmala, Ralph Sanders, Queenie Ng**                    *Page 12 of 35*

| | |
|---|---|
| *Ralph Sanders:* | – that's, um, *[coughs]* _____, uh, there's a Hays, last name Hays. |
| *Weneeta Kosmala:* | Mm-hmm. |
| *Ralph Sanders:* | Uh, Anne Reeves. |
| *Weneeta Kosmala:* | Mm-hmm. |
| *Ralph Sanders:* | And, uh, what's the last one's name? I can't think of the name of the last sister. |
| *Weneeta Kosmala:* | Oh. Does Patrick Hosey still represent you? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | When did he stop representing you? |
| *Ralph Sanders:* | Uh, he became ill, um, I would have to say probably about maybe March or so of last year. I, I'm just estimating. |
| *Weneeta Kosmala:* | Okay. And since March of 2016 have you paid him any monies? |
| *Ralph Sanders:* | Uh, probably once more. I think the last payment I made him was 8,000 something. Yep. |
| *Weneeta Kosmala:* | And I assume he gave you a bill? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. And you have the paperwork that shows your payments to him? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | So you have the paperwork that shows the monies that you received from the trust and you have the paperwork and the bills for the monies that you paid to your counsel. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. And how about Luis Ventura? Does Luis Ventura still represent you? |
| *Ralph Sanders:* | Uh, no. Advisor. |
| *Weneeta Kosmala:* | Uh – |

*(Sanders BK 341 Hearing 3.23.17) L97408043*                          **Page 13 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Ralph Sanders:* | But not represent. |
| *Weneeta Kosmala:* | And when is the last time that Luis Ventura provided any services to you? |
| *Ralph Sanders:* | Uh, I would have to say he filed a SLAPP motion about, I'd say about March, roughly. |
| *Weneeta Kosmala:* | 2016? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | So that's kind of similar to what you said about Patrick Hosey, right? |
| *Ralph Sanders:* | Yes, mm-hmm. |
| *Weneeta Kosmala:* | Yes? |
| *Ralph Sanders:* | Patrick was probably a little bit earlier. He was a little bit earlier than – |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | – these but – |
| *Weneeta Kosmala:* | What is the status of the litigation? |
| *Ralph Sanders:* | Uh, they're still ongoing. |
| *Weneeta Kosmala:* | Okay. And what is it that they're trying to accomplish, sir? |
| *Ralph Sanders:* | Uh, that's a hard question. The mom died of, um, uh, uh, basically sh-, uh, she wants all the money. Uh, she wants, uh, sh-, I, I guess she probably upset that she wasn't picked as a trustee and, um, she wanted s-, all of her mother's money. Uh, so it's an attempt from her to, um, to do that. |
| *Weneeta Kosmala:* | So are the three sisters also defendants? |
| *Ralph Sanders:* | Uh, no. |
| *Weneeta Kosmala:* | And – |
| *Ralph Sanders:* | Just Beverly and I. |

**Weneeta Kosmala:** Okay. But Beverly didn't –

**Ralph Sanders:** The two, the two trustees are the defendants.

**Weneeta Kosmala:** Okay. But Beverly didn't receive anything from the house, right?

**Ralph Sanders:** No, she rece-, not from the sale of the house but she received, uh, my aunt's other assets like her bank account and things like that.

**Weneeta Kosmala:** And how much did Beverly receive?

**Ralph Sanders:** Um, I'm not p-, I couldn't tell you exactly but I would think about 80,000.

**Weneeta Kosmala:** And how much did the three sisters and Larnita Pette, that was equal? Everybody got 90,000?

**Ralph Sanders:** I think they received 85,000. They're, they're still owed 5,000 each.

**Weneeta Kosmala:** Okay. All right. And there are no other assets of the trust other than the Atlanta property, correct?

**Ralph Sanders:** I don't believe so.

**Weneeta Kosmala:** Okay.

**Ralph Sanders:** Yeah.

**Weneeta Kosmala:** All right. And was there a, a reason expressed as to why you would not be entitled to receive the $90,000?

**Ralph Sanders:** Um, uh, the, uh, daughter just doesn't want us to have it. And so like I said she's trying to say that we're at fault for her mom's death.

**Weneeta Kosmala:** Sir, do you have any portion of that $90,000 left?

**Ralph Sanders:** Oh, no.

**Weneeta Kosmala:** Okay. And am I understanding correctly that all of that $90,000 went to Mr. Hosey and Mr. Ventura?

**Ralph Sanders:** Oh, no. No. I took a vacation and paid off many debts. That's why, um, um, my bills are not much these days, thank goodness,

|                    | because I don't have any money, but I, I paid off everything that I could. |
|--------------------|---|
| *Weneeta Kosmala:* | Okay, and you, when you say you take, took a vacation, where'd you go, sir? |
| *Ralph Sanders:*   | Uh, I have, uh, grandchildren in Michigan and Minnesota. |
| *Weneeta Kosmala:* | Did you give money to anyone? |
| *Ralph Sanders:*   | Oh, well, you know, gifts and n-, nothing extravagant. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:*   | But we, we went on a few trips and went to a lot of amusement parks and things. |
| *Weneeta Kosmala:* | All right, sir, but you have written documentation that accounts for that entire $90,000. Correct, sir? |
| *Ralph Sanders:*   | Uh, yes. |
| *Weneeta Kosmala:* | Okay. All right. And when you were doing these trips you were paying everything in cash? |
| *Ralph Sanders:*   | Pretty much. Well, I had a deb-, I would use a debit card – |
| *Weneeta Kosmala:* | Was it – |
| *Ralph Sanders:*   | – that I no longer have. *[Laughs]* |
| *Weneeta Kosmala:* | That debit card, was it through your Chase bank account or through something else? |
| *Ralph Sanders:*   | No. It was, uh, it was something else. Check cashing. |
| *Weneeta Kosmala:* | And what, what agency was that through? |
| *Ralph Sanders:*   | Uh, Continental Currency. |
| *Weneeta Kosmala:* | Did you maintain a balance at Continental Currency? |
| *Ralph Sanders:*   | No. |
| *Weneeta Kosmala:* | When you say it's a debit card – |

*(Sanders BK 341 Hearing 3.23.17) L97408043*                    **Page 16 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Ralph Sanders:* | I don't, I don't think so. |
| *Weneeta Kosmala:* | – debit cards usually – |
| *Ralph Sanders:* | Oh, well, the, yeah – |
| *Weneeta Kosmala:* | Yeah. |
| *Ralph Sanders:* | – that would have a balance. Yeah. Yeah. |
| *Weneeta Kosmala:* | Okay. When did you close your Continental Currency account? |
| *Ralph Sanders:* | Probably – it's been a long time. Probably about a year at least. |
| *Weneeta Kosmala:* | Okay. Well, so between – |
| *Ralph Sanders:* | I, I would have to check – |
| *Weneeta Kosmala:* | Right. |
| *Ralph Sanders:* | – exactly though. |
| *Weneeta Kosmala:* | Between December of 2015 and March of 2016 you spent $90,000? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | How much of that, uh, went to the attorneys? |
| *Ralph Sanders:* | About 35 to 40,000. |
| *Weneeta Kosmala:* | Did you receive any more monies from the trust other than the $90,000 from the sale of the house? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. And the other 50 some-odd thousand, that went for your trip and payments of bills? |
| *Ralph Sanders:* | Yes, many bills. I was thinking about filing bankruptcy then. *[Laughs]* |
| *Weneeta Kosmala:* | What made you file for bankruptcy now? |

| | |
|---|---|
| *Ralph Sanders:* | Uh, because, um, uh, of course the 90,000 is gone. I haven't had a job, um, paying job in a year and a half. *[Coughs]* And, um, I still owe the lawyers money, and she still has these lawsuits going. |
| *Weneeta Kosmala:* | Do you have any counterclaims? |
| *Ralph Sanders:* | Uh, we have one written up, yes. |
| *Weneeta Kosmala:* | And what is that? |
| *Ralph Sanders:* | It's, it's for, um, I mean we haven't filed but the – |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | – attorney wrote it up. It's, it's a, a cross complaint, uh, because everything that she's written is not true. |
| *Weneeta Kosmala:* | And what is that cross complaint seeking? |
| *Ralph Sanders:* | Uh, I don't think it's, I don't know what it's really asking because I haven't filed it or anything. It's so busy trying to deal with these other two things, you know. |
| *Weneeta Kosmala:* | Who, who wrote it up? |
| *Ralph Sanders:* | Patrick Hosey. |
| *Weneeta Kosmala:* | So he wrote it up a year ago and you haven't filed it yet? |
| *Ralph Sanders:* | Uh, no, 'cause I don't have the money to file it and we're still, these other two litigations. So the hope is that, uh, he told me to hold onto it. When this is over, then maybe you can file that. |
| *Weneeta Kosmala:* | Okay. So what I would like, sir – |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | – is I'd like a copy of the Bobby J. Rives trust. |
| *Ralph Sanders:* | Okay. |
| *Weneeta Kosmala:* | And an accounting for all monies that you received from it, including copies of all the checks, please. I would like, please, sir – |
| *Ralph Sanders:* | Yes. |

| | |
|---|---|
| *Weneeta Kosmala:* | – all, all statements for Continental Currency and for, um, Chase for the time period of January 1, 2015 through present, please. I would like, sir, a, um, I would like all documents regarding the disposition of all of the money you received, and purpose. Disposition and purpose of all monies received. Now, sir, where do you currently reside? |
| *Ralph Sanders:* | 1251 West Bishop. Yeah. |
| *Weneeta Kosmala:* | Who owns that property? |
| *Ralph Sanders:* | Uh, Quan Chau. Quan, Q-U-A-N – |
| *Weneeta Kosmala:* | Q-U-A-N-. Uh-huh. |
| *Ralph Sanders:* | Chau, C-H-A-U. |
| *Weneeta Kosmala:* | Okay. And what is your relationship with Quan Chau? |
| *Ralph Sanders:* | He's, um, my relationship with him? |
| *Weneeta Kosmala:* | I'm sorry? Yes. |
| *Ralph Sanders:* | I don't really have a relationship with him. He's just the owner of the house. |
| *Weneeta Kosmala:* | Okay. So what is your agreement with him as far as your occupation of the property? |
| *Ralph Sanders:* | Uh, I have agreement with actually RB Housing as the, uh, house manager. |
| *Weneeta Kosmala:* | Who resides in the house that you are managing? |
| *Ralph Sanders:* | *[Coughs]* Uh, he has some senior ci-, citizens living there. |
| *Weneeta Kosmala:* | So who has senior citizens living where? |
| *Ralph Sanders:* | Uh, RB Housing has senior li-, seniors living in the home that I make sure they're okay. |
| *Weneeta Kosmala:* | And, sir, RB Housing is who? |
| *Ralph Sanders:* | It's a nonprofit. |
| *Weneeta Kosmala:* | Is that the same thing as Mercy – |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 35 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 1 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*                **Page 19 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | – House? Okay. So it's a nonprofit. Who's the person behind it? |
| *Ralph Sanders:* | And Mercy Housing is a nonprofit as well. |
| *Weneeta Kosmala:* | Okay. Who is behind RB Housing? Who do you talk to? |
| *Ralph Sanders:* | Uh, I talk to Carol Baker. |
| *Weneeta Kosmala:* | Any relationship to you? |
| *Ralph Sanders:* | No. Just a, uh, uh, we, she worked at American Family Housing as well. |
| *Weneeta Kosmala:* | Do you have a written agreement with anyone? |
| *Ralph Sanders:* | Uh, yeah, they gave me a little contract. |
| *Weneeta Kosmala:* | Okay. And is that, was that contract a property management contract or an elder care contract? |
| *Ralph Sanders:* | Uh, property management. |
| *Weneeta Kosmala:* | Okay. And what are the terms of your property management contract? |
| *Ralph Sanders:* | Uh, free housing to look over the residents and occasionally find residents for the place as well. |
| *Weneeta Kosmala:* | Do you get a commission if you find residents? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. How many residents are currently at 1251 West Bishop? |
| *Ralph Sanders:* | I think there's eight right now. |
| *Weneeta Kosmala:* | Do they pay rent? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | And who do they pay that rent to? |
| *Ralph Sanders:* | They pay to, um, to RB Housing. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 36 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 2 of 40

| | |
|---|---|
| *Weneeta Kosmala:* | Do you collect rent? |
| *Ralph Sanders:* | Sometimes yes. Sometimes they give it to me and I take it there, yes. |
| *Weneeta Kosmala:* | Do you have any signature authority over the RB Housing bank account? |
| *Ralph Sanders:* | Uh, yes. |
| *Weneeta Kosmala:* | Do you make any payments out of the RB Housing bank account? |
| *Ralph Sanders:* | Payments? |
| *Weneeta Kosmala:* | Uh-huh. |
| *Ralph Sanders:* | Um – |
| *Weneeta Kosmala:* | Do you, have you ever signed a, cut any checks out of RB Housing? |
| *Ralph Sanders:* | Very seldom. |
| *Weneeta Kosmala:* | Who else has signature authority over the RB Housing account? |
| *Ralph Sanders:* | Carol Baker. |
| *Weneeta Kosmala:* | Anybody else? |
| *Ralph Sanders:* | Um, Althea Robinson. |
| *Weneeta Kosmala:* | Any relationship to you? |
| *Ralph Sanders:* | No, he's the president. |
| *Weneeta Kosmala:* | How long have you had signature authority over that? |
| *Ralph Sanders:* | A year. |
| *Weneeta Kosmala:* | Is that how long you've been residing at 1251? |
| *Ralph Sanders:* | A year, a year and a half actually. |
| *Weneeta Kosmala:* | Year and a half? Did any of the distributions out of the Bobby Rives trust make it into the RB Housing bank account? |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 37 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 3 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*                    **Page 21 of 35**

| | |
|---|---|
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. Have you deposited any moneys into the RB Housing account? |
| *Ralph Sanders:* | Yes. Yes. |
| *Weneeta Kosmala:* | Other than rents? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. Have you put any of moneys that would be enti-, that you would be enti-, personally entitled to into RB Housing accounts? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Uh, do you have signature authority on any account other than the RB Housing account – |
| *Ralph Sanders:* | Oh, no. |
| *Weneeta Kosmala:* | – the Chase account, and the Continental Currency? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | No other account? Where is the RB Housing account, sir? |
| *Ralph Sanders:* | Where is it? |
| *Weneeta Kosmala:* | Uh-huh. What bank? |
| *Ralph Sanders:* | Uh, that's Chase as well. |
| *Weneeta Kosmala:* | Where did you reside, sir, prior to residing at 1251 West Bishop? |
| *Ralph Sanders:* | 1345 – |
| *Weneeta Kosmala:* | Uh-huh. |
| *Ralph Sanders:* | – Cabrillo. |
| *Weneeta Kosmala:* | In Santa Ana? |
| *Ralph Sanders:* | Yes. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 38 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 4 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*    **Page 22 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | Okay. And when did you reside there, sir? |
| *Ralph Sanders:* | A year and a half ago. |
| *Weneeta Kosmala:* | And how long did you reside on Cabrillo? |
| *Ralph Sanders:* | Four years. |
| *Weneeta Kosmala:* | And were you doing similar, um, services there? |
| *Ralph Sanders:* | Uh, no, I was working for Mercy House then and American Family Housing. |
| *Weneeta Kosmala:* | Have you ever received a salary from RB Housing? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Any other payments? |
| *Ralph Sanders:* | No. Uh, hopefully in the future though. |
| *Weneeta Kosmala:* | Have y'all had any issues as far as any of the residents, um, at the property on Bishop Street? |
| *Ralph Sanders:* | Uh, yeah, a couple times. |
| *Weneeta Kosmala:* | Have any of the residents died? |
| *Ralph Sanders:* | No. Uh, yes, one did actually. Yes. |
| *Weneeta Kosmala:* | When was that, sir? |
| *Ralph Sanders:* | Uh, that was about December. November or December of last year. *[Coughs]* |
| *Weneeta Kosmala:* | What was the cause of death, sir? |
| *Ralph Sanders:* | Uh, they never actually gave a cause but it was just a, like a heart attack or s-, she was lying there and then she, she went on. |
| *Weneeta Kosmala:* | Okay. Sir, are you responsible for any sort of medical, um, assistance or w-, uh, uh, or le-, let me – I'm sorry. |
| *Ralph Sanders:* | Oh, no. |
| *Weneeta Kosmala:* | Let me ask the question differently. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 39 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 5 of 40

| | |
|---|---|
| *Ralph Sanders:* | Mm-hmm. |
| *Weneeta Kosmala:* | What is required of you as part of your property management? What do you do? What does the, the, what, what services are you required to provide, sir? |
| *Ralph Sanders:* | Okay. Uh, uh, I, I've worked with, um, a lot of nonprofits in the past, so a lot of nonprofits were, know me and I've worked with a lot of churches in the past. Received the Orange County Human Relations Award, and because of that people do, uh, call me sometime and, uh, have somebody, and then I'll talk to, uh, the other people are RB to make sure they're okay. Uh, we let 'em come in. I make sure the house is clean. Um, sometimes I get a little s-, stipend to buy food for them. I'll go get 'em food. Uh, occasionally take 'em to a doctor. Uh, make sure the house is clean, make sure everybody's in at a certain time. Things along that nature. |
| *Weneeta Kosmala:* | Does RB provide you with a car? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | So how do you take them places? |
| *Ralph Sanders:* | Uh, the car that I have that I'm probably about to lose. *[Laughs]* |
| *Weneeta Kosmala:* | Okay, remind me what that is, please. What car do you have, sir? |
| *Ralph Sanders:* | Oh, uh, the year? |
| *Weneeta Kosmala:* | Yeah, year, model. |
| *Ralph Sanders:* | Yeah, uh, it's a t-, uh, 2011 Honda Accord. |
| *Weneeta Kosmala:* | And you're making payments on it, sir? |
| *Ralph Sanders:* | Can't anymore. I might have to give it back. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | But it's funny. I'm getting a, um, trade-in. I'm getting a lot of offers, um, to come get a new car, and so that's what I'll probably have to do. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 40 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 6 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*                    **Page 24 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | Okay. All right. So to my list of requested documents I'd like a copy of that property management agreement, please. I would like, when I asked for the bank statements, I'd like to include please the *[clears throat]* RB bank statements for the time period, please, of January 1, 2015 to present. |
| *Ralph Sanders:* | All right, one, one '15. |
| *Weneeta Kosmala:* | Mm-hmm. And, sir, are you a trustee of any other trust? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Are you a beneficiary of any other trust other than the Bobby Rives trust? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Have any of the residents at 1251 West Bishop made arrangements to provide you with any sort of property or interest, future interest in any of their property? |
| *Ralph Sanders:* | Oh, no. |
| *Weneeta Kosmala:* | Okay. |
| *Queenie Ng:* | Hi. I just have a few questions. |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | My name is Queenie Ng. I'm a – |
| *Ralph Sanders:* | Hi. |
| *Queenie Ng:* | – trial attorney with the United States Trustee's Office. Um, regarding the $90,000 that you received from the trust, you said that you received it in December of 2015. Is that correct? |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | Did you receive it in one lump sum payment? |
| *Ralph Sanders:* | Oh, no. No. Uh, many small payments. |
| *Queenie Ng:* | And they were all paid in December of 2015? |
| *Ralph Sanders:* | Oh, no, over a period of time. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 41 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 7 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*                    **Page 25 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Queenie Ng:* | What period of time? |
| *Ralph Sanders:* | Probably from '15 to when, whenever is the last time I paid the lawyer and, and I just kept the rest of the money, what I had left, um, you know, in the house in a little safe I have. Um, so I, I think, um – |
| *Queenie Ng:* | Do you recall the first time you received payment from the trust? |
| *Ralph Sanders:* | Yeah, early '15. |
| *Queenie Ng:* | Early '15. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | The, uh, bankrupt that helped me prepared it, he made a, he helped me, uh, make a chart of h-, how I spent the money. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | And I can bring – |
| *Queenie Ng:* | You have that chart? |
| *Ralph Sanders:* | Yeah. Not with me, but yes. Yeah. |
| *Queenie Ng:* | Okay, so you can provide it to the Chapter 7 Trustee, and are you agreeable to me receiving a copy of whatever you s-, you send to the Chapter 7 Trustee? |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | Okay. So I'd like a copy of that to the 7 tr-, Chapter 7 Trustee as well. And, uh, did you receive any money in 2016? |
| *Ralph Sanders:* | Yes. Actually that's when I received most of the money, 2016. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | So the bulk of the $90,000 – |

*(Sanders BK 341 Hearing 3.23.17) L97408043*                    **Page 26 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Ralph Sanders:* | I believe, yeah. |
| *Queenie Ng:* | – came, was received in, uh, 2016. |
| *Ralph Sanders:* | Or '15. The time has gone so fast. Yeah, most of it was received in '15, yes. |
| *Queenie Ng:* | Okay. And but you also received funds in 2016? |
| *Ralph Sanders:* | I'm not sure. I think it was, I, uh, uh, w-, when I get the checks – |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | – the copies of the checks, w-, w-, w- – |
| *Queenie Ng:* | It should be on that chart as well? |
| *Ralph Sanders:* | – yeah, we'll, we'll know for sure. Yeah. |
| *Queenie Ng:* | Okay. What about 2017? |
| *Ralph Sanders:* | No. |
| *Queenie Ng:* | Okay. And do you expect to receive any – |
| *Ralph Sanders:* | Oh, no. |
| *Queenie Ng:* | – any other funds going forward? |
| *Ralph Sanders:* | No. |
| *Queenie Ng:* | Okay. And you said that you cashed the checks at, um, was it Wells Fargo? |
| *Ralph Sanders:* | Wells Fargo, yeah. |
| *Queenie Ng:* | And they gave you cash or how – |
| *Ralph Sanders:* | Yeah. Yeah. |
| *Queenie Ng:* | And how did you pay your – |
| *Ralph Sanders:* | Most of my checks were like 5,000, but the checks for the attorneys I had the, uh, other trustee just write a check for that to give to them. And then, um, um, he, um – |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 43 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/08/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 9 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Queenie Ng:* | You mean Wells Fargo – |
| *Ralph Sanders:* | Yeah, well, cashed the ch- – |
| *Queenie Ng:* | – did a check for you with their name, with the attorney's name on it. |
| *Ralph Sanders:* | They would just cash the check. Yeah, no. |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | But, uh, but when I paid the attorneys, the trustee would just give me a check for that amount, uh, to pay them. |
| *Queenie Ng:* | Do you have copies of those checks as well? |
| *Ralph Sanders:* | Yeah, she has a – |
| *Queenie Ng:* | Okay. |
| *Ralph Sanders:* | – copy of all, of all – |
| *Queenie Ng:* | So you can send it to the Chapter 7 Trustee. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | Along with any other bills and invoices that you got from the attorneys. Can you send that to the trustee as well? |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | And you said the attorneys' fees totaled about $35,000 or so? |
| *Ralph Sanders:* | Yes, mm-hmm. |
| *Queenie Ng:* | So you should have statements showing they bill you for $35,000 – |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | – or so. |
| *Ralph Sanders:* | Yes. |
| *Queenie Ng:* | Okay. And, um, I noticed that you did not list the, um, trust in your schedules and you did not list the income that you received in your |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 44 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 10 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

|  |  |
|---|---|
|  | statement of financial affairs. Um, is there any reason why you didn't do that? |
| *Ralph Sanders:* | Uh, well, the p-, person who prepared, he should have did that because he had me make out the chart, you know, um, how the money was spent on. |
| *Queenie Ng:* | Okay. It's not in your schedules. Um, I can show you a copy of your schedule. |
| *Ralph Sanders:* | Oh, no, I believe you. Yeah. |
| *Queenie Ng:* | Okay. So you might want to amend that. Um, it would be Schedule B, item number 32, the asset you have – |
| *Ralph Sanders:* | Schedule – |
| *Queenie Ng:* | – any interest in property that is due to you when someone died, and you checked no. And also in your statement of financial affairs, um, item number five, they ask for your other income that you received in the last two years, and you only disclosed your employment income but not the income that you received from the trust. |
| *Ralph Sanders:* | Oh, lord. |
| *Queenie Ng:* | So they should be listed in the schedule. |
| *Ralph Sanders:* | Yeah, should be. I, he asked me for all that info. |
| *Queenie Ng:* | Okay. So you gave the information to, um, the person who prepared the – |
| *Ralph Sanders:* | Oh, yeah. He had me make out that, uh, yeah, to say what I did with the money. |
| *Queenie Ng:* | Okay. Um, are you a beneficiary of any sort of life insurance policy? |
| *Ralph Sanders:* | No. |
| *Queenie Ng:* | Okay. Okay. I don't have any further questions. |
| *Weneeta Kosmala:* | I do. Um, sir, do you have any interest in the property in Atlanta? If that property were to be sold – |

**(Sanders BK 341 Hearing 3.23.17) L97408043**              **Page 29 of 35**
**Weneeta Kosmala, Ralph Sanders, Queenie Ng**

| | |
|---|---|
| *Ralph Sanders:* | Uh – |
| *Weneeta Kosmala:* | – would you be entitled to a distribution? |
| *Ralph Sanders:* | Uh, no, that's strictly with Beverly. That was like left to her. |
| *Weneeta Kosmala:* | Okay. So you have nothing to do with it. |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. And then, sir, you indicated that after you paid, after the attorneys were paid and from March of 2016 you kept the rest of the money in cash in a safe. |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | So how much money do you have in that safe now? |
| *Ralph Sanders:* | Oh, there's none. |
| *Weneeta Kosmala:* | Okay. And when was the last time you had any cash, sir? |
| *Ralph Sanders:* | Uh, whether w-, um, well, I guess when I got my check on the 15th. My S-, Social Security. |
| *Weneeta Kosmala:* | So are you saying that you've lived off of the cow-, ca-, cash until your Social Security checks started on March 15, 2017? |
| *Ralph Sanders:* | Uh, pretty much, but I've been, the last couple of months has been pretty much nothing. Just the girlfriend helping me. |
| *Weneeta Kosmala:* | What is her name? |
| *Ralph Sanders:* | *[Coughs]* Her name is, um, Cindy. |
| *Weneeta Kosmala:* | Where does she reside? |
| *Ralph Sanders:* | She resides in, uh, La Habra. |
| *Weneeta Kosmala:* | Did she receive any of the cash? |
| *Ralph Sanders:* | No. |
| *Weneeta Kosmala:* | Okay. But you're going to account for all of that cash, right, sir? |
| *Ralph Sanders:* | Yes. Y-, yeah. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 46 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 12 of 40

**(Sanders BK 341 Hearing 3.23.17) L97408043**
**Weneeta Kosmala, Ralph Sanders, Queenie Ng**

| | |
|---|---|
| *Weneeta Kosmala:* | And you're going to provide me with the receipts as to where it all went. |
| *Ralph Sanders:* | Um, as many as I can, but I do have the chart that, uh, bankrupt, the, uh, attorney made. |
| *Weneeta Kosmala:* | Okay. Because it's – |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | – a lot of money, sir. |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | And it's cash and – |
| *Ralph Sanders:* | Yeah, have to dig up – yeah. |
| *Weneeta Kosmala:* | – so y-, b- – right. So please – |
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | – feel free to dig, but – |
| *Ralph Sanders:* | Yeah. *[Laughs]* |
| *Weneeta Kosmala:* | – I'm going to want to not only see a chart that's got a bunch of names and numbers – |
| *Ralph Sanders:* | Right. |
| *Weneeta Kosmala:* | – but I'm also actually going to want to see the receipts that went with it. Right? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Okay. All right. And, sir, again, um, you're going to provide the, all of the bills and invoices from all of the attorneys, right? |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | Because you're, you're giving me the backup of where everything went, so it's going to be all of the different pieces. |
| *Ralph Sanders:* | Mm-hmm. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 47 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 13 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*                    **Page 31 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| Weneeta Kosmala: | It's going to be the piece of what you got and it's going to be the piece of what you spent it with and why and for both ends. |
| Ralph Sanders: | Yes. |
| Weneeta Kosmala: | [Clears throat] Is there a reason, sir, why you got distributions in $5,000 chunks instead of just a lump sum distribution? |
| Ralph Sanders: | I didn't, I didn't, I didn't want to get a big lump sum of money. |
| Weneeta Kosmala: | Was the litigation already pending at the time that you received the money? |
| Ralph Sanders: | Mm, no, but as soon as, um – no, it wasn't. |
| Weneeta Kosmala: | Okay. So why did you not want to get a large sum p-, of money that you could put into a bank account and track it from there? |
| Ralph Sanders: | Um, I just didn't feel comfortable doing that. |
| Weneeta Kosmala: | Why, sir? |
| Ralph Sanders: | For one thing, I never had a huge lump sum of money. Um, I just wanted to get, uh, enough at a time to pay the, uh, pay off bills slowly. And, um, at, at first we hadn't made a a, she hadn't made a big payment to the other trustees so I didn't want to get a, you know, a big huge payment either, and I d-, I just didn't feel comfortable getting a large sum of money at once. I just wanted e-, enough at a time to pay the bills I had and – |
| Weneeta Kosmala: | Okay. And, sir, I'm going to want an accounting of all the money that went into that trust, the Bobby Ri-, Ri-, Rives trust, and an accounting and documentation for all of the money that went out of that trust, too, as well, please. |
| Ralph Sanders: | Oh – |
| Weneeta Kosmala: | Okay? Plus a copy of that trust. Right? |
| Ralph Sanders: | Oh, okay, uh, so you need, uh, so, uh – |
| Weneeta Kosmala: | And so, well, it's an accounting and just go ahead and give me the bank statements, please. |
| Ralph Sanders: | Oh, from – |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 48 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 14 of 40

*(Sanders BK 341 Hearing 3.23.17) L97408043*                    **Page 32 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | So it's for the Bobby Rives trust. |
| *Ralph Sanders:* | Okay. |
| *Weneeta Kosmala:* | Okay? And you're getting me bank statements again, all accounts, January 1, 2015 through present, so that covers, we, we've covered a number of them, but if you happen to remember something else my request is for all of them. |
| *Ralph Sanders:* | Okay. But I hope I got everything here. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | Uh, Rives trust. Copies of the checks I received on that and Continental Currency. |
| *Weneeta Kosmala:* | Mm-hmm. RB bank statements. |
| *Ralph Sanders:* | And then, uh – |
| *Weneeta Kosmala:* | So Rives trust bank statements, RB bank, RB, uh, Rives, um, RB Housing, sorry – |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | – bank statements. Continental Currency bank statements, Chase bank statements, and an accounting for all the cash, how much and where precisely it went and all the – |
| *Ralph Sanders:* | Yes. |
| *Weneeta Kosmala:* | – backup. And accounting of all the attorneys' fees including statements. How much was your debt, sir, when you received the $90,000? |
| *Ralph Sanders:* | Oh, it's – |
| *Weneeta Kosmala:* | How much was your creditor debt? |
| *Ralph Sanders:* | Uh, it's, it's, um, pretty high 'cause I have, uh, student loans, *[coughs]*, two student loans, and just numerous, it was a lot of numerous, um, loans. Um, and that's, it was covering a period of about, my debts were covering a period of about, um, 20 or 30 years, you know. I mean – |

*(Sanders BK 341 Hearing 3.23.17) L97408043*    **Page 33 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Weneeta Kosmala:* | How much did you pay down on the student loans out of that $90,000? |
| *Ralph Sanders:* | Uh, actually they're in deferment. I paid, uh, I can't remember exactly how much I paid for a while but, uh, they're both in, uh, deferment or, um, uh, what's the other word? |
| *Weneeta Kosmala:* | So is, is, does that mean that you, you didn't pay any of that $90,000 on the student loans? Is that — |
| *Ralph Sanders:* | Very little. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | Was mostly concentrating on the attorneys. |
| *Weneeta Kosmala:* | Oh, okay. |
| *Ralph Sanders:* | And paying off all of my other debts, so I — |
| *Weneeta Kosmala:* | Right. |
| *Ralph Sanders:* | You know, I, I knew I had lost my job so it wasn't any more money coming in, so I just tried to pay all of, all the old debts that I could. |
| *Weneeta Kosmala:* | Okay. And how much did you pay to your creditors out of the 90,000, approximately, in addition to the attorneys? I'm not exp-, I, I'm not talking about attorneys. |
| *Ralph Sanders:* | Probably, oh, at least 20,000. |
| *Weneeta Kosmala:* | Okay. And who did that go to? |
| *Ralph Sanders:* | Uh, there's many creditors. I'd, I'd have to — |
| *Weneeta Kosmala:* | Can you — |
| *Ralph Sanders:* | — bring a, a list. Uh, probably most of the people that are listed on the, on the bankruptcy. |
| *Weneeta Kosmala:* | Okay. |
| *Ralph Sanders:* | *[Coughs]* |
| *Weneeta Kosmala:* | All right. So you're going to p-, provide me a list and the backup, then we'll go from there. |

*Sanders BK 341 Hearing 3.23.17) L97408043*                     **Page 34 of 35**
*Weneeta Kosmala, Ralph Sanders, Queenie Ng*

| | |
|---|---|
| *Ralph Sanders:* | Yeah. |
| *Weneeta Kosmala:* | And I'll continue this matter to April the 13th at 11:00. Is that good? |
| *Queenie Ng:* | That's good. I just have one follow up question. |
| *Weneeta Kosmala:* | Mm-hmm. |
| *Queenie Ng:* | You said that you kept this money, the cash, in the safe. |
| *Ralph Sanders:* | Yeah. |
| *Queenie Ng:* | Where is the location of that safe? |
| *Ralph Sanders:* | Oh, it's in my apartment. |
| *Queenie Ng:* | Oh, so it's a personal safe, not in a bank. |
| *Ralph Sanders:* | Yeah. Yeah. |
| *Queenie Ng:* | Okay. And w-, how much – |
| *Ralph Sanders:* | And plus I wasn't getting a lot at, at a time, you know, so it wasn't like I had $20,000 or something in there. The – |
| *Queenie Ng:* | At the time you filed for bankruptcy, how much cash was in that safe? |
| *Ralph Sanders:* | Oh, none. |
| *Queenie Ng:* | Okay. Okay. Thank you so much for coming today. |
| *Ralph Sanders:* | Okay. Thank you. |
| *Weneeta Kosmala:* | Thank you. |
| *Ralph Sanders:* | Thank you. I hope I got everything there. |
| *Queenie Ng:* | Do you need your tax return back? Or, or is, is this copy – |
| *Ralph Sanders:* | Oh, that copy was for you. |
| *Weneeta Kosmala:* | Okay. |

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 51 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 17 of 40

| | |
|---|---|
| *Queenie Ng:* | Okay. Thank you so much. |
| *Weneeta Kosmala:* | And just for the record, I have taken the only copy of the 2015 tax return that I have and I have given it to the office of the United States Trustee. |
| *Queenie Ng:* | And then you said you don't need this copy back. |
| *Ralph Sanders:* | No. |
| *Queenie Ng:* | Okay. |
| *Weneeta Kosmala:* | Okay. All right. |
| *Queenie Ng:* | All right. Thank you. |
| *Ralph Sanders:* | Okay. You're welcome. |

*[End of Audio]*

Case 8:17-ap-01068-MW    Doc 49-2    Filed 04/05/19    Entered 04/08/19 10:45:35    Desc
Part 3 of 3    Page 52 of 53
Case 8:17-ap-01068-MW    Doc 38-2    Filed 03/06/19    Entered 03/08/19 11:59:22    Desc
Part 3 of 4    Page 18 of 40

# EXHIBIT 3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

_Rick Davitt_
_1251 Bishop_
_Santa Ana, CA, 92703_

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April _____, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Weneta M. Kosmala (TR) - wkosmala@kosmalalaw.com**
**United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.SERVED BY UNITED STATES MAIL**:
On **April _____, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Larnita Pette**
**2588 El Camino Real, Suite F-195**
**Carlsbad, CA  92008**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April _____, 2019**, I served the following persons and/or entities by **personal delivery**, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court (PERSONAL DELIVERY)**
**Santa Ana Division**
**Attn: Honorable Mark S. Wallace**
**411 W. Fourth Street, Suite / Courtroom 6135/6C**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**April _5_ , 2019**    _Patrick Davitt_    _[signature]_
Date                    Printed Name                    Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.