

FILED & ENTERED

APR 12 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| Ralph E Sanders | Case No.:  8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW |
| Debtor(s). | |
| Larnita Pette | **ORDER GRANTING MOTION TO EXCLUDE EVIDENCE** |
| Plaintiff(s),<br>    v. | Date:      March 20, 2019<br>Time:      9:00 AM<br>Courtroom: 6C |
| Ralph E Sanders | |
| Defendant(s). | |

The Court, having reviewed the *Motion To Exclude Evidence* filed by Plaintiff Larnita Pette (the "Motion"), Defendant's *Opposition* to the Motion and related pleadings and documents, and heard argument on whether Adult Protective Services reports and medical (including hospital and nursing home) records are relevant to numbered

//

-1-

paragraphs 8, 22, 23 and 28 of the Amended Complaint, hereby grants the Motion in its entirety.

     IT IS SO ORDERED.

###

Date: April 12, 2019

Mark S. Wallace
United States Bankruptcy Judge