Larnita Pette
2588 El Camino Real, Suite F-195
Carlsbad, California 92008
(707) 853-2049
Email: larnita.pette@gmail.com

Plaintiff: Pro Se

**FILED**
APR 15 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re Ralph E. Sanders,<br><br>             Debtor | BK. No.: 8:17-bk-10265 MW<br><br>Chapter 7 |
| Larnita Pette,<br><br>             Plaintiff,<br><br>        v.<br><br>Ralph E. Sanders,<br><br>             Defendant. | Adv. No.: 8:17-ap-01068 MW<br><br>**EX PARTE APPLICATION FOR SHORTENED TIME TO HAVE MOTION HEARD**<br><br>DATE:    **To Be Determined**<br>TIME:    **To Be Determined**<br>PLACE:  **Courtroom 6C**<br>              **Ronald Reagan Federal Building**<br>              **411 West Fourth Street**<br>              **Santa Ana, CA 92701** |

I, Larnita Pette, the plaintiff in this case ("Plaintiff") hereby apply to the Court ex parte for a motion hearing to require Ralph Sanders ("Defendant, unrepresented party"), to file a signed affidavit under oath to:

1

EX PARTE APPLICATION FOR SHORTENED TIME TO HAVE MOTION HEARD

1. Disclose whether or not he was assisted by an attorney who researched, drafted and wrote the Motion for Judgement on the Pleadings which the defendant signed and filed with the court on April 5, 2019 (Docket #43). This motion is scheduled to be heard on May 8, 2019. Also, disclose whether or not an attorney researched, drafted and wrote declarations, briefs and motions filed on March 12, 2019 and March 15, 2019 (Docket #39, 40, 42, 43);

2. Reveal the identity of the person who has been assisting, drafting and/or writing the briefs;

3. Require the attendance of the attorney assisting, drafting and/or the defendant's declarations, motions and pleadings to appear at the May 8, 2019 hearing and/or to re-file the pleadings with that person's signature on all of the pleadings supporting the Defendant's filings.

The plaintiff believes that she will be disadvantaged at the May 8, 2018 hearing if the Defendant does not fully disclose the level and degree of assistance ("ghostwriting") provided to him by an attorney. The Defendant has benefitted from the latitude afforded to "pro se" litigants by not having a default issued by the Court when he failed to appear at the March 20, 2019 pretrial conference.

I contacted the Defendant ("unrepresented party") and informed him of this ex parte request. (Declaration ¶ 3)

The unrepresented party indicated that he would oppose the ex parte application. The unrepresented party said that his reasons for opposing the ex parte application are:

"continued harassment from the plaintiff. All creditors have issued a discharge except the plaintiff". (Exhibit # 1, April 14, 2019, 9:18 pm text message).

2

EX PARTE APPLICATION FOR SHORTENED TIME TO HAVE MOTION HEARD

This ex parte application is based upon a Memorandum of Points and Authorities, Declaration in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Dated this day of April 15th, 2019.

*Larmita Pette*

Larmita Pette, Pro Se

3

EX PARTE APPLICATION FOR SHORTENED TIME TO HAVE MOTION HEARD