Larnita Pette
2588 El Camino Real, Suite F-195
Carlsbad, California 92008
(707) 853-2049
Email: larnita.pette@gmail.com

Plaintiff: Pro Se

**FILED**
APR 15 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re Ralph E. Sanders,<br><br>          Debtor | BK. No.: 8:17-bk-10265 MW<br><br>Chapter 7 |
| Larnita Pette,<br><br>          Plaintiff,<br><br>    v.<br><br>Ralph E. Sanders,<br><br>          Defendant. | Adv. No.: 8:17-ap-01068 MW<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR SHORTENED TIME TO HAVE MOTION HEARD** |

I, Larnita Pette, declare as follows:

    1. I am the Plaintiff in the above-entitled case.

1

DECLARATION

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. I contacted the unrepresented party ("Defendant, Ralph Sanders") on April 12, 2019, April 13, 2019 and April 14, 2019 to give notice that I would be filing this ex parte application.

4. The contact information of the unrepresented party as follows:

Unrepresented Party

Name: Ralph Sanders

Phone number: (714) 262-8378

Address: 1251 W. Bishop, Santa Ana, CA 92703

Email address: resanders16@yahoo.com

5. Unrepresented party informed me that he:

Will oppose the ex parte application. Unrepresented party said that his reasons for opposing the ex parte application are:

"continued harassment from the plaintiff. all creditors have issued a discharge except the plaintiff". (Exhibits call list, text messages and emails)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2019, in Santa Ana, California 92024.

*Larnita Pette*, Plaintiff in Pro Se

2

DECLARATION

# EXHIBITS

| Contact | Number | Date | Duration | Call Type | Location | Service |
|---|---|---|---|---|---|---|
| Ralph Sanders | +1 714-262-8378 | 4/13/19, 5:08 PM | 0:00:38 | Outgoing | Anaheim, CA | Phone |
| Ralph Sanders | +1 714-262-8378 | 4/13/19, 5:08 PM | 0:00:00 | Missed | Anaheim, CA | Phone |
| Ralph Sanders | +1 714-262-8378 | 4/13/19, 4:46 PM | 0:00:42 | Outgoing | Anaheim, CA | Phone |
| Ralph Sanders | +1 714-262-8378 | 4/12/19, 6:33 PM | 0:00:32 | Outgoing | Anaheim, CA | Phone |

## Ralph Sanders

Apr 14, 2019 at 9:49 AM

**Me**

Ralph,
I have been calling you and leaving messages for you to call me. Please call me today.                    9:49 AM

**Ralph Sanders**

i left you an email message. please state by email what you want. i was at a wedding and reception and off to church. i will not call u so u can say i was rude or beligerent to you. spell it out what you want by email or text please. do you have any comments or approve or disapprove?                    9:56 AM

**Ralph Sanders**

please send me a text and i will reply. i am off to church                    10:19 AM

**Me**

I received the email and will respond to it.                    10:42 AM

**Me**

Also, The only email I received from you re my recent calls was this morning.                    10:43 AM

**Ralph Sanders**

yes                    11:00 AM

**Me**

I responded to your email via email 10 mins. ago. Check your email.                    11:03 AM

**Ralph Sanders**

great, at 2pm i will check. thank you                    11:16 AM

**Ralph Sanders**

i object to your ex parte application filing                    9:05 PM

**Me**

Please provide a reason for your objection. I will include your objection and your reason when I file the ex paste application. I believe that BOTH your objection and your reason are required by the court                    9:10 PM

**Ralph Sanders**

continued harrasment from the plaintiff. all creditors have issued a discharge except the plaintiff                    9:18 PM

M Gmail　　　　　　　　　　　　　　　　　　　　　　　　Larnita Pette <larnita.pette@gmail.com>

## motion for judgment

3 messages

---

**ralph sanders** <resanders16@yahoo.com>　　　　　　　　　　　　Sun, Apr 14, 2019 at 9:16 AM
Reply-To: ralph sanders <resanders16@yahoo.com>
To: larnita pette <larnita.pette@gmail.com>

Hello Ms Pette,
Do you have a solution to offer in regards to the Motion for Judgment or any comments?

---

**Larnita Pette** <larnita.pette@gmail.com>　　　　　　　　　　　　Sun, Apr 14, 2019 at 10:52 AM
To: ralph sanders <resanders16@yahoo.com>

Mr. Sanders,

I will be filing an ex parte application with the court on April 15, 2019.

I will be asking the court (1) to have you sign and file sworn affidavit with the court stating that you had an attorney write your past and recent briefs, (2) ask you to identify the attorney who wrote the briefs and (3) have the person who wrote the briefs appear in court on the May 8, 2019 motion hearing and/or re-file the motion briefs with his signature on them

Do you object to the ex parte application? If so, please state why you are objecting so that I can give that information to the court.

Sincerely,

Larnita Pette
(707) 853-2049
larnita.pette
[Quoted text hidden]

---

**Larnita Pette** <larnita.pette@gmail.com>　　　　　　　　　　　　Sun, Apr 14, 2019 at 7:50 PM
To: ralph sanders <resanders16@yahoo.com>

Mr. Sanders,

I have not gotten a response either via text or email to my question. In your text this morning, you said that you would read the above email at 2 pm.

Since you haven't indicated that you plan to object to the ex parte application to shorten time to file a motion, I will tell the court that you do not have an objection when I file the ex parte application with the court tomorrow, April 15, 2019.

Sincerely,

Larnita Pette
(707) 853-2049
larnita.pette@gmail.com
[Quoted text hidden]

 Gmail                                        **Larnita Pette <larnita.pette@gmail.com>**

## answer
1 message

**ralph sanders** <resanders16@yahoo.com>                          Sun, Apr 14, 2019 at 8:29 PM
Reply-To: ralph sanders <resanders16@yahoo.com>
To: larnita pette <larnita.pette@gmail.com>

Hello Ms Pette,
I will let you know before the night is over.
Ralph E