

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Ralph E Sanders<br><br>Debtor(s).<br><br>Larnita Pette<br><br>Plaintiff(s),<br>v.<br><br>Ralph E Sanders<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW<br><br>**ORDER DENYING EX PARTE APPLICATION FOR SHORTENED TIME TO HAVE MOTION HEARD**<br><br>[No Hearing Required] |

The Court having denied Defendant's Motion for Judgment on the Pleadings (the "Motion"), Plaintiff's application for an order shortening time regarding this Motion is moot and therefore is denied.

IT IS SO ORDERED.

Date: April 17, 2019

Mark S. Wallace
United States Bankruptcy Judge