

**FILED & ENTERED**

**APR 17 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ralph E Sanders<br><br>Debtor(s).<br><br>Larnita Pette<br><br>Plaintiff(s),<br>v.<br>Ralph E Sanders<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:17-bk-10265-MW<br>Adv No:   8:17-ap-01068-MW<br><br>**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:        May 8, 2019<br>Time:       9:00 AM<br>Courtroom: 6C |

Defendant's *Motion for Judgment on the Pleadings* (the "Motion") is denied as untimely.  The Court's Scheduling Order filed and entered October 5, 2017 set a deadline of March 31, 2018 for hearing pretrial motions.  Thus, the Motion is more than a year late.  The Motion is denied with prejudice.  IT IS SO ORDERED.

Date: April 17, 2019

Mark S. Wallace
United States Bankruptcy Judge