**FILED & ENTERED**

**APR 26 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Ralph E Sanders<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.: 8:17-bk-10265-MW<br>Adv No: 8:17-ap-01068-MW |
| Larnita Pette<br><br>Plaintiff(s),<br>v.<br><br>Ralph E Sanders<br><br>Defendant(s). | **ORDER SETTING ADVERSARY PROCEEDING FOR TRIAL**<br><br>Date:     March 20, 2019<br>Time:     9:00 AM<br>Courtroom:   6C |

In view of the unilateral nature of the pretrial Stipulation and the potential for unfairness in documents prepared by only one of the parties, the Court will not approve the Stipulation. This case will go to trial without a joint pretrial Stipulation or joint pretrial Order.

Trial on the second claim for relief is set for Monday, May 20, 2019 at 9:00 a.m., in Courtroom 6C, 411 W Fourth Street, Santa Ana, CA 92701. Trial will promptly commence following the Court's regular 9:00 a.m. calendar, continue until 12:30 p.m., recess from 12:30 p.m. to approximately 2:30 p.m. (i.e., following the Court's regular 2:00p.m. calendar), and then continue from approximately 2:30 p.m. to 4:30 p.m.  Each

party will have three trial hours to present his or her case.  Witness lists and trial exhibits shall be filed with the Court on or before April 30, 2019.  Plaintiff may file trial exhibits first and an optional trial memorandum two weeks before trial.

The Court will take judicial notice of Mr. Sanders bankruptcy petition, including but not limited to the schedules and amended schedules.  The Federal Rules of Evidence shall apply.

IT IS SO ORDERED.

###

Date: April 26, 2019

Mark S. Wallace
United States Bankruptcy Judge