ORIGINAL

**RALPH E. SANDERS**
1251 W. Bishop
Santa Ana, CA 92703
Telephone: (714) 262-8378

Debtor/Defendant, in pro se

FILED
APR 30 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>RALPH E. SANDERS,<br><br>Debtor,<br><br>―――――――――――<br><br>LARNITA PETTE,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH SANDERS,<br><br>Defendant. | Case No. 8:17-bk-10265-MW<br><br>Chapter 7<br><br>Adv. No. 8:17-AP-01068-MW<br><br><br>**DEFENDANT'S WITNESS LIST**<br><br><br>TRIAL<br>DATE: May 20, 2019<br>TIME: 9:00 a.m.<br>DEPT: 6135/6C<br>PLACE: 411 West Fourth Street<br>Santa Ana, CA 92701 |

-1-
**DEFENDANT'S WITNESS LIST**

# DEFENDANT'S WITNESS LIST

**Kyung Vickers**     Wife of decedent bankruptcy preparer Grady Vickers

**Weneta Kosmala**     Chapter 7 Trustee

**Queenie NG**     United States Trustee

DATED: April 30, 2019

Respectfully Submitted,

*[signature]*

**RALPH SANDERS**
Defendant, in pro per