| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregory L. Bosse<br>940 W. 17th Street, Suite F<br>Santa Ana, CA 92706<br>714-550-9555   FAX: 714-316-1344<br>103641 CA<br>greg@lawbosse.com | |
| Attorney for: Debtor, RALPH E. SANDERS | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>RALPH E. SANDERS<br>                                        Debtor<br><br>LARNITA PETTE<br>                                        Plaintiff<br>                    vs.<br><br>RALPH E. SANDERS<br>                                        Defendant | CASE NO.: 8:17-bk-10265-MW<br><br>ADVERSARY NO: 8:17-AP-01068-MW<br>(if applicable)<br><br>CHAPTER: 7<br><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>[LBR 2091-1(b)] |

1.  The name of the party making this Substitution of Attorney (specify): Debtor/Defendant, RALPH E. SANDERS

2.  The name, address, telephone number, and email address of the new attorney are (specify):

    Gregory L. Bosse
    Law Offices of Gregory L. Bosse
    940 W. 17th Street, Suite F
    Santa Ana, CA
    (714) 550-9555
    greg@lawbosse.com

3.  New attorney hereby appears in the following matters: ☐ the bankruptcy case ☑ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 1                              F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*): Ralph E. Sanders, Debtor/Defendant

Date: May 8, 2019

*[signature]*

Signature of party
**RALPH E. SANDERS**
Printed name of party

Signature of second party (if applicable)
Printed name of second party (if applicable)

Signature of *third* party (if applicable)
Printed name of *third* party (if applicable)

Signature of *fourth* party (if applicable)
Printed name of *fourth* party (if applicable)

I consent to the above substitution.
Date: May 8, 2019

*[signature]*

Signature of present attorney
**RALPH E. SANDERS**
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: May 8, 2019

*[signature]*

Signature of new attorney
**GREGORY L. BOSSE, ESQ.**
Printed name of new attorney

### IMPORTANT NOTICE

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014     Page 2     F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

940 W. 17th Street, Suite F

Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): SUBSTITUTION OF ATTORNEY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 16, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Weneta M. Kosmala (TR) - wkosmala@kosmalalaw.com
United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On May 16, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Larnita Pette (ALSO VIA EMAIL)
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 16, 2019, I served the following persons and/or entities by **personal delivery**, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court (PERSONAL DELIVERY)
Santa Ana Division
Attn: Honorable Mark S. Wallace
411 W. Fourth Street, Suite / Courtroom 6135/6C
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 16, 2019 | LYNN CASTRO | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    F 9013-3.1.PROOF.SERVICE