| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Law Offices of Gregory L. Bosse<br>940 West 17th Street, Suite F<br>Santa Ana, CA 92706<br>Telephone: (714) 550-9555<br>greg@lawbosse.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Ralph E. Sanders | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| In re:<br><br>Ralph E. Sanders<br><br><br><br><br><br>Debtor(s). | CASE NO.:8:17-bk-10265-MW<br><br>ADVERSARY NO.: 8:17-ap-01068-MW<br>(*if applicable*)<br><br>CHAPTER: 7 |
| Lamita Pette<br><br><br><br>Plaintiff(s) (*if applicable*).<br>vs.<br><br>Ralph E. Sanders<br><br><br><br>Defendant(s) (*if applicable*). | **NOTICE OF APPEAL<br>AND STATEMENT OF ELECTION** |

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Ralph E. Sanders

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

---

December 2018 | Page 1 | Official Form 417A

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   Order denying dishcharge for false oath pursuant to 11 U.S.C. Section 727(a)(4)(A)

2. The date the judgment, order, or decree was entered: 06/03/2019

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: Ralph E. Sanders

   Attorney:

   Law Offices of Gregory L. Bosse
   Gregory L. Bosse
   940 West 17th Street, Suite F
   Santa Ana, CA 92706
   Telephone (714) 550-9555
   greg@lawbosse.com

2. Party: Larnita Pette

   Attorney:

   Plaintiff pro se
   Larnita Pette
   2588 El Camino REal, Suite F-195
   Telephone ((707) 853-2049
   larnita.pette@gmal.com

### Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### Part 5: Sign below

_____    Date: 6/17/19
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to Inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

940 W. 17th Street, Suite F
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 17, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Weneta M. Kosmala (TR) - wkosmala@kosmalalaw.com
United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **June 17, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Larnita Pette**
**2588 El Camino Real, Suite F-195**
**Carlsbad, CA 92008**

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 17, 2019**, I served the following persons and/or entities by **personal delivery**, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**United States Bankruptcy Court (PERSONAL DELIVERY)**
**Santa Ana Division**
**Attn: Honorable Mark S. Wallace**
**411 W. Fourth Street, Suite / Courtroom 6135/6C**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2019 | LYNN CASTRO | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE