**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Debtor(s)**

CASE NO.:

ADVERSARY NO.:

APPEAL DOCKET ENTRY NO.:

**Plaintiff(s)**

vs.

**Defendant(s)**

**NOTICE OF APPEAL DEFICIENCY TO APPELLANT [FRBP 8003(a)]**

The Notice of Appeal filed in this case on (*date*) _____ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below.  Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☐ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☐ Does not include the title of order, judgment, or decree.
  ☐ Does not include the entered date of order, judgment, or decree.
  ☐ Does not include the ☐ names ☐ addresses ☐ telephone numbers of the opposing parties.
  ☐ Not signed by the Appellant.

☐ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: _____     By: _____
                         Deputy Clerk

                         _____
                         Telephone Number

*January 2016*                                                        **APPEAL.NOTICE.DEFICIENCY**