

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER **7.00**

APPEAL? ☒ Yes ☐ No
APPEAL No. **CC191153**
(if known)

(File this form on the related case docket)

Ordering Party's Name: **Ralph E. Sanders**   Attorney Bar# **103641**

Law Firm: **Law Offices of Gregory L. Bosse**

Mailing Address: **940 West 17th Street, Suite F**

**Santa Ana, CA 92706**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): **Greg Bosse**

Telephone: (**714**) **550-9555**    E-mail: **greg@bosselaw.com**

Bankruptcy Case #: **8:17-bk-10265-MW**   Adversary Proceeding #/MP #: **8:17-ap-01068-MW**

Date of Hearing (complete a SEPARATE form for EACH hearing date): **May 20, 2019** Time: **9:00**

Debtor: **Ralph E. Sanders**

Adversary Proceeding Name: **Larnita Pette** vs. **Ralph E. Sanders**

Hearing Judge: **M. Wallace**   Courtroom #: **SA 6C**

TRANSCRIBER: **Briggs Reporting**   ALTERNATE: **Ben Hyatt**

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|
| | **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |

☒ Ordinary (30 days)   ☐ 3 Days        ☒ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                 ☐ Testimony of Witness _____
                                         ☐ Other*                  (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment.*

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**:** Clerk must docket this form; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____  By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*