ORDER No. _____



# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☒ Yes ☐ No
APPEAL No. CC191153
(if known)

(File this form on the related case docket)

Ordering Party's Name: Ralph E. Sanders    Attorney Bar# 103641
Law Firm: Law Offices of Gregory L. Bosse
Mailing Address: 940 West 17th Street, Suite F
Santa Ana, CA 92706

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): Greg Bosse
Telephone: ( 714 ) 550-9555    E-mail: greg@bosselaw.com
Bankruptcy Case #: 8:17-bk-10265-MW    Adversary Proceeding #/MP #: 8:17-ap-01068-MW
Date of Hearing (complete a SEPARATE form for EACH hearing date): May 21, 2019  Time: 9:00
Debtor: Ralph E. Sanders
Adversary Proceeding Name: Larnita Pette    vs. Ralph E. Sanders
Hearing Judge: M. Wallace    Courtroom #: SA 6C
TRANSCRIBER: Briggs Reporting    ALTERNATE: Ben Hyatt
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| Transcript Type: | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)  ☐ 3 Days         ☒ Entire Hearing
☐ 14 Days             ☐ Daily (24 hours) ☐ Ruling/Opinion of Judge only
☐ 7 Days                                ☐ Testimony of Witness _____
                                        ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*