GREGORY L. BOSSE, ESQ., State Bar No. 103641
LAW OFFICES OF GREGORY L. BOSSE
940 W. 17th Street, Suite F
Santa Ana, California  92706
(714) 550-9555 Telephone
(714) 316-1344 Fax
greg@lawbosse.com

Attorneys for Debtor/Defendant, RALPH E. SANDERS

UNITED STATES BANKRUPTY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>RALPH E. SANDERS,<br><br>Debtor, | Case No.  8:17-bk-10265-MW<br><br>Chapter 7<br><br>Adv. No. 8:17-AP-01068-MW<br><br>BAP No. CC-19-1153 |
| LARNITA PETTE,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH E. SANDERS,<br><br>Defendant. | APPELLANT, RALPH E. SANDER'S, RESPONSE TO NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL |

- 1 -

APPELLANT, RALPH E. SANDER'S, RESPONSE TO NOTICE OF
DEFICIENT APPEAL AND IMPENDING DISMISSAL

Appellant, Ralph E. Sanders, hereby responds to the court's Notice of Deficient Appeal and Impending Dismissal, whereby the appellate filing fee of $298.00 was paid to the United States District Court - Santa Ana Division on June 18, 2019. A copy of the court's receipt is attached hereto as Exhibit 1.

DATED: June 28, 2019

LAW OFFICES OF GREGORY L. BOSSE

_____
GREGORY L. BOSSE, ESQ.
Attorney for Defendant,
Ralph E. Sanders

- 2 -

**APPELLANT, RALPH E. SANDER'S, RESPONSE TO NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

# EXHIBIT 1

```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA015608
Cashier ID: dvcash
Transaction Date: 06/18/2019
Payer Name: Law Offices of Gregory L Bos
se
------------------------------------
MISCELLANEOUS FEES
 For: Law Offices of Gregory L Bosse
 Amount:         $298.00
------------------------------------
CHECK
 Check/Money Order Num: 49045
 Amt Tendered: $298.00
------------------------------------
Total Due:      $298.00
Total Tendered: $298.00
Change Amt:     $0.00

Case No: 8:17-bk-10265-MW

Adversary No.: 8:17-ap-01068-MW

Chapter 7

Notice of Appeal and Statement of
Election
In re: Ralph E. Sanders


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

## WELLS FARGO

## Check Details

| | |
|---|---|
| **Check Number** | 49045 |
| **Date Posted** | 06/20/19 |
| **Check Amount** | $298.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

940 W. 17th Street, Suite F
Santa Ana, CA 92706

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT, RALPH E. SANDER'S, RESPONSE TO NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 1, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Weneta M. Kosmala (TR) - wkosmala@kosmalalaw.com
United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 1, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Larnita Pette
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 1, 2019**, I served the following persons and/or entities by **personal delivery**, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court (PERSONAL DELIVERY)
Santa Ana Division
Attn: Honorable Mark S. Wallace
411 W. Fourth Street, Suite / Courtroom 6135/6C
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 1, 2019 | LYNN CASTRO | /s/ (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE