# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**To:** Clerk, Santa Ana Bankruptcy Court
**Debtor(s):** RALPH E. SANDERS
**BAP No.:** CC-19-1153
**Bk. Ct. No.:** 8:17-bk-10265-MW                    **ADV. NO.:** 8:17-ap-01068-MW

**INTERNAL Bk. Ct. NO.:** ***

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

Susan M Spraul, BAP Clerk

**By:** Vicky Jackson-Walker, Deputy Clerk
**Date:** June 19, 2019