FILED
JUL -5 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RALPH E. SANDERS,<br><br><br><br><br>Debtor(s) | CASE NO.: 8:17-bk-10265-MW (BAP NO. CC-19-1153)<br>ADVERSARY NO.: 8:17-ap-01068-MW<br>NOTICE OF APPEAL FILED: 06/17/2019<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED : 01/25/2017<br>APPEAL DOCKET ENTRY NO.: 85 |
| LARNITA PETTE,<br><br>Plaintiff(s)<br>vs.<br>RALPH E. SANDERS,<br><br><br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☐ Other (*specify*):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 07/05/2019    By: Nickie Bolte *Nickie Bolte*
Deputy Clerk

## NOTICE OF APPEAL SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    [X] Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    [ ] United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the United States Trustee

    [ ] Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    [ ] Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    [X] Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    [ ] San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    [ ] Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other parties served by NEF:

    Gregory L Bosse    greg@lawbosse.com, lynn@lawbosse.com
    Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com; kgeorge@kosmalalaw.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

    Larnita Pette
    2588 El Camino Real, Suite F-195
    Carlsbad, CA  92008

    Ralph E. Sanders
    1251 W. Bishop
    Santa Ana, CA  92703