ORIGINAL

FILED
JUL - 9 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

LARNITA PETTE
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008
(707) 853-2049
Email: larnita.pette@gmail.com

PLAINTIFF, PRO SE

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>RALPH E. SANDERS<br>               Debtor. | Case No.: 8:17-bk-10265-MW<br><br>Chapter 7 |
| Larnita Pette<br>               Plaintiff,<br>vs.<br>RALPH E. SANDERS<br>               Defendant. | Adv. No 8:17-ap-01068-MW<br><br>**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD** |

    Larnita Pette, Plaintiff and Appellee, pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2) designates the following additional items to be included in the record on appeal:

    1. The Petition, the Schedules, the Amended Schedules of Appellant, Ralph Sanders;

    2. All docket entries filed the Main Bankruptcy Case of Ralph Sanders 8:17-bk-10265;

- 1 -
APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

3. All docket entries filed in the Main Bankruptcy Case 2:17-bk-11972, of Beverly Monique Murray-Calcote. Docket entries #1-85:

4. The adversary complaint, the answer, the order approving settlement stipulation and all other pleadings in the adversary proceeding of <u>United States Trustee v. Murray-Calcote</u>. Adversary Case 2:17-ap-01487 RK. Docket entries #1-15

5. Transcript of Mr. Sanders March 9, 2017 and March 23, 2017 341(a) hearings;

6. Plaintiff and Appellee's Exhibits #1, 2, 3, 6, 7, 8, 9, 10, 12.

Dated this 9th of July, 2019

*/s/ Larnita Pette*
Larnita Pette, Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4246 Arcata Bay Way
Oceanside, CA 92054

A true and correct copy of the foregoing document entitled (*specify*): Larnita Pette, Plaintiff and Appellee's, Designation of Additional Items to be Included in the Record.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __07/09/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Ralph E. Sanders, 1251 W. Bishop St, Santa Ana, CA 92703
Attorney: Gregory L. Bosse, Law Offices of Gregory L. Bosse, 940 W. 17th Street, Suite F, Santa Ana, CA 92706
Chapter 7 Trustee: Weneta M. Kosmala, 3 MacArthur Place, Suite 760, Santa Ana, CA 92707

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __07/09/2019__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Judge's Copy:
Honorable Mark S. Wallace, United States Bankruptcy Court, 411 W. Fourth Street, Suite 6135, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/09/2019 | Pat Schifftner | *Pat Schifftner* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                             **F 9013-3.1.PROOF.SERVICE**