**FILED**

**OCT 30 2019**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RALPH E. SANDERS,<br><br>Debtor(s) | BAP/USDC NO.: CC-19-1153<br>CASE NO.: 8:17-bk-10265-MW<br>ADVERSARY NO.: 8:17-ap-01068-MW<br>APPEAL DOCKET ENTRY NO.: 85 |
| LARNITA PETTE,<br><br>Plaintiff(s)<br>vs.<br>RALPH E. SANDERS,<br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- [X] Bankruptcy Appellate Panel of the Ninth Circuit
- [ ] U.S. District Court
- [ ] U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Gregory L. Bosse - Law Offices of Gregory L. Bosse
940 West 17th Street, Suite F
Santa Ana, CA 92706

Attorney of Record for Appellee:
Larnita Pette - Pro Se
2588 El Camino Real, Suite F-195
Carlsbad, CA 92008

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- [X] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- [ ] No transcripts were requested by either the Appellant or Appellee.
- [ ] Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 10/30/2019          By: Nickie Bolte _Nickie Bolte_
                              Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   - [X] Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   - [ ] United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee
   - [ ] Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   - [ ] Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   - [X] Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   - [ ] San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   - [ ] Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Gregory L Bosse    greg@lawbosse.com, lynn@lawbosse.com
   Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com; kgeorge@kosmalalaw.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Larnita Pette
   2588 El Camino Real, Suite F-195
   Carlsbad, CA  92008

   Ralph E. Sanders
   1251 W Bishop
   Santa Ana, CA 92703