1   Larnita Pette
2   2588 El Camino Real, Suite F-195
    Carlsbad, CA 92008
3   Mobile: (707) 853-2049
    E-Mail: larnita.pette@gmail.com
4
5   Plaintiff: PRO SE

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                     **CENTRAL DISTRICT OF CALIFORNIA**

9                          **SANTA ANA DIVISION**

10

11  In re:

12
                                          |  Chapter 7
13  **RALPH E. SANDERS**
                                          |  Case No.: 8:17-bk-10265-MW
14                    Debtor,
                                          |  Adv. No.: 8:17-ap-01068-MW
15

16
                                          |  **MOTION FOR ENTRY OF FINAL
17  Larnita Pette,                        |  JUDGMENT ON FIRST CLAIM FOR
                                          |  RELIEF PURSUANT TO 11 U.S.C. §
18                    Plaintiff,          |  523(a)(6)); (2) FOR TAXATION OF COSTS;
         vs.                              |  (3) REMOVAL OF BANKRUPTCY STAY; (4)
19                                        |  CLOSURE OF PRIMARY (8-17-bk-10265)
    Ralph E. Sanders,                     |  AND ADVERSARY (8:17-ap-01068) CASES
20                    Defendant
21

22

23  **TO THE HONORABLE MARK WALLACE, UNITED STATED BANKRUPTCY JUDGE:**

24  **THE DEBTOR AND ALL PARTIES IN INTEREST:** Larnita Pette, as the Plaintiff,

25  respectfully requests that the Court: (1) Enter a Final Judgement on the First Cause of Action

26  pursuant to 11 U.S.C. § 523(a)(6) in *Pette v. Sanders (In re Sanders)*, Adversary Proceeding No.

27  8:17-ap-01068-MW in the main bankruptcy case of *In re Sanders* Case No. 8:17-bk-10265-MW

28  (the "1068 Action"); (2) award Bill of Costs submitted by Plaintiff on April 24, 2020 (Exhibit 3,

1  Docket #113; (3) Close the 1068 Action; (4) Close the Chapter 7 Bankruptcy case, *In re Sanders*

2  Case No. 8:17-bk-10265-MW (the "10265 Petition"); (5) Remove the Bankruptcy Stay and issue

3  a Certification of Final Judgment for the state courts so litigation stayed by the Bankruptcy

4  proceeding may proceed.

## MEMORANDUM OF POINTS AND AUTHORITY

## I.

## STATEMENT OF FACTS

8  In response to the Ninth Circuit Bankruptcy Appellate Panel's Clerk's Order Re Finality

9  issued On October 8, 2019 (Exhibit 1), Defendant, Ralph Sanders, filed a motion pursuant to

10  Federal Rule of Civil Procedure 54(b) for Final Judgment on the second of two claims for relief in

11  the 1068 Action.

12  The Defendant's Notice of Motion and Motion for Entry of Final Judgment on False Oath

13  Claim Pursuant to FRCP 54(b) (Docket #99) acknowledges that the Court's Memorandum

14  Decision and Order ("MDO") "granted plaintiff, LARNITA PETTE's ("Pette") objection to

15  discharge pursuant to 11 U.S.C. § 727(a)(4)(A)(B) for false oath(s) and false claims made by

16  defendant, RALPH SANDERS ("Sanders"). The court stayed the objection pursuant to 11 U.S.C.

17  523(a)(6)." (Exhibit 2, Docket #99, p.3 ¶2 11-15)

18  The Defendant further acknowledges that:

19  "The Court's MDO is a final adjudication of plaintiff's claim that defendant made a false

20  oath pursuant to 11 U.S.C. § 727(a)(4)(A)(B). The court granted judgment to this claim

21  and eliminated this claim. The other claim under 11 U.S.C. is intact, separate and distinct

22  from the single claim at issue in the Court's MDO. Hence the false oath claim is

23  appropriate for entry of final judgment under Rule 54(b)." (Exhibit 2, Docket #99, p.4¶

24  15-20)

25  On October 18, 2019, The Court granted the Defendant's Motion for Entry of Judgment on

26  False Oath Claim. "The Court determined that considerations of judicial economy and expeditious

27  resolution of litigation militated in favor of going forward with the section 727 cause of action

28

1  and temporarily staying the section 523 cause of action." (Exhibit 2, Docket #101, p.2 ¶ 7-9). The

2  Appeals process continued in the Ninth Circuit Bankruptcy Appellate Panel ("BAP").

3      On February 27, 2020, the BAP heard oral arguments in the appeal *Sanders v. Pette*, appellate

4  case CC 19-1153.

5      On March 10, 2020, the BAP issued a memorandum affirming the Court's denial of the

6  defendant's bankruptcy on the 727 claim for relief and closed the appellate case.

7      On April 3, 2020 an affirmed mandate was issued to the Bankruptcy Court in Santa Ana and

8  to the originating Bankruptcy Judge.

9      On April 24, 2020, the Plaintiff filed a Bill of Costs (Exhibit 3) for the Plaintiff's costs of the

10  Adversary and Appellate court actions.

11      However, the recurrence of a medical issue arose requiring my immediate attention. On April,

12  24, 2020, I received the results of an April 23, 2020 examination that confirmed the presence of a

13  new or recurring cancerous mass. My attention shifted away the next steps in this case to focusing

14  on my plan of treatment and recovery. (Declaration of Larnita Pette).

15      By this motion, I am requesting:

16      1. A Final Judgment and Order or a Final Decree on the 523 cause of action to resolving the

17          First Claim for Relief;

18      2. An Order awarding Plaintiff's Bill of Costs;

19      3.  Removal of the Bankruptcy Stay;

20      4. Certificate of Final Judgment for the State Court litigation;

21      5. Closure of the Primary Bankruptcy (8:17-bk-10265) and Adversary (8:17-ap-01068)

22          cases.

23                                    **II.**

24                            **LEGAL ARGUMENT**

25      Mr. Bosse, attorney for the Defendant, argued in the Rule 54(b) Motion for Entry of Final

26  Judgment on the 727 claim for relief that the "Court granted judgement to this claim and

27  eliminated this claim. The other claim under 11 U.S.C. 523(a)(6) is intact, separate and distinct

28  from the single claim issue in the Court's MDO." (Exhibit 2, Docket No. 99, p.4 ¶3, 16-18).

1    Although the 523 claim for relief is based on the denial of discharge by the Court under the

2    727 cause of action and affirmed but the Bankruptcy Appellate Panel, the Court has not issued a

3    ruling or judgment on the 523 claim and, according to the Defendant, the 523 cause of action has

4    not been eliminated by a final ruling or judgment on the 727 claim.

5    Therefore, the Plaintiff requests that the Court issue a Final Judgment on the First Claim for

6    Relief pursuant to 11 U.S.C. 523(a)(6).

7                                            **III.**

8                                       **CONCLUSION**

9    In summary, the Plaintiff requests that the Court issue a Final Judgement on the 11 U.S.C.

10    523(a)(6) claim for relief; issue an order awarding Plaintiff's Bill of Costs; remove the

11    bankruptcy stay; issue a Certificate of Final Judgment to file for the State Courts; and close both

12    Primary and Adversary cases. (Exhibit 4).

13

14

15

16

17

Dated: October 9, 2020

18

19

20                                    Larnita A. Pette, Pro Se

21

22

23

24

25

26

27

28

MOTION FOR FINAL JUDGMENT AND ORDER ON FIRST CLAIM FOR RELIEF

1
2   Larnita Pette
    2588 El Camino Real, Suite F-195
    Carlsbad, CA 92008
3   Mobile: (707) 853-2049
    E-Mail: larnita.pette@gmail.com
4
    Plaintiff: PRO SE
5
6
7                   UNITED STATES BANKRUPTCY COURT
8                    CENTRAL DISTRICT OF CALIFORNIA
9                          SANTA ANA DIVISION
10
11  In re:

12
    **RALPH E. SANDERS**                    | Chapter 7
13
                      Debtor,               | Case No.: 8:17-bk-10265-MW
14
                                            | Adv. No.: 8:17-ap-01068-MW
15

16
    Larnita Pette,                          | **DECLARATION OF LARNITA PETTE IN**
17                                          | **SUPPORT OF:  MOTION FOR ENTRY OF**
                           Plaintiff,       | **FINAL JUDGMENT ON FIRST CLAIM FOR**
18                                          | **RELIEF PURSUANT TO 11 U. S. C. §**
       vs.                                  | **523(a)(6)); (2) FOR TAXATION OF COSTS; (3)**
19                                          | **REMOVAL OF BANKRUPTCY STAY; (4)**
    Ralph E. Sanders,                       | **CLOSURE OF PRIMARY (8-17-bk-10265-**
20                                          | **MW) AND ADVERSARY (8:17-ap-01068-MW)**
                           Defendant        | **CASES**
21
22

23      I, Larnita Pette, the Plaintiff, in this procedure declare that I am over the age of 18 and am

24  competent to testify to the forgoing facts from personal knowledge.

25      After successfully prevailing as the Plaintiff, on the Second Claim for Relief ("727") the

26  Adversary Case 8:17-ap-01068-MW, in the Bankruptcy Court and as the Appellee in the

27  Appellate Case (CC-19-1153) filed by Ralph E. Sanders, (the "Defendant") and heard by the

28  Ninth Circuit Bankruptcy Appellate Panel in Pasadena, California, I filed a Bill of Costs (Exhibit

DECLARATION OF LARNITA PETTE IN SUPPORT OF: MOTION FOR FINAL JUDGMENT AND
ORDER ON FIRST CLAIM FOR RELIEF

2) for costs incurred in the Adversary and Appellate cases. On April 24, 2020, I mailed Gregory L. Bosse, attorney for the Defendant a copy of the Bill of Costs and exhibits. On April 25, 2020, I followed up the mailing with an email to Mr. Bosse to confirm that the Bill of Cost form (B2630) included a Proof of Service. (Exhibit 3).

On April 24, 2020, I received the results of a scheduled six-month follow-up examination, required due my previous cancer history in 2018, taken on April 23, 2020. A suspicious mass was found. A follow-up biopsy was required.

1. On April 28, 2020, a biopsy confirmed that the cancer had either returned or a new cancer had developed.

2. On May 22, 2020, the mass was removed and reconstructive surgery were performed to be followed by a round of radiation treatments if the surgical sites healed without any complications.

3. On July 20, 2020 radiation treatments (5 days a week) began.

4. On August 10, 2020, the radiation treatments were completed and healing from the surgery and radiation continued.

During this period of diagnosis, surgery, treatment and recovery, I was not focused on the Bankruptcy Cases.

After researching the issues, cases and case law, I am filing a Motion for Final Judgment and Order on 11 U.S.C. § 523(a)(6) the First Claim for Relief in Adversary Case 8:17-ap-01068-MW.

Dated: October 9, 2020

_Larnita A. Pette_

Larnita A. Pette, Pro Se

DECLARATION OF LARNITA PETTE IN SUPPORT OF: MOTION FOR FINAL JUDGMENT AND ORDER ON FIRST CLAIM FOR RELIEF                2

# EXHIBIT 1

SEP 27 2019

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   CC-19-1153 |
| RALPH E. SANDERS, | Bk. No.   8:17-bk-10265-MW |
| Debtor. | Adv. No.   8:17-ap-01068-MW |

RALPH E. SANDERS,

      Appellant,

v.

LARNITA PETTE,

      Appellee.

**CLERK'S ORDER RE FINALITY**
**(Response Required)**

This is an appeal from a memorandum of decision and order denying the discharge of debtor-appellant Ralph E. Sanders under 11 U.S.C. § 727 (a)(4)(A). Appellant filed an opening brief on September 9, 2019 and excerpts of the record on September 16, 2019. BAP Docket at 17 (Opening Brief) and 19 (Excerpts of the Record).

On September 26, 2019, appellee filed a motion for an extension of time to file the responsive brief. As explained below, appellee's obligation to file and serve a responsive brief will be extended until the resolution of a jurisdictional issue.

The following jurisdictional issue must be resolved at this time. The order on appeal appears interlocutory because it does not appear to fully and finally dispose of the underlying litigation. *Slimick v. Silva (In re*

*Slimick)*, 928 F.2d 304, 307 (9th Cir. 1990). Specifically, the order on appeal does not address the claim for relief under 11 U.S.C. § 523(a)(6). *See* Bankruptcy Court Docket at 7 (Amended Complaint at 7-8) and 63 (Order Setting Adversary Proceeding For Trial on Second Claim for Relief).

No later than **Friday, October 11, 2019**:

a.    Appellant must request and obtain from the bankruptcy court either a judgment disposing of all claims and file with the BAP a copy of such judgment in the adversary proceeding, or a judgment containing an express determination pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay in entering judgment on fewer than all the claims and file with the BAP a copy of such judgment; or

b.    Appellant must file with the BAP a motion for leave to appeal explaining why the BAP should hear the above-referenced appeal before the full and final disposition of the entire adversary proceeding. *See Lompa v. Price (In re Price)*, 79 B.R. 888, 889 (9th Cir. BAP 1987), *aff'd*, 871 F.2d 97 (9th Cir. 1989).

Appellee's obligation to file and serve a responsive brief is hereby extended until FOURTEEN (14) days from the entry of an order resolving the jurisdictional issue.

Failure to comply with the requirements of this order may result in dismissal of this appeal without further notice to the parties.

FOR THE PANEL,

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court

2

# EXHIBIT 2

GREGORY L. BOSSE, ESQ., State Bar No. 103641
LAW OFFICES OF GREGORY L. BOSSE
940 W. 17th Street, Suite F
Santa Ana, California  92706
(714) 550-9555 Telephone
(714) 316-1344 Fax
greg@lawbosse.com

Attorneys for Defendant, RALPH E. SANDERS

# UNITED STATES BANKRUPTY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>RALPH E. SANDERS,<br><br>       Debtor,<br><br>———————————————<br><br>LARNITA PETTE,<br><br>       Plaintiff,<br><br>vs.<br><br>RALPH SANDERS,<br><br>       Defendant. | Case No.  8:17-bk-10265-MW<br><br>Chapter 7<br><br>Adv. No. 8:17-AP-01068-MW<br><br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON FALSE OATH CLAIM PURSUANT TO FRCP 54(b)**<br><br><br>**DATE:**   **November 13, 2019**<br>**TIME:**   **9:00 a.m.**<br>**DEPT:**   **6135/6C**<br>**PLACE:** **411 West Fourth Street**<br>             **Santa Ana, CA  92701** |

     PLEASE TAKE NOTICE that on November 13, 2019, at 9:00 A.M. in Courtroom

6135/6C of the above-entitled Court located at 411 West Fourth Street, Santa Ana, California

– 1 –

**NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON FALSE OATH CLAIM PURSUANT TO FRCP 54(b)**

92701, Defendant, RALPH SANDERS, will move this Court for an Order granting final judgment on plaintiff's claim that Defendant, RALPH SANDERS, made a false oath pursuant to 11 U.S.C. section 727(a)(4)(A)(B).

This Motion will be made pursuant to *Federal Rule of Civil Procedure* 54(b) on the grounds that there is no just reason for delay of entering judgment on fewer than all claims.

This Motion shall be based upon this Notice, the attached Memorandum of Points and Authorities, the complete files and exhibits of this action, and such other and further oral and documentary evidence as may be presented at the hearing on this Motion.

DATED:  October 8, 2019                **LAW OFFICES OF GREGORY L. BOSSE**

**GREGORY L. BOSSE, ESQ.**
Attorney for Defendant,
RALPH E. SANDERS

**NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON
FALSE OATH CLAIM PURSUANT TO FRCP 54(b)**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## STATEMENT OF FACTS

Defendant, Ralph Sanders, filed his chapter 7 bankruptcy on January 25, 2017. Plaintiff filed her Amended Adversary Complaint against Defendant on May 8, 2017 with two (2) claims; 1) for violation of 11 U.S.C. 523(a)(6) for willful and malicious conduct; and 2) for violation of 11 U.S.C. § 727(a)(4)(A)(B) for making false oath(s) and false claims.

The Court, on June 3, 2019, filed and entered its Memorandum Decision and Order ("MDO") that granted plaintiff, LARNITA PETTE's ("Pette") objection to discharge pursuant to 11 U.S.C. § 727(a)(4)(A)(B) for false oath(s) and false claims made by defendant, RALPH SANDERS ("Sanders"). The Court had stayed the objection pursuant to 11 U.S.C. 523(a)(6).

Sanders respectfully requests that the court now inter final judgment on the 11 U.S.C. § 727(a)(4)(A)(B) claim pursuant to Federal Rule of Civil Procedure 54(b) so that he may seek appellate review of the Court's ruling without undue delay. Sanders has filed his opening brief with the United States Bankruptcy Appellate Panel of the Ninth Circuit ("BAP") and it has issued a Clerk's Order Re Finality. (See Exhibit 1)

## II.

## LEGAL ARGUMENT

Rule 54(b) provides that a court may enter final judgment on a single claim in an action with multiple claims "if the court expressly determines that there is no just reason for

- 3 –

**NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON FALSE OATH CLAIM PURSUANT TO FRCP 54(b)**

1    delay." The Court's MDO on June 3, 2019 satisfies Rule 54(b)'s requirements, and there is no

2    just reason to delay appellate review. Accordingly, Sander's respectfully requests entry of

3
     final judgment pursuant to Rule 54(b) as to the 11 U.S.C. § 727(a)(4)(A)(B) claim.
4

5    **I.      Entry of Final Judgment under Rule 54(b) is Warranted.**

6           **A.      The Court's Adjudication of Plaintiff's 11 U.S.C. § 727(a)(4)(A)(B)
7                    Claim is Final.**

8           When deciding to enter judgment under 54(b), "[a] district court must first determine

9    that it is dealing with a 'final judgment.' It must be a 'judgment' in the sense that it is a
10
     decision upon a cognizable claim for relief, and it must be 'final' in the sense that it is 'an
11
12   ultimate disposition of an individual claim entered in the course of a multiple claims action.'"

13   *Curtiss-Wright Corp. v. Gen Elec. Co.*, 446 U.S. 1, 7 (1980) (citation omitted).

14
            The Court's MDO is a final adjudication of plaintiff's claim that defendant made a
15
16   false oath pursuant to 11 U.S.C. § 727(a)(4)(A)(B). The Court granted judgment to this claim

17   and eliminated this claim. The other claim under 11 U.S.C. 523(a)(6) is intact, separate and

18   distinct from the single claim at issue in the Court's MDO. Hence the false oath claim is
19
     appropriate for entry of final judgment under Rule 54(b).
20

21          **B.      There Is No Just Reason to Delay Entry of Final Judgment.**

22          Entry of judgment under Rule 54(b) "is proper if it will aid 'expeditious decision' of
23
     the case." *Texaco, Inc. v. Ponsoldt*, 939 F.2d 294, 297 (9th Cir. 1992) If the Court does not
24
25   grant final judgment on the false oath claim, the case will never end because adjudication of

26   the remaining claim will never occur. Pette, the prosecuting plaintiff, has no need for another

27   grant of an objection to discharge. One suffices. And since "the adjudicated claim is separable
28
                                                -4-
     **NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON
     FALSE OATH CLAIM PURSUANT TO FRCP 54(b)**

1  from the others . . . the nature of the claim [is] such that no appellate court would have to
2  decide the same issues more than once. *Wood v GCC Bend, LLC*, 422 F.3d 873, 878 n.2 (9th
3  Cir. 2005).

### III.

### CONCLUSION

For the foregoing reasons, Defendant requests that this Court enter final judgment
pursuant to Rule 54(b) on plaintiff's 11 U.S.C. § 727(a)(4)(A)(B) claim.

DATED: October 8, 2019         **LAW OFFICES OF GREGORY L. BOSSE**

**GREGORY L. BOSSE, ESQ.**
Attorney for Defendant,
RALPH E. SANDERS

**NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON
FALSE OATH CLAIM PURSUANT TO FRCP 54(b)**

# EXHBIT 1

**SEP 27 2019**

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>RALPH E. SANDERS,<br><br>        Debtor. | BAP No.   CC-19-1153<br><br>Bk. No.   8:17-bk-10265-MW<br><br>Adv. No.  8:17-ap-01068-MW |
| RALPH E. SANDERS,<br><br>        Appellant,<br><br>v.<br><br>LARNITA PETTE,<br><br>        Appellee. | **CLERK'S ORDER RE<br>FINALITY**<br>**(Response Required)** |

This is an appeal from a memorandum of decision and order denying the discharge of debtor-appellant Ralph E. Sanders under 11 U.S.C. § 727 (a)(4)(A). Appellant filed an opening brief on September 9, 2019 and excerpts of the record on September 16, 2019. BAP Docket at 17 (Opening Brief) and 19 (Excerpts of the Record).

On September 26, 2019, appellee filed a motion for an extension of time to file the responsive brief. As explained below, appellee's obligation to file and serve a responsive brief will be extended until the resolution of a jurisdictional issue.

The following jurisdictional issue must be resolved at this time. The order on appeal appears interlocutory because it does not appear to fully and finally dispose of the underlying litigation. *Slimick v. Silva (In re*

*Slimick)*, 928 F.2d 304, 307 (9th Cir. 1990). Specifically, the order on appeal does not address the claim for relief under 11 U.S.C. § 523(a)(6). *See* Bankruptcy Court Docket at 7 (Amended Complaint at 7-8) and 63 (Order Setting Adversary Proceeding For Trial on Second Claim for Relief).

No later than **Friday, October 11, 2019**:

a.      Appellant must request and obtain from the bankruptcy court either a judgment disposing of all claims and file with the BAP a copy of such judgment in the adversary proceeding, or a judgment containing an express determination pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay in entering judgment on fewer than all the claims and file with the BAP a copy of such judgment or );

b.      Appellant must file with the BAP a motion for leave to appeal explaining why the BAP should hear the above-referenced appeal before the full and final disposition of the entire adversary proceeding. *See Lompa v. Price (In re Price)*, 79 B.R. 888, 889 (9th Cir. BAP 1987), *aff'd*, 871 F.2d 97 (9th Cir. 1989).

Appellee's obligation to file and serve a responsive brief is hereby extended until FOURTEEN (14) days from the entry of an order resolving the jurisdictional issue.

Failure to comply with the requirements of this order may result in dismissal of this appeal without further notice to the parties.

FOR THE PANEL,

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court

Law Offices of Gregory L. Bosse Mail - 19-1153 Ralph Sanders v. Lamita Pette "Clerk or...    Page 1 of 1

# Gmail

Lynn Castro <lynn@lawbosse.com>

## 19-1153 Ralph Sanders v. Lamita Pette "Clerk order filed" (8:17-bk-10265-MW, Lead: 8:17-ap-01068-MW)

1 message

BAPCADEFiling@ca9.uscourts.gov                                         Fri, Sep 27, 2019 at 3:01 PM
To: lynn@lawbosse.com

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

**Notice of Docket Activity**

The following transaction was entered on 09/27/2019 at 3:01:37 PM PDT and filed on 09/27/2019

Case Name:    Ralph Sanders v. Lamita Pette
Case Number:  19-1153
Document(s):  Document(s)

**Docket Text:**
Filed order ( Clerk: ams) : The following jurisdictional issue must be resolved at this time. No later than Friday, October 11, 2019: a. Appellant must request and obtain from the bankruptcy court either a judgment disposing of all claims and file with the BAP or b. Appellant must file with the BAP a motion for leave to appeal. Appellee's obligation to file and serve a responsive brief is hereby extended until FOURTEEN (14) days from the entry of an order resolving the jurisdictional issue. ; dated: 09/27/2019. ( see attached order) (VJ)

**Notice will be electronically mailed to:**

Gregory Bosse, Attorney
Lamita Pette

Case participants listed below will not receive this electronic notice:

Lamita Pette
2548 El Camino Real
Carlsbad, CA 92008

The following document(s) are associated with this transaction:
Document Description: Main Document
Original Filename: Sanders-19-1153.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763481 [Date=09/27/2019] [FileNumber=816763-0]
[8a75307d3e5fa1986172e44e7ecb1c0f35db41ed1b1947c2e4ac60b8a132cb106804ca0c37a73c270aa84c7cbf122847 3ea7cf0331106901ccb9b6512d945e7]]

1    **PROOF OF SERVICE OF DOCUMENT**

2    I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My
     business address is: **940 W. 17th Street, Suite F, Santa Ana, CA 92706**
3
     A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND**
4    **MOTION FOR ENTRY OF FINAL JUDGMENT ON FALSE OATH CLAIM PURSUANT TO FRCP**
     **54(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by
5    LBR 5005-2(d); and **(b)** in the manner stated below:

6    **1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to
     controlling General Orders and LBR, the foregoing document will be served by the court via NEF
7    and hyperlink to the document. On **October 8, 2019**, I checked the CM/ECF docket for this
     bankruptcy case or adversary proceeding and determined that the following persons are on the
8    Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

9    **Weneta M. Kosmala (TR) - wkosmala@kosmalalaw.com**
     **United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov**
10
                                                    ☐ Service information continued
11   **2.SERVED BY UNITED STATES MAIL**:

12   On **October 8, 2019**, I served the following persons and/or entities at the last known addresses in
     this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
13   envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing
     the judge here constitutes a declaration that mailing to the judge will be completed no later than 24
14   hours after the document is filed.

15   **Larnita Pette  (ALSO VIA EMAIL)**
     **2588 El Camino Real, Suite F-195**
16   **Carlsbad, CA  92008**
                                          ☐    Service information continued on attached page
17

18   **3.  SERVED BY PERSONAL DELIVERY. OVERNIGHT MAIL. FACSIMILE TRANSMISSION OR**
     **EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling
19   LBR, on **October 8, 2019**, I served the following persons and/or entities by **personal delivery**,
     overnight mail service, or (for those who consented in writing to such service method), by facsimile
20   transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
     delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
21   document is filed.

22   **United States Bankruptcy Court (PERSONAL DELIVERY)**
     **Attn: Honorable Mark S. Wallace**
23   **411 W. Fourth Street, Suite / Courtroom 6135/6C**
     **Santa Ana, CA  92701**
24
                                               ☐ Service information continued on
25   I declare under penalty of perjury under the laws of the United States that the foregoing is true and
     correct.
26

27   **October 8, 2019**        **LYNN CASTRO**

28
                                          **- 6 –**
     **NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL JUDGMENT ON**
     **FALSE OATH CLAIM PURSUANT TO FRCP 54(b)**

EXHIBIT 3

 Gmail                                          **Larnita Pette <larnita.pette@gmail.com>**

---

## Bill of Costs for 17-ap-01068 Pette v. Sanders
1 message

**Larnita Pette** <larnita.pette@gmail.com>                          Sat, Apr 25, 2020 at 4:40 PM
To: "Gregory L. Bosse" <greg@lawbosse.com>

Mr. Bosse,

I submitted the Bill of Costs for the adversary case (8:17-ap-01068) and mailed you a copy. (attached)

I did not include a separate Proof of Service because the Bill of Costs includes a declaration signed which I signed under penalty of perjury "...that the services for which fees have been charged were actually necessarily performed, and that a copy of this Bill of Costs was mailed this day with the postage fully prepaid to:..."

Please let me know if you disagree.

Sincerely,

Larnita Pette
larnita.pette@gmail.com
(707) 853-2049

---

 **Bill of Costs with Attachments.pdf**
2873K

B2630 (Form 2630) (12/15)

# United States Bankruptcy Court

_____Central_____ District Of _Central_

| | | | |
|---|---|---|---|
| In re | Ralph E. Sanders<br>Debtor | Case No. | 8:17-bk-10265 |
| | Larnita Pette<br>Plaintiff | Chapter | 7 |
| v. | Ralph E. Sanders<br>Defendant | Adv. Proc. No. 8:17-ap-01068 | |

## BILL OF COSTS

Judgment was entered in the above entitled action on _October 25, 2019_ against _Ralph E. Sanders_ .
Notice of Appeal filed 6/17/ 2019 Appellate case CC 19-1153 affirmed judgment on 3/10/2020. Affirmed mandate issued to Bankruptcy Court on 4/3/2020
The clerk of the bankruptcy court is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the clerk............................................................................................................... | $ | 350.00 (see attachments) |
| Fees for service of summons and complaint ..................................................................... | $ | 71.65 |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case .... | $ | 426.05 |
| Fees and disbursements for printing ...3,375 pages @ $0.10 per page..................................... | $ | 337.50 |
| Fees for witnesses (_itemized on reverse_)...Subpoena to Testify issued for Beverly Murray-Calcote | $ | 125.00 |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case .............. | $ | |
| Docket fees under 28 U.S.C. § 1923 ................................................................................ | $ | |
| Costs incident to taking of depositions ............................................................................ | $ | |
| Costs as shown on Mandate of appellate court................................................................. | $ | |
| Other costs [_itemized on reverse_] ................................................................................... | $ | |
| TOTAL | $ | 1,309.80 |

## DECLARATION

I, attorney for _____Larnita Pette, Pro Se Litigant_____ declare under penalties of perjury that the
(name of party)

foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were
actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name of Judgment
Debtor            Ralph E. Sanders

Address         Gregory L. Bosse, Esq.

                940 W. 17th Street, Suite F

                Santa Ana, CA 92706

Date         April 24, 2020   Signature of Attorney /pro se  _Larnita Pette_

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT:      $ _____

Clerk of the
Bankruptcy Court
Date         _____        By Deputy Clerk: _____

B2630 (Form 2630)(12/15)                                                                 page 2

## Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Subpena to Timely issued for Beverly Murray-Calcote | | $ | | $ | | $ | $   125 00 |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | | | | | TOTAL | $   125.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code provides:**
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)(1)**
      "(1) Costs *Other Than Attorney's Fees.* The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**
      "ADDITIONAL TIME AFTER SERVICE BY MAIL OR UNDER RULE 5(b)(2)(D), (E), OR (F) F.R.Civ.P. When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(D), (E), or (F) F.R.Civ.P., three days are added after the prescribed period would otherwise expire under Rule 9006(a)."

**Rule 7058**
      This rule incorporates Rule 58 F.R.Civ.P.  Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

**PLAINTIFFS**

Lamita A. Pette

**DEFENDANTS**

Ralph E. Sanders

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
Pro Se
2588 El Camino Real, Suite F-195, Carlsbad, CA 92008
(707) 853-2049

**ATTORNEYS** (If Known)

Pro Se

**PARTY** (Check One Box Only)
- ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin
- ☒ Creditor   ☐ Other
- ☐ Trustee

**PARTY** (Check One Box Only)
- ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin
- ☐ Creditor   ☐ Other
- ☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

This is an Adversary Complaint that is seeking the nondischargeability of pending lawsuits filed against the debtor pursuant to 11 U.S.C. 523(a)(6) and 11 U.S.C. 727(a)(4)(A)(B).

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☒ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01 Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case   15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

- ☐ Check if this case involves a substantive issue of state law
- ☐ Check if a jury trial is demanded in complaint

- ☐ Check if this is asserted to be a class action under FRCP 23

Demand $ Costs of Suit

**Other Relief Sought**
Any judgments awarded against Debtor based on the outcome of of the pending lawsuits are deemed to be nondischargeable.

RECEIVED
MAY - 8 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

Case 8:17-ap-01068-MW    Doc 1-1    Filed 05/08/17    Entered 05/08/17 09:56:56    Desc
ADVERSARY PROCEEDING COVER SHEET    Page 2 of 2

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Ralph E. Sanders | BANKRUPTCY CASE NO.<br>8:17-bk-10265-MW | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of Californi | DIVISION OFFICE<br>Santa Ana | NAME OF JUDGE<br>Mark S. Wallace |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) Pro Se<br><br>*Larnita A. Petie* | | |
| DATE<br>May 8, 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Larnita A. Petie, Pro Se | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

APPEAL, 727OBJ

U.S. Bankruptcy Court
Central District of California (Santa Ana)
Adversary Proceeding #: 8:17-ap-01068-MW

*Assigned to:* Mark S Wallace                           *Date Filed:* 05/08/17
*Lead BK Case:* 17-10265
*Lead BK Title:* Ralph E Sanders
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:*  41 Objection / revocation of discharge - 727(c),(d),(e)
                      68 Dischargeability - 523(a)(6), willful and malicious injury
                      91 Declaratory judgment
                      62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud

### Plaintiff
-----------------------
**Larnita Pette**                              represented by **Larnita Pette**
2588 El Camino Real Ste F-195                                 PRO SE
Carlsbad, CA 92008
707-853-2049

V.

### Defendant
-------------------------
**Ralph E Sanders**                            represented by **Gregory L Bosse**
745 W Fourth Ave                                              Law Offices of Gregory L Bosse
La Habra, CA 90631                                            940 W. 17th Street, Suite F
                                                             Santa Ana, CA 92706
                                                             714-550-9555
                                                             Fax : 714-316-1344
                                                             Email: greg@lawbosse.com

### Trustee
--------------------------
**Weneta M Kosmala (TR)**
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
(714) 708-8190

### U.S. Trustee
---------------------------
**United States Trustee (SA)**

411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 05/08/2017 | 1<br>(8 pgs; 2 docs) | Adversary case 8:17-ap-01068. Complaint by Larnita Pette against Ralph E Sanders . Fee Amount $350 Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) , (91 (Declaratory judgment)) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Roque, Jewell) Additional attachment(s) added on 5/8/2017 (Roque, Jewell). (Entered: 05/08/2017) |
| 05/08/2017 | 2<br>(7 pgs; 2 docs) | Summons Issued on Ralph E Sanders Date Issued 5/8/2017, Answer Due 6/7/2017 (RE: related document(s)1 Complaint filed by Plaintiff Larnita Pette) Status hearing to be held on 7/26/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) Modified on 5/8/2017 SUMMONS SENT TO FILER VIA U.S. MAIL (Le, James). (Entered: 05/08/2017) |
| 05/08/2017 | | Receipt of Adversary Filing Fee - $350.00 by 01. Receipt Number 80068784. (admin) (Entered: 05/08/2017) |
| 05/17/2017 | 3<br>(3 pgs) | Request that the Clerk Issue Another Summons and Notice of Status Conference (LBR 7004-1(a)(1)(B)) Filed by Plaintiff Larnita Pette . (Le, James) (Entered: 05/18/2017) |
| 05/19/2017 | 4<br>(7 pgs; 2 docs) | Another Summons Issued on Ralph E Sanders Date Issued 5/19/2017, Answer Due 6/19/2017 (RE: related document(s)1 Complaint filed by Plaintiff Larnita Pette) Status hearing to be held on 8/30/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) COPY MAILED TO FILER VIA U.S. MAIL ON 5/19/17 Modified on 5/19/2017 (Le, James). (Entered: 05/19/2017) |
| 06/05/2017 | 5<br>(13 pgs) | Summons Service Executed on Ralph E Sanders 5/23/2017 (Le, James) (Entered: 06/06/2017) |
| 06/16/2017 | 6<br>(49 pgs) | Answer to Complaint Filed by Ralph E Sanders . (Le, James) (Entered: 06/19/2017) |
| 07/13/2017 | 7<br>(15 pgs) | Amended Complaint for Nondischargeability of Pending Lawsuits Pursuant to 11 U.S.C. Section 523(a)(6) AND/OR 11 U.S.C. Section 727(a)(4)(A)(B) by Larnita Pette against Ralph E Sanders . (RE: related document(s)1 Adversary case 8:17-ap-01068. Complaint by Larnita Pette against Ralph E Sanders . Fee Amount $350 Nature of Suit: (41 (Objection / |

# CONFIRMATION FOR COURT FILING

## ONE LEGAL LLC



### This is not an Invoice

| | |
|---|---|
| **ONE LEGAL CONFIRMATION FOR ORDER NO.:**  11209505 | **DATE: 07/17/2017** |

**Customer:** Larnita Pette
**Customer No.:** 0104747
**Address:** 2588 El Camino Real, Suite F-195
Carlsbad, CA 92008

**Attorney:** none
**Attorney e-mail:**
**Contact:** Larnita Pette
**Contact e-mail:** larnita.pette@gmail.com
**Contact Phone:** (707) 6532049
**Contact Fax:**
**Law Firm File No.:** None

**CASE INFORMATION:**

**Case Number:** 8:17-ap-01068-MW
**County:**
**Court:** Central District of California - Bankruptcy - Santa Ana
**Case Short Title:** Larnita A. Pette (Movant - Pro Se) vs. Ralph E. Sanders (Debtor)

| **DOCUMENTS RECEIVED:** | **No. Docs:** 1 | **No. Pgs:** 15 |
|---|---|---|

Amended Complaint For Nondischargeability of Pending Lawsuits Pursuant to 11 U.S.C. 523(a)(6) and/or 11 U.S.C. 727(a)(4)(A)(B)

### Confirmation Report. DO NOT PAY. An invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| ETA for caption pages by 5:30 pm 7/13/17<br><br>Good Afternoon,<br><br>Please be advised that your document was rejected from court this afternoon. Per the clerk, you must submit original signatures. Please advise on how you wish to proceed.<br><br>Please note, if no response is received before deadline, 7/14, your order will be closed out.<br><br>Thank you! | Courtesy Copy with Filing Service<br>Court Filing Service Fee, 1 - 15 Pages<br>Court Filing Copy Charge | 15.95<br>51.95<br>3.75 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 71.65 |

Thank you for choosing One Legal. If you have any questions about this assignment, please contact:
Customer Support | Phone: 1-800-938-8815



Verbal Ink
61 Broadway
Suite 1400
New York, NY 10006

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2018 | 26407 |

**PAID**
04/30/2018

**Bill To**

Larnita Pettc
2588 El Camino Real.
Suite F-195
Carlsbad. CA 92008

PLEASE MAKE PAYABLE TO:
VERBAL INK

| P.O. No. | Rep |
|----------|-----|
|  | AW |

| Item | Minutes | Description | Rate | Amount |
|------|---------|-------------|------|--------|
| 3 Spkr T Stnd. 02V | 41 | (Sanders BK 341 Hearing 3.23.17) L97408043 | 2.50 | 102.50 |
| 2 Spkr Stnd, 02V | 3 | L97408028 | 2.25 | 6.75 |

| Phone # | Tax ID | Verbal Ink |
|---------|--------|------------|
| 310-314-9600 | 13-2791733 |  |

| | |
|--|--|
| **Total** | $109.25 |
| **Payments/Credits** | -$109.25 |
| **Balance Due** | $0.00 |

BRIGGS REPORTING COMPANY, INC.
*2160 FLETCHER PARKWAY, SUITE P*
*EL CAJON, CA 92020*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/19 | 20599 |

| Bill To | Ship To |
|---------|---------|
| LARNITA PETTE<br>2588 EL CAMINO REAL, SUITE F-195<br>CARLSBAD, CA 92008<br>(707) 853-2049 | |

| P.O. No. | Terms |
|----------|-------|
| | VISA |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | SABC - RALPH E. SANDERS<br>CASE NO. 8:17-BK-10265-MW | | |
| 231 | 5-20-19 DUPLICATE TRANSCRIPT OF PROCEEDINGS | 1.20 | 277.20 |
| 33 | 5-21-19 DUPLICATE TRANSCRIPT OF PROCEEDINGS | 1.20 | 39.60 |

| Total | $316.80 |
|-------|---------|
| Payments/Credits | $0.00 |

| Phone # | E-mail | briggs_reporting@sbcglobal.net |
|---------|--------|--------------------------------|
| (310) 410-1151 | Company Business Number | 95-4291518 |

# ONE LEGAL

504 Redwood Blvd. Suite 223
Novato CA 94947
1-800-938-8815 ext. 1
TIN: 26-0259046

## Credit Card Sale

| | |
|---|---|
| Date | 5/21/2019 |
| Customer | 0104747 |
| Credit Sale | 01970282 |
| Amount Due | $0.00 |

Lamita Pette
2588 El Camino Real
Suite F-195
Carlsbad CA 92008

| | |
|---|---|
| Order Number | 13206283 |
| Contact | |
| Attorney | Lamita Pette |
| Billing Code | |
| Case Title | Lamita Pette |
| Court | United States Bankruptcy Court, Central District of California |
| Court Transaction Number | |
| Case Number | 8:17-ap-01068-MW |
| Documents | Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (Or Adversary Proceeding) |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Additional Service Attempts - One Day | $125.00 |
| **SUBTOTAL** | **$125.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $125.00 |
| **TOTAL CHARGED** | **$125.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).

**CONFIRMATION For Process Serving**      **ONE LEGAL LLC**      

### This is not an Invoice

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 13206283 | DATE: | 05/21/2019 |
|---|---|---|---|

| | |
|---|---|
| **Customer:** Lamita Pette | **Attorney:** Larnita Pette |
| **Customer No.:** 0104747 | **Attorney e-mail:** |
| **Address:** Carlsbad, CA 92008 | **Contact:** Larnita Pette |
| | **Contact e-mail:** lamita.pette@gmail.com |
| | **Contact Phone:** (707) 8532049 |
| | **Contact Fax:** |
| | **Law Firm File No.:** |

**CASE INFORMATION:**

**Case Number:** 8:17-ap-01068-MW
**County:**
**Court:** United States Bankruptcy Court, Central District of California
**Case Short Title:** Larnita Pette  vs. Ralph E. Sanderds

| **DOCUMENTS RECEIVED:** | **No. Docs:** 1 | **No. Pgs:** 3 |
|---|---|---|

Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (Or Adversary Proceeding)

**Party to Serve:** Beverly M. Murray-Calcote      **Service Address:** 5453 Shenandoah Ave
Los Angeles, CA 90056

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| **Service Status:**   Service Complete | Additional Service Attempts - One Day | 125.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 125.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|---|
| Lamita Pette , In Pro Per<br>Lamita Pette<br>2588 El Camino Real, Suite F-195<br>Carlsbad, CA 92008 | | (707) 8532049 | |
| ATTORNEY FOR (Name): In Pro Per | | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States Bankruptcy Court. Central District of California
411 West Fourth St
Santa Ana, CA 92701-4593

PLAINTIFF:

Lamita Pette

DEFENDANT:

Ralph E. Sanderds

| **NON SERVICE REPORT** | DATE:<br>05/20/2019 | TIME:<br>9:00AM | DEPT./DIV.:<br>6C | CASE NUMBER:<br>8:17-ap-01068-MW |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (Or Adversary Proceeding)

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Beverly M. Murray-Calcote                                                                              **BY FAX**

(1)Home:  5453 Shenandoah Ave, , Los Angeles, CA 90056

Process is being returned without service for the following reason(s):

On 5/11/2019 9:12:00 AM at address (1) above. No Answer No answer at the door, no activity.

On 5/12/2019 6:45:00 PM at address (1) above. No Answer No answer at the door, no activity.

On 5/13/2019 6:14:00 PM at address (1) above. No Answer No answer at the door, no activity.

On 5/14/2019 11:18:00 AM at address (1) above. No Answer No answer at the door, no activity.

On 5/15/2019 7:24:00 PM at address (1) above. Not Home Spoke to a female through the screen door- she would not open.Stated I just missed the servee. I was unable to make out who the female was from behind the door.
On 5/16/2019 2:48:00 PM at address (1) above. No Answer No answer at the door, no activity.
On 5/17/2019 8:17:00 PM at address (1) above. No Answer Lights on but no answer at the door.

On 5/18/2019 9:34:00 AM at address (1) above. No Answer No answer at the door. I can hear someone walking around inside.

On 5/19/2019 2:13:00 PM at address (1) above. No Answer No answer at the door, no activity.

On 5/20/2019 6:54:00 AM at address (1) above.  No answer at the door, no activity.

Fee for Service: $ 125.00
Registered California process server.
County: Los Angeles
Registration No.: 6188

Miguel A. Lopez
One Legal - 194-Marin
1400 North McDowell Blvd. Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2019 at Los Angeles, California.


Miguel A. Lopez

EXHIBIT 4

B 2610C (Form 2610C) (12/15)

# UNITED STATES BANKRUPTCY COURT
for the

_____ District of _____

In re _____ )   Case No. _____
     *Debtor*         )
                )   Chapter _____
_____ )
     *Plaintiff*       )   Adv. Proc. No. _____
      **v.**        )
_____ )
     *Defendant*     )

## JUDGMENT IN AN ADVERSARY PROCEEDING

The court has ordered that *(check one):*

❑ The plaintiff *(name)* _____, recover from the defendant *(name)* _____, the
amount of _____ dollars ($ _____), which includes prejudgment interest at the
rate of _____ %, and postjudgment interest at the rate of _____ %, along with costs.

❑ The plaintiff *(name)* _____, recover nothing, the action be dismissed on the merits, and the
defendant *(name)* _____, recover costs from the plaintiff.

Date: _____

              *CLERK OF COURT*

              _____

              *Signature of Clerk or Deputy Clerk*

B2620 (Form 2620) (12/15)

# United States Bankruptcy Court

_____ District Of _____

In re _____,  )
              Debtor              )    Case No. _____
                                  )
        _____, )    Chapter _____
              Plaintiff           )
                                  )
        v.                        )
        _____, )    Adv. Proc. No. _____
              Defendant           )

## NOTICE OF ENTRY OF JUDGMENT

On _____, the following order (judgment) was entered on the docket:
        (date)

I certify that on this date a copy of this notice was mailed to the following:

_____
Clerk of the Bankruptcy Court

_____          By: _____
        Date                            Deputy Clerk

B2710 (Form 2710) (12/15)

# United States Bankruptcy Court

_____ District Of _____

In re
_____ Case No. _____

Debtor

Last four digits of Social-Security or Individual Taxpayer-           Chapter _____
Identification (ITIN) No(s).,(if any):
Employer Tax-Identification (EIN) No(s).(if any):

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐      _____
                         (name of trustee)

   is discharged as trustee of the estate of the above-named debtor and the bond is cancelled.

☐    the chapter _____case of the above named debtor is closed; and

☐    [other provisions as needed]

_____          _____
       Date                                          Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

_____ District Of _____

In re _____,   )
                    Debtor             )   Case No. _____
                                       )
                                       )   Chapter _____
      _____,   )
                   Plaintiff           )
                                       )
         v.                            )
      _____,   )   Adv. Proc. No. _____
                   Defendant           )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on _____ as it appears in the records of this court, and that:

<div style="margin-left:2em">

☐  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                        (date)

☐  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
         (name of court)                        (date)

☐  An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
            (date)

</div>

_____
Clerk of the Bankruptcy Court

_____        By: _____
      Date                        Deputy Clerk

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1508 Alta Vista Way, Vista, CA 92084

A true and correct copy of the foregoing document entitled (*specify*): Motion for Final Judgment and Order on First Claim for Relief (11 USC 523 (a)(6); Bill of Costs; Removal of Bankruptcy Stay; Certificate of Final Judgment  and closure of (8:-bk-10265-MW and 8:ap-01068-MW); Declaration of Larnita Pette

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____10/09/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Mark S. Wallace, U. S. Bankruptcy Court, 411 West Fourth Street, Suite 6135, Santa Ana, CA 92701-4593
Gregory L. Bosse, Law Offices of Gregory L. Bosse, 940 W 17th St, Ste F, Santa Ana CA 92706-3574
Ralph E. Sanders, 745 W. 4th Avenue, La Habra, CA 90631

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 10/09/2020 | Kimberly Thatcher | _(signature)_ |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.