**FILED**
JAN 12 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**ENTERED**
JAN 13 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

**LODGED**
OCT 13 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

Larnita Pette
2588 El Camino Real, Suite F-195
Carlsbad, California, 92008

Email: larnita.pette@gmail.com

Plaintiff, In Pro Se

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re Ralph Sanders,<br><br>            Debtor<br><br>Larnita Pette,<br><br>            Plaintiff,<br><br>            v.<br><br>Ralph E. Sanders,<br><br>            Defendant. | Bk. No.: 8-17-bk-10265 MW<br><br>Chapter 7<br><br>Adv. No: 8-17-ap-01068 MW<br>MSW<br>[PROPOSED] **ORDER FOR: (1) ENTRY OF FINAL JUDGMENT ON FIRST CLAIM FOR RELIEF PURSUANT TO 11 U.S.C. § 523(a)(6)); (2) TAXATION OF COSTS; (3) REMOVAL OF BANKRUPTCY STAY; (4) CLOSURE OF PRIMARY (8-17-bk-10265) AND ADVERSARY (8:17-ap-01068) CASES** |

    On April 3, 2020, the Bankruptcy Appellate Panel ("BAP") issued a mandate affirming the Final Judgment of Denial of Discharge under claim two of a two adversary claim case 17-ap-01068 (the "adversary case"). Defendant's discharge was denied pursuant to 11 U.S.C. 727(a)(4)(A), (the "727 claim").

- 1 -
[PROPOSED] ORDER

Larnita Pette, as the Plaintiff in the adversary case, respectfully requests that the Court issue an order and Final Judgment disposing of the remaining matters in this adversary case and the primary case (17-bk-10265 MW)

    (1) An order for Final Judgment or Dismissal of the first claim pursuant to 11 U.S.C. 523(a)(6) (the "523 claim") which was rendered moot by the Plaintiff prevailing on the 727 claim;

    (2) Taxation of Bill of Costs submitted by Plaintiff on April 23, 2020;

    (3) An order closing the adversary and primary cases;

    (4) An order removing the Bankruptcy Stay;

    (5) A Certification of Final Judgment on the adversary and primary cases issued for the state courts so that the litigation stayed by the Ralph Sanders Bankruptcy proceedings may resume.

**IT IS HEREBY ORDERED** that a Final Judgment be entered that in the remaining matters in the Ralph Sanders bankruptcy cases:

Claim one, the 523 claim, is rendered moot by the 727 Denial of Discharge and is dismissed;

Plaintiff is awarded Taxation of Costs submitted April 24, 2020;

Adversary case 17-ap-01068 MW and 17-bk-10265 MW are closed;

Bankruptcy stay is removed;

Certification of Final Judgment by Bankruptcy issued for State Courts litigation.

**IT IS SO ORDERED.**

DATED: January 12, 2021

                                                                                               Honorable Mark S. Wallace