United States Bankruptcy Court
Central District of California

Pette,
    Plaintiff

Sanders,
    Defendant

Adv. Proc. No. 17-01068-MW

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: jleC      Page 1 of 1
Date Rcvd: Jan 13, 2021      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Larnita Pette, 2588 El Camino Real Ste F-195, Carlsbad, CA 92008-1211 |
| dft | + | Ralph E Sanders, 745 W Fourth Ave, La Habra, CA 90631-6011 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory L Bosse | on behalf of Defendant Ralph E Sanders  greg@lawbosse.com  lynn@lawbosse.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com |

TOTAL: 3



1  Larnita Pette
   2588 El Camino Real, Suite F-195
2  Carlsbad, California, 92008

3  Email: larnita.pette@gmail.com

4  Plaintiff, In Pro Se

**FILED JAN 12 2021** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**ENTERED JAN 13 2021** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**LODGED OCT 13 2020** CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re Ralph Sanders,<br><br>                Debtor<br><br>―――――――――――――――――<br><br>Larnita Pette,<br><br>                Plaintiff,<br><br>                v.<br><br>Ralph E. Sanders,<br><br>                Defendant. | Bk. No.: 8-17-bk-10265 MW<br><br>Chapter 7<br><br>Adv. No: 8-17-ap-01068 MW<br>MSW<br><br>[PROPOSED] ORDER FOR: (1) ENTRY OF FINAL JUDGMENT ON FIRST CLAIM FOR RELIEF PURSUANT TO 11 U.S.C. § 523(a)(6)); (2) TAXATION OF COSTS; (3) REMOVAL OF BANKRUPTCY STAY; (4) CLOSURE OF PRIMARY (8-17-bk-10265) AND ADVERSARY (8:17-ap-01068) CASES |

    On April 3, 2020, the Bankruptcy Appellate Panel ("BAP") issued a mandate affirming the Final Judgment of Denial of Discharge under claim two of a two adversary claim case 17-ap-01068 (the "adversary case"). Defendant's discharge was denied pursuant to 11 U.S.C. 727(a)(4)(A), (the "727 claim").

- 1 -
[PROPOSED] ORDER

1      Larnita Pette, as the Plaintiff in the adversary case, respectfully requests that the Court issue an order and Final Judgment disposing of the remaining matters in this adversary case and the primary case (17-bk-10265 MW)

(1) An order for Final Judgment or Dismissal of the first claim pursuant to 11 U.S.C. 523(a)(6) (the "523 claim") which was rendered moot by the Plaintiff prevailing on the 727 claim;

(2) Taxation of Bill of Costs submitted by Plaintiff on April 23, 2020;

(3) An order closing the adversary and primary cases;

(4) An order removing the Bankruptcy Stay;

(5) A Certification of Final Judgment on the adversary and primary cases issued for the state courts so that the litigation stayed by the Ralph Sanders Bankruptcy proceedings may resume.

**IT IS HEREBY ORDERED** that a Final Judgment be entered that in the remaining matters in the Ralph Sanders bankruptcy cases:

Claim one, the 523 claim, is rendered moot by the 727 Denial of Discharge and is dismissed;

Plaintiff is awarded Taxation of Costs submitted April 24, 2020;

Adversary case 17-ap-01068 MW and 17-bk-10265 MW are closed;

Bankruptcy stay is removed;

Certification of Final Judgment by Bankruptcy issued for State Courts litigation.

**IT IS SO ORDERED.**

DATED: January 12, 2021

_____
Honorable Mark S. Wallace

- 2 -
[PROPOSED] ORDER