FILED

FEB 05 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

United States Bankruptcy Court, Central District of California, Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street, Santa Ana, CA 92701

A true and correct copy of the foregoing document entitled (*specify*): _____ Bill of Costs - Taxed _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 5, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Gregory L Bosse on behalf of Ralph E. Sanders - greg@lawbosse.com, lynn@lawbosse.com

Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com

United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 5, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 2/5/21 | James Le | |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

**Ralph E Sanders**
745 W Fourth Ave
La Habra, CA 90631

**Gregory L Bosse**
Law Offices of Gregory L Bosse
940 W. 17th Street, Suite F
Santa Ana, CA 92706

**Larnita Pette**
2588 El Camino Real Ste F-195
Carlsbad, CA 92008

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**

Case 8:17-ap-01068-MW    Doc 113    Filed 04/24/20    Entered 04/24/20 17:09:25    Desc
Main Document    Page 3 of 14

B2630 (Form 2630) (12/15)

# United States Bankruptcy Court

<u>Central</u> District Of <u>California</u>

| | | |
|---|---|---|
| In re | Ralph E. Sanders<br>Debtor | Case No.  8:17-bk-10265 |
| | Larnita Pette<br>Plaintiff | Chapter  7 |
| v. | Ralph E. Sanders<br>Defendant | Adv. Proc. No. 8:17-ap-01068 |

## BILL OF COSTS

Judgment was entered in the above entitled action on <u>October 25, 2019</u>  against  <u>Ralph E. Sanders</u>.
date
Notice of Appeal filed 6/17/ 2019 Appellate case CC 19-1153 affirmed judgment on 3/10/2020. Affirmed mandate issued to Bankruptcy Court on 4/3/2020

**The clerk of the bankruptcy court is requested to tax the following as costs:**

| | | |
|---|---|---|
| Fees of the clerk | S | 350.00  (see attachments) |
| Fees for service of summons and complaint | S | 71.65 |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case | S | 426.05 |
| Fees and disbursements for printing  3,375 pages @ $0.10 per page | S | 337.50 |
| Fees for witnesses (*Itemized on reverse*)  Subpoena to Testify issued for Beverly Murray-Calcote | S | 125.00 |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case | S | |
| Docket fees under 28 U.S.C. § 1923 | S | |
| Costs incident to taking of depositions | S | |
| Costs as shown on Mandate of appellate court | S | |
| Other costs [*Itemized on reverse*] | S | |
| **TOTAL** | S | 1,309.80 |

## DECLARATION

I, attorney for  <u>Larnita Pette, Pro Se Litigant</u>  declare under penalties of perjury that the
(name of party)

foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name of Judgment
Debtor  Ralph E. Sanders

Address  <u>Gregory L. Bosse, Esq.</u>

<u>940 W. 17th Street, Suite F</u>

<u>Santa Ana, CA 92706</u>

Date  <u>April 24, 2020</u>  Signature of Attorney /pro se  *Larnita Pette*

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT:  S  1,309.80

Clerk of the
Bankruptcy Court  *Kathleen J Campbell*

Date  2-5-21  By Deputy Clerk:

**Witness Fees** (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Subpoena to Testify issued for Beverly Murray-Calcote | | $ | | $ | | $ | $ 125.00 |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | $ | | $ | | $ | $ |
| | | | | | | TOTAL $ | 125.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code provides:**
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)(1)**
   "(1) Costs *Other Than Attorney's Fees.* The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**
   "ADDITIONAL TIME AFTER SERVICE BY MAIL OR UNDER RULE 5(b)(2)(D), (E), OR (F) F.R.Civ.P. When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(D), (E), or (F) F.R.Civ.P., three days are added after the prescribed period would otherwise expire under Rule 9006(a)."

**Rule 7058**
   This rule incorporates Rule 58 F.R.Civ.P. Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Lamita A. Pette | Ralph E. Sanders |

| ATTORNEYS (Firm Name, Address, and Telephone No.) Pro Se 2588 El Camino Real, Suite F-195, Carlsbad, CA 92008 (707) 853-2049 | ATTORNEYS (If Known) Pro Se |
|---|---|

| PARTY (Check One Box Only) □ Debtor   □ U.S. Trustee/Bankruptcy Admin ☒ Creditor   □ Other □ Trustee | PARTY (Check One Box Only) ☒ Debtor   □ U.S. Trustee/Bankruptcy Admin □ Creditor   □ Other □ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

This is an Adversary Complaint that is seeking the nondischargeability of pending lawsuits filed against the debtor pursuant to 11 U.S.C. 523(a)(6) and 11 U.S.C. 727(a)(4)(A)(B).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- □ 11-Recovery of money/property - §542 turnover of property
- □ 12-Recovery of money/property - §547 preference
- □ 13-Recovery of money/property - §548 fraudulent transfer
- □ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- □ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- □ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☒ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- □ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- □ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- □ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- □ 61-Dischargeability - §523(a)(5), domestic support
- ☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
- □ 63-Dischargeability - §523(a)(8), student loan
- □ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- □ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- □ 71-Injunctive relief – imposition of stay
- □ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- □ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- □ 01 Determination of removed claim or cause

**Other**
- □ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
- □ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

RECEIVED MAY -8 2017 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand $ Costs of Suit |

**Other Relief Sought**
Any judgments awarded against Debtor based on the outcome of of the pending lawsuits are deemed to be nondischargeable.

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Ralph E. Sanders | BANKRUPTCY CASE NO.<br>8:17-bk-10265-MW | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of Californi | DIVISION OFFICE<br>Santa Ana | NAME OF JUDGE<br>Mark S. Wallace |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF) Pro Se

_Lamita A. Pette_

| DATE<br>May 8, 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Lamita A. Pette, Pro Se |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

APPEAL, 727OBJ

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Adversary Proceeding #: 8:17-ap-01068-MW

*Assigned to:* Mark S Wallace                                          *Date Filed:* 05/08/17
*Lead BK Case:* 17-10265
*Lead BK Title:* Ralph E Sanders
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 41 Objection / revocation of discharge - 727(c),(d),(e)
                     68 Dischargeability - 523(a)(6), willful and malicious injury
                     91 Declaratory judgment
                     62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud


**Plaintiff**
-----------------------
**Larnita Pette**                                   represented by **Larnita Pette**
2588 El Camino Real Ste F-195                       PRO SE
Carlsbad, CA 92008
707-853-2049


V.


**Defendant**
-----------------------
**Ralph E Sanders**                                 represented by **Gregory L Bosse**
745 W Fourth Ave                                    Law Offices of Gregory L Bosse
La Habra, CA 90631                                  940 W. 17th Street, Suite F
                                                    Santa Ana, CA 92706
                                                    714-550-9555
                                                    Fax : 714-316-1344
                                                    Email: greg@lawbosse.com


**Trustee**
-----------------------
**Weneta M Kosmala (TR)**
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
(714) 708-8190


**U.S. Trustee**
-----------------------
**United States Trustee (SA)**

411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 05/08/2017 | 1<br>(8 pgs; 2 docs) | Adversary case 8:17-ap-01068. Complaint by Larnita Pette against Ralph E Sanders . Fee Amount $350 Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(68 (Dischargeability - 523(a)(6), willful and malicious injury)) , (91 (Declaratory judgment)) ,(62 (Dischargeability - 523(a) (2), false pretenses, false representation, actual fraud)) (Roque, Jewell) Additional attachment(s) added on 5/8/2017 (Roque, Jewell). (Entered: 05/08/2017) |
| 05/08/2017 | 2<br>(7 pgs; 2 docs) | Summons Issued on Ralph E Sanders Date Issued 5/8/2017, Answer Due 6/7/2017 (RE: related document(s)1 Complaint filed by Plaintiff Larnita Pette) Status hearing to be held on 7/26/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) Modified on 5/8/2017 SUMMONS SENT TO FILER VIA U.S. MAIL (Le, James). (Entered: 05/08/2017) |
| 05/08/2017 | | Receipt of Adversary Filing Fee - $350.00 by 01. Receipt Number 80068784. (admin) (Entered: 05/08/2017) |
| 05/17/2017 | 3<br>(3 pgs) | Request that the Clerk Issue Another Summons and Notice of Status Conference (LBR 7004-1(a)(1)(B)) Filed by Plaintiff Larnita Pette . (Le, James) (Entered: 05/18/2017) |
| 05/19/2017 | 4<br>(7 pgs; 2 docs) | Another Summons Issued on Ralph E Sanders Date Issued 5/19/2017, Answer Due 6/19/2017 (RE: related document(s)1 Complaint filed by Plaintiff Larnita Pette) Status hearing to be held on 8/30/2017 at 09:00 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Mark S Wallace (Le, James) COPY MAILED TO FILER VIA U.S. MAIL ON 5/19/17 Modified on 5/19/2017 (Le, James). (Entered: 05/19/2017) |
| 06/05/2017 | 5<br>(13 pgs) | Summons Service Executed on Ralph E Sanders 5/23/2017 (Le, James) (Entered: 06/06/2017) |
| 06/16/2017 | 6<br>(49 pgs) | Answer to Complaint Filed by Ralph E Sanders . (Le, James) (Entered: 06/19/2017) |
| 07/13/2017 | 7<br>(15 pgs) | Amended Complaint for Nondischargeability of Pending Lawsuits Pursuant to 11 U.S.C. Section 523(a)(6) AND/OR 11 U.S.C. Section 727(a)(4)(A)(B) by Larnita Pette against Ralph E Sanders . (RE: related document(s)1    Adversary case 8:17-ap-01068. Complaint by Larnita Pette against Ralph E Sanders . Fee Amount $350 Nature of Suit: (41 (Objection / |

**CONFIRMATION FOR COURT FILING**   **ONE LEGAL LLC**   

### This is not an Invoice

| | |
|---|---|
| **ONE LEGAL CONFIRMATION FOR ORDER NO.:** | **11209505    DATE: 07/17/2017** |

| | |
|---|---|
| **Customer:** Larnita Pette | **Attorney:** none |
| **Customer No.:** 0104747 | **Attorney e-mail:** |
| **Address:** 2588 El Camino Real, Suite F-195 Carlsbad, CA 92008 | **Contact:** Larnita Pette |
| | **Contact e-mail:** larnita.pette@gmail.com |
| | **Contact Phone:** (707) 8532049 |
| | **Contact Fax:** |
| | **Law Firm File No.:** None |

**CASE INFORMATION:**

**Case Number:** 8:17-ap-01068-MW
**County:**
**Court:** Central District of California - Bankruptcy - Santa Ana
**Case Short Title:** Larnita A. Pette (Movant - Pro Se) vs. Ralph E. Sanderds (Debtor)

| **DOCUMENTS RECEIVED:** | **No. Docs:** 1 | **No. Pgs:** 15 |
|---|---|---|

Amended Complaint For Nondischargeability of Pending Lawsuits Pursuant to 11 U.S.C. 523(a)(6) and/or 11 U.S.C. 727(a)(4)(A)(B)

### Confirmation Report. DO NOT PAY. An Invoice will be sent later.

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| ETA for caption pages by 5:30 pm 7/13/17 | Courtesy Copy with Filing Service | 15.95 |
| | Court Filing Service Fee, 1 - 15 Pages | 51.95 |
| Good Afternoon, | Court Filing Copy Charge | 3.75 |
| Please be advised that your document was rejected from court this afternoon. Per the clerk, you must submit original signatures. Please advise on how you wish to proceed. | | |
| Please note, if no response is received before deadline, 7/14, your order wil be closed out. | | |
| Thank you! | | |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 71.65 |

Thank you for choosing One Legal.  If you have any questions about this assignment, please contact
Customer Support | Phone:  1-800-938-8815



Verbal Ink
61 Broadway
Suite 1400
New York, NY 10006

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2018 | 26407 |

**Bill To**

Lamita Pette
2588 El Camino Real.
Suite F-195
Carlsbad, CA 92008

**PAID**
**04/30/2018**

**PLEASE MAKE PAYABLE TO:**
**VERBAL INK**

| | | P.O. No. | Rep |
|---|---|---|---|
| | | | AW |

| Item | Minutes | Description | Rate | Amount |
|------|---------|-------------|------|--------|
| 3 Spkr T Stnd. 02V | 41 | (Sanders BK 341 Hearing 3.23.17) L97408043 | 2.50 | 102.50 |
| 2 Spkr Stnd, 02V | 3 | L97408028 | 2.25 | 6.75 |

| | |
|---|---|
| **Total** | $109.25 |
| **Payments/Credits** | -$109.25 |
| **Balance Due** | $0.00 |

| Phone # | Tax ID | Verbal Ink |
|---------|--------|------------|
| 310-314-9600 | 13-2791733 | |

BRIGGS REPORTING COMPANY, INC.
*2160 FLETCHER PARKWAY, SUITE P*
*EL CAJON, CA 92020*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/19 | 20599 |

| Bill To |
|---------|
| LARNITA PETTE<br>2588 EL CAMINO REAL, SUITE F-195<br>CARLSBAD, CA 92008<br>(707) 853-2049 |

| Ship To |
|---------|
|  |

| P.O. No. | Terms |
|----------|-------|
|  | VISA |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | SABC - RALPH E. SANDERS<br>CASE NO. 8:17-BK-10265-MW | | |
| 231 | 5-20-19 DUPLICATE TRANSCRIPT OF PROCEEDINGS | 1.20 | 277.20 |
| 33 | 5-21-19 DUPLICATE TRANSCRIPT OF PROCEEDINGS | 1.20 | 39.60 |

| **Total** | $316.80 |
|-----------|---------|
| **Payments/Credits** | $0.00 |

| Phone # | E-mail | briggs_reporting@sbcglobal.net |
|---------|--------|-------------------------------|
| (310) 410-1151 | Company Business Number | 95-4291518 |

# ONE LEGAL

504 Redwood Blvd. Suite 223
Novato CA 94947
1-800-938-8815 ext. 1
TIN: 26-0259046

## Credit Card Sale

| | |
|---|---|
| Date | 5/21/2019 |
| Customer | 0104747 |
| Credit Sale | 01970282 |
| Amount Due | $0.00 |

Lamita Pette
2588 El Camino Real
Suite F-195
Carlsbad CA 92008

| | |
|---|---|
| Order Number | 13206283 |
| Contact | |
| Attorney | Lamita Pette |
| Billing Code | |
| Case Title | Lamita Pette |
| Court | United States Bankruptcy Court, Central District of California |
| Court Transaction Number | |
| Case Number | 8:17-ap-01068-MW |
| Documents | Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (Or Adversary Proceeding) |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Additional Service Attempts - One Day | $125.00 |
| **SUBTOTAL** | **$125.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $125.00 |
| **TOTAL CHARGED** | **$125.00** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).

| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |
| --- | --- | --- |

**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | **13206283** | DATE: | **05/21/2019** |
| --- | --- | --- | --- |

| **Customer:** Lamita Pette | **Attorney:** Larnita Pette |
| --- | --- |
| **Customer No.:** 0104747 | **Attorney e-mail:** |
| **Address:** Carlsbad, CA 92008 | **Contact:** Larnita Pette |
| | **Contact e-mail:** larnita.pette@gmail.com |
| | **Contact Phone:** (707) 8532049 |
| | **Contact Fax:** |
| | **Law Firm File No.:** |

**CASE INFORMATION:**

| Case Number: | 8:17-ap-01068-MW |
| --- | --- |
| County: | |
| Court: | United States Bankruptcy Court, Central District of California |
| Case Short Title: | Larnita Pette  vs. Ralph E. Sanderds |

| DOCUMENTS RECEIVED: | No. Docs: | 1 | No. Pgs: | 3 |
| --- | --- | --- | --- | --- |

Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (Or Adversary Proceeding)

| Party to Serve: Beverly M. Murray-Calcote | Service Address: 5453 Shenandoah Ave |
| --- | --- |
| | Los Angeles, CA 90056 |

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
| --- | --- | --- |
| Service Status:    Service Complete | Additional Service Attempts - One Day | 125.00 |

| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:  125.00** |
| --- | --- | --- |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND
CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT
IMMEDIATELY.
Customer Support I Ph:  1-800-938-8815

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Larnita Pette , In Pro Per<br>Larnita Pette<br>2588 El Camino Real, Suite F-195<br>Carlsbad, CA 92008 | (707) 8532049 | |
| ATTORNEY FOR *(Name)*: In Pro Per | | |

Insert name of court, judicial district or branch court, if any:

United States Bankruptcy Court, Central District of California

411 West Fourth St

Santa Ana, CA 92701-4593

PLAINTIFF:

Larnita Pette

DEFENDANT:

Ralph E. Sanderds

| **NON SERVICE REPORT** | DATE:<br>05/20/2019 | TIME:<br>9:00AM | DEPT/DIV:<br>6C | CASE NUMBER:<br>8:17-ap-01068-MW |
|---|---|---|---|---|

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:

Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case (Or Adversary Proceeding)

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Beverly M. Murray-Calcote                                                                    **BY FAX**

(1)Home: 5453 Shenandoah Ave, , Los Angeles, CA 90056

Process is being returned without service for the following reason(s):

On 5/11/2019 9:12:00 AM at address (1) above. No Answer No answer at the door, no activity.

On 5/12/2019 6:45:00 PM at address (1) above. No Answer No answer at the door, no activity.

On 5/13/2019 6:14:00 PM at address (1) above. No Answer No answer at the door, no activity.

On 5/14/2019 11:18:00 AM at address (1) above. No Answer No answer at the door, no activity.

On 5/15/2019 7:24:00 PM at address (1) above. Not Home Spoke to a female through the screen door- she would not open.Stated I just missed the servee. I was unable to make out who the female was from behind the door.
On 5/16/2019 2:48:00 PM at address (1) above. No Answer No answer at the door, no activity.
On 5/17/2019 8:17:00 PM at address (1) above. No Answer Lights on but no answer at the door.

On 5/18/2019 9:34:00 AM at address (1) above. No Answer No answer at the door. I can hear someone walking around inside.

On 5/19/2019 2:13:00 PM at address (1) above. No Answer No answer at the door, no activity.

On 5/20/2019 6:54:00 AM at address (1) above.  No answer at the door, no activity.

| Fee for Service: $ 125.00<br>Registered California process server.<br>County:  Los Angeles<br>Registration No.: 6188<br><br>Miguel A. Lopez<br>One Legal - 194-Marin<br>1400 North McDowell Blvd. Ste 300<br>Petaluma. CA 94954 | I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 05/20/2019 at Los Angeles, California.<br><br>_____<br>Miguel A. Lopez |
|---|---|