ORIGINAL

Form B-1037 (Rev. 8/98) — 1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Larnita Pette<br>2588 El Camino Real, Suite F-195<br>Carlsbad, CA 92008<br><br>Attorney for: In Pro Se | **FILED**<br>AUG 3 0 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>Ralph E. Sanders<br>Debtor. | CASE NO.: 8:17-bk-10265 MW<br><br>ADVERSARY NO.: 8:17-ap-01068 MW |
|---|---|
| Larnita Pette<br>Plaintiff(s)<br>vs.<br>Ralph E. Sanders<br>Defendant(s). | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

STATE OF CALIFORNIA, COUNTY OF ___San Diego___

I, ___Larnita Pette___ hereby state under penalty of perjury that,

1. Judgment for $ __1,309.80__ was entered on __February 5, 2021__
   (date)

   in the docket of the above-entitled action in favor of:

   ___Larnita Pette___
   as Judgment Creditor, and against

   ___Ralph E. Sanders___
   as Judgment Debtor

   **(If registered Judgment, fill in below)**

   Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Case No. ___8:17-ap-01068 MW___ in the United States Bankruptcy Court, Central District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgement Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment are the following sums:

   $ __74.08__ accrued interest, computed at __10__ %
   (see note)
   $ __1,309.80__ accrued costs

(Page 1 of 2)

Form B-1037 (Rev. 8/98)                                                                 1998 USBC, Central District of California

| In re: Ralph E. Sanders | CASE NO.: 8:17-bk-10265 MW |
|---|---|
| Debtor. | ADVERSARY NO. 8:17-ap-01068 MW |

Credit must be given for payments and partial satisfaction in the amount of $ __N/A__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __San Diego County__, State of California, this __August__ day of __30th__, __2021__.
(year)

_____
Signature

NOTE: Judgments registered under 28 U.S.C. 1963 bear the rate of interest of the District of origin.