Form B-1036 - (Rev. 02/10)                                                                        1998 USBC, Central District of California

| Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number | For Court Use Only |
|---|---|
| Larnita Pette<br>2588 El Camino Real, Suite F-195<br>Carlsbad, CA 92008<br><br>Attorney for: In Pro Se | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Ralph E. Sanders<br><br>                                          Debtor. | CASE NO.: 8:17-bk-10265 MW<br>ADVERSARY NO.: 8:17-ap-01068 MW |
|---|---|
| Larnita Pette<br><br>                                          Plaintiff(s),<br><br>vs.<br><br>Ralph E. Sanders<br><br>                                          Defendant(s). | **WRIT OF EXECUTION** |

**TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On   February 5, 2021  , a judgment was entered in the above-entitled action in favor of

Larnita Pette

as **Judgment Creditor**, and against

Ralph E. Sanders

as **Judgment Debtor**, for:

| | |
|---|---|
| $ 0.00 | PRINCIPAL |
| $ 0.00 | ATTORNEYS FEES |
| $ 74.28 | INTEREST |
| $ 1,309.80 | COSTS |
| $ 1,384.08 | **TOTAL JUDGMENT AS ENTERED** |

| Form B-1036 - (Rev. 02/10) | | 1998 USBC, Central District of California |
|---|---|---|
| | Page 2 of 3 | |
| In re<br><br>Ralph E. Sanders<br><br>Debtor(s). | CASE NO.:8:17-bk-10265 MW<br>ADVERSARY PROCEEDING NO.:<br>8:17-ap-01068 MW | |

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Ralph E. Sanders
745 W. Fourth Ave.
La Habra, CA 90631


Gregory L. Bosse
Law Offices of Gregory L. Bosse
940 W. 17th Street, Suite F
Santa Ana, CA 92706

Form B-1036 - (Rev. 02/10) | 1998 USBC, Central District of California

Page 3 of 3

| In re<br><br>Ralph E. Sanders<br><br>Debtor(s). | CASE NO.: 8:17-bk-10265 MW<br><br>ADVERSARY PROCEEDING NO.:<br><br>8:17-ap-01068 MW |
|---|---|

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ __74.28__ ACCRUED INTEREST

$ __1,309.80__ ACCRUED COSTS

$ __1,384.08__ **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ __N/A__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __1,384.08__ ACTUALLY DUE on the date of the issuance of this writ, of which

$ __1,309.80__ is due on the judgement as entered, and bears interest at __10__ % per annum in the amount of $ __0.36__ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

DATED: __AUG 30 2021__

(SEAL)

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _Tina Shimizu_    KATHLEEN J. CAMPBELL
Deputy Clerk